```
                                                        FILED
                                                  IN CLERK'S OFFICE
                                                U.S DISTRICT COURT E.D.N.Y
```

UNITED STATES DISTRICT COURT ★ APR 0 6 2009 ★

EASTERN DISTRICT OF NEW YORK

BROOKLYN OFFICE

- - - - - - - - - - - - - - - - - - - - - - - x

ROSS UNIVERSITY SCHOOL OF MEDICINE, LTD., :

**09    1410**

Plaintiff,  :

: **ROSS'S RULE 7.1**
– against –  **CORPORATE**
: **DISCLOSURE**
**STATEMENT**

BROOKLYN-QUEENS HEALTH CARE, INC.,  :

**MATSUMOTO, J.**

Defendant.  :

**MANN, M.J.**

- - - - - - - - - - - - - - - - - - - - - - - x

Plaintiff Ross University School of Medicine, Ltd., by its attorneys, Mayer Brown LLP, discloses pursuant to Fed. R. Civ. P. 7.1(a) that it is a wholly-owned indirect subsidiary of public company DeVry Inc.

Dated: New York, New York
       April 6, 2009

MAYER BROWN LLP

By: *[signature]*

Michael O. Ware
*mware@mayerbrown.com*
Andrew J. Calica
*acalica@mayerbrown.com*

1675 Broadway
New York, N.Y. 10019
(212) 506-2500

*Attorneys for plaintiff*