AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

EASTERN   DISTRICT OF   NEW YORK

ROSS UNIVERSITY SCHOOL OF MEDICINE, LTD.,

    Plaintiff,

-- against --

BROOKLYN-QUEENS HEALTH CARE, INC.,

    Defendant.

**APPEARANCE**

Case Number:   09 Civ. 1410 (KAM) (RLM)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Plaintiff Ross University School of Medicine, Ltd.

I certify that I am admitted to practice in this court.

April 3, 2009
Date

Signature

Andrew J. Calica                                  acalica@mayerbrown.com
Print Name                                                   Bar Number

Mayer Brown LLP, 1675 Broadway
Address

New York                    NY                         10019
City                              State                       Zip Code

(212) 506-2500                          (212) 262-1910
Phone Number                                    Fax Number