UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ROSS UNIVERSITY SCHOOL OF
MEDICINE, LTD.
        Plaintiff,

        v.

BROOKLYN-QUEENS HEALTH CARE, INC.
        Defendant.

-----------------------------------------------------------X

Case No. 09 CV 1410 (KAM)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                              :ss.:
COUNTY OF NEW YORK  )

        DELISHA T. POWELL, being duly sworn, deposes and says:

        1.     I am over 18 years of age, not a party to this action, and am employed by the firm of Mayer Brown LLP, attorneys for the plaintiff.

        2.     On the 7th day of April, 2009 at approximately 2:00p.m. I personally served the **SUMMONS & COMPLAINT** upon Brooklyn-Queens Health Care, Inc., located at 374 Stockholm Street, Brooklyn, New York 11237 by delivering true copies of said documents to Ruth D. Krauthamer, Assistant Vice President, who stated that she was authorized to accept service on behalf of Brooklyn-Queens Health Care, Inc.

3.  Ms. Krauthamer may be described as a white female, approximately 55-60 years of age, approximately 5'7" in height, approximately 135lbs, grey short hair and glasses.

*Delisha T. Powell*

Sworn to before me this
13th day of April, 2009

Notary Public

JOHN A. MARSALA
Notary Public, State of New York
No. 01MA4746064
Qualified in New York County
Commission Expires April 30, 20_10_