GREENBERG TRAURIG
Ronald D. Lefton (RL 2666)
Serena Boscia Montalbano (SB 2009)
GREENBERG TRAURIG
Metlife Building
200 Park Avenue
New York, NY 10166
Telephone: 212-801-9200
Fax: 212-801-6400

*Attorneys for Defendant*
*Brooklyn-Queens Health Care, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ROSS UNIVERSITY SCHOOL OF         )
MEDICINE, LTD.,                   )
                                  )   Civil Action No.: 09-cv-1410
              Plaintiff,          )
                                  )   **NOTICE OF APPEARANCE**
        -against-                 )
                                  )
BROOKLYN-QUEENS HEALTH CARE,      )
INC.,                             )
                                  )
              Defendant.          )
-----------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Ronald D. Lefton of Greenberg Traurig, LLP in this case as counsel for Defendant Brooklyn-Queens Health Care, Inc.

Undersigned counsel is admitted to practice in this Court.

Dated: New York, New York
April 23, 2009

        GREENBERG TRAURIG, LLP

        By: /S/ Ronald Lefton
           Ronald D. Lefton (RL 2666)
           Serena Boscia Montalbano (SB 2009)
        200 Park Avenue
        New York, New York 10166
        Telephone: (212) 801-9200
        Facsimile: (212) 801-6400
        leftonr@gtlaw.com
        bosciamontalbanos@gtlaw.com
        *Attorneys for Defendant*
        *Brooklyn-Queens Health Care, Inc.*