GREENBERG TRAURIG
Ronald D. Lefton (RL 2666)
Serena Boscia Montalbano (SB 2009)
GREENBERG TRAURIG
Metlife Building
200 Park Avenue
New York, NY 10166
Telephone: 212-801-9200
Fax: 212-801-6400

*Attorneys for Defendant*
*Brooklyn-Queens Health Care, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ROSS UNIVERSITY SCHOOL OF          )
MEDICINE, LTD.,                    )
                                   )   Civil Action No.: 09-cv-1410
                    Plaintiff,     )
                                   )   **RULE 7.1 STATEMENT**
            -against-              )
                                   )
BROOKLYN-QUEENS HEALTH CARE,       )
INC.,                              )
                                   )
                    Defendant.     )
------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges

and Magistrates of the Court to evaluate possible disqualification or recusal, Defendant

Brooklyn-Queens Health Care, Inc., states that it is a not-for-profit corporation, that it has no

publicly-traded parent corporation, that it does not hold 10% of any public company, and that no

publicly held company owns 10% or more of its stock.

Dated:  New York, New York
       April 23, 2009

GREENBERG TRAURIG, LLP

By: /S/ Ronald Lefton
    Ronald D. Lefton (RL 2666)
    Serena Boscia Montalbano (SB 2009)
200 Park Avenue
New York, New York 10166
Telephone:  (212) 801-9200
Facsimile:  (212) 801-6400
leftonr@gtlaw.com
bosciamontalbanos@gtlaw.com
*Attorneys for Defendant*
*Brooklyn-Queens Health Care, Inc.*