

Ronald D. Lefton
Tel. (212) 801-3159
Fax (212) 801-6400
leftonr@gtlaw.com

April 23, 2009

The Honorable Kiyo A. Matsumoto
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Ross University School of Medicine, Ltd. v. Brooklyn-Queens Health Care, Inc.*
      09-cv-1410

Dear Judge Matsumoto:

We represent Defendant Brooklyn-Queens Health Care, Inc. in the above-entitled action. Defendant's answer is due on Monday, April 27, 2009. Because we have just been retained and this case raises several complex issues, we write to request a two-week extension of time to answer Plaintiff's complaint.

Prior to this date, I conferred with Mr. Michael O. Ware, counsel for Plaintiff, and he agreed to my request. Accordingly, Defendant respectfully request an extension of time from April 27, 2009 to May 11, 2009. This is the first extension of time requested by Defendant.

Very truly yours,

Ronald D. Lefton

cc:   Michael O. Ware, Esq.