GREENBERG TRAURIG
Ronald D. Lefton (RL 2666)
Serena Boscia Montalbano (SB 2009)
GREENBERG TRAURIG
Metlife Building
200 Park Avenue
New York, NY 10166
Telephone: 212-801-9200
Fax: 212-801-6400

*Attorneys for Defendant*
*Brooklyn-Queens Health Care, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ROSS UNIVERSITY SCHOOL OF            )
MEDICINE, LTD.,                      )
                                     )   Civil Action No.: 09-cv-1410
                    Plaintiff,       )
                                     )
        -against-                    )   **NOTICE OF APPEARANCE**
                                     )
BROOKLYN-QUEENS HEALTH CARE,         )
INC.,                                )
                                     )
                    Defendant.       )
-----------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter the appearance of Serena Boscia Montalbano of Greenberg Traurig, LLP in this case as counsel for Defendant Brooklyn-Queens Health Care, Inc.

    Undersigned counsel is admitted to practice in this Court.

Dated: New York, New York
April 23, 2009

                GREENBERG TRAURIG, LLP

By: /S/ Serena Boscia Montalbano
      Serena Boscia Montalbano (SB 2009)
      Ronald D. Lefton (RL 2666)
      200 Park Avenue
      New York, New York 10166
      Telephone: (212) 801-9200
      Facsimile: (212) 801-6400
      leftonr@gtlaw.com
      bosciamontalbanos@gtlaw.com
      *Attorneys for Defendant*
      *Brooklyn-Queens Health Care, Inc.*