**MAYER·BROWN**

Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820

Main Tel (212) 506-2500
Main Fax (212) 262-1910
www.mayerbrown.com

June 3, 2009

**Michael O. Ware**
Direct Tel (212) 506-2593
mware@mayerbrown.com

BY ECF

Hon. Roanne L. Mann
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re: Ross University School of Medicine
v. Brooklyn-Queens Health Care
09 Civ. 1410 (KAM) (RLM)

Dear Judge Mann:

I represent the plaintiff in this action, in which an initial conference is scheduled for June 15.

After a productive first Rule 26(f) meeting last Friday, the parties would be grateful for a few extra weeks to continue the planning process. Both parties therefore request that the conference be postponed to a date of the Court's choosing after the Fourth of July. July 6 or 7 would be ideal, because I leave July 8 for my wedding and honeymoon and I won't be back until the end of the month. However, if July 6 and 7 are not convenient for the Court, plaintiff can be very well represented in my absence.

There have been no previous requests to postpone the conference.

Respectfully submitted,

*[signature]*

Michael O. Ware

cc: Serena Boscia Montalbano, Esq.
(Greenberg Traurig LLP)