# MAYER·BROWN

Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820

Main Tel (212) 506-2500
Main Fax (212) 262-1910
www.mayerbrown.com

June 3, 2009

**Michael O. Ware**
Direct Tel (212) 506-2593
mware@mayerbrown.com

BY ECF

Hon. Roanne L. Mann
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re: Ross University School of Medicine
v. Brooklyn-Queens Health Care
09 Civ. 1410 (KAM) (RLM)

Dear Judge Mann:

*Application granted. The 6/15/09 initial conference is adjourned to 7/30/09 at 3:30 p.m.*

SO ORDERED:
/s/
Roanne L. Mann
U.S. Magistrate Judge
Dated: 6/12/09

I represent the plaintiff in this action, in which an initial conference is scheduled for June 15. After a productive first Rule 26(f) meeting last Friday, the parties would be grateful for a few extra weeks to continue the planning process. Both parties therefore request that the conference be postponed to a date of the Court's choosing after the Fourth of July. July 6 or 7 would be ideal, because I leave July 8 for my wedding and honeymoon and I won't be back until the end of the month. However, if July 6 and 7 are not convenient for the Court, plaintiff can be very well represented in my absence.

There have been no previous requests to postpone the conference.

Respectfully submitted,

Michael O. Ware

cc: Serena Boscia Montalbano, Esq.
(Greenberg Traurig LLP)