UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| ROSS UNIVERSITY SCHOOL OF MEDICINE, LTD., | : | ECF Case |
| | : | 09 Civ. 1410 (KAM) (RLM) |
| Plaintiff, | : | **NOTICE OF MOTION TO ADMIT GEORGE J. TZANETOPOULOS** |
| – against – | : | **AND DAVID K. COLE, III AS PRO HAC VICE CO-COUNSEL** |
| | : | |
| BROOKLYN-QUEENS HEALTH CARE, INC., | : | |
| Defendant. | x | |

- - - - - - - - - - - - - - - -

PLEASE TAKE NOTICE that, upon the annexed Affidavits of Andrew J. Calica, sworn to July 22, 2009, George J. Tzanetopoulos, sworn to July 17, 2009, and David K. Cole, III, sworn to on July 17, 2009, and the Certificates of Good Standing annexed thereto the undersigned will move this Court, before the Honorable Roanne L. Mann, at the United States Courthouse for the Eastern District of New York, 225 Camden Plaza East, Brooklyn, New York 11201 for Orders, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, permitting George J. Tzanetopoulos and David K. Cole, III, of the Illinois Bar, to appear pro hac vice in this action as attorneys for plaintiff Ross University School of Medicine, Ltd. Proposed orders accompany the motion papers.

PLEASE TAKE FURTHER NOTICE that responsive papers, if any, must be filed in accordance with the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York.

Dated: New York, New York
July 2, 2009

              MAYER BROWN LLP

              By: _____
                Michael O. Ware
                Andrew J. Calica

              1675 Broadway
              New York, NY 10019
              (212) 506-2500
              *mware@mayerbrown.com*
              *acalica@mayerbrown.com*

              *Attorneys for plaintiff*
                *Ross University School of Medicine, Ltd.*

TO:  Ronald D. Lefton, Esq.
    Serena Boscia Montalbano, Esq.
    GREENBERG TRAUIG LLP
    200 Park Avenue
    New York, NY 10166
    *leftonr@gtlaw.com*
    *bosciamontalbanos@gtlaw.com*

    *Attorneys for defendant*

2