ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE

DATE: July 30, 2009
START: 3:30 p.m.
END: 4:10 p.m.

DOCKET NO: 09-CV-1410 (KAM)

CASE: Ross University School of Medicine, Ltd. v. Brooklyn-Queens Health Care, Ltd.

✓ INITIAL CONFERENCE
___ DISCOVERY CONFERENCE
___ SETTLEMENT CONFERENCE
___ OTHER/ORDER TO SHOW CAUSE
___ FINAL/PRETRIAL CONFERENCE
___ TELEPHONE CONFERENCE

FOR PLAINTIFF: Michael Ware
Andrew Calica

FOR DEFENDANT: Ronald Lefton
Serena Montalbano

FACT DISCOVERY TO BE COMPLETED BY 5/31/10
✓ NEXT ~~settlement~~ CONFERENCE SCHEDULED FOR (to be determined)
___ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____

PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Automatic disclosure is complete. Pleadings may be amended + new parties added until 8/20/09, with responses due 35 days from service. The parties shall confer and, by 8/5/09, notify the Court of their preference for scheduling the settlement conference.