MAYER·BROWN

Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820

Main Tel +1 212 506 2500
Main Fax +1 212 262 1910
www.mayerbrown.com

**Michael O. Ware**
Direct Tel +1 212 506 2593
mware@mayerbrown.com

August 3, 2009

BY ECF

Hon. Roanne L. Mann
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, N.Y. 11201

      Re:  Ross University School of Medicine
             v. Brooklyn-Queens Health Care
             Case No. 09 Civ. 1410 (KAM) (RLM)

Dear Judge Mann:

At last week's initial conference, the parties were granted through this Wednesday, August 5, to suggest when the Court ought to schedule a settlement conference. In the course of telephone calls today chiefly devoted to ESI issues, the parties reached agreement that the conclusion of fact discovery, scheduled for May 31, 2010, is likely to represent the most propitious moment for the settlement conference.

As of last week the parties had not stipulated to a maximum number of experts to be called at trial, and the Court accordingly determined to defer to the settlement conference the scheduling of expert proceedings. The parties have since agreed to a limit of five retained experts per side, and request the Court's approval of jointly-proposed deadlines for expert disclosure. (Setting the disclosure deadlines now, and not at the settlement conference in late-spring, will facilitate detailed scheduling going into next summer.) The parties propose that plaintiff's Fed. R. Civ. P. 26(a)(2)(B) reports be due June 15 and defense reports July 15, 2010, with any rebuttal reports due 30 days after delivery of the reports to which they respond, as contemplated by Rule 26(a)(2)(C)(ii). Depositions of retained experts, including rebuttal experts, are to be completed by August 31, 2010.

Respectfully submitted,

*/s/ Michael O. Ware*

Michael O. Ware

cc:  Serena Boscia Montalbano, Esq.
      (Greenberg Traurig LLP)

Mayer Brown LLP operates in combination with our associated English limited liability partnership
and Hong Kong partnership (and its associated entities in Asia).