UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| ROSS UNIVERSITY SCHOOL OF MEDICINE, LTD., | 09 Civ. 1410 (KAM) (RLM) |
| Plaintiff, | **AFFIDAVIT OF SERVICE** |
| – against – | |
| BROOKLYN-QUEENS HEALTH CARE INC and WYCKOFF HEIGHTS MEDICAL CENTER, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - -

STATE OF NEW YORK )
: *ss.*:
COUNTY OF NEW YORK )

        KEITH D. GREER, being duly sworn, deposes and says:

    1.    I am employed as an Assistant Managing Clerk by Mayer Brown LLP, attorneys for plaintiff. I am over 18 years of age and am not a party to this action.

    2.    On August 21 2009, at approximately 12:20 p.m., I served the Amended Summons and Amended Complaint upon Defendant Wyckoff Heights Medical Center located at 374 Stockholm Street, Brooklyn, New York 11237 by leaving true copies of the said documents with Ms Ruth D. Krauthamer, R.N., Assistant Vice President, who stated she was authorized to accept service on behalf of Wyckoff Heights Medical Center

Ms. Ruth D. Krauthamer may be described as a white female, approximately 60 years of age, approximately 5'10" in height, approximately 160lbs, gray medium length hair and wears glasses.

_____
KEITH D. GREER

Sworn to before me this
___ day of August, 2009.

_____
Notary Public

DELISHA T. POWELL
Notary Public, State Of New York
No. 01PO6055300
Qualified in New York County
Commission Expires 5/10/11