MAYER·BROWN

Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820

Main Tel +1 212 506 2500
Main Fax +1 212 262 1910
www.mayerbrown.com

**Michael O. Ware**
Direct Tel +1 212 506 2593
mware@mayerbrown.com

September 22, 2009

BY ECF

Hon. Roanne L. Mann
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, N.Y. 11201

    Re:  Ross University School of Medicine
           v. Brooklyn-Queens Health Care et al.,
          Case No. 09 Civ. 1410 (KAM) (RLM)

Dear Judge Mann:

We are the attorneys for plaintiff Ross University School of Medicine Limited ("Ross").

I made a mistake in preparing the recently-filed Amended Complaint, which added a second defendant, Wyckoff Heights Medical Center ("Wyckoff"), beside original defendant Brooklyn-Queens Health Care, Inc. ("BQHC"). The "Wherefore" clause of the Amended Complaint prays for judgment "against BQHC," but of course it was intended to say "against BQHC and Wyckoff." Ross now respectfully requests leave to file a Second Amended Complaint to correct this mistake; no other changes are contemplated. Defendants' attorney, Serena Boscia Montalbano of the Greenberg Traurig firm, has graciously consented to this request.

The defendants' response to the Amended Complaint is presently due this Friday, September 25. The parties propose that the defendants be excused from responding to the Amended Complaint, with responses to the Second Amended Complaint to be due on the later of (a) the seventh day after the filing of the Second Amended Complaint or (b) Friday, October 2. No other schedule adjustments will be necessary.

Respectfully submitted,

*/s/ Michael O. Ware*

Michael O. Ware

    cc:    Serena Boscia Montalbano, Esq.
           (Greenberg Traurig LLP)