**MAYER·BROWN**

Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820

Main Tel +1 212 506 2500
Main Fax +1 212 262 1910
www.mayerbrown.com

**Michael O. Ware**
Direct Tel +1 212 506 2593
mware@mayerbrown.com

September 29, 2009

<u>BY ECF</u>

Hon. Robert C. Heinemann
Clerk of Court
United States District Court
 for the Eastern. District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

    Re:  Ross University School of Medicine
            v. Brooklyn-Queens Health Care et al.,
          <u>Case No. 09 Civ. 1410 (KAM) (RLM)</u>

Dear Mr. Heinemann:

We are the attorneys for the plaintiff in this action.

When we filed the Second Amended Complaint last week on ECF, we failed to upload its Exhibits, numbered 1-4. In accordance with instructions received by telephone from your office yesterday, I submit the exhibits now, with this letter.

Under Judge Mann's September 22 order permitting the filing of the Second Amended Complaint, the defendants' responses are due on the later of (a) the seventh day after the filing of the Second Amended Complaint or (b) this Friday, October 2. For the avoidance of doubt, allow me to state that plaintiff believes that the defendants' responses are due seven days from today, on Tuesday, October 6.

Respectfully submitted,

*[signature]*

Michael O. Ware

cc w/encl. by email:

    Serena Boscia Montalbano, Esq.
    (Greenberg Traurig LLP)

Mayer Brown LLP operates in combination with our associated English limited liability partnership
and Hong Kong partnership (and its associated entities in Asia).