GREENBERG TRAURIG LLP
Ronald D. Lefton (RL 2666)
Serena Boscia Montalbano (SB 2009)
Metlife Building
200 Park Avenue
New York, NY 10166
Telephone:  212-801-9200
Fax:  212-801-6400

*Attorneys for Defendants*
*Brooklyn-Queens Health Care, Inc. and*
*Wyckoff Heights Medical Center*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ROSS UNIVERSITY SCHOOL OF           )
MEDICINE, LTD.,                     )
                                    )   09 Civ. 1410 (KAM) (RLM)
               Plaintiff,           )
                                    )   **NOTICE OF APPEARANCE**
     -against-                      )
                                    )
BROOKLYN-QUEENS HEALTH CARE,        )
INC. and WYCKOFF HEIGHTS MEDICAL    )
CENTER,                             )
                                    )
               Defendants.          )
                                    )
-----------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

   Please enter the appearance of Ronald D. Lefton of Greenberg Traurig, LLP in this case as counsel for Defendant Wyckoff Heights Medical Center.

   Undersigned counsel is admitted to practice in this Court.

Dated: New York, New York
October 6, 2009

GREENBERG TRAURIG, LLP

By: /S/ Ronald D. Lefton
    Ronald D. Lefton (RL 2666)
    Serena Boscia Montalbano (SB 2009)
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
leftonr@gtlaw.com
bosciamontalbanos@gtlaw.com
*Attorneys for Defendants*
*Brooklyn-Queens Health Care, Inc. and*
*Wyckoff Heights Medical Center*