GREENBERG TRAURIG LLP
Ronald D. Lefton (RL 2666)
Serena Boscia Montalbano (SB 2009)
Metlife Building
200 Park Avenue
New York, NY 10166
Telephone: 212-801-9200
Fax: 212-801-6400

*Attorneys for Defendants*
*Brooklyn-Queens Health Care, Inc. and*
*Wyckoff Heights Medical Center*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| ROSS UNIVERSITY SCHOOL OF MEDICINE, LTD., <br><br> Plaintiff, <br><br> -against- <br><br> BROOKLYN-QUEENS HEALTH CARE, INC., and WYCKOFF HEIGHTS MEDICAL CENTER, <br><br> Defendants. | 09 Civ. 1410 (KAM) (RLM) <br><br> **RULE 7.1 STATEMENT** |

-----------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Wyckoff Heights Medical Center hereby states that there are no parent corporations or publicly traded companies that own 10% or more of its stock.

Dated: New York, New York
       October 6, 2009

                        GREENBERG TRAURIG, LLP

                    By: /S/ Ronald D. Lefton
                        Ronald D. Lefton (RL 2666)
                        Serena Boscia Montalbano (SB 2009)
                    200 Park Avenue
                    New York, New York 10166
                    Telephone: (212) 801-9200
                    Facsimile: (212) 801-6400
                    leftonr@gtlaw.com
                    bosciamontalbanos@gtlaw.com
                    *Attorneys for Defendants*
                    *Brooklyn-Queens Health Care, Inc. and*
                    *Wyckoff Heights Medical Center*