GREENBERG TRAURIG LLP
Ronald D. Lefton (RL 2666)
Serena Boscia Montalbano (SB 2009)
Metlife Building
200 Park Avenue
New York, NY 10166
Telephone: 212-801-9200
Fax: 212-801-6400

*Attorneys for Defendants*
*Brooklyn-Queens Health Care, Inc. and*
*Wyckoff Heights Medical Center*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ROSS UNIVERSITY SCHOOL OF        )
MEDICINE, LTD.,                  )
                                 )   09 Civ. 1410 (KAM) (RLM)
           Plaintiff,            )
                                 )   **RULE 7.1 STATEMENT**
     -against-                   )
                                 )
BROOKLYN-QUEENS HEALTH CARE,     )
INC., and WYCKOFF HEIGHTS MEDICAL)
CENTER,                          )
                                 )
           Defendants.           )
-----------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Wyckoff Heights Medical Center hereby states that there are no parent corporations or publicly traded companies that own 10% or more of its stock.

Dated: New York, New York
October 6, 2009

                              GREENBERG TRAURIG, LLP

                              By: /S/ Ronald D. Lefton
                                  Ronald D. Lefton (RL 2666)
                                  Serena Boscia Montalbano (SB 2009)
                              200 Park Avenue
                              New York, New York 10166
                              Telephone: (212) 801-9200
                              Facsimile: (212) 801-6400
                              leftonr@gtlaw.com
                              bosciamontalbanos@gtlaw.com
                              *Attorneys for Defendants*
                              *Brooklyn-Queens Health Care, Inc. and*
                              *Wyckoff Heights Medical Center*