GREENBERG TRAURIG LLP
Ronald D. Lefton (RL 2666)
Serena Boscia Montalbano (SB 2009)
Metlife Building
200 Park Avenue
New York, NY 10166
Telephone: 212-801-9200
Fax: 212-801-6400

*Attorneys for Defendants*
*Brooklyn-Queens Health Care, Inc. and*
*Wyckoff Heights Medical Center*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ROSS UNIVERSITY SCHOOL OF     )
MEDICINE, LTD.,               )
                              )   09 Civ. 1410 (KAM) (RLM)
            Plaintiff,        )
                              )
    -against-                 )   **NOTICE OF APPEARANCE**
                              )
BROOKLYN-QUEENS HEALTH CARE,  )
INC. and WYCKOFF HEIGHTS MEDICAL )
CENTER,                       )
                              )
            Defendants.       )
                              )
-----------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Serena Boscia Montalbano of Greenberg Traurig, LLP in this case as counsel for Defendant Wyckoff Heights Medical Center.

Undersigned counsel is admitted to practice in this Court.

Dated: New York, New York
October 6, 2009

        GREENBERG TRAURIG, LLP

By: /S/ Serena Boscia Montalbano
Serena Boscia Montalbano (SB 2009)
Ronald D. Lefton (RL 2666)
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
bosciamontalbanos@gtlaw.com
leftonr@gtlaw.com
*Attorneys for Defendants*
*Brooklyn-Queens Health Care, Inc. and*
*Wyckoff Heights Medical Center*