# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x

ROSS UNIVERSITY SCHOOL OF
MEDICINE, LTD.,

        Plaintiff,

    - against -

BROOKLYN-QUEENS HEALTH CARE,
INC. AND WYCKOFF HEIGHTS MEDICAL
CENTER,

        Defendants.

------------------------------------------------------x

09 Civ. 1410 (KAM) (RLM)

**STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL**

WHEREAS Defendants Brooklyn-Queens Health Care, Inc. and Wyckoff Heights Medical Center (together, "Defendants") have previously appeared in this action through attorneys Ronald Daniel Lefton and Serena Boscia Montalbano of Greenberg Traurig LLP, located at 200 Park Avenue, New York, New York 10166 ("Greenberg Traurig");

WHEREAS Defendants desire, and have consented to, the substitution of K&L Gates LLP as attorneys of record, in lieu of Greenberg Traurig;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that upon leave of the Court being granted pursuant to E.D.N.Y. Local Civil Rule 1.4, K&L Gates LLP be substituted as attorneys of record for Defendants in the above-captioned matter in place of Greenberg Traurig as of the date hereof.

NY-729408 v1

- 2 -

Dated: New York, New York
      February 18, 2010

GREENBERG TRAURIG LLP

By: _____
Ronald Daniel Lefton
(leftonr@gtlaw.com)
Serena Boscia Montalbano
(bosciamontalbanos@gtlaw.com)
200 Park Avenue
New York, New York 10166
212-801-9200

K&L GATES LLP

By: _____
Walter P. Loughlin
(walter.loughlin@klgates.com)
599 Lexington Avenue
New York, New York 10022
212-536-3900

SO ORDERED:

_____
KIYO A. MATSUMOTO, U.S.D.J.