UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------x

ROSS UNIVERSITY SCHOOL OF
MEDICINE, LTD.,

        Plaintiff,  :  09 Civ. 1410 (KAM) (RLM)

   - against -  :  **STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL**

BROOKLYN-QUEENS HEALTH CARE,
INC. AND WYCKOFF HEIGHTS MEDICAL
CENTER,

        Defendants.

---------------------------------x

    WHEREAS Defendants Brooklyn-Queens Health Care, Inc. and Wyckoff Heights Medical Center (together, "Defendants") have previously appeared in this action through attorneys Ronald Daniel Lefton and Serena Boscia Montalbano of Greenberg Traurig LLP, located at 200 Park Avenue, New York, New York 10166 ("Greenberg Traurig");

    WHEREAS Defendants desire, and have consented to, the substitution of K&L Gates LLP as attorneys of record, in lieu of Greenberg Traurig;

    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that upon leave of the Court being granted pursuant to E.D.N.Y. Local Civil Rule 1.4, K&L Gates LLP be substituted as attorneys of record for Defendants in the above-captioned matter in place of Greenberg Traurig as of the date hereof.

NY-729408 v1

Dated: New York, New York
February 18, 2010

| GREENBERG TAURIG LLP | K&L GATES LLP |
|---|---|
| By: /s/ Ronald D. Lefton | By: /s/ Walter P. Loughlin |
| Ronald Daniel Lefton | Walter P. Loughlin |
| (leftonr@gtlaw.com) | (walter.loughlin@klgates.com) |
| Serena Boscia Montalbano | 599 Lexington Avenue |
| (bosciamontalbanos@gtlaw.com) | New York, New York 10022 |
| 200 Park Avenue | 212-536-3900 |
| New York, New York 10166 | |
| 212-801-9200 | |

*This substitution will not affect the discovery schedule in place in this case.*

SO ORDERED:
/s/
Roanne L. Mann
U.S. Magistrate Judge
Dated: 2/22/10

SO ORDERED:

_____
KIYO A. MATSUMOTO, U.S.D.J.

- 2 -