UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| ROSS UNIVERSITY SCHOOL OF MEDICINE, LTD., :  Plaintiff, :  – against – :  BROOKLYN-QUEENS HEALTH CARE, INC. and WYCKOFF HEIGHTS MEDICAL CENTER, :  Defendants. : | 09 Civ. 1410 (KAM) (RLM)  **STIPULATION AND ORDER FOR THE SUBSTITUTION OF COUNSEL** |

- - - - - - - - - - - - - - - - - - - x

WHEREAS, plaintiff's lead counsel, George J. Tzanetopoulos, was admitted pro hac vice in this action by Order entered July 24, 2009 (DE 15); and,

WHEREAS, Mr. Tzanetopoulos has relocated his practice from the Chicago office of Mayer Brown LLP to the Chicago office of Baker & Hostetler LLP; and,

WHEREAS, plaintiff requests and Mayer Brown agrees that attorneys in the New York office of Baker & Hostetler LLP should henceforth serve as local co-counsel to Mr. Tzanetopoulos,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, as follows:

1. That the Clerk be directed to update the Court's records to reflect Mr. Tzanetopoulos's new firm and address information: Baker & Hostetler LLP,

191 North Wacker Drive, Suite 3100, Chicago, Illinois 60606; tel. 312-416-6200; email gtzanetopoulos@bakerlaw.com.

    2. That Ryan P. Farley, a member of the Bar of this Court, and Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, be substituted as plaintiff's attorneys of records in place and stead of Mayer Brown LLP;

    3. That the Order (DE 16) granting pro hac vice admission to Mayer Brown Chicago associate David K. Cole III be vacated;

    4. That the Clerk be directed to terminate the ECF noticing of Mayer Brown attorneys Michael O. Ware and Andrew J. Calica; and,

    5. That the Mayer Brown firm and Mr. Ware, Mr. Calica and Mr. Cole be relieved of further duties to plaintiff in this action.

Dated: New York, New York
    August 26, 2009

              BAKER & HOSTETLER LLP

              By: _____
                 Ryan P. Farley
                 *rfarley@bakerlaw.com*

              45 Rockefeller Plaza
              New York, N.Y. 10111
              (212) 589-4200

              *Successor attorneys for plaintiff*

MAYER BROWN LLP

By: /s/ Michael O. Ware

Michael O. Ware
*mware@mayerbrown.com*
Andrew J. Calica
*acalica@mayerbrown.com*

1675 Broadway
New York, N.Y. 10019
(212) 506-2500

*Withdrawing attorneys for plaintiff*

SO ORDERED, at Brooklyn, N.Y.,

August ____, 2010:

_____
Hon. ROANNE L. MANN
United States Magistrate Judge

3