UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

| | |
|---|---|
| ROSS UNIVERSITY SCHOOL OF MEDICINE, LTD.,  :  | 09 Civ. 1410 (KAM) (RLM) |
| : | |
| Plaintiff,   : | **STIPULATION AND ORDER FOR THE SUBSTITUTION OF COUNSEL** |
| – against –   : | |
| :  | |
| BROOKLYN-QUEENS HEALTH CARE, INC. and WYCKOFF HEIGHTS MEDICAL CENTER,   : | |
| :  | |
| Defendants.   :  | |

- - - - - - - - - - - - - - - - - x

WHEREAS, plaintiff's lead counsel, George J. Tzanetopoulos, was admitted pro hac vice in this action by Order entered July 24, 2009 (DE 15); and,

WHEREAS, Mr. Tzanetopoulos has relocated his practice from the Chicago office of Mayer Brown LLP to the Chicago office of Baker & Hostetler LLP; and,

WHEREAS, plaintiff requests and Mayer Brown agrees that attorneys in the New York office of Baker & Hostetler LLP should henceforth serve as local co-counsel to Mr. Tzanetopoulos,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, as follows:

1. That the Clerk be directed to update the Court's records to reflect Mr. Tzanetopoulos's new firm and address information: Baker & Hostetler LLP,

191 North Wacker Drive, Suite 3100, Chicago, Illinois 60606; tel. 312-416-6200; email gtzanetopoulos@bakerlaw.com.

    2.  That Ryan P. Farley, a member of the Bar of this Court, and Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, be substituted as plaintiff's attorneys of records in place and stead of Mayer Brown LLP;

    3.  That the Order (DE 16) granting pro hac vice admission to Mayer Brown Chicago associate David K. Cole III be vacated;

    4.  That the Clerk be directed to terminate the ECF noticing of Mayer Brown attorneys Michael O. Ware and Andrew J. Calica; and,

    5.  That the Mayer Brown firm and Mr. Ware, Mr. Calica and Mr. Cole be relieved of further duties to plaintiff in this action.

Dated: New York, New York
    August 26, 2009

            BAKER & HOSTETLER LLP

            By: _/s/ Ryan P. Farley_
              Ryan P. Farley
              *rfarley@bakerlaw.com*

            45 Rockefeller Plaza
            New York, N.Y. 10111
            (212) 589-4200

            *Successor attorneys for plaintiff*

MAYER BROWN LLP

By: *(signature)*

Michael O. Ware
*mware@mayerbrown.com*
Andrew J. Calica
*acalica@mayerbrown.com*

1675 Broadway
New York, N.Y. 10019
(212) 506-2500

*Withdrawing attorneys for plaintiff*

SO ORDERED, at Brooklyn, N.Y.,
August 27, 2010:

_____
Hon. ROANNE L. MANN
United States Magistrate Judge

**SO ORDERED**
/s/
Roanne L. Mann
U.S. Magistrate Judge
Dated: 8/27/2010

3