UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSS UNIVERSITY SCHOOL OF MEDICINE, LTD.<br>　　　　　　　　Plaintiff,<br>　　-v-<br>BROOKLYN-QUEENS HEALTH CARE, LTD.<br>　　　　　　　　Defendant. | 09-CV-01410 (KAM) (RLM)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Ryan P. Farley, of Baker & Hostetler LLP, with offices located at 45 Rockefeller Plaza, New York, New York, 10111, hereby appears on behalf of Plaintiff Ross University School of Medicine, Ltd. in the above-captioned action. We request that all pleadings, papers and correspondence be served upon Plaintiff's counsel at this address.

Dated: New York, New York
　　　　August 26, 2010

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By: _/s/ Ryan P. Farley_
Ryan P. Farley
45 Rockefeller Plaza
New York, NY 10111
Tel: (212) 589 4200
Fax: (212) 589-4201
Email Address:
rfarley@bakerlaw.com
*Attorney for Plaintiff Ross University School of Medicine, Ltd.*