# Baker Hostetler

Baker&Hostetler LLP

191 North Wacker Drive
Suite 3100
Chicago, IL 60606-1901

T 312.416.6200
F 312.416.6201
www.bakerlaw.com

December 10, 2010

George J. Tzanetopoulos
direct dial: 312.416.6225
gtzanetopoulos@bakerlaw.com

**VIA ECF**

Honorable Roanne L. Mann
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Ross University School of Medicine v. Brooklyn-Queens Health Care Inc. and Wyckoff Heights Medical Center*
No. 09 Civ. 1410 (KAM)(RLM)

Dear Judge Mann:

I write in response to the Court's order of November 4, 2010 requiring that the parties submit a report to the Court on the status of their mediation efforts. Defense counsel, Walter P. Loughlin, has reviewed a draft of this letter and has authorized me to state that he agrees with its contents.

The parties have engaged Jonathon B. Marks of Marks ADR, LLC to serve as a mediator. We are attempting to finalize plans for a session with Mr. Marks on January 31 and February 1, 2011 (there are still some participants whose availability for those dates is unknown). Accordingly, the parties respectfully request that the present discovery schedule be vacated with the understanding that the parties will report to the Court on a date of the Court's convenience after February 1, 2011.

Sincerely,

George J. Tzanetopoulos

Cc: Walter P. Loughlin, Esq.