United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

__10__ CV __6031__

1) indicated that this case is related to the following case(s):

__09-cv-1410__

__(KAM)__

-OR-

2) the case was directly assigned to Judge _____ and Magistrate Judge _____ as a Pro Se or Habeas case related to ____ CR/CV _____.