UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ROSS UNIVERSITY SCHOOL OF MEDICINE, LTD.

          Plaintiff,

-v.-

BROOKLYN-QUEENS HEALTH CARE, LTD.

          Defendant.

Case No. 09 CV 01410 (KAM) (RLM)

**NOTICE OF APPEARANCE**

---

    PLEASE TAKE NOTICE that Sammi Malek, of Baker & Hostetler LLP, with offices located at 45 Rockefeller Plaza, New York, New York 10111 hereby appears on behalf of Plaintiff Ross University School of Medicine, Ltd. in the above-captioned action. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

Dated: February 24, 2011
       New York, New York

Respectfully submitted,

_/s/ Sammi Malek_
Sammi Malek
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Tel: 212-589-4200
Fax: 212-589-4201
smalek@bakerlaw.com

*Counsel for Plaintiff Ross University School of Medicine, Ltd.*