UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ROSS UNIVERSITY SCHOOL OF
MEDICINE, LTD.

     Plaintiff,

-v.-

BROOKLYN-QUEENS HEALTH CARE,
LTD and WYCKOFF HEIGHTS MEDICAL
CENTER

     Defendants.

Case No. 09 CV 01410 (KAM) (RLM)

**NOTICE OF APPEARANCE**

---

  PLEASE TAKE NOTICE that George J. Tzanetopoulos, of Baker & Hostetler LLP, with offices located at 191 North Wacker Drive Suite 3100, Chicago, Illinois 60606, hereby appears on behalf of Plaintiff Ross University School of Medicine, Ltd. in the above-captioned action. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

Dated: February 28, 2011
   New York, New York

Respectfully submitted,

_____
George Tzanetopoulos
**BAKER & HOSTETLER LLP**
191 North Wacker Drive
Suite 3100
Chicago, Illinois 60606
Tel: 312 416-6200
Fax: 312 416-6201
gtzanetopoulos@bakerlaw.com

*Counsel for Plaintiff Ross University School of Medicine, Ltd.*