# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017-6702

TELEPHONE: 212-326-3939 • FACSIMILE: 212-755-7306

Direct Number: (212) 326-3418
hfsidman@jonesday.com

JP001490
651350-620001

March 8, 2011

Honorable Roanne L. Mann
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Ross University School of Medicine v. Brooklyn-Queens Health Care Inc. and Wyckoff Heights Medical Center*, No. 09 Civ. 1410 (KAM) (RLM)

Dear Judge Mann:

    I am counsel for two non-party witnesses who were subpoenaed to testify in this matter. One of those witnesses, Thomas Singleton, was subpoenaed on February 28, 2011 for a deposition noticed for Thursday, March 10, 2011 in Nashville, Tennessee. Both Mr. Singleton and I have made efforts to fully comply with that subpoena and were planning to proceed with the deposition as scheduled. Today, counsel for defendants requested that the deposition of Mr. Singleton be allowed to proceed after the close of discovery in this matter, which we did not oppose. [Docket #53] As mentioned above, however, Mr. Singleton's deposition is noticed for Thursday, March 10 and I was planning to travel to Nashville to meet with Mr. Singleton tomorrow (Wednesday) morning. If the deposition is re-scheduled for a later date, there would be no need for me to travel to Nashville tomorrow. In light of the timing, if there is any way that the Court can provide guidance on this issue by tomorrow morning, we would greatly appreciate it.

Respectfully submitted,

Howard F. Sidman

cc: Thomas H. Sear, Esq.
      George J. Tzanetopoulus, Esq. (counsel for Plaintiff)
      Walter P. Loughlin, Esq. (counsel for Defendants)

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON