ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE

DATE: March 11, 2011
START: 4:50 p.m.
END: 5:15 pm

DOCKET NO: 09-CV-1410 (KAM)

CASE: Ross Univ. School of Medicine v. Brooklyn-Queens Health Care Inc.

___ INITIAL CONFERENCE
✓ DISCOVERY CONFERENCE
___ SETTLEMENT CONFERENCE
___ OTHER/ORDER TO SHOW CAUSE
___ FINAL/PRETRIAL CONFERENCE
✓ TELEPHONE CONFERENCE recorded

FOR PLAINTIFF: George Tzanetopoulos

FOR DEFENDANT: Walter Laughlin

FACT DISCOVERY TO BE COMPLETED BY 5/16/11
✓ NEXT settlement CONFERENCE SCHEDULED FOR 5/24/11 9:30 A.M.
___ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY
PL. TO SERVE DEF. BY: ___   DEF. TO SERVE PL. BY: ___

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Plaintiff's motion for a default judgment or other sanctions is denied for the reasons stated on the record. Fact Discovery is extended to May 16, 2011. Counsel shall promptly agree upon the language of a stipulated protective order (confidentiality agreement) and, as soon as that is accomplished, the defense shall produce the electronically stored information that has been collected

in response to plaintiff's discovery demands. Counsel shall confer by March 25, 2011 in good faith to resolve any issues regarding paper discovery.