# Baker Hostetler

Baker&Hostetler LLP

191 North Wacker Drive
Suite 3100
Chicago, IL 60606-1901

T 312.416.6200
F 312.416.6201
www.bakerlaw.com

George J. Tzanetopoulos
direct dial: 312.416.6225
gtzanetopoulos@bakerlaw.com

April 28, 2011

**BY ECF**

Honorable Roanne L. Mann
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re:   *Ross University. v. Brooklyn-Queens Health Care Inc., No. 09 Civ. 1410 (KAM) (RLM)*

Dear Judge Mann:

I represent plaintiff Ross University School of Medicine, Ltd. ("Ross") and previously wrote pursuant to Local Rule 37(3)(c) and Your Honor's Individual Rule III seeking: (1) an order compelling defendants to produce documents and answer interrogatories that remain in dispute; and (2) an extension of the discovery deadlines to accommodate unanticipated delays.

Please see the attached redacted Exhibits 1-9 in support of Ross University's letter motion filed on April 27, 2011.  (Doc. 62).

Sincerely,

George J. Tzanetopoulos

cc:   Walter P. Loughlin