ROANNE L. MANN  
**UNITED STATES MAGISTRATE JUDGE**

DATE: May 10, 2011  
START: 1:00 p.m.  
END: 1:40 p.m.

DOCKET NO: 09-CV-1410 (KAM)

CASE: Ross University v. Brooklyn-Queens Health Care, Inc.

___ INITIAL CONFERENCE  
✓ DISCOVERY CONFERENCE  
___ SETTLEMENT CONFERENCE  
___ OTHER/ORDER TO SHOW CAUSE  
___ FINAL/PRETRIAL CONFERENCE  
✓ TELEPHONE CONFERENCE — recorded

FOR PLAINTIFF: George Tzanetopoulos

FOR DEFENDANT: Walter Laughlin

✓ FACT DISCOVERY TO BE COMPLETED BY 6/10/11  
✓ NEXT settlement CONFERENCE SCHEDULED FOR 6/16/11 at 2:00 pm  
___ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____  
PL. TO SERVE DEF. BY: _____    DEF. TO SERVE PL. BY: _____

RULINGS: **PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

Although fact discovery ends on Monday, and has been extended numerous times, no depositions have been taken. The Court extends fact discovery, but only until June 10, 2011, and only for the purpose of conducting depositions and serving narrowly tailored interrogatories as discussed in this proceeding.

For the reasons stated on the record, the Court grants in

part and denies in part plaintiff's motion to compel. The Court denies plaintiff's request for clerkship contracts, but will permit plaintiff to expeditiously serve narrowly targeted interrogatories requesting information regarding Wyckoff's future clerkship capacity, and defendant shall promptly answer in good faith. The Court grants plaintiff's request for copies of the "board packages," with plaintiff to pay the commercial copying costs. The Court denies plaintiff's request for Wyckoff's bank statements.

The May 24th settlement conference is adjourned to June 16, 2011 at 2pm.