ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE

DATE: 6/1/11
START: 9:15 AM
END: 9:50 AM

DOCKET NO: 09 CV 1410

CASE: Ross Univ. v. BQHC

___ INITIAL CONFERENCE
✓ DISCOVERY CONFERENCE
___ SETTLEMENT CONFERENCE
___ OTHER/ORDER TO SHOW CAUSE
___ FINAL/PRETRIAL CONFERENCE
✓ TELEPHONE CONFERENCE
   recorded

FOR PLAINTIFF: George Zanetopoulos

FOR DEFENDANT: Walter Loughlin
David Hoffman (GC)

FACT DISCOVERY TO BE COMPLETED BY 7/8/11 (see below)

✓ NEXT settlement CONFERENCE SCHEDULED FOR 7/15/11 10 AM

___ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____

PL. TO SERVE DEF. BY: _____    DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

In light of plaintiff's belated production of 16,000 pages of documents on Friday evening, May 27th, during a holiday weekend, and an additional 3,000 pages of documents yesterday, the Court reluctantly extends the June 10th fact discovery deadline to July 8, 2011, for the limited purpose of adjourning the depositions scheduled for this week and next to allow the defense to review the new documents. The June 16th settlement conference is adjourned to July 15, 2011 at 10:00 A.M. Defendants' motion to preclude is denied.