Baker Hostetler

Baker&Hostetler LLP

191 North Wacker Drive
Suite 3100
Chicago, IL 60606-1901

T 312.416.6200
F 312.416.6201
www.bakerlaw.com

June 6, 2011

George J. Tzanetopoulos
direct dial:  312.416.6225
gtzanetopoulos@bakerlaw.com

**BY ECF**

Honorable Roanne L. Mann
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re:     *Ross University. v. Brooklyn-Queens Health Care Inc.*
        *No. 09 Civ. 1410 (KAM) (RLM)*

Dear Judge Mann:

Subject to the Court's approval, the parties would like to amend the Protective Order to create a new category of confidential documents, "Attorneys' Eyes Only" documents.  The Parties respectfully request that the Court enter the attached amendment to the protective order.

Respectfully submitted,

George J. Tzanetopoulos

Enclosures

cc:     Walter P. Loughlin

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
ROSS UNIVERSITY SCHOOL OF
MEDICINE, LTD.,                                                        09 Civ. 1410 (KAM) (RLM)

Plaintiff,

– against –

BROOKLYN-QUEENS HEALTH CARE,
INC. and WYCKOFF HEIGHTS MEDICAL
CENTER,

Defendants.

-----------------------------------------------------X

## AGREED AMENDMENT TO THE PROTECTIVE ORDER

Plaintiff Ross University School of Medicine, Ltd. ("Ross") and Defendants Brooklyn-

Queens Health Care Inc. ("BQHC") and Wyckoff Heights Medical Center ("WHMC") request

the Court enter the following Amendment to the Protective Order pursuant to Fed. R. Civ. P.

26(c) to protect the confidentiality of trade secret or other commercial information that may need

to be disclosed to adverse parties in connection with this case.  The parties having agreed to the

following terms, and the Court having found good cause exists for issuance of an order setting

forth the conditions for obtaining and using confidential information produced in this litigation,

hereby orders as follows:

ORDERED that any person subject to the Protective Order – including without limitation

the parties to this action, their representatives, agents, experts and consultants, all third parties

providing discovery in this action, and all other interested persons with actual or constructive

notice of this Protective Order – shall adhere to the following terms, upon pain of contempt:

1.      **ACCESS TO AND USE OF PROTECTED MATERIAL**

Information which has been designated as  CONFIDENTIAL – ATTORNEY EYES

ONLY may be disclosed only to:

      (a)      The outside attorneys of record and their employees who are engaged in

assisting in this action;

      (b)      Independent consultants or experts retained by the party or its attorneys in

connection with this action, including technical experts, damage and industry experts, and

jury or trial consultants, together with their employees engaged in assisting in this action;

      (c)      The Court and its personnel;

      (d)      Court reporters and their personnel engaged in proceedings incident to

preparation for trial or engaged in trial;

      (e)      Professional vendors and their employees, including copy services, trial

graphics services, and translation services, engaged by counsel; and

      (f)      Any person who is indicated on the face of a document to have been an

author, addressee, or copy recipient of the document, or the original source of the

information.

SO ORDERED.

SIGNED this _____ day of _____, 2011.


                                       _____

                                       Hon. Roanne L. Mann
                                       United States Magistrate Judge