UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
ROSS UNIVERSITY SCHOOL OF
MEDICINE, LTD.,

                Plaintiff,                      **ORDER**

       -against-                      09-CV-1410 (KAM)

BROOKLYN-QUEENS HEALTH
CARE, LTD.,

                Defendant.
----------------------------------------------------------------x

      By 10:00 a.m. on July 8, 2011, defendants shall respond via ECF to plaintiff's motion to compel dated July 5, 2011 (docket entry #76).  By that same deadline, defendants shall also show cause why plaintiff's letter and attachments other than the deposition transcript should not be publicly filed.

      SO ORDERED.

Dated:    Brooklyn, New York
           July 6, 2011

                                            ROANNE L. MANN
                                            UNITED STATES MAGISTRATE JUDGE