# K&L|GATES

K&L Gates LLP
599 Lexington Avenue
New York, NY  10022-6030

T  212.536.3900     www.klgates.com

Walter P. Loughlin
D  212.536.4065
F  212.536.3901
walter.loughlin@klgates.com

July 8, 2011

Honorable Roanne L. Mann
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

      Re:    *Ross University School of Medicine v. Brooklyn-Queens Health Care Inc.*
            *and Wyckoff Heights Medical Center,* No. 09 Civ. 1410 (KAM) (RLM)

Dear Judge Mann:

      This letter is respectfully submitted in response to the application set forth in the plaintiff's letter to the Court dated July 5, 2011.

      The Rule 30(b)(6) deposition notice attached as Exhibit A to Mr. Tzanetopoulos' letter of July 5, 2011, is the third in a series of such notices served on defendants.  The current version is a document demand masquerading as a deposition notice.  Instead of describing the "matters for examination" with "reasonable particularity," as the Rule requires, the notice seeks "[a]ll information," "[a]ll evidence," and "documentation" relating to extremely broad subject matter areas over a five-year period.

      When I first reviewed the notice, I made these points to plaintiff's counsel, who disagreed with me.  I also indicated that, since the plaintiff was taking the depositions of the defendants' Chief Executive Officer, Chairman of its Board of Trustees, General Counsel, former Chief Financial Officer and former Chief Operating Officer, and director of its Medical Education Program, it was likely that he would obtain testimony on each of the noticed items during the depositions of those witnesses.  I further suggested that if it turned out, at the conclusion of the depositions, that Mr. Tzanetopoulos believed, in good faith, that additional testimony was needed on one or more of the noticed topics, we could discuss taking additional testimony beyond the fact discovery cut-off.  Mr. Tzanetopoulos' response was that an "up front" commitment that a witness would be produced "if I think matters still require testimony" was necessary.  In response, defendants designated Mr. Garg, Wyckoff's CEO and a member of its Board of Trustees, as its 30(b)(6) representative.  (This e-mail exchange is annexed to this letter as Exhibit A.)  Mr. Garg's deposition was on June 24, 2011, two weeks ago.

      Although there are ten items listed in the 30(b)(6) notice, plaintiff's grievances are limited to three issues, a fact which itself suggests the designated witness's testimony was substantially adequate.  Moreover, as Exhibit D to plaintiff's letter indicates, the three issues

# K&L | GATES

Honorable Roanne L. Mann
July 8, 2011
Page 2

which have been brought to the Court's attention have been addressed in discussions between counsel in an attempt to resolve them.

## The Trustees and Officers Issue (Topic No. 10)

When this topic came up during Mr. Garg's testimony, I placed on the record that defendants had already produced documents, including board minutes and various lists for all three entities which identify the trustees and officers from 2006 forward. (*See, e.g.*, documents annexed as Exhibit B.) Mr. Tzanetopoulos insisted that he wanted sworn testimony on this information for all three entities -- BQHC, Caritas, and Wyckoff -- for a five-year period. (Tr. 17). When I objected that this would essentially put the witness to a memory test, Mr. Tzanetopoulos suggested that I should prepare an outline of the information and have the witness read it into the record, a practice with which I am unfamiliar. (Tr. 18).

In any event, defendants provided plaintiff with a list of the trustees of Wyckoff and their dates of service, in addition to those previously supplied, during Mr. Garg's deposition. I advised Mr. Tzanetopoulos on June 30 that defendants intended to provide similar lists for Caritas and BQHC if that would satisfy him. This would, of course, duplicate the information already contained in many of the documents that have been produced and which have been used by plaintiff's counsel in numerous depositions. There is no need for a witness to have these lists in front of him to read the information into the record of a deposition transcript.

## Identification of BQHC Contracts Between 2006 and the Present (Topic No. 8)

Similarly, the contracts that BQHC is or has been a party to were produced in discovery, and, as Exhibit C indicates, on June 30 I advised Mr. Tzanetopoulos that defendants would provide a list of such contracts and that this was more sensible than having a witness read that information at a deposition.

## Information and Documentation Concerning Loans, Transfers of Assets, and Transfers of Employees Between BQHC, Wyckoff, Caritas, and/or the Hospitals from 2006 to the Present (Topic No. 7)

As I indicated to Mr. Tzanetopoulos on June 30, this is an overbroad request for documents and testimony, across a wide range of subject matters, for a five-year period. It is difficult to imagine how any person could be prepared for and give sworn testimony on these subject matters from 2006 to the present. There are numerous documents which have been produced in discovery that touch on these subjects and which have been used by plaintiff's counsel as deposition exhibits. As plaintiff well knows, because it has been testified to over and over again in deposition testimony, Caritas only operated from 2007-2009. During half of that period, from the Fall of 2007 to the Fall of 2008, the hospitals and BQHC, which was the passive corporate parent of the hospitals, were under the effective control of a purported turn-around specialist imposed by the Department of Health. The sole relevant allegation in the Complaint is

K&L|GATES

Honorable Roanne L. Mann
July 8, 2011
Page 3

that "Wyckoff controlled and controls BQHC."  (Second Am. Compl. ¶ 78).  In light of this
allegation, the undisputed facts, and the discovery already produced by defendants-- which
amounts to approximately 60,000 pages of documents -- this aspect of the deposition notice is
unreasonable and not a proper use of the discovery procedure set out in Rule 30(b)(6).

For the foregoing reasons, plaintiff's application should be denied.

Finally, with respect to this Court's order that defendants show cause why plaintiff's
letter and attachments other than the deposition transcript should not be publicly filed,
defendants state that they do not oppose the public filing of those materials.

Respectfully submitted,

Walter P. Loughlin

Attachments

cc:  George J. Tzanetopoulos, Esq.

# Exhibit A

## Loughlin, Walter P.

**From:** Loughlin, Walter P.
**Sent:** Thursday, May 26, 2011 8:05 AM
**To:** 'Tzanetopoulos, George J.'
**Subject:** RE: Rajiv Garg Deposition

Let's do it this way for now. I will designate Rajiv Garg as the 30b6 witness on the subjects you designated.

---

**From:** Tzanetopoulos, George J. [mailto:gtzanetopoulos@bakerlaw.com]
**Sent:** Wednesday, May 25, 2011 7:34 PM
**To:** Loughlin, Walter P.
**Subject:** RE: Rajiv Garg Deposition

I would be inclined to do that, except that I'll need an up front commitment that defendants will indeed produce someone on the topics during the week of the 13th if I think that matters still require testimony. I can't sign off on an agreement just to discuss the matter down the road.

---

**From:** Loughlin, Walter P. [mailto:Walter.Loughlin@klgates.com]
**Sent:** Wednesday, May 25, 2011 6:30 PM
**To:** Tzanetopoulos, George J.
**Subject:** RE: Rajiv Garg Deposition

On the 30b6, I suggest that we see if you can obtain the testimony on the subjects in the 30b6 from the folks on our side you are deposing. If at the end of the day you think you need someone else, we discuss agreeing to take some additional testimony the week of the 13th unless we are both in a state of collapse.

# Exhibit B

BROOKLYN QUEENS HEALTH CARE
B.Q.H.C.
MEMBERS OF THE BOARD OF TRUSTEES
MAY 2008

John H. Cook, Jr., Esq.
20 Eastview Rd.
New Fairfield, Ct. 06812
(203) 746-4276
Email: Ringecook@aol.com

Fred T. Haller, III, Esq.
62-18 Myrtle Ave.
Glendale, NY 11385
(718) 821-5576
Email: HHATTNY@aol.com

Adam Figueroa
264 Wyckoff Ave.
Brooklyn, NY 11237
(516) 384-9477
Email: dlfr@optonline.net

Herman Hochberg ✓ 2/08
150 E. 69th St.
New York, NY 10021
Tel: (718) 821-1500
Email: HY@hochberg.com

Vito J. D'Alessandro, M.D. ✓ 3/08
107 Hayes St.
Garden City, NY 11530
Tel: (516) 328-2197
Email: Vidoc@optonline.net

Krishna Mehta ✓ 5/08
42 Bristol Drive
North Hills, NY 11030
Tel: (518) 424-2095
Email: kkmehtacpa@hotmail.com

Emil Rucigay, Esq. (Chairman)
69-03 Fresh Pond Rd.
Ridgewood, NY 11385
(718) 821-3314
Fax: (718) 821-7470
Email: rucigay@verizon.net

Vincent Arcuri
69-27 67th St.
Glendale, NY 11385
Tel: (718) 417-0234
Fax: (718) 417-5799
Email: varcuri23@netzero.net

Rajiv Garg ✓ 3/08
860 United Nations Plaza
New York, NY 10017
Tel: (917) 361-9643
Email: Erajiv@aol.com

Gary Goffner ✓ 3/08
457 Knickerbocker Ave
Brooklyn, NY 11237
Tel: (718) 821-1313
Email: Rxdad@aol.com

Frank Chiarello 3/08
234-19 41st Ave.
Douglaston, NY 11363
Tel: (718) 224-9500
Email: FChiarello@wraprop.com

✱ original 2006 to present
   members
✓ date joined

*WYCKOFF HEIGHTS MEDICAL CENTER*

*BOARD O F TRUSTEES*

*JANUARY 2010*

**RUCIGAY, EMIL, J., ESQ.**
*Chairman*
*69-03 Fresh Pond Road*
*Ridgewood, N.Y. 11385*
*Tel: (718) 821-3314*
*Fax: (718) 821-7470*
*Email: rucigay@verizon.net*

**AGARWAL, NISHA**
*274 Sterling Place Apt. B*
*Brooklyn, N.Y. 11238*
*Tel. (718) 986-1552*
*Email: agarwal@post.harvard.edu*

**ARCURI, VINCENT**
*Vice Chairman*
*69-27 67th St.*
*Glendale, N.Y. 11385*
*Tel. (718) 417-0234*
*Fax: (718) 417-5799*
*Email: varcuri23@netzero.net*

**HALLER, FRED T. III, ESQ.**
*Secretary*
*62-18 Myrtle Ave.*
*Glendale, N.Y. 11385*
*Tel. (718) 821-5576*
*Fax: (718) 386-8661*
*Email: HHATTNY@AOL.COM*

**BOISSELLE, ANDREW**
*369 Palmetto St.*
*Brooklyn, N Y 11237*
*Tel. (718) 386-4600*
*Fax: (718) 386-5811*
*Email: ABOISSELLE@aol.com*

**CHIARELLO, FRANK**
*875 Mamaroneck Ave – Suite 401.*
*Mamaroneck, NY 10543*
*Tel: (718) 224-9500*
*Email: Fchiarello@wraprop.com*

**COOK, JOHN H., JR., ESQ.**
*20 Eastview Rd*
*New Fairfield, Ct. 06812*
*Tel: (203)746-4276*
*Email: Rhsecook@aol.com*

**COOK, VICTORIA, ESQ.**
*Advantage Settlement*
*25 Melville Park Road*
*Suite 105*
*Melville, NY 11747*
*Tel. (631)427-7575*
*Fax (631) 549-0158*
*Email: VCOOK@advantage-settlement.com*

**D'ALESSANDRO, VITO J., M.D.**
*107 Hayes St.*
*Garden City, NY 11530*
*Tel: (516) 328-2197*
*Email: Vides@optonline.net*

**FIGUEROA, ADAM**
*264 Wyckoff Ave.*
*Brooklyn, N.Y. 11237*
*Tel: (516) 384-9477*
*Email: dlft@optonline.net*

**GARG, RAJIV**
*860 United Nations Plaza*
*New York, NY 10017*
*Tel: (917) 361-9643*
*Email: Erajiv@aol.com*

**GOFFNER, GARY**
*457 Knickerbocker Ave.*
*Brooklyn, NY 11237*
*Tel (718) 821-1313*
*Email: Rxdad@aol.com*

Page 2

HOCHBERG, HERMAN
150 E. 69th St.
New York, NY 10021
Tel. (718) 821-1500
Fax: (718) 821-9137
Email: HH@hochberg.com

MARIANI, ROBERT
Chief Financial Officer
WHMC
374 Stockholm St.
Brooklyn, N.Y. 11237
Tel. (718) 963-4288
Email: RMARIANI@wyckoffhospital.org

MAXWELL, MARCIA
60 Sterling Street
Brooklyn, N.Y. 11225
Tel. (917) 604-6130
Email: marcia.maxwell@nyu.edu

McDONALD, HAROLD
Sr. Vice President & Chief Operating Officer
WHMC
374 Stockholm St.
Brooklyn, NY 11237
Tel.: (718) 963-7109
Fax: (718) 830-2856
Email: HMCDONALD@WyckoffHospital.org

MODICA, EDMONDO, M.D.
W.H.M.C.
374 Stockholm Street
Brooklyn, NY 11237
Tel: (718) 963-6145
Fax:( 718) 225-9071

RAO, A.C., M.D.
WHMC
374 Stockholm St.
Brooklyn, N.Y. 11237
Tel. (718) 963-7601
Fax: (718) 458-0284
Email: ARAO@WyckoffHospital.org

RUCIGAY, JOHN D., ESQ.
69-03 Fresh Pond Rd.
Ridgewood, NY 11385
Tel. (718) 821-3314
Fax: (718) 821-7470
Email: rucigay@verizon.net

VISCONTI, CHARLENE
College of Arts & Science
100 Washington Square East, Room 901
New York, NY 10003
Tel (212) 998-8160
Email: Charlene.visconti@nyu.edu

WILTSHIRE, ALBERT
438 Lewis Ave.
Brooklyn, NY 11233
Tel.: 718-855-8018
Email: Albert.Wiltshire@mail.house.gov

BERGER, LARRY
(Non-Voting Member)
N.Y. Presbyterian Hospital
525 E. 68th St.
New York, N.Y. 10021
Tel. (212) 746-3745
Fax: (212)746-4198
Email: LBerger@NYP.ORG

CARRILLO, EMILIO, M.D.
(Non-Voting Member)
N.Y. Community Health Plan
333E, 38th St.
New York, NY 10016
Tel. (212) 297-5514
Fax: (212) 297-4372
Email: ECARRILL@NYP.ORG

BQHC 00480

*WYCKOFF HEIGHTS MEDICAL CENTER*

*BOARD O F TRUSTEES*

*DECEMBER 2009*

**RUCIGAY, EMIL, J., ESQ.**
Chairman
69-03 Fresh Pond Road
Ridgewood, N.Y. 11385
Tel: (718) 821-3314
Fax: (718) 821-7470
Email: rucigay@verizon.net

**ARCURI, VINCENT**
Vice Chairman
69-27 67th St.
Glendale, N.Y. 11385
Tel. (718) 417-0234
Fax: (718) 417-5799
Email: vorcurl23@netzero.net

**HALLER, FRED T. III, ESQ.**
Secretary
62-18 Myrtle Ave.
Glendale, N.Y. 11385
Tel. (718) 821-5576
Fax: (718) 386-8661
Email: HHALTNY@AOL.COM

**HSU, WAH-CHUNG**
Treasurer
Chief Financial Officer
Wyckoff Heights Medical Center
374 Stockholm St.
Brooklyn, NY 11237
Tel. (718) 963-7330
Fax: (718) 830-2856
Email: WHSU@WyckffHospital.org

**BOISSELLE, ANDREW**
369 Palmetto St.
Brooklyn, N Y 11237
Tel. (718) 386-4600
Fax: (718) 386-5811
Email: ABOISSELLE@aol.com

**CHIARELLO, FRANK**
875 Mamaroneck Ave – Suite 401.
Mamaroneck, NY 10543
Tel: (718) 224-9500
Email: Fchiarello@wraprop.com

**COOK, JOHN H., JR., ESQ.**
20 Eastview Rd.
New Fairfield, Ct. 06812
Tel: (203)746-4276
Email: Rlugecook@aol.com

**COOK, VICTORIA, ESQ.**
Advantage Settlement
25 Melville Park Road
Suite 105
Melville, NY 11747
Tel. (631)427-7575
Fax (631) 549-0158
Email: VCOOK@advantage-settlement.com

**D'ALESSANDRO, VITO J., M.D.**
107 Hayes St.
Garden City, NY 11530
Tel: (516) 328-2197
Email: Vides@aptonline.net

**FIGUEROA, ADAM**
264 Wyckoff Ave.
Brooklyn, N.Y. 11237
Tel: (516) 384-9477
Email: dlfr@optonline.net

**GARG, RAJIV**
860 United Nations Plaza
New York, NY 10017
Tel: (917) 361-9643
Email: Erajiv@aol.com

**GOFFNER, GARY**
457 Knickerbocker Ave.
Brooklyn, NY 11237
Tel (718) 821-1313
Email: Rxdad@aol.com

Page 2

**HOCHBERG, HERMAN**
150 E. 69th St.
New York, NY 10021
Tel. (718) 821-1500
Fax: (718) 821-9137
Email: HH@hochberg.com

**McDONALD, HAROLD**
Sr. Vice President & Chief Operating Officer
WHMC
374 Stockholm St.
Brooklyn, NY 11237
Tel.: (718) 963-7109
Fax: (718) 830-2856
Email: HMCDONALD@Wyckoffhospital.org

**MODICA, EDMONDO, M.D.**
W.H.M.C.
374 Stockholm Street
Brooklyn, NY 11237
Tel: (718) 963-6145
Fax:( 718) 225-9071

**RAO, A.C., M.D.**
WHMC
374 Stockholm St.
Brooklyn, N.Y. 11237
Tel. (718) 963-7601
Fax: (718) 458-0284
Email: ARAO@Wyckoffhospital.org

**RUCIGAY, JOHN D., ESQ.**
69-03 Fresh Pond Rd.
Ridgewood, NY 11385
Tel. (718) 821-3314
Fax: (718) 821-7470
Email: rucigay@verizon.net

**VISCONTI, CHARLENE**
College of Arts & Science
100 Washington Square East, Room 901
New York, NY 10003
Tel (212) 998-8160
Email: Charlene.visconti@nyu.edu

**WILTSHIRE, ALBERT**
438 Lewis Ave.
Brooklyn, NY 11233
Tel.: 718-855-8018
Email: Albert.Wiltshire@mail.house.gov

**BERGER, LARRY**
(Non-Voting Member)
N.Y. Presbyterian Hospital
525 E. 68th St.
New York, N.Y. 10021
Tel. (212) 746-3745
Fax: (212)746-4198
Email: LBerger@NYP.ORG

**CARRILLO, EMILIO, M.D.**
(Non-Voting Member)
N.Y. Community Health Plan
333E, 38th St.
New York, NY 10016
Tel. (212) 297-5514
Fax: (212) 297-4372
Email: ECARRILL@NYP.ORG

**WYCKOFF HEIGHTS MEDICAL CENTER**

**BOARD OF TRUSTEES**
October 2008

---

COOK, JOHN H., JR., ESQ.
Vice Chairperson
20 Eastview Rd
New Fairfield, Ct. 06812
Tel: (203)746-4276
Email: Ringecook@aol.com

D'ALESSANDRO, VITO J., M.D.
107 Hayes St.
Garden City, NY 11530
Tel: (516) 328-2197
Email: Videe@optonline.net

FIGUEROA, ADAM
264 Wyckoff Ave.
Brooklyn, N.Y. 11237
Tel: (516) 384-9477
Email: dlfr@optonline.net

MODICA, EDMONDO, M.D.
W.H.M.C.
374 Stockholm Street
Brooklyn, NY 11237
Tel: (718) 963-6145
Fax:(718) 225-9071

HSU, WAH-CHUNG
Treasurer
Chief Financial Officer
Wyckoff Heights Medical Center
374 Stockholm St.
Brooklyn, NY 11237
Tel. (718) 963-7330
Fax: (718) 830-2856
Email: WHSU@BQHCNY.org

RUCIGAY, EMIL, J., ESQ.
Chairperson
69-03 Fresh Pond Road
Ridgewood, N.Y. 11385
Tel: (718) 821-3314
Fax: (718) 821-7470
Email: rucigay@verizon.net

McDONALD, HAROLD
Sr. Vice President & Chief Operating Officer
WHMC
374 Stockholm St.
Brooklyn, NY 11237
Tel.: (718) 963-7109
Fax: (718) 830-2856
Email: HMCDONALD@BQHCNY.ORG

RAO, A.C., M.D.
WHMC
374 Stockholm St.
Brooklyn, N.Y. 11237
Tel. (718) 963-7601
Fax: (718) 458-0284
Email: ARAO@BQHCNY.ORG

RUCIGAY, JOHN D., ESQ.
69-03 Fresh Pond Rd.
Ridgewood, NY 11385
Tel. (718) 821-3314
Fax: (718) 821-7470
Email: rucigay@verizon.net

ARCURI, VINCENT*
69-27 67th St.
Glendale, N.Y. 11385
Tel. (718) 417-0234
Fax: (718) 417-5799
Email: varcuri23@netzero.net

HALLER, FRED T. III, ESQ.
Secretary
62-18 Myrtle Ave.
Glendale, N.Y. 11385
Tel. (718) 821-5576
Fax: (718) 386-8661
Email: HHATTNY@AOL.COM

*Board of Trustees Listing*
*Page 2*

**BERGER, LARRY**
*(Non-Voting Member)*
*N.Y. Presbyterian Hospital*
*525 E. 68th St.*
*New York, N.Y. 10021*
*Tel. (212) 746-3745*
*Fax: (212)746-4198*
*Email: LBerger@NYP.ORG*

**CARRILLO, EMILIO, M.D.**
*(Non-Voting Member)*
*N.Y. Community Health Plan*
*333E. 38ᵈ St.*
*New York, NY 10016*
*Tel. (212) 297-5514*
*Fax: (212) 297-4372*
*Email: ECARRILL@NYP.ORG*

**GOFFNER, GARY**
*457 Knickerbocker Ave.*
*Brooklyn, NY 11237*
*Tel (718) 821-1313*
*Email: Rxdad@aol.com*

**COOK, VICTORIA, ESQ.**
*Advantage Settlement*
*25 Melville Park Road*
*Suite 105*
*Melville, NY 11747*
*Tel. (631)427-7575*
*Fax (631) 549-0158*
*Email: VCOOK@advantage-settlement.com*

**HOCHBERG, HERMAN**
*150 E. 69ᵈ St.*
*New York, NY 10021*
*Tel. (718) 821-1500*
*Fax: (718) 821-9137*
*Email: HY@hochberg.com*

**BOISSELLE, ANDREW**
*369 Palmetto St.*
*Brooklyn, N Y 11237*
*Tel. (718) 386-4600*
*Fax: (718) 386-5811*
*Email: ABOISSELLE@aol.com*

**CHIARELLO, FRANK**
*234-19 41st. Avenue*
*Douglaston, NY 11363*
*Tel: (718) 224-9500*
*Email: Fchiarello@wrgprop.com*

**GARG, RAJIV**
*860 United Nations Plaza*
*New York, NY 10017*
*Tel: (917) 361-9643*
*Email: Erajiv@aol.com*

**WILTSHIRE, ALBERT**
*438 Lewis Ave.*
*Brooklyn, NY 11233*
*Tel.: 718-855-8018*
*Email: Albert.Wiltshire@mail.house.gov*

*WYCKOFF HEIGHTS MEDICAL CENTER*

*BOARD OF TRUSTEES*

*OCTOBER 2007*

COOK, JOHN H., JR., ESQ.
Vice Chairperson
20 Eastview Rd
New Fairfield, Ct. 06812
Tel: (203)746-4276
Email: Rlasecook@aol.com

D'ALESSANDRO, VITO J., M.D.
107 Hayes St.
Garden City, NY 11530
Tel: (516) 326-2197
Email: Vjdea@optonline.net

FIGUEROA, ADAM
264 Wyckoff Ave.
Brooklyn, N.Y. 11237
Tel: (516) 384-9477

HALLER, FREDERICK T., ESQ.
Past Chairperson
62-18 Myrtle Avenue
Glendale, NY 11385
Tel: (718) 821-5576
Email: IJHATTNY@aol.com

MODICA, EDMONDO, M.D.
W.H.M.C.
374 Stockholm Street
Brooklyn, NY 11237
Tel: (718) 963-6145
Fax:( 718) 225-9071

HSU, WAH-CHUNG
Treasurer
Chief Financial Officer
Wyckoff Heights Medical Center
374 Stockholm St.
Brooklyn, NY 11237
Tel: (718) 963-7330
Fax:(718) 830-2856
Email: WHSU@BOHCNY.org

RUCIGAY, EMIL, J., ESQ.
Chairperson
69-03 Fresh Pond Road
Ridgewood, N.Y. 11385
Tel: (718) 821-3314
Fax: (718) 821-7470
Email: rucigay@verizon.net

GIO, DOMINICK J.
President & C.E.O. - WHMC
374 Stockholm St.
Brooklyn, New York 11237
Tel: (718) 963-7101
Fax: (718) 963-7196
Email: DGIO@BOHCNY.ORG

RODRIGUEZ, GLADYS
Employer: Tel. 718-574-2200
Mailing Address:
138 Georgy St.
Brooklyn, N.Y. 11237

McDONALD, HAROLD
Sr. Vice President & Chief Operating Officer
WHMC
374 Stockholm St.
Brooklyn, NY 11237
Tel.: (718) 963-7109
Fax: (718) 830-2856
Email: HMCDONALD@BOHCNY.ORG

RAO, A.C., M.D.
WHMC
374 Stockholm St.
Brooklyn, N.Y. 11237
Tel. (718) 963-7601
Fax: (718) 458-0784
Email: ARAO@BOHCNY.ORG

*Wyckoff Heights Medical Center*
*BOARD OF TRUSTEES*

*TOWNS, EDOLPHUS (CONGRESSMAN)*
*1670 Fulton St.*
*Brooklyn, N.Y. 11213*
*Tel.: (718) 774-5682*
*Fax: (718) 774-5730*
*Email: Congressman_Towns@mail.house.gov*

*ARCURI, VINCENT\**
*69-27 67th St.*
*Glendale, N.Y. 11385*
*Tel. (718) 417-0234*
*Fax: (718) 417-5199*
*Email: varcuri43@netzero.net*

*HALLER, FRED T. III, ESQ.*
*Secretary*
*62-18 Myrtle Ave.*
*Glendale, N.Y. 11385*
*Tel. (718) 821-5576*
*Fax (718) 386-8661*
*Email: HHALTNT@AOL.COM*

*BERGER, LARRY*
*(Non-Voting Member)*
*N.Y. Presbyterian Hospital*
*525 E. 68th St.*
*New York, N.Y. 10021*
*Tel. (212) 746-5745*
*Fax: (212)746-4198*
*Email: LBerger@NYP.ORG*

*CARRILLO, EMILIO, M.D.*
*(Non-Voting Member)*
*N.Y. Community Health Plan*
*333 E. 38th St.*
*New York, NY 10016*
*Tel. (212) 297-5514*
*Fax: (212) 297-4372*
*Email: ECARRILL@NYP.ORG*

*COOK, VICTORIA, ESQ.*
*Advantage Settlement*
*410 New York Ave.*
*Huntington, NY 11743*
*Tel. (631)427-7575*
*Fax (631) 549-0158*
*Email: VCOOK@advantage-settlement.com*

*HOCHBERG, HERMAN*
*150 E. 69th St.*
*New York, NY 10021*
*Tel. (718) 821-1500*
*Fax (718) 821-9137*
*Email: HH@hochberg.com*

*BOISSELLE, ANDREW*
*369 Palmetto St.*
*Brooklyn, N Y 11237*
*Tel. (718) 386-4600*
*Fax: (718) 386-5811*
*Email: ABOISSELLE@aol.com*

*RUCIGAY, JOHN D., ESQ.*
*69-03 Fresh Pond Rd.*
*Ridgewood, NY 11385*
*Tel. (718) 821-3314*
*Fax: (718) 821-7470*
*Email: rucigayl@verizon.net*

BQHC 00486

*WYCKOFF HEIGHTS MEDICAL CENTER*

*BOARD OF TRUSTEES*

*April 2006*

---

COOK, JOHN H., JR., ESQ.
*Vice Chairperson*
20 Eastview Rd
New Fairfield, Ct. 06812
Tel: (203)746-4276

D'ALESSANDRO, VITO J., M.D.
W.H.M.C.
374 Stockholm Street
Brooklyn, NY 11237
Tel: (718) 963-7701

FIGUEROA, ADAM
264 Wyckoff Ave.
Brooklyn, N.Y. 11237
Tel: (516) 384-9477

HALLER, FREDERICK T., ESQ.
*Past Chairperson*
62-18 Myrtle Avenue
Glendale, NY 11385
Tel: (718) 821-5576

MODICA, EDMONDO, M.D.
W.H.M.C.
374 Stockholm Street
Brooklyn, NY 11237
Tel: (718) 963-6145

MCNEIL, HAL
*Treasurer*
*Chief Financial Officer*
*Wyckoff Heights Medical Center*
374 Stockholm St.
Brooklyn, NY 11237
Tel. (718) 963-7185

RUCIGAY, EMIL, J., ESQ.
*Chairperson*
69-03 Fresh Pond Road
Ridgewood, N.Y. 11385
Tel: (718) 821-3314

ROBLES, VICTOR, COUNCILMAN
*Emeritus*
815 Broadway
Brooklyn, NY 11206
Tel: (718) 963-3141

GIO, DOMINICK J.
*President & C.E.O. - WHMC*
374 Stockholm St.
Brooklyn, New York 11237
Tel.: (718) 963-7101

RODRIGUEZ, GLADYS
*Employer: Tel. 718-574-2200*
*Mailing Address:*
138 George St.
Brooklyn, N.Y. 11237

McDONALD, HAROLD
*Sr. Vice President & Chief Operating Officer*
*WHMC*
374 Stockholm St.
Brooklyn, NY 11237
Tel.: (718) 963-7109

BQHC 00487

Page 2
Wyckoff Heights Medical Center
BOARD OF TRUSTEES
April 2006

RAO, A.C., M.D.
WHMC
374 Stockholm St.
Brooklyn, N.Y. 11237
Tel. (718) 963-7601

TOWNS, EDOLPHUS (CONGRESSMAN)
1670 Fulton St.
Brooklyn, N.Y. 11213
Tel. (718) 774-5682

ARCURI, VINCENT
69-27 67ᵗʰ St.
Glendale, N.Y. 11385
Tel. (718) 417-0234

HALLER, FRED T. III, ESQ.
Secretary
62-18 Myrtle Ave.
Glendale, N.Y. 11385
Tel. (718) 821-5576

BERGER, LARRY
N.Y. Presbyterian Hospital
525 E. 68th St.
New York, N.Y. 10021
Tel. (212) 746-3745

CARRILLO, EMILIO, M.D.
N.Y. Community Health Plan
527 Third Avenue
Box 303
New York, NY 10016
Tel. (212) 297-5514

COOK, VICTORIA, ESQ.
Advantage Settlement
410 New York Ave.
Huntington, NY 11743
(631)427-7575

HOCHBERG, HERMAN
150 E. 69ᵗʰ St.
New York, NY 10021
Tel. (718) 821-1500

BOISSELLE, ANDREW
369 Palmetto St.
Brooklyn, N Y 11237
Tel. (718) 386-4600

RUCIGAY, JOHN D., ESQ.
69-03 Fresh Pond Rd.
Ridgewood, NY 11385
Tel. (718) 821-3314

BQHC 00488

# Exhibit C

**Loughlin, Walter P.**

| | |
|---|---|
| **From:** | Loughlin, Walter P. |
| **Sent:** | Thursday, June 30, 2011 9:02 AM |
| **To:** | 'Tzanetopoulos, George J.' |
| **Cc:** | 'Hoffman, David' |

**Subject:** RE: Ross v. BQHC

George:

1. Mr. Rucigay is available to resume his deposition on July 5 at 10 AM at Wyckoff.

2. It is our intention to provide lists of the board members and dates of service for BQHC and Caritas similar to what was provided to you on Wyckoff.

3. We are working on that. I believe it makes more sense to provide a list of contracts rather than the testimony of the witness.

4.  This is so broad that I find it difficult to imagine any witness who could be prepared to testify under oath as to the topics you have identified. I note that you are also seeking documents. You have many documents which have already been provided, and used by you as exhibits at depositions.

---

**From:** Tzanetopoulos, George J. [mailto:gtzanetopoulos@bakerlaw.com]
**Sent:** Wednesday, June 29, 2011 2:04 PM
**To:** Loughlin, Walter P.
**Subject:** Ross v. BQHC

Pat:

   I left a voice mail message for you yesterday and have not heard back from you about the following:

(1)   Emil Rucigay was unable to complete his deposition.  Please provide a date on which Mr. Rucigay will be available to complete the deposition.

(2)   Defendants designated Rajiv Garg as their deponent in response to plaintiff's Rule 30(b)(6) deposition notice.  Mr. Garg was completely unprepared to answer questions regarding nearly all of the topics.  Please provide a date on which defendants will produce a properly prepared witness for the following previously noticed topics:

   (a)  The identity and dates of service of the officers and trustees of BQHC, Wyckoff, and Caritas, and if salaries or board fees were paid to such officers or trustees, the identity of the entity that paid them.  (*N.b.*, defendants did provide during Mr. Garg's deposition a list of Wyckoff trustees and dates of service, but Mr. Garg was not prepared to answer questions with respect to the other entities' trustees nor any of the entities' corporate officers) (Rule 30(b)(6) notice topic no. 10);

   (b)  Identification of all contracts into which BQHC entered as a party between 2006 and the present (.Rule 30(b)(6) notice topic no. 8); and

   (c)  All information in Defendants' possession concerning loans, transfers of assets, transfers of employees between any of BQHC, Wyckoff, Caritas and/or the Hospitals between 2006 and

7/7/2011

the present, and the documentation concerning such transfers  (Rule 30(b)(6) notice topic no. 7).

Best regards,
George Tzanetopoulos

**My Bio**  |  **Web site**  |  **V-card**

T 312.416.6225
F 312.416.6265

www.bakerlaw.com

George J. Tzanetopoulos
gtzanetopoulos@bakerlaw.com

Baker & Hostetler LLP
191 North Wacker Drive
Chicago, Illinois 60606-1901

---------------------------------------------

IRS Circular 230 Disclosure:

To ensure compliance with requirements imposed by the IRS in Circular 230, we inform you that, unless we expressly state otherwise in this communication (including any attachments), any tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or other matter addressed herein.

---------------------------------------------

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

7/7/2011