ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE

DATE: July 11, 2011
START: 11:00 a.m.
END: 11:20 a.m.

DOCKET NO: 09-CV-1410 (KAM)

CASE: Ross University v. Brooklyn-Queens Health Care Inc.

___ INITIAL CONFERENCE
✓ DISCOVERY CONFERENCE
___ SETTLEMENT CONFERENCE

___ OTHER/ORDER TO SHOW CAUSE
___ FINAL/PRETRIAL CONFERENCE
✓ TELEPHONE CONFERENCE

FOR PLAINTIFF: George Tzanetopoulos  recorded

FOR DEFENDANT: Walter Loughlin

___ DISCOVERY TO BE COMPLETED BY _____

___ NEXT _____ CONFERENCE SCHEDULED FOR _____

___ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____

___ PL. TO SERVE DEF. BY: _____    DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The Court addresses plaintiff's motion to compel filed July 5, 2011 (D.E. #76), which is granted in part, deferred in part. By July 13, 2011, defendants shall serve on plaintiff a stipulation or admission containing the information requested in Rule 30(b)(6) Notice Topic Nos. 10 and 8. As for Notice Topic No. 7, counsel are directed to confer promptly in a good faith attempt to narrow the information requested and resolve this dispute.