**ROANNE L. MANN**  
**UNITED STATES MAGISTRATE JUDGE**

DATE: July 14, 2011  
START: 10:00 a.m.  
END: 3:45 pm  
(1-hr. lunch)

DOCKET NO: 09-CV-1410 (KAM)

CASE: Ross Univ. School of Medicine v. Brooklyn-Queens Health Care Inc.

___ INITIAL CONFERENCE  
___ DISCOVERY CONFERENCE  
✓ SETTLEMENT CONFERENCE  

___ OTHER/ORDER TO SHOW CAUSE  
___ FINAL/PRETRIAL CONFERENCE  
___ TELEPHONE CONFERENCE

FOR PLAINTIFF: See attached

FOR DEFENDANT:

_____ DISCOVERY TO BE COMPLETED BY _____

_____ NEXT _____ CONFERENCE SCHEDULED FOR _____

_____ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____

_____ PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: **PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

The parties shall respond to the Court's settlement proposal by July 18, 2011.

**ROANNE L. MANN**
**UNITED STATES MAGISTRATE JUDGE**                **COURTROOM 13C-S**

DATE: July 15, 2011

DOCKET NO. 05-1411-0

CASE: Ross v. BQHC + Wyckoff Heights Med. Center

## APPEARANCES

**PLAINTIFF:**

Ross University School of Medicine

George Tzavetopulos, Baker & Hostetler

George Harbison, CFO Healthcare Group, DeVry, Inc

**DEFENDANT:**

BQHC
Wyckoff Heights Med Center

Walter P. Loughlin
Justin Roeber
Anthony Badarracco
K&L Gates LLP