UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
ROSS UNIVERSITY SCHOOL OF
MEDICINE, LTD.,

                Plaintiff,                      **ORDER**

       -against-                      09-CV-1410 (KAM)

BROOKLYN-QUEENS HEALTH
CARE, LTD.,

                Defendant.
----------------------------------------------------------------x

       The parties have rejected the Court's settlement proposal. They are directed to confer and, by July 25, 2011, to file via ECF a joint proposed expedited schedule for expert disclosure and/or other proceedings in the case.

       SO ORDERED.

Dated:     Brooklyn, New York
              July 20, 2011

                                                  ROANNE L. MANN
                                                  UNITED STATES MAGISTRATE JUDGE