# Baker Hostetler

**Baker&Hostetler LLP**

191 North Wacker Drive
Suite 3100
Chicago, IL 60606-1901

T 312.416.6200
F 312.416.6201
www.bakerlaw.com

July 25, 2011

George J. Tzanetopoulos
direct dial: 312.416.6225
gtzanetopoulos@bakerlaw.com

**BY ECF**

Honorable Roanne L. Mann
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Ross University. v. Brooklyn-Queens Health Care Inc.*
      No. 09 Civ. 1410 (KAM) (RLM)

Dear Judge Mann:

Pursuant to the Court's order of July 20, 2011, counsel for the parties have conferred and propose the following schedule for expert disclosure and depositions:

(1)   Rule 26(a)(2) disclosures and initial reports for all parties shall be served no later than August 31, 2011;

(2)   Any rebuttal expert disclosures and/or reports shall be served no later than September 30, 2011;

(3)   Depositions of experts shall be concluded by October 21, 2011; and

(4)   Status conference and trial date setting to be ordered at the Court's convenience thereafter.

Respectfully submitted,

*/s/ George J. Tzanetopoulos*

George J. Tzanetopoulos

cc:   Walter P. Loughlin