# Baker Hostetler

**Baker & Hostetler LLP**

191 North Wacker Drive
Suite 3100
Chicago, IL 60606-1901

T 312.416.6200
F 312.416.6201
www.bakerlaw.com

July 25, 2011

George J. Tzanetopoulos
direct dial: 312.416.6225
gtzanetopoulos@bakerlaw.com

BY ECF

Honorable Roanne L. Mann
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Ross University. v. Brooklyn-Queens Health Care Inc.*
No. 09 Civ. 1410 (KAM) (RLM)

Dear Judge Mann:

Pursuant to the Court's order of July 20, 2011, counsel for the parties have conferred and propose the following schedule for expert disclosure and depositions:

(1) Rule 26(a)(2) disclosures and initial reports for all parties shall be served no later than August 31, 2011;

(2) Any rebuttal expert disclosures and/or reports shall be served no later than September 30, 2011;

(3) Depositions of experts shall be concluded by October 21, 2011; and

(4) Status conference and trial date setting to be ordered at the Court's convenience thereafter.

Respectfully submitted,

George J. Tzanetopoulos

cc: Walter P. Loughlin

*Handwritten annotation:* The Court adopts the parties' proposed schedule for expert disclosure. After expert discovery ends, the parties shall serve and file their Joint Pretrial Order ("JPTO"), in accordance with Judge Matsumoto's Individual Rules pursuant to the following schedule: Plaintiff's portion shall be served by October 31, 2011; defendants' portion shall be served by November 10, 2011; the combined JPTO shall be filed via ECF by November 17, 2011.

SO ORDERED
/s/
Roanne L. Mann
U.S. Magistrate Judge
Dated: 7/26/11