# K&L|GATES

K&L Gates LLP
599 Lexington Avenue
New York, NY 10022-6030

T 212.536.3900    www.klgates.com

Walter P. Loughlin
D 212.536.4065
F 212.536.3901
walter.loughlin@klgates.com

October 19, 2011

**By ECF**

Honorable Roanne L. Mann
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: Ross University v. Brooklyn-Queens Health Care, et al,
    <u>09-cv-1410 (KAM) (RLM)</u>

Dear Judge Mann:

  By Orders dated July 26, 2011, and September 27, 2001, the Court set forth the dates by which service of Rule 26(a)(2) disclosures, expert reports, and expert depositions would occur, as well as the schedule for the service and filing of plaintiff's and defendants' Pretrial Order submissions and the Joint Pretrial Order. For the Court's convenience, I have enclosed copies of the prior Orders.

  The Rule 26(a)(2) disclosures and expert reports were timely served. Pursuant to the September 27 Order, expert depositions were to be completed by November 1, 2011. Due to my scheduling conflicts, those depositions can be completed during the week of November 1, but not until November 3.

  I am authorized by counsel for Ross to report that he has no objection to taking the deposition of defendants' expert on November 3 rather than by November 1, on condition that the other deadlines set forth in the Courts Orders are similarly extended by two days.

  The modified schedule would be as follows:

1. Depositions of experts to be concluded by November 3;
2. Plaintiff's portion of the Joint Pretrial Order due November 13;
3. Defendants' portion of the Joint Pretrial Order due November 23;
4. Combined Joint Pretrial Order due November 30; and

K&L|GATES

Hon. Roanne L. Mann
October 19, 2011
Page 2

  5. Status conference and trial date setting to be ordered at the Court's convenience thereafter.

Respectfully submitted,

*Walter P. Loughlin* /APB

Walter P. Loughlin

cc: George J. Tzanetopolous, Esq. (by email)

# Baker Hostetler

**Baker & Hostetler LLP**

191 North Wacker Drive
Suite 3100
Chicago, IL 60606-1901

T 312.416.6200
F 312.416.6201
www.bakerlaw.com

July 25, 2011

George J. Tzanetopoulos
direct dial: 312.416.6225
gjzanetopoulos@bakerlaw.com

BY ECF

Honorable Roanne L. Mann
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Ross University. v. Brooklyn-Queens Health Care Inc.
    No. 09 Civ. 1410 (KAM) (RLM)

Dear Judge Mann:

Pursuant to the Court's order of July 20, 2011, counsel for the parties have conferred and propose the following schedule for expert disclosure and depositions:

(1) Rule 26(a)(2) disclosures and initial reports for all parties shall be served no later than August 31, 2011;

(2) Any rebuttal expert disclosures and/or reports shall be served no later than September 30, 2011;

(3) Depositions of experts shall be concluded by October 21, 2011; and

(4) Status conference and trial date setting to be ordered at the Court's convenience thereafter.

Respectfully submitted,

George J. Tzanetopoulos

cc: Walter P. Loughlin

*Handwritten order:* The Court adopts the parties' proposed schedule for expert disclosure. After expert discovery ends, the parties shall serve and file their Joint Pretrial Order ("JPTO"), in accordance with Judge Matsumoto's Individual Rules, pursuant to the following schedule: Plaintiff's portion shall be served by October 31, 2011; defendants' portion shall be served by November 10, 2011; the combined JPTO shall be filed via ECF by November 17, 2011.

SO ORDERED
/s/
Roanne L. Mann
U.S. Magistrate Judge
Dated: 7/26/11

Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa
Denver   Houston   Los Angeles   New York   Orlando   Washington, DC

Case 1:09-cv-01410-KAM-RLM   Document 86   Filed 09/27/11   Page 1 of 1 PageID #: 881

> *Defendants' request for an 11-day extension to serve their expert rebuttal report on damages, and to complete expert depositions, is granted, on consent. In addition, the deadlines for serving and filing the Joint Pretrial Order ("JPTO") are likewise extended for 11 days. Therefore, the combined JPTO shall be filed via ECF by November 28, 2011.*
>
> **SO ORDERED:**
> /s/
> *Roanne L. Mann*
> U.S. Magistrate Judge
> Dated: 9/27/11

# K&L|GATES

K&L Gates LLP
599 Lexington Avenue
New York, NY 10022-6030

T 212.536.3900   www.klgates.com

Walter P. Loughlin
D 212.536.4065
F 212.536.3901
walter.loughlin@klgates.com

September 26, 2011

BY ECF

Honorable Roanne L. Mann
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Ross University School of Medicine v. Brooklyn Queens Health Care Inc. and Wyckoff Heights Medical Center*, No. 09 Civ. 1410 (KAM) (RLM)

Dear Judge Mann:

Pursuant to the Court's Order of July 26, 2011, the defendants in the above-captioned matter are to serve on or before September 30, 2011, an expert rebuttal report to the plaintiff's expert report on damages.

After timely service of plaintiff's expert report and related disclosures, I had been working with a leading accounting firm toward producing a rebuttal report by this Friday. However, I was notified by that firm on the afternoon of Friday, September 23, 2011, that despite prior assurances, they had identified a conflict that they could not clear.

I expect to have an alternate expert in place shortly. Due to the pressure of the deadline this Friday, and the unexpected displacement of the expert I expected to prepare the report, I request an extension of time of 11 days, from the September 30 date to October 11, 2011, the first working day following Columbus Day and the Jewish holidays.

I am authorized to advise the Court that plaintiff's counsel has no objection to this application on condition that the date by which the expert depositions are to occur be similarly extended. The current date, pursuant to the Court's July 26 Order, is October 21, 2011. A corresponding extension of that date would require depositions of experts to be concluded by November 1, 2011.