# K&L|GATES

K&L Gates LLP
599 Lexington Avenue
New York, NY 10022-6030

T 212.536.3900    www.klgates.com

Walter P. Loughlin
D 212.536.4065
F 212.536.3901
walter.loughlin@klgates.com

October 19, 2011

*Application granted, on consent.*

**SO ORDERED:**
/s/
Roanne L. Mann
U.S. Magistrate Judge
Dated: 10/19/11

**By ECF**

Honorable Roanne L. Mann
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Ross University v. Brooklyn-Queens Health Care, et al,
    09-cv-1410 (KAM) (RLM)

Dear Judge Mann:

By Orders dated July 26, 2011, and September 27, 2001, the Court set forth the dates by which service of Rule 26(a)(2) disclosures, expert reports, and expert depositions would occur, as well as the schedule for the service and filing of plaintiff's and defendants' Pretrial Order submissions and the Joint Pretrial Order. For the Court's convenience, I have enclosed copies of the prior Orders.

The Rule 26(a)(2) disclosures and expert reports were timely served. Pursuant to the September 27 Order, expert depositions were to be completed by November 1, 2011. Due to my scheduling conflicts, those depositions can be completed during the week of November 1, but not until November 3.

I am authorized by counsel for Ross to report that he has no objection to taking the deposition of defendants' expert on November 3 rather than by November 1, on condition that the other deadlines set forth in the Courts Orders are similarly extended by two days.

The modified schedule would be as follows:

1. Depositions of experts to be concluded by November 3;
2. Plaintiff's portion of the Joint Pretrial Order due November 13;
3. Defendants' portion of the Joint Pretrial Order due November 23;
4. Combined Joint Pretrial Order due November 30; and