# APPENDIX E

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

------------------------------------------X

ROSS UNIVERSITY SCHOOL OF

MEDICINE, LTD.,



                    Plaintiff,

          -against-                    Index No.:
                                       09CIV1410

BROOKLYN QUEENS HEALTH CARE,

INC., and WYCKOFF HEIGHTS MEDICAL

CENTER,

                    Defendants.

------------------------------------------X

                    45 Rockefeller Plaza
                    11th Floor
                    New York, New York

                    July 1, 2010
                    10:12 p.m.


          EXAMINATION BEFORE TRIAL of

JULIUS ROMERO, a representative of the

Defendants in the above-entitled action,

taken on behalf of the Plaintiff, held at

the above time and place, and taken before

Binita Shrestha, a reporter and Notary

Public within and for the State of New York.

J. ROMERO

1

2 present when anybody else from the hospital

3 talked to AUC about that topic?

4     A.   Not about the topic.

5     Q.   Were you involved in any way in the

6 exchange of drafts between AUC and the

7 hospitals for this promissory note as it was

8 negotiated?

9     A.   Yes.

10    Q.   What I would like to talk about is

11 once the parties get close and then

12 ultimately agree to a draft, the mechanism

13 by which it got to Mr. Gio to sign, did

14 somebody send that to you to give to Mr. Gio

15 or did that happen elsewhere?

16    A.   All drafts were transmitted to

17 Wyckoff via fax or e-mail.  If it's e-mail,

18 either through my office or Mr. Hoffman's

19 office.

20    Q.   In this case, Exhibit 4, were you

21 the one that presented it to Mr. Gio to be

22 signed?

23    A.   I don't recall.

24    Q.   Mr. Romero, I have handed to you a

25 document that the court reporter has marked

J. ROMERO

as Exhibits Number 5, 6, and 7.  Number 5 is
entitled Affiliation Agreement between Ross
University School of Medicine and Brooklyn
Queens Health Care.  Exhibit 6 is entitled
Amendment to Affiliation Agreement between
Ross University School of Medicine and
Brooklyn Queens Health Care.  Exhibit 7 is
the Second Amendment to the Affiliation
Agreement between Ross and Brooklyn Queens
Health Care.  Did you work on each of these
agreements in some respect?

    A.  Yes.

    Q.  I would like to direct your
attention to the signature page of
Exhibit 6, that's the amendment.  Is that
your signature in the signature block on the
last page?

    A.  Yes.

    Q.  If I could direct your attention to
the signature block in Exhibit 7, on
Exhibit 7 there is a signature block at the
end of the amendment on the page with
identification number BQHC 42915.  Is that
you?

J. ROMERO

A.  Yes.

MR. LOUGHLIN:  I don't know if
you intended it, but Exhibit 7 does
include, in addition to the second
amendment, a side letter.  I just
called it to your attention.  I
didn't know whether you wanted it
included.

Q.  Have you signed affiliation
agreements on behalf of any of the BQHC
affiliated entities -- strike that.

On behalf of BQHC or any of the
affiliated entities, have you signed
affiliation agreements with medical schools
other than the two we've just looked at?

A.  No.

Q.  In Exhibit 6, who directed you to
sign that?

A.  To my recollection, it was Mr.
Singleton.

Q.  And in Exhibit 7, who directed you
to sign the amendment where you signed on
Exhibit 7?

A.  That's correct.

J. ROMERO

1

2   Q.   The question was who directed you?

3   A.   Thomas Singleton.

4        MR. LOUGHLIN:   Just so the

5        testimony is clear, because there

6        may have been a little bit of a

7        misunderstanding there, I think the

8        testimony was that Mr. Singleton

9        instructed Mr. Romero to sign

10       Exhibit 6 and Exhibit 7.

11   Q.   Is that correct?

12   A.   That's correct.

13   Q.   During the time that Mr. Singleton

14   was at the hospitals -- and we'll talk about

15   that in more detail, but let's focus on that

16   period of time when we're talking

17   signatures.  Now, during the time that Mr.

18   Singleton was at the hospitals, did he sign

19   other medical school affiliation agreements

20   or their amendments?

21   A.   None that I can recall.

22   Q.   During the time that Mr. Singleton

23   was at the hospitals, did any of the

24   hospitals enter into amendment affiliation

25   agreements for medical student clerkships?

J. ROMERO

A.  Yes.

Q.  **At the present time, is the only BQHC affiliate that has the capacity to provide clinical clerkship rotations for medical students Wyckoff?  I'm talking about today.**

A.  I'm not certain about your question because BQHC does not exist in my view.

Q.  **Is the only entity to which you're affiliated -- let me ask you a better question.  Does Wyckoff have any other affiliates at which it can place medical students for clinic clerkship rotations?**

A.  Only within its clinical sites which includes the out-patient clinic that I mentioned.

Q.  **In those instances, it would be Wyckoff's outpatient clinics?**

A.  Only Wyckoff's.

        (Document marked as Romero        '
        Exhibit 23 for identification as
        of this date.)

Q.  **Mr. Romero, the court reporter has handed to you a document that has been**