# APPENDIX G

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROSS UNIVERSITY SCHOOL OF
MEDICINE, LTD.,

**ORIGINAL**

        Plaintiff,

vs.                                CASE NO.
                                  09 CV 01410(KAM)(RLM)

BROOKLYN-QUEENS HEALTH CARE, LTD
and WYCKOFF HEIGHTS MEDICAL
CENTER,

        Defendants.

---

DEPOSITION OF

THOMAS SINGLETON

Taken on Behalf of the Plaintiff

July 8, 2011

(9:00 a.m. - 11:30 a.m.)

---

Trine M. Mitchell, RPR

(615) 830-5544

Tennessee LCR No. 284
Expires 6/30/2012

```
 1              (The above-referred to document
 2  was thereupon marked Singleton Exhibit No. 1.)
 3              (The above-referred to document
 4  was thereupon marked Singleton Exhibit No. 2.)
 5              (The above-referred to document
 6  was thereupon marked Singleton Exhibit No. 3.)
 7              MR. LOUGHLIN:  Off the record.
 8              (Discussion off the record.)
 9  BY MR. TZANETOPOULOS:
10  Q.      Mr. Singleton, let me show you three
11  documents that the court reporter has marked as
12  deposition exhibits.  The first is marked as
13  Deposition Exhibit 1, entitled Affiliation
14  Agreement between Ross University School of
15  Medicine and Brooklyn-Queens Health Care.  It's
16  been stamped with identification numbers Ross
17  56 through 67.
18              Exhibit 2 is entitled Amendment to
19  Affiliation Agreement between Ross and
20  Brooklyn-Queens Health Care, stamped Ross 52
21  through 54.
22              And Exhibit 3 is the Second
23  Amendment to the Affiliation Agreement between
24  Ross and Brooklyn-Queens Health Care, stamped
25  BQHC 42911 through 917.
```

1            Give you those three.  Take a
2  look, if you will, then I'll have a couple of
3  questions
4  A.     You want me to look at them?
5  Q.     Sure.
6          MR. SEAR:  I would go with one,
7  first.
8          THE WITNESS:  Do you want me to
9  read?  What --
10         MR. TZANETOPOULOS:  No.  You can
11 just take a quick look at them and I'll take
12 you through them all.
13         Off the record.
14         (Discussion off the record.)
15 BY MR. TZANETOPOULOS:
16 Q.     All right.  Have you had a chance to
17 look at the three exhibits?
18 A.     Yes.
19 Q.     I can direct your attention to
20 Exhibit 3, and that's the Second Amendment, and
21 a side letter attached to the Second Amendment.
22         And at Page 5 of the Second Amendment,
23 is that your signature?
24 A.     Yes.
25 Q.     And on the last page of the exhibit,

1  the signatures on the letter agreement, are
2  those yours?
3  A.      Yes.
4  Q.      If I can direct you back to the
5  original contract, Exhibit 1, the Affiliation
6  Agreement between Ross and BQHC.  And, in
7  particular, to a provision in Exhibit B of the
8  agreement, at page stamped Ross 64.
9          It says:  In the event the hospitals
10 are not operative and the university is not in
11 material breach of the agreement, BQHC agrees
12 to provide the university with an equivalent
13 number of clerkships, as agreed to herein, at
14 one or more of its other facilities.
15         See where I am?
16 A.      Uh-huh.
17         MR. SEAR:  You have to say yes or
18 no.
19         THE WITNESS:  Yes.
20 BY MR. TZANETOPOULOS:
21 Q.      At the time when you were serving in
22 hospital management, did Wyckoff provide
23 clerkships for medical students at Wyckoff
24 facilities?
25 A.      Yes.

```
 1   Q.      Did St. John's Hospital?
 2   A.      Yes.
 3   Q.      Did Mary Immaculate?
 4   A.      Yes.
 5   Q.      Were there any other BQHC facilities
 6   that provided clerkships to medical students?
 7   A.      No.
 8   Q.      On the Exhibit 2, the first Amendment,
 9   Paul Goldberg told us earlier this week that he
10   had signed that at your direction.
11           Do you recall directing Mr. Goldberg to
12   sign this contract?
13   A.      No.
14   Q.      Do you know why it was that he signed
15   it rather than you?
16   A.      My mother-in-law died during that time,
17   and I took some time off.  That's the only
18   thing that I could guess that that might be why
19   he signed it, but that's just a speculation.
20   Q.      Okay.
21   A.      I probably shouldn't do that.
22   Q.      That's okay.
23           Were you Mr. Goldberg's boss at the
24   time?
25   A.      Yes.
```