# Appendix I

# Filed Under Seal

# Appendix J

# Filed Under Seal

# Appendix K

# Filed Under Seal

# Appendix L

# Filed Under Seal