# Exhibit 3

**CONFIDENTIAL**

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------X

ROSS UNIVERSITY SCHOOL OF
MEDICINE, LTD.,

                    Plaintiff,

                                    Case No.
          -against-                 09 Civ. 1410
                                      (KAM) (RLM)


BROOKLYN-QUEENS HEALTH CARE,
INC. and WYCKOFF HEIGHTS
MEDICAL CENTER,

                    Defendants.

--------------------------------------------X

                    Baker Hostetler
                    45 Rockerfeller Plaza
                    11th Floor
                    New York, New York 10111

                    June 1, 2011
                    10:09 a.m.


          CONFIDENTIAL DEPOSITION of DAVID
HOFFMAN, taken on behalf of the Plaintiff and
held before Ashley Shugar, a certified court
reporter and Notary Public of the State of
New York.

**2**

1
2  A P P E A R A N C E S :
3
   ON BEHALF OF THE PLAINTIFF:
4
   BAKER HOSTETLER
5  191 North Wacker Drive
   Suite 3100
6  Chicago, Illinois 60606
   (312) 416-6225
7  BY: GEORGE J. TZANETOPOULOS, ESQ.
8
   ON BEHALF OF THE DEFENDANT:
9
   K & L GATES LLP
10 599 Lexington Avenue
   New York, New York 10022
11 (212) 536-3900
   BY: WALTER P. LOUGHLIN, ESQ.
12
13
14
15              * * *
16
17
18
19
20
21
22
23
24
25

**3**

1
2        S T I P U L A T I O N S
3
4        IT IS HEREBY STIPULATED AND AGREED
5  by and between the attorneys for the
6  respective parties herein that the sealing,
7  filing and certification of the within
8  deposition be waived; that such deposition
9  may be signed and sworn to before any officer
10 authorized to administer an oath with the
11 same force and effect as if signed and sworn
12 to before a Judge of this court.
13       IT IS FURTHER STIPULATED AND AGREED
14 that all objections, except as to form, are
15 reserved to the time of trial.
16
17
18              * * *
19
20
21
22
23
24
25

**4**

1
2        (The following transcript has been
3  deemed confidential.)
4  D A V I D   H O F F M A N ,
5        a witness, after having been first
6        duly sworn by a Notary Public of
7        the State of New York, was examined
8        and testified as follows:
9        MR. TZANETOPOULOS:  This is the
10 deposition of David Hoffman.
11       Defense counsel and I have agreed
12 that, really, for the convenience of the
13 parties and the court reporter, for
14 present, we'll designate the whole
15 deposition as confidential under the
16 Court's protective order.  And we can
17 confer to try to undesignate it if that
18 ever becomes important to do.
19       I'd also like to make Exhibit No. 1
20 to the deposition transcript the
21 protective order's acknowledgement as
22 signed by our court reporter.
23       (Hoffman Exhibit No. 1, Protective
24 Order signed by the court reporter, was
25 marked for identification.)

**5**

1        Confidential - D. Hoffman
2  DIRECT EXAMINATION
3  BY MR. TZANETOPOULOS:
4        Q.  Mr. Hoffman, have you given
5  depositions before?
6        A.  Yes.
7        Q.  How many, approximately?
8        A.  Less than a hundred.
9        Q.  All right.  More than ten?
10       A.  Possibly.
11       Q.  You're familiar enough then, we'll
12 give you the short version of the ground
13 rules.
14       As you know, I'll be asking a
15 series of questions and you'll be giving
16 answers.  If you do not hear me, please let
17 me know that.  All right?
18       A.  Uh-huh.  Yes.
19       Q.  That's what the next rule is:  Nods
20 of the head and uh-huhs don't work.  Please
21 say "yes," "no."
22       If you need a break, let us know,
23 and we'll be happy to take one.
24       Did you give a deposition in the
25 litigation between Wyckoff Heights Medical

2 (Pages 2 to 5)

**CONFIDENTIAL**

6

Confidential - D. Hoffman
Center and American University of the
Caribbean?
   A.  Not that I recall.
   Q.  Was your testimony taken in any
fashion in that case?
   A.  We had a court ordered mediation
session.
   MR. LOUGHLIN:  I don't believe
there were any depositions in that case.
I could be mistaken.
   THE WITNESS:  The only deposition I
recall is a deposition taken of the CFO.
I don't recall giving a deposition,
which does not mean I didn't, it just
means I don't recall.
BY MR. TZANETOPOULOS:
   Q.  All right.  What have you done to
prepare for today's deposition?
   A.  Nothing.
   Q.  Did you review any documents in
advance of it?
   A.  I review lots of documents in my
role as general counsel, not in preparation
for this deposition.

7

Confidential - D. Hoffman
   Q.  Would you please take us through
the -- I guess from the end of college
forward, the short version of David Hoffman's
CV.
   A.  Education and employment?
   Q.  Employment.
   A.  I was admitted to practice in 1987.
I was first employed out of law school at the
firm of Martin Clearwater & Bell until
January of 1988.  I commenced employment as
an associate at Kanterman Taub & Brightner in
1988.  I became a partner in 1993.  In 1994,
Brightner and I left and formed Brightner &
Hoffman.  We practiced as Brightner & Hoffman
until 1999 and then formed a new firm and was
joined by Daniel Arshack.  We formed Hoffman
& Arshack.  We practiced together until 2003
when I became general counsel at Wyckoff
Heights Medical Center.  I'm also employed as
an adjunct professor of law at Cardozo Law
School where I teach bioethics.
   Q.  Have you been employed as general
counsel of Wyckoff Heights Medical Center
from 2003 to the present?

8

Confidential - D. Hoffman
   A.  I have been employed by Wyckoff
from 2003 to present.  I had a brief period
when I was not general counsel but remained
as an employee of the hospital from the very
end of 2007 until November 2008.
   Q.  What were the circumstances that
led to you not being general counsel from the
end of 2007 through November 2008?
   A.  Tom Singelton insisted that I be
fired.
   Q.  What was Mr. Singelton's position
at that time?
   A.  He was a restructuring consultant
retained at the direction of the commissioner
of the New York State Department of Health to
serve as chief restructuring officer.
   Q.  You said that Mr. Singelton
insisted that you be fired.  Fired from the
hospital's employment or just removed from
the position of general counsel?
   A.  Fired from the hospital's
employment.
   Q.  Did that happen?
   A.  Pursuant to a severance, agreement,

9

Confidential - D. Hoffman
I remained employed through the date of
Mr. Singelton's firing and was then
reinstated and the severance agreement was
nullified.
   Q.  Did Mr. Singelton tell you why it
was that he wished you to be dismissed?
   A.  No.
   Q.  Did anybody else tell you why
Mr. Singelton wished you to be dismissed?
   A.  No.
   Q.  Do you have a sense of why he
wanted you out?
   A.  Objection to form.
   I don't know what you mean by
"sense."
   Q.  Do you have any understanding of
why it is that he wanted you no longer to be
general counsel?
   A.  I can't answer the question the way
you asked it.
   Q.  Do you have a belief as to why it
is that Singelton wanted you out?
   A.  A belief?  No.
   Q.  Do you have any idea why it is that

3 (Pages 6 to 9)

**CONFIDENTIAL**

10

Confidential - D. Hoffman

1  he wanted you out?
2     A.  Yes.
3     Q.  What is your idea?
4     A.  I'm going to object to that
5  question on the grounds that it calls for
6  disclosing privileged communication between
7  me and members of the Board of Trustees, my
8  client.
9     Q.  Let's see if we can establish
10  whether or not there's a foundation for a
11  claim of privilege.
12     Do all of your ideas about why
13  Mr. Singelton wanted you out come from
14  communications that you had with Board
15  members of Wyckoff Heights Medical Center?
16     THE WITNESS:  Can you read that
17  back.
18     (The requested portion of the
19  record was read back.)
20     THE WITNESS:  Yes.
21  BY MR. TZANETOPOULOS:
22     Q.  Who informed you that you were
23  fired as general counsel?
24     A.  Rick Zall.

11

Confidential - D. Hoffman

1     Q.  And what was his position?
2     A.  Partner at Proskauer Rose.
3     Q.  The conversations with Board
4  members in which you got information about
5  why Singelton wanted you out, did those occur
6  before or after you spoke with Mr. Zall or
7  both?
8     A.  Objection.  Foundation.
9     Q.  I'm sorry, you don't get to object.
10     A.  Yeah, I do.
11     Q.  No, you don't.
12     A.  Yeah, in New York.  Yeah, I've gone
13  for rulings on this.
14     Q.  That's fine.
15     As you know, we're on foundational
16  questions so you have to answer subject to
17  the objection.
18     A.  I can't.  It's like asking me if
19  I've stopped beating my dog.  We haven't
20  established if I own a dog.
21     MR. LOUGHLIN:  Why don't you
22  rephrase it, George, and see.
23  BY MR. TZANETOPOULOS:
24     Q.  The conversations with Board

12

Confidential - D. Hoffman

1  members on which you're claiming privilege,
2  did they occur before Mr. Zall informed you
3  you were fired?
4     A.  I'm not claiming privilege
5  concerning conversations.  I'm claiming
6  privilege concerning the basis for my ideas
7  about why Singelton insisted that I be fired.
8  That was your question:  Ideas.
9     Q.  And as I understand it, your ideas
10  came from conversations with Board members;
11  is that correct?
12     A.  I believe my prior testimony was
13  that disclosing to you ideas that I have
14  about why Singelton insisted that I be fired
15  would require that I -- or would amount to my
16  disclosing information -- privileged
17  communication.
18     MR. LOUGHLIN:  Privileged
19  communication.
20     THE WITNESS:  Which is privileged
21  communication between myself and members
22  of the Board.
23  BY MR. TZANETOPOULOS:
24     Q.  My question to you, sir, is:  The

13

Confidential - D. Hoffman

1  ideas that you had, they come from
2  communications with Board members?
3     A.  In part, yes.
4     Q.  Those communications, did they
5  occur before or after you had been informed
6  that you were fired?
7     A.  Before.
8     Q.  Did any occur after?
9     A.  I don't recall.
10     Q.  The communications you had with
11  Board members that form the basis of your
12  ideas, were any of those in writing?
13     THE WITNESS:  Can you read that
14  back.
15     (The requested portion of the
16  record was read back.)
17     THE WITNESS:  There were written
18  communications that I had with Board
19  members that relate to the subject
20  matter of your question.
21  BY MR. TZANETOPOULOS:
22     Q.  Were those writings e-mails?
23     A.  I don't believe so, no.  But I
24  can't say with certainty.

CONFIDENTIAL

14

Confidential - D. Hoffman

1
2    Q.   Memoranda?
3    A.   Written documents provided to the
4    Board.
5    Q.   Were those documents written by
6    you?
7    A.   Uh-huh.  Yes.
8    Q.   And you provided them to the Board?
9    A.   Yes.
10   Q.   The Board as a whole or certain
11   Board members?
12   A.   At a meeting -- an ad hoc meeting
13   with Board members.
14   Q.   And the Board we're talking about,
15   that would be the Wyckoff Heights Medical
16   Center Board?
17   A.   Yes.
18   Q.   Which Board members were present?
19   A.   I don't recall.
20   Q.   Was Mr. Rucigay present?
21   A.   Mr. Rucigay has been present at
22   meetings that I've participated in.  I don't
23   know if he was present at meetings where I
24   had communications with Board members that
25   relate to my ideas about why Tom Singelton

15

Confidential - D. Hoffman

1
2    demanded that I be fired.
3    Q.   Did you ever complain to the
4    Wyckoff Heights Medical Center Board that
5    Mr. Singelton was engaging in activities that
6    he was not authorized to engage in on behalf
7    of Wyckoff Heights Medical Center?
8    A.   Objection.  Privilege.
9    Q.   Are you claiming the
10   attorney-client privilege with respect to
11   that question?
12   A.   Yes.
13   Q.   Did the Wyckoff Heights Medical
14   Center Board -- Well, we know the answer to
15   that.  I'm sorry.
16   Before Mr. Singelton fired you was
17   one of your duties to attend meetings of the
18   Wyckoff Heights Medical Center Board of
19   Trustees?
20   A.   Objection to form and foundation.
21   I never testified that Mr. Singelton fired
22   me.
23   Q.   All right.  Before you were fired
24   from your position as -- Strike that.
25   Who is it that fired you?

16

Confidential - D. Hoffman

1
2    Mr. Zall?
3    A.   The severance agreement prepared by
4    Mr. Zall's firm was signed by Mr. Rucigay.
5    Q.   So Mr. Rucigay was aware,
6    obviously, that you had been fired?  He
7    signed the agreement, right?
8    A.   (Nods head.)
9    Q.   Before your firing was one of your
10   jobs to attend Board meetings?
11   A.   Yes.
12   Q.   After you were fired as general
13   counsel and before you were reinstated,
14   during that period, did you attend Board
15   meetings?
16   A.   No.
17   Q.   Did you actually work at the
18   hospital?
19   A.   No.
20   Q.   Were you paid essentially not to
21   work at the hospital?
22   A.   Pursuant to the severance agreement
23   I continued to receive my salary, and would
24   have continued to receive my salary through
25   the end of January of 2009, but I returned to

17

Confidential - D. Hoffman

1
2    my position as general counsel before then.
3    Q.   Right.
4    And during that period before you
5    returned, did you do any work on behalf of
6    the hospital?
7    A.   No.
8    Q.   Have you ever held positions at
9    Brooklyn-Queens Health Care?
10   A.   Yes.
11   Q.   What positions?
12   A.   I was the general counsel.
13   Q.   Is there a written contract between
14   you and Brooklyn-Queens Health Care regarding
15   that position?
16   A.   I don't recall.
17   Q.   Is there a written contract between
18   you and Wyckoff Heights Medical Center
19   regarding your employment as general counsel
20   at Wyckoff?
21   A.   Yes.
22   Q.   Did you hold any positions at
23   Caritas -- Let me go back a step.  The names
24   changed so I want to be sure I got it right.
25   Is it Caritas Health Care?  Caritas

5  (Pages 14 to 17)

CONFIDENTIAL

18

Confidential - D. Hoffman
1 Health Care Planning?  What is the entity
2 that is Wyckoff's affiliate that was called
3 Caritas?
4     A.  Objection to form.  And I can't
5 answer the question the way you asked it.
6 It's not answerable.
7     MR. LOUGHLIN:  I think the
8 affiliate issue is something that you
9 may want to rephrase.  I'm sure the
10 witness can describe the two different
11 Caritas entities that you described,
12 what they are and what they mean.
13 BY MR. TZANETOPOULOS:
14     Q.  Was Brooklyn-Queens Health Care a
15 member of an entity or entities with Caritas
16 in its name?
17     A.  No.
18     Q.  Before they closed, what was the
19 entity that held ownership interests in
20 St. Mary's -- or I'm sorry, St. John's
21 Hospital and Mary Immaculate Hospital?
22     A.  Caritas Health Care, Inc. was an
23 Article 28 licensed not-for-profit
24 corporation in the state of New York.  And

19

Confidential - D. Hoffman
1 Brooklyn-Queens Health Care was the sole
2 member of that corporation.
3     Q.  During the time that
4 Brooklyn-Queens Health Care was sole member
5 of Caritas -- Strike that.
6         During the time that it was
7 affiliated with Brooklyn-Queens Health Care,
8 was Caritas Health Care, Inc. called by any
9 other names?
10     A.  I don't recall as to the precise
11 chronology.  But prior to Caritas Health
12 Care, Inc. becoming an Article 28 licensed
13 operator of St. Johns and Mary Immaculate
14 hospitals, Caritas Health Care, Inc. was
15 incorporated as Caritas Health Care Planning,
16 Inc.
17     Q.  When did -- For ease of use, can we
18 agree to call that entity Caritas?
19     A.  We can.
20     Q.  All right.
21         When did Caritas become a licensed
22 operator of hospitals?
23     A.  On or about December 27th, 2006.
24     Q.  Have you ever held any positions at

20

Confidential - D. Hoffman
1 Caritas?
2     A.  Yes.
3     Q.  Which positions?
4     A.  I was the general counsel of
5 Caritas.
6     Q.  Is there a written employment
7 agreement between you and Caritas concerning
8 that position?
9     A.  I don't recall.
10     Q.  How is it that you were appointed
11 to become general counsel of Brooklyn-Queens
12 Health Care?
13     A.  I don't recall.
14     Q.  How about for Caritas?
15     A.  I don't recall.
16     Q.  Is there any documentation
17 concerning your appointment as general
18 counsel of Brooklyn-Queens Health Care?
19     A.  I don't recall.
20     Q.  Same for Caritas.
21     A.  I don't recall.
22     Q.  Was any portion of your salary or
23 benefits during the time that you were
24 general counsel of Brooklyn-Queens Health

21

Confidential - D. Hoffman
1 Care allocated to Brooklyn-Queens Health
2 Care?
3     A.  I don't know.
4     Q.  Is the same true of your time at
5 Caritas as general counsel?
6     A.  Yes.
7     Q.  Who would know that?
8     A.  I don't know.
9     Q.  If you wished to find out, where
10 would you start?
11     A.  If I wanted to find out, I would
12 ask the people in the business office at
13 Wyckoff Heights Medical Center or I would ask
14 the consultant who currently operates
15 Caritas.
16     Q.  And who is that consultant?
17     A.  John Lavan.
18         I might also ask Tom Singelton, the
19 prior consultant who operated Caritas.
20     Q.  I've seen on some of the signature
21 blocks of documents that you have signed an
22 indication that you are -- you have a
23 position.  I don't know if you're the ethics
24 officer or the ethics vice president.

6 (Pages 18 to 21)

CONFIDENTIAL



22

1          Confidential - D. Hoffman
2          What is your title with respect to
3   ethics?
4          A.   At Wyckoff I am the vice president
5   for ethics and compliance and general
6   counsel; that's what it says on my business
7   card.
8          Q.   All right.  Did you hold those
9   ethics and compliance positions at
10  Brooklyn-Queens Health Care?
11         A.   I don't remember.
12         Q.   How about at Caritas?
13         A.   I don't remember.
14         Q.   How long have you had an ethics and
15  compliance component to your position?
16         A.   I first became employed by Wyckoff
17  in January of 2003 as the corporate
18  compliance officer, which was a part-time
19  employment.  I became employed in a full-time
20  capacity as the vice president for ethics and
21  compliance and general counsel at Wyckoff on
22  June 30th, 2003.
23         Q.   And with respect to ethics, what
24  duties do you -- Let me ask a better
25  question.

23

1          Confidential - D. Hoffman
2          What are your duties with respect
3   to ethics at Wyckoff?
4          A.   I am the bioethics consultant for
5   clinical matters.  I provide education and
6   training in ethics to the staff and students
7   of Wyckoff Heights Medical Center.  And I am
8   in charge of ensuring ethical business
9   practices in the governance and operation of
10  the hospital, Wyckoff.
11         Q.   And how about the compliance
12  portion of the job, what are your duties with
13  respect to compliance?
14         A.   Currently?
15         Q.   Let's start there.
16         A.   The corporate compliance officer
17  and the director of internal audit and
18  corporate compliance report to me.  I make
19  sure that they're properly maintaining our
20  mandatory corporate compliance program.
21         Q.   Has that been different in the past
22  while you were at Wyckoff?
23         A.   Prior to sometime last year I was
24  the corporate compliance officer.
25         Q.   During the time that you were not

24

1          Confidential - D. Hoffman
2   general counsel, who was?
3          A.   Prior to my becoming general
4   counsel in 2003, for a brief time an
5   individual named Diane or Diana Goldwasser
6   served as general counsel.  Prior to that,
7   there was no general counsel.
8          Q.   During the end of 2007 through the
9   November of 2008 period who was general
10  counsel?
11         A.   There was no general counsel.
12         Q.   Before Mr. Singelton arranged for
13  your dismissal -- Strike that.
14         Before you were dismissed at the
15  end of 2007 as general counsel were there any
16  other in-house lawyers at Wyckoff other than
17  you?
18         A.   Claire Mullally was employed in
19  some capacity prior to my being dismissed.  I
20  don't recall what her title was but she was,
21  at the time, an attorney admitted to practice
22  law in the state of New York.
23         Q.   Did she report to you?
24         A.   Yes.
25         Q.   Did you hire her?

25

1          Confidential - D. Hoffman
2          A.   Yes.
3          Q.   Was it Mr. Singelton or someone
4   from FTI who arranged for her to be hired at
5   the hospital?
6          A.   No.
7          Q.   Did Ms. Mullally remain at the
8   hospital after you were discharged as general
9   counsel?
10         A.   I'm sorry.  I couldn't hear you,
11  you turned the pages.
12         Q.   Did Ms. Mullally remain at the
13  hospital after you were discharged?
14         A.   Yes.
15         Q.   To your understanding did she serve
16  as the chief legal officer during that time?
17         A.   I believe during that period of
18  time she was associate general counsel.
19         Q.   For this next set of questions,
20  just so you know where I'm going and we can
21  get you out of here a little quicker, what
22  I'd like to do is talk about the corporate
23  structure of the different entities on the
24  defendant's side that appear to be involved
25  in this case.

7  (Pages 22 to 25)

CONFIDENTIAL

26

1      Confidential - D. Hoffman
2          So Brooklyn-Queens Health Care is a
3   New York not-for-profit?
4      A.  Yes.
5      Q.  Did it used to be called WHMC
6   Properties, Inc.?
7      A.  Yes.
8      Q.  So WHMC Properties, Inc. and
9   Brooklyn-Queens Health Care are the same
10  entity, just different names for the same
11  entity?
12     A.  Correct.
13     Q.  Wyckoff Heights Medical Center is
14  also a New York not-for-profit?
15     A.  Yes.
16     Q.  Is Brooklyn-Queens Health Care the
17  sole member of Wyckoff Heights Medical
18  Center?
19     A.  Yes.
20     Q.  Has that always been the case
21  during your time at the hospital?
22     A.  No.
23     Q.  Who was the member or members of
24  Wyckoff Heights Medical Center when you began
25  at the hospital?

27

1      Confidential - D. Hoffman
2      A.  There were none.
3      Q.  Caritas, at least before the
4   bankruptcy, also was a New York
5   not-for-profit?
6      A.  Was and is.
7      Q.  All right.  And BQHC -- or I'm
8   sorry, Brooklyn-Queens Health Care is the
9   sole member of Caritas?
10     A.  Correct.
11     Q.  Does Brooklyn-Queens Health Care
12  still exist?
13     A.  Yes.
14     Q.  Does it have holdings in any
15  entities other than Wyckoff Heights Medical
16  Center or Caritas?
17     A.  No.
18     Q.  Does Brooklyn-Queens Health Care
19  have a physical location or offices?
20     A.  No.
21     Q.  Has it ever had them?
22     A.  It has an address registered with
23  the New York State Secretary of State for
24  service of process.  That address is Wyckoff
25  Heights Medical Center, at 374 Stockholm

28

1      Confidential - D. Hoffman
2   Street, Brooklyn, New York.
3      Q.  And that has been the only
4   offices -- Strike that.
5          Other than the address for service
6   of process has Brooklyn-Queens Health Care
7   ever had offices?
8      A.  No.
9      Q.  Does Brooklyn-Queens Health Care
10  have any bank accounts?
11     A.  No.
12     Q.  Has it ever had them?
13     A.  No.
14     Q.  Does Brooklyn-Queens Health Care
15  have any employees?
16     A.  No.
17     Q.  Has it ever had any?
18     A.  No.
19     Q.  Does Brooklyn-Queens Health Care
20  have its own telephones?
21     A.  Nope.
22     Q.  Has it ever had them?
23     A.  No.
24     Q.  Does Brooklyn-Queens Health Care
25  have its own computers?

29

1      Confidential - D. Hoffman
2      A.  Not insofar as I'm aware.
3      Q.  Has it ever had them?
4      A.  Not that I'm aware of.
5      Q.  Are you aware of Brooklyn-Queens
6   Health Care ever having paid money to anyone?
7      A.  Brooklyn-Queens Health Care doesn't
8   have a bank account, so it couldn't.
9      Q.  Does Brooklyn-Queens Health Care
10  have corporate officers?
11     A.  Yes.
12     Q.  Who are they?
13     A.  Emil Rucigay is the chairman of the
14  Board of Brooklyn-Queens Health Care.  I
15  can't remember off the top of my head who the
16  other officers are.  But there's a secretary,
17  a treasurer, and a vice chair.
18     Q.  And the offices you just mentioned,
19  secretary, treasurer, and vice chair, are
20  those secretary, treasurer, and vice chair of
21  the Brooklyn-Queens Health Care Board of
22  Trustees?
23     A.  Yes.
24     Q.  Does the corporation,
25  Brooklyn-Queens Health Care, have officers

CONFIDENTIAL

30

Confidential - D. Hoffman
1
2   other than the officers of its Board of
3   Trustees?
4       A.  It had a chief executive officer at
5   the time of its creation as the sole
6   corporate member and passive parent of
7   Wyckoff and Caritas.
8       Q.  Who is that?
9       A.  Initially Dominick Gio.
10      Q.  From the time of its creation to
11  the present has it always had a CEO?
12      A.  I can't speak to what went on
13  during the period that I was not general
14  counsel.
15      Q.  All right.  Exclude that period.
16  Other than that.
17      A.  I don't know as a technical matter
18  whether Brooklyn-Queens Health Care currently
19  has a chief executive officer.
20      Q.  Other than Mr. Gio, are you aware
21  of anybody ever having been chief executive
22  officer of Brooklyn-Queens Health Care?
23      A.  I don't know if Tom Singelton was
24  designated as chief executive officer of
25  Brooklyn-Queens Health Care.  I know that he

31

1       Confidential - D. Hoffman
2   was the chief restructuring officer for
3   Brooklyn-Queens Health Care at a point in
4   time.
5       Q.  If the Court were to enter a
6   multimillion dollar award against
7   Brooklyn-Queens Health Care in this case in
8   favor of Ross, could Brooklyn-Queens Health
9   Care pay that judgment?
10      A.  I don't know.
11      Q.  We've discussed that
12  Brooklyn-Queens Health Care doesn't have a
13  bank account and we've talked about its
14  memberships in Caritas and Wyckoff.
15          Does Brooklyn-Queens Health Care
16  have any other assets?
17      A.  I would object to the form of the
18  question in that it asserts that membership
19  in a not-for-profit corporation is an asset.
20          Notwithstanding that objection,
21  Brooklyn-Queens Health Care has a single
22  asset, which is a parking lot in Brooklyn.
23      Q.  And where is that parking lot?
24      A.  It's located between Stanhope
25  Street and Himrod Street opposite Wyckoff

32

1       Confidential - D. Hoffman
2   Heights Medical Center.
3       Q.  Other than the parking lot, any
4   other assets?
5       A.  Nope.
6       Q.  As the sole member of Wyckoff
7   Heights Medical Center, does Brooklyn-Queens
8   Health Care have the power to appoint
9   trustees to the Wyckoff Heights Medical
10  Center Board of Trustees?
11      A.  Yes.
12      Q.  Does it have the power to discharge
13  trustees from the Wyckoff Heights Medical
14  Center Board of Trustees?
15      A.  Yes.
16      Q.  Does Wyckoff Heights Medical Center
17  have any bank accounts?
18      A.  Yes.
19      Q.  Does Wyckoff Heights Medical Center
20  have any employees?
21      A.  Yes.
22      Q.  How many?
23      A.  I don't know exactly.  Something in
24  excess of 1800.
25      Q.  Does Wyckoff Heights Medical Center

33

1       Confidential - D. Hoffman
2   have telephones?
3       A.  Yes.
4       Q.  Does Wyckoff Heights Medical Center
5   have corporate officers other than the
6   officers of its Board of Trustees?
7       A.  Yes.
8       Q.  Does Wyckoff Heights Medical Center
9   have its own computers?
10      A.  Yes.
11      Q.  Let's move from corporate structure
12  to generally about what we should talk about,
13  and what you don't know about because you
14  weren't there or didn't work on it.
15          Did you perform --
16      A.  I'm just going to object to that
17  preface as being part of any question.
18      Q.  It's not.  I'm just trying to
19  orient you.  I'm shifting gears and just
20  trying to be fair to you.
21      A.  No need.
22      Q.  Did you perform any work in
23  connection with a contract that is entitled,
24  "Affiliation Agreement Between Ross
25  University School of Medicine, School of

9 (Pages 30 to 33)

CONFIDENTIAL

34

Confidential - D. Hoffman
1
2   Veterinary Medicine, Limited, Portsmouth,
3   Dominica and Brooklyn-Queens Health Care,
4   Inc."?
5       A.  Is that referring to -- Objection
6   to form.
7       Is that referring to a particular
8   document?
9       Q.  The document is the contract
10  itself.  I'm just wondering if you worked on
11  the deal.
12      A.  Objection to form.
13      There have been many deals between
14  Wyckoff and Ross proposed, executed,
15  modified.  I've been consulted about many
16  issues related to Wyckoff's relationship with
17  Ross University Medical School over the
18  course of the years.
19      Q.  I'm just trying to sort out which
20  ones.
21      A.  Huh?
22      Q.  I'm just trying to sort out which
23  ones right now.
24      A.  Yeah.  If you show me a document,
25  I'll tell you if it looks familiar.

35

1       Confidential - D. Hoffman
2       (Hoffman Exhibit No. 2, Affiliation
3   Agreement Between Ross School of
4   Medicine, School of Veterinary Medicine,
5   Limited, Portsmouth, Dominica and
6   Brooklyn-Queens Health Care, Inc., Bates
7   numbered ROSS0056 through ROSS006, was
8   marked for identification.)
9   BY MR. TZANETOPOULOS:
10      Q.  Mr. Hoffman, let me show you a
11  document that the court reporter has marked
12  as Hoffman Exhibit No. 2.  It's entitled,
13  "Affiliation Agreement Between Ross School of
14  Medicine, School of Veterinary Medicine,
15  Limited, Portsmouth, Dominica and
16  Brooklyn-Queens Health Care, Inc."  It starts
17  at Bates numbers ROSS0056 through ROSS0066.
18      I'll talk about the document itself
19  in some detail.  But after you've looked at
20  it, my question is:  Did you work on this
21  deal at all?
22      A.  No.
23      Q.  During the November, December 2006
24  time frame, were you aware that this
25  transaction was being discussed between Ross

36

1       Confidential - D. Hoffman
2   and BQHC or any of BQHC's affiliates?
3       A.  Yes.
4       Q.  As you understood it, who were the
5   business people in charge of the deal from
6   the hospital's side?
7       A.  Harold McDonald.
8       Q.  Had Mr. McDonald been charged with
9   negotiating affiliation agreements with
10  Caribbean Medical Schools --
11      A.  I don't know.
12      Q.  -- at that period of time?
13      A.  I don't know.
14      Q.  Were you aware of anybody else who
15  was working on this particular deal for the
16  hospitals?
17      MR. LOUGHLIN:  Was he aware in --
18      MR. TZANETOPOULOS:  Right.  In
19  2006.
20      MR. LOUGHLIN:  -- 2006?
21      MR. TZANETOPOULOS:  Yes.
22      THE WITNESS:  I was not aware, no.
23  BY MR. TZANETOPOULOS:
24      Q.  This contract was amended in
25  December of 2007.

37

1       Confidential - D. Hoffman
2       Did you do any work in connection
3   with that first amendment?
4       A.  You'd have to show me the document
5   in order for me to answer the question.
6       (Hoffman Exhibit No. 3, Amendment
7   to Affiliation Agreement Between Ross
8   School of Medicine, School of Veterinary
9   Medicine, Limited, Portsmouth, Dominica
10  and Brooklyn-Queens Health Care, Inc.
11  Through Caritas Health Care, Inc., Bates
12  numbered ROSS0052 through ROSS0055, was
13  marked for identification.)
14  BY MR. TZANETOPOULOS:
15      Q.  Mr. Hoffman, the court reporter has
16  handed you a document but I think it's
17  misstapled.
18      MR. TZANETOPOULOS:  Let's go off
19  the record for a second.
20      (Discussion off the record.)
21  BY MR. TZANETOPOULOS:
22      Q.  We've corrected the exhibit, so let
23  me start over with the exhibit.
24      Hoffman Exhibit No. 3 is entitled,
25  "Amendment To Affiliation Agreement Between

www.uslegalsupport.com

CONFIDENTIAL

38

1      Confidential - D. Hoffman
2   Ross University," and it goes on.  It begins
3   with Bates number ROSS0052 and concludes with
4   ROSS0055.
5         Mr. Hoffman, did you do any work in
6   connection with this amendment?
7      A.  No.
8         (Hoffman Exhibit No. 4, Second
9      Amendment to Affiliation Agreement
10     Between Ross School of Medicine, School
11     of Veterinary Medicine, Limited,
12     Portsmouth, Dominica and Brooklyn-Queens
13     Health Care, Inc. Through Caritas Health
14     Care, Inc., Bates numbered ROSS0105
15     through ROSS0109, was marked for
16     identification.)
17  BY MR. TZANETOPOULOS:
18     Q.  Mr. Hoffman, the court reporter has
19  handed you a document marked Hoffman Exhibit
20  No. 4. It's entitled, "Second Amendment to
21  Affiliation Agreement Between Ross University
22  School of Medicine," and it goes on.  It
23  begins with Bates number ROSS0105 and
24  concludes with ROSS0109.
25        Did you do any work on this deal?

39

1      Confidential - D. Hoffman
2      A.  No.
3      Q.  Did you perform any work in
4   connection with the affiliation agreement or
5   promissory note between Wyckoff and the
6   American University of the Caribbean?
7      A.  I have no particular recollection
8   whether I did or did not participate in the
9   drafting of any agreements with AUC.  I have,
10  from time to time, been involved in
11  discussions about agreements with AUC, some
12  of which were consummated, some of which were
13  not.
14     Q.  We'll talk about the specific
15  documents in some detail in a little bit.
16  But again, just to find out what we should
17  talk about.
18        Some of the documents that the
19  defendants have produced in this case discuss
20  a transfer of money from Caritas to Wyckoff
21  in late 2006 and early 2007.
22        Did you perform any work in
23  connection with the issues raised by those
24  transfers?
25     A.  I can't answer the question the way

40

1      Confidential - D. Hoffman
2   that you asked it.
3      Q.  You're aware that in late 2006,
4   early 2007 money was transferred from Caritas
5   to Wyckoff?
6      A.  Is that a question?
7      Q.  Yes.
8      A.  What's the question?
9         MR. LOUGHLIN:  Do you have that
10  knowledge?
11  BY MR. TZANETOPOULOS:
12     Q.  Are you aware of that?
13     A.  I have no specific recollection of
14  any particular transfers of money.  I know
15  that Wyckoff and Caritas were jointly engaged
16  in a venture to establish a Central Business
17  Office.  And it was my understanding that
18  were due to/due from transactions related to
19  that joint venture.
20     Q.  And any time from 2006 to the
21  present while you were working at Wyckoff
22  have you performed any work in connection
23  with establishing, or I guess revising,
24  policies for Brooklyn-Queens Health Care or
25  any of its affiliates regarding approvals for

41

1      Confidential - D. Hoffman
2   transfers of money between the entities?
3      A.  I don't recall.
4      Q.  Are there any such policies?
5      A.  I don't recall.
6      Q.  If you wanted to find out if there
7   were policies, how would you do so?
8      A.  I don't know.
9      Q.  Does Wyckoff have an official
10  custodian of contracts into which it enters?
11  Do you have a central repository,
12  departmental repositories, is what I'm
13  fishing at?
14     A.  Pursuant to the requirements of the
15  anti self-referral statute, commonly known as
16  the Stark Law, Wyckoff maintains a central
17  contract repository in an electronic form.
18     Q.  Who is the custodian of that
19  repository?
20     A.  Objection to form and foundation.
21        The repository is a virtual
22  repository.  So I don't know that you could
23  say that there is a custodian.  There are
24  paper copies of many contracts that are
25  maintained in the administrative offices.

CONFIDENTIAL



42

Confidential - D. Hoffman
1
2  Q.  Let's first address the virtual
3  aspect of that.
4      Who is the person or position who
5  is in charge of the maintenance of that
6  repository?
7  A.  From a legal perspective, me.  From
8  an IT perspective, the IT department.
9  Q.  The paper copies of contracts, who
10 is the person or department who is
11 responsible for maintaining those copies?
12 A.  Those are generally maintained in
13 the hospital's administrative office.
14 Q.  And who is the person or position
15 who's responsible for maintaining them?
16 A.  It's been a number of different
17 people over the years.  And for obvious
18 reasons, I don't know what happened during
19 most of 2007.
20 Q.  Right.
21    What is the position called?
22 A.  It's been a number of different
23 individuals and positions.
24 Q.  Is there a particular position who
25 is in charge of maintaining the contracts --

43

Confidential - D. Hoffman
1
2  Let me start again.
3      Is there a particular position or
4  person who has been in charge of maintaining
5  affiliation agreements with medical schools?
6  A.  Those agreements are maintained in
7  the Wyckoff Heights Medical Center contract
8  repository.  And I'm in charge of that.
9  Q.  During the time that you were at
10 the hospital through the present, when
11 Wyckoff entered into an affiliation
12 agreement, would the hospital's policies
13 require that you get a copy of that contract
14 once it was signed?
15 A.  The current version of the contract
16 repository is a recent creation which was
17 formed by pulling together electronic
18 versions of documents from many different
19 sources.  There's no requirement that I can
20 recall, per se, that obligates anyone to give
21 me personally a copy of a contract.
22 Q.  In December of 2006, January 2007,
23 were the policies such that a contract, like
24 Exhibit No. 2, be sent to you once it was
25 signed?

44

Confidential - D. Hoffman
1
2  A.  No.  We had no such formal policy
3  at that time.
4  Q.  At that time, once a contract was
5  entered into, what would happen to the actual
6  written contract itself if policies were
7  followed?
8  A.  Objection to form.
9      I've previously testified that
10 there were no formal policies for BQHC,
11 Caritas, or Wyckoff in December 2006 and
12 January 2007 regarding custody of signed
13 documents.
14    MR. TZANETOPOULOS:  Can we take a
15 quick five-minute one here?
16    MR. LOUGHLIN:  Sure.
17    (A brief recess was taken from
18 11:16 a.m. to 11:26 a.m.)
19    (Hoffman Exhibit No. 5,
20 Administrative Services Agreement by and
21 between Caritas Health Care Planning,
22 Inc. And WHMC Properties, Inc. Dated as
23 of August 21, 2006, Bates numbered BQHC
24 00306 through BQHC 00328, was marked for
25 identification.)

45

Confidential - D. Hoffman
1
2  (Hoffman Exhibit No. 6,
3  Administrative Services Subcontract,
4  Bates numbered BQHC 01056 through BQHC
5  01064, was marked for identification.)
6  BY MR. TZANETOPOULOS:
7  Q.  Mr. Hoffman, I'm showing you two
8  documents that the court reporter has marked
9  as Hoffman Exhibits Nos. 5 and 6.
10    Exhibit No. 5 is titled,
11 "Administrative Services Agreement By and
12 Between Caritas Health Care Planning, Inc.
13 and WHMC Properties, Inc. Dated as of August
14 21, 2006."  It begins with Bates numbers BQHC
15 00306 and concludes with BQHC 00328.
16    Exhibit No. 6 is titled,
17 "Administrative Services Subcontract," also
18 dated August 21, 2006.  It's stamped BQHC
19 01056 through 01064.
20    I'll let you take a look at these
21 to refresh yourself.  When you're ready, let
22 me know.
23 A.  (Document review.)
24    Okay.
25 Q.  If I can direct your attention to

12  (Pages 42 to 45)

CONFIDENTIAL

46

Confidential - D. Hoffman

1
2  Exhibit No. 5, second to the last page, which
3  is BQHC 00327 --
4      A.  Yes.
5      Q.  -- it lists what it says are
6  "Personnel provided by contractor will
7  include, among others, the following
8  individuals."  You're included there.
9      A.  Uh-huh.
10         MR. LOUGHLIN:  Can I just ask a
11  question?  Do we have two copies of
12  this?  It seems awfully thick.
13         MR. TZANETOPOULOS:  Let's go off
14  the record.
15      (Discussion off the record.)
16  BY MR. TZANETOPOULOS:
17      Q.  Let's talk about who these other
18  people are.
19         Who is Mr. Gio?  What was his
20  position at the hospital or hospital
21  entities?
22      A.  In August of 2006?
23      Q.  Yes, sir.
24      A.  He is the president and CEO of
25  Wyckoff Heights Medical Center.

47

1      Confidential - D. Hoffman
2      Q.  And Mr. McDonald?
3      A.  Was the chief operating officer of
4  Wyckoff Heights Medical Center.
5      Q.  Mr. McNeil?
6      A.  Was the chief financial officer of
7  Wyckoff Heights Medical Center.
8      Q.  And we know who you are.
9         Did you work on this administrative
10  services agreement?
11      A.  I didn't prepare the agreement.
12  Proskauer Rose prepared all of these
13  agreements.  But I was involved and consulted
14  about the terms of the agreements.
15         THE WITNESS:  Off the record.
16      (Discussion off the record.)
17  BY MR. TZANETOPOULOS:
18      Q.  If I can direct your attention to
19  the page Bates numbered BQHC 00326.
20         MR. LOUGHLIN:  In Exhibit 5?
21         MR. TZANETOPOULOS:  Exhibit No. 5.
22         THE WITNESS:  Yeah.
23  BY MR. TZANETOPOULOS:
24      Q.  Do you recognize Mr. McDonald's
25  signature there?

48

1      Confidential - D. Hoffman
2      A.  I don't recognize his signature; I
3  recognize that it says Harold McDonald and
4  there is a signature.
5      Q.  Do you know Mr. McNeil's signature?
6      A.  Again, I don't recognize his
7  signature but I recognize there is a
8  signature and his name appears.
9      Q.  At this period of time, August
10  2006, was Mr. McNeil, in fact, the treasurer
11  of WHMC Properties?
12      A.  Yes.
13      Q.  And at this time was Mr. McDonald,
14  in fact, the executive vice president and
15  chief operating officer of Caritas Health
16  Care Planning?
17      A.  Yes.
18      Q.  Was the general nature of this
19  transaction, as you understood it, that WHMC
20  Properties was contracting with Caritas to
21  provide the administrative services outlined
22  in the agreement?
23         MR. LOUGHLIN:  This is Exhibit 5?
24         MR. TZANETOPOULOS:  Yes.
25         THE WITNESS:  The document speaks

49

1      Confidential - D. Hoffman
2  for itself.  I'm not going to
3  characterize the document.
4  BY MR. TZANETOPOULOS:
5      Q.  I'm looking for your understanding,
6  sir.
7      A.  I don't remember the agreement, so
8  I don't have an understanding.
9      Q.  And the administrative services
10  subcontract in Exhibit No. 6, were you also
11  at the time generally familiar with -- or did
12  you perform work with respect to that
13  transaction?
14      A.  I was consulted regarding all of
15  these transactions which related to Wyckoff,
16  BQHC, and Caritas Health Care Planning, Inc.
17  providing services to St. Vincent's Catholic
18  Medical Center to provide intramanagement of
19  St. John's and Mary Immaculate Hospitals
20  pending the completion of the asset purchase
21  agreement and approval of licensure of
22  Caritas Health Care Planning, Inc. to become
23  an Article 28 licensed operator of two
24  hospitals in Queens County, New York.
25      Q.  All right.  And I appreciate that,

13  (Pages 46 to 49)



50

Confidential - D. Hoffman
1   Confidential - D. Hoffman
2   sir, because I think it gets us where we want
3   to go.
4           Is it, in fact, the case that these
5   two contracts are related to the provision of
6   services to Caritas before the closing of BQH
7   or of Caritas's purchase of the hospitals?
8       A.   No.
9       Q.   All right.  Had Caritas purchased
10  the hospitals yet as of August 2006?
11      A.   No.
12           THE WITNESS:  Could you read that
13  back.
14           (The requested portion of the
15  record was read back.)
16  BY MR. TZANETOPOULOS:
17      Q.   Let me ask a different question.
18           Were these agreements, Exhibit Nos.
19  5 and 6, intended to address Wyckoff's
20  provision of services to Caritas after
21  January 1, 2007?
22      A.   No.
23      Q.   Are there written agreements that
24  address Wyckoff provision of services to
25  Caritas from January 1, 2007, and after?

51

Confidential - D. Hoffman
1   Confidential - D. Hoffman
2       A.   I don't recall.
3       Q.   If they existed would they be in
4   the contract repository that you testified
5   about earlier?
6       A.   Probably not, but I can't be
7   certain.
8       Q.   If such contracts existed, where
9   would they be maintained?
10      A.   In the asset purchase agreement and
11  related documents as prepared by Proskauer
12  Rose.
13      Q.   In order to respond to the
14  plaintiff's discovery request in this case,
15  were you the person who performed the
16  document search on behalf of the defendants?
17      A.   Was I the sole person?
18      Q.   Were you one of them?
19      A.   I did engage in searches for
20  documents related to this lawsuit, yes.
21      Q.   Who else did?
22      A.   I couldn't answer comprehensively.
23      Q.   Of whom are you aware having
24  participated in the search?
25      A.   Our administrative staff, our IT

52

Confidential - D. Hoffman
1   Confidential - D. Hoffman
2   staff, the medical education department,
3   Claire Mullally with regard to the Caritas
4   transaction.  And I'm sure lots of other
5   people.
6       Q.   If there were -- Strike that.
7           If written agreements governing the
8   provision of service between or by Wyckoff to
9   Caritas for the period January 1, 2007, and
10  after, in fact, exist, would your searches
11  have found those contracts?
12      A.   Objection to form.
13           I can't answer the question the way
14  you asked it.
15      Q.   Do you think that if the defendants
16  had such contracts that we also would have
17  them, and the fact that we don't have them
18  suggests that you don't?
19      A.   Because I don't know what was done
20  with contracts during what we now refer to as
21  my sabbatical, from the end of December 2007
22  to the beginning of October 2008, I can't
23  speak to where any contracts would
24  necessarily be.  You can ask Mr. Singelton
25  that question.

53

Confidential - D. Hoffman
1   Confidential - D. Hoffman
2       Q.   I apologize if I have asked it this
3   way before but just to close it out, let me
4   do it again.  Are you aware of any such
5   written agreement governing provision of
6   services by Wyckoff to Caritas from
7   January 1, 2007, or later?
8       A.   Objection to form.
9           I recall there being agreements to
10  which Wyckoff and Caritas were parties.  I
11  don't recall if they were, per se, services
12  agreements.
13      Q.   During the time that you have
14  worked as general counsel, who is it that
15  prepares the minutes for Wyckoff Heights
16  Medical Center Board of Trustees meetings?
17      A.   There are a number of people
18  involved in that process.
19      Q.   How does the process work then?
20      A.   Somebody takes notes at the meeting
21  and then prepares minutes.
22      Q.   As general counsel, is that your
23  job or is that somebody else's?
24      A.   It is typically somebody else's
25  job.  I take minutes on occasion,

14 (Pages 50 to 53)

CONFIDENTIAL



54

1       Confidential - D. Hoffman
2   particularly when the Board meets in
3   executive session or when it's an ad hoc or
4   emergency meeting.
5       **Q.  And in the ordinary course of**
6   **Wyckoff Heights Medical Center's business,**
7   **once those minutes are prepared by whomever,**
8   **what are the next steps in the process of**
9   **having them approved and maintained at the**
10  **hospital?**
11      A.  They're presented for approval at
12  the following meeting, they're signed by the
13  secretary to the Board or the assistant
14  secretary to the Board and the chairman
15  typically, and then they were placed in
16  binders.  In subsequent years those binders
17  were scanned and are maintained in an
18  electronic repository.
19      **Q.  Is that also the process for**
20  **Brooklyn-Queens Health Care's Board of**
21  **Trustees meetings' minutes?**
22      A.  Objection to form.
23          That's generally the process for
24  maintaining minutes in any not-for-profit
25  corporation.  Other than that, I can't

55

1       Confidential - D. Hoffman
2   answer.
3       **Q.  There are references in some of the**
4   **Board of Trustees minutes to Executive**
5   **Committee meetings.**
6       **What is the Executive Committee?**
7       MR. LOUGHLIN:  Which entity?
8       MR. TZANETOPOULOS:  Wyckoff.
9       THE WITNESS:  The Executive
10      Committee is a standing committee of the
11      Board.  The composition of which is
12      provided for in the bylaws.
13  BY MR. TZANETOPOULOS:
14      **Q.  Does it have -- Or what powers or**
15  **purpose does the Executive Committee have?**
16      A.  The powers and purpose of the
17  Executive Committee of Wyckoff Heights
18  Medical Center are set forth in the corporate
19  bylaws.
20      **Q.  In general, what do you understand**
21  **them to be?**
22      A.  In general, I understand them to be
23  the powers and responsibilities set forth in
24  the bylaws.
25      **Q.  Are you able to describe them at**

56

1       **Confidential - D. Hoffman**
2   **all without looking at those bylaws?**
3       A.  It is my custom and practice to
4   refer to the source document when making
5   representations under oath.
6       **Q.  Do you have any understanding at**
7   **all, as you sit here today, about the powers**
8   **and purpose of the Executive Committee that**
9   **you can describe without looking at the**
10  **bylaws?**
11      A.  Yes.
12      **Q.  What is that understanding?**
13      A.  It is the Executive Committee of
14  the Board of Trustees which has the authority
15  to act on behalf of the corporation and the
16  Board at times when the Board is not able to
17  meet.
18      **Q.  When the Executive Committee meets,**
19  **are minutes kept of those meetings?**
20      A.  Yes.
21      **Q.  In connection with this lawsuit,**
22  **did the defendant search for minutes of those**
23  **Executive Committee meetings?**
24      A.  Wyckoff Heights Medical Center
25  searched for all materials that were properly

57

1       Confidential - D. Hoffman
2   the subject of the demand for production, and
3   produced documents which were identified,
4   which were responsive to those demands.
5       **Q.  Are the Executive Committee meeting**
6   **minutes -- Strike that.**
7       **Where are the Executive Committee**
8   **meeting minutes kept?**
9       A.  They are typically maintained by
10  the assistant secretary to the Board, except
11  under extraordinary circumstances.
12      **Q.  Who is that?**
13      A.  Who's what?  What was the question?
14      **Q.  Who is that person?**
15      A.  It was, up until recently, Pat
16  Millspaugh.  As you are, no doubt, aware
17  having reviewed all of these minutes.
18      **Q.  Are the Executive Committee meeting**
19  **minutes kept in the same binders -- I'm**
20  **sorry -- Are they in the same binders as the**
21  **Board minutes?**
22      A.  I don't know.
23      **Q.  Was it Ms. Millspaugh who keeps or**
24  **kept the minutes themselves?**
25      A.  When they were maintained in

15 (Pages 54 to 57)

CONFIDENTIAL

58

Confidential - D. Hoffman
1
2  physical form, they were maintained in
3  physical form in her office.
4      (Hoffman Exhibit No. 7, October 5,
5      2006, Wyckoff Heights Medical Center
6      Board of Trustees Meeting Minutes, Bates
7      numbered BQHC 03769 through BQHC 3774,
8      was marked for identification.)
9  BY MR. TZANETOPOULOS:
10     Q.  Mr. Hoffman, the court reporter has
11  handed you a document that's been marked as
12  Hoffman Deposition Exhibit No. 7.  It's an
13  October 5th, 2006, set of Board of Trustees
14  meeting minutes from the Wyckoff Heights
15  Medical Center Board of Trustees, stamped
16  beginning BQHC 03769 through 03774.
17     This set of minutes shows that you
18  were at this meeting, correct, on the front
19  page?
20     A.  That's what it says.
21     Q.  Do you have any independent
22  recollection of this meeting?
23     A.  Yes.
24     Q.  If I can direct your attention,
25  please, to Page 3 of the minutes, it's been

59

Confidential - D. Hoffman
1
2  marked BQHC 03771.  There are some numbered
3  paragraphs.  In particular, I'd like to call
4  your attention to the numbered Paragraphs 2
5  and 3 and the sentence below those two
6  paragraphs.  So if you can take a look and
7  then I have some questions.
8      A.  (Document review.)
9      I've read Paragraphs 2 and 3.
10     Q.  The minutes say that, and I quote,
11  Paragraph 2, "Mr. Gio stated that he
12  presented a compensation package to the
13  committee for approval outlining the
14  compensation for corporate officers of
15  Brooklyn-Queens Health Care the new
16  compensation structure will become effective
17  upon closing of the SBCMCS at purchase.
18  Mr. Gio stated that the compensation package
19  was approved by the Executive Committee."
20     What corporate officers at
21  Brooklyn-Queens Health Care were approved for
22  compensation under this package?
23     A.  I have no idea.
24     Q.  Was the plan that Brooklyn-Queens
25  Health Care could pay anybody?

60

Confidential - D. Hoffman
1
2      A.  Objection to form.
3      Q.  As you understood -- Let me start
4  again.
5      The paragraph here discussions
6  compensation for corporate officers of
7  Brooklyn-Queens Health Care.
8      To your understanding, who was to
9  pay that compensation?
10     A.  I don't recall.
11     Q.  Was the plan that Brooklyn-Queens
12  Health Care would, in fact, have assets that
13  would permit it to pay corporate officers?
14     A.  Objection.  Asked and answered.
15     Q.  One more time, please.
16     A.  Objection.  Asked and answered.
17     Q.  I'd like the answer, please.  Do
18  you know what the plan was?
19     A.  Objection to form.
20     What the plan was for what.
21     Q.  Do you understand the question?
22     A.  No.
23     Q.  All right.  At this time do you
24  have any understanding of whether the plan
25  being discussed here anticipated that

61

Confidential - D. Hoffman
1
2  Brooklyn-Queens Health Care would have assets
3  to pay corporate officers?
4      A.  Meaning cash assets?
5      Q.  Any assets.
6      A.  As far as I am aware, no one was
7  ever paid by barter of physical goods.
8      Q.  All right.  That leaves us with
9  cash.  So the same question with respect to
10  cash.
11     A.  Brooklyn-Queens Health Care was
12  designed and established as the passive
13  parent sole corporate member of Wyckoff
14  Heights Medical Center and Caritas Health
15  Care, Inc. and as such, never had a checking
16  account, never has had a checking account,
17  and never maintained any cash assets that I
18  am aware of.
19     Q.  Your understanding of the plan
20  being discussed here, who was to pay the
21  compensation for the corporate officers of
22  Brooklyn-Queens Health Care that are
23  discussed in these minutes?
24     A.  I don't recall.
25     Q.  Were there any entities in the mix

CONFIDENTIAL

62

1    Confidential - D. Hoffman
2    of the discussions at this time other than
3    Caritas or Wyckoff who could do so?
4         A.  Objection to form.  I can't answer
5    the question the way you asked it.
6         THE WITNESS:  Can we go off the
7    record for a second?
8         (Discussion off the record.)
9    BY MR. TZANETOPOULOS:
10        Q.  Paragraph 3 says that, and I quote,
11   "Mr. Gio advised the Board that a proposal to
12   have Caritas assume his employment contract
13   for the remaining seven years of his
14   contract, except for the agreed compensation
15   as outlined in the compensation package, all
16   other terms and conditions will remain
17   unaltered."
18        As you understood it, whose
19   decision was it to have Mr. Gio's contract
20   assumed by Caritas?
21        A.  I don't know.  I was not a party to
22   that discussion, or that meeting, excuse me.
23        Q.  And the sentence below that states,
24   and I quote, "Mr. Gio stated that the
25   Executive Committee approved that the

63

1    Confidential - D. Hoffman
2    remaining seven years of the employment
3    contract will be assumed by BQHC."
4         As you understand it, could BQHC
5    even assume Mr. Gio's employment contract?
6    Let me ask a better question:  We would agree
7    that BQHC had no money with which it could
8    pay Mr. Gio, correct?
9         A.  Objection.  Asked and answered.
10        As I have previously testified,
11   Brooklyn-Queens Health Care did not have, and
12   to date, as far as I'm aware, does not have a
13   checking account and has no cash assets.  A
14   corporation can assume liabilities as a
15   matter of corporate law and can take any
16   number of steps to fulfill its obligations
17   without having a checking account.
18        Q.  Mr. Hoffman, the documents the
19   defendants have produced refer to a
20   department of graduate medical education.
21        Are you familiar with that
22   department?
23        A.  Department of graduate medical
24   education of what entity?
25        Q.  As far as I can tell, Wyckoff

64

1    Confidential - D. Hoffman
2    Heights Medical Center.
3         A.  Wyckoff Heights Medical Center
4    does, in fact, have a department of medical
5    education, yes.
6         Q.  And in general terms, what does
7    that department do?
8         A.  It manages the education of medical
9    students and has some responsibility for the
10   administration of the residency programs.
11        MR. TZANETOPOULOS:  Can you read
12   his answer back.
13        (The requested portion of the
14   record was read back.)
15   BY MR. TZANETOPOULOS:
16        Q.  Did Caritas have a separate
17   department to make arrangements for medical
18   students whose training would take place at
19   the Caritas hospitals?
20        A.  St. John's Hospital and Mary
21   Immaculate Hospital had departments of
22   medical education.  And those departments
23   remained operational after Caritas became the
24   Article 28 licensed operator of those
25   facilities.

65

1    Confidential - D. Hoffman
2         Q.  Did the St. John's and Mary
3    Immaculate medical education departments have
4    responsibility for making arrangements for
5    students of Ross who did clerkships at
6    St. John's or Mary Immaculate?
7         A.  On what date?  Prior to or
8    following the closing on January 1st, 2007?
9         Q.  Following.  Thank you.
10        A.  I don't know.
11        (Hoffman Exhibit No. 8, e-mail from
12   Dr. Thomas Shepherd to Dominick Gio
13   dated December 22, 2006, Bates numbered
14   ROSS0630 through ROSS0643, was marked
15   for identification.)
16   BY MR. TZANETOPOULOS:
17        Q.  Mr. Hoffman, the court reporter has
18   provided you with a document that has been
19   labeled Hoffman Deposition Exhibit No. 8.
20        A.  Uh-huh.
21        Q.  The top says Virginia Smith but it
22   looks like an e-mail from Dr. Thomas Shepherd
23   to Dominick Gio dated December 22, 2006.  It
24   begins with Bates stamp ROSS0630 and
25   concludes with ROSS0643.

17  (Pages  62 to 65)

**CONFIDENTIAL**

66

Confidential - D. Hoffman
1
2    In the December of 2006 time frame,
3 was the draft of the contract that's attached
4 to the e-mail provided to you by anybody?
5    A.  On December 22nd, 2006?
6    Q.  Any time in that December or
7 January 2006 -- Let's just stick with the
8 December 2006 time frame.
9    A.  I can't answer the question the way
10 you asked it.
11    Q.  Do you know if anybody gave it to
12 you?
13    A.  Parts of this document look vaguely
14 familiar as being a draft of a document that
15 was ultimately signed.  I didn't have a role
16 in the negotiation of this agreement.
17    Q.  Did you comment on any of the
18 drafts that went back and forth between the
19 parties?
20    A.  I have no idea.
21        (Hoffman Exhibit No. 9, Affidavit
22 of John Lavan, was marked for
23 identification.)
24 BY MR. TZANETOPOULOS:
25    Q.  Mr. Hoffman, the court reporter has

67

Confidential - D. Hoffman
1
2 handed to you a document that has been
3 labeled Hoffman Exhibit No. 9 titled,
4 "Affidavit of John Lavan, the Chief
5 Restructuring Officer of Caritas, in support
6 of Chapter 11 Petitions and First Day
7 Pleadings."
8        Just to ask an overall question:
9 Did you work on the project of taking Caritas
10 into bankruptcy?
11    A.  No.
12    Q.  Let me, then, just refer you to one
13 other thing and see if you know about it or
14 if you don't.  If you would, please, turn to
15 Page 12 of Mr. Lavan's affidavit.
16        THE WITNESS:  Off the record.
17        (Discussion off the record.)
18        THE WITNESS:  Page 12?
19 BY MR. TZANETOPOULOS:
20    Q.  Page 12, please.  And in particular
21 Footnote 13.  Take a minute.
22    A.  I have read Footnote No. 13.
23    Q.  Are you generally familiar with the
24 subordination agreement or subordination
25 agreement and loan documents discussed in

68

Confidential - D. Hoffman
1
2 that note?
3    A.  Yes.
4    Q.  Did you work on those agreements in
5 that December -- In that 2006, 2007 time
6 frame did you work on those agreements?
7    A.  They were prepared and negotiated
8 by the attorneys at Proskauer Rose.  But I
9 was part of the consultation and discussion.
10    Q.  Does the footnote in Footnote 13
11 comport with your general
12 understanding -- Strike that.  Let me try
13 again.
14        Is the statement made in Footnote
15 13 accurate, given your understanding of
16 those agreements?
17    A.  That's my general recollection.
18 HFG insisted that they have first right of
19 all money from Caritas, and that any loans
20 made by Wyckoff to Caritas would not be
21 repaid until HFG had gotten all of its money.
22 It being a commercial lender, and Wyckoff
23 being a not-for-profit corporation trying to
24 rescue two struggling hospitals in Queens.
25    Q.  I have a number of employment

69

Confidential - D. Hoffman
1
2 agreements between Mr. Donnelley and
3 Mr. McDonald, and maybe a couple of others, I
4 can't remember till I look, that were entered
5 into in 2006 and 2007.  Did you work on those
6 employment agreements or was that the folks
7 at Proskauer?
8    A.  It would be impossible for me to
9 answer that question without having a
10 document in front of me.
11    Q.  Okay.
12        (Hoffman Exhibit No. 10, e-mails
13 and Caritas Health Care Organization
14 Period and Start-Up document, Bates
15 numbered BQHC 07617 through BQHC 07623,
16 was marked for identification.)
17 BY MR. TZANETOPOULOS:
18    Q.  Mr. Hoffman, let me show you a
19 document that the court reporter has marked
20 as Hoffman Exhibit No. 10.  It's Bates
21 numbered BQHC 07617 through 07623.  It's an
22 e-mail string of a number of e-mails dated
23 February 22, 2007.  And then behind the
24 e-mails, let's just go through the exhibit.
25        Just to orient you to where I'm

18  (Pages 66 to 69)

70

Confidential - D. Hoffman

1 going, if you take a look at the last e-mail
2 string from a Tracy Raleigh to -- is it
3 Wah-chung Hsu? Is that how he says it?
4 A. Uh-huh.
5 MR. LOUGHLIN: Were these
6 documents, in fact, produced stapled
7 together?
8 MR. TZANETOPOULOS: Let's go off
9 the record.
10 (Discussion off the record.)
11 BY MR. TZANETOPOULOS:
12 Q. We've had a discussion with
13 Mr. Loughlin and Mr. Hoffman and I about
14 whether or not the entire Exhibit No. 10 is
15 part of the same document or not. Let me
16 just ask a couple of questions for the
17 record, Mr. Hoffman, and then we can move on
18 to other things.
19 Do you know one way or the other
20 whether these messages were all part of the
21 same message or not?
22 A. No.
23 Q. When you see references to CBO in
24 the e-mails and the documents themselves, do

*(Lines renumbered 1–25 in source; numbers 1–9, then 10–25)*

71

Confidential - D. Hoffman

1 you think that that means the Brooklyn-Queens
2 Health Care system Central Business Office?
3 A. We referred to the Wyckoff-Caritas
4 joint venture Central Business Office as
5 being the CBO. Other than that, I can't
6 answer your question.
7 Q. Let me direct your attention to the
8 third page of the exhibit, which is BQHC
9 07619, entitled, "Caritas Health Care
10 Organization and Start-Up." In particular,
11 let me direct your attention to paragraph
12 following "Anticipated potential periods of
13 cash shortage."
14 Do you see where I am?
15 A. No. How far down?
16 Q. Counsel has pointed you there.
17 A. Yeah.
18 Q. And it reads, "Two potential
19 periods of cash shortage related to the
20 Caritas acquisition were identified early on.
21 The first period was anticipated just prior
22 to closing as some of the expenses related to
23 the installation of the Caritas Meditech
24 computer system and the development of the

72

Confidential - D. Hoffman

1 BQHC Central Business Office would need to be
2 paid."
3 Does that comport with your
4 understanding of what was anticipated as a
5 period of cash shortage?
6 A. I have no recollection of
7 discussions of a period of cash shortage at
8 the time.
9 Q. It goes on to say that, "Wyckoff
10 had long standing relationships with two
11 international medical schools that had
12 expressed interest in investing in the
13 Caritas project. These pre-closing cash
14 needs were expected to be funded and were
15 funded with prepaid Caritas clerkship fees."
16 Does that comport with your
17 understanding of how these cash needs were
18 funded?
19 A. I can't answer that question. I'm
20 reading the same sentence you're reading, and
21 the words suggest that that's what the author
22 of this document believed.
23 Q. And my question is: Do you have
24 any recollection of that being what was

73

Confidential - D. Hoffman

1 anticipated in late 2006?
2 A. No.
3 Q. Do you have a recollection it's
4 different or you just don't recall?
5 A. I don't recall.
6 Q. It goes on to say, "Caritas
7 received $3.5 million from the American
8 University of the Caribbean on December 1st
9 and $5 million from Ross University on
10 December 28th."
11 At that time were you aware that
12 those sums were coming in from AUC and from
13 Ross?
14 A. Not those particular sums. But I
15 was aware that there were discussions with
16 medical schools to whom we provided clerkship
17 training for prepayment of those clerkships.
18 Q. If you wanted to find out who the
19 author of this document was, what would you
20 do?
21 A. Pass it around to everyone I know
22 and ask them if they wrote it.
23 Q. Where would you start? Who were
24 the most likely candidates in your mind?

19 (Pages 70 to 73)

**74**

Confidential - D. Hoffman

1  A.  I would start with all the people
2  referenced in the e-mails in front of the
3  Caritas Health Care organization period and
4  Start-Up document.
5  MR. TZANETOPOULOS:  Do you want to
6  take a short lunch?
7  (A luncheon recess was taken from
8  12:31 p.m. to 1:10 p.m.)

**75**

Confidential - D. Hoffman

1  AFTERNOON SESSION
2  (Time noted:  1:10 p.m.)
3  D A V I D   H O F F M A N,
4  resumed and testified as follows:
5  (Hoffman Exhibit No. 11, March 2,
6  2007, string of e-mails, Bates numbered
7  BQHC 06856 through BQHC06860, was marked
8  for identification.)
9  CONTINUED DIRECT EXAMINATION
10 BY MR. TZANETOPOULOS:
11 Q.  Mr. Hoffman, the court reporter has
12 handed you a document marked as Hoffman
13 Deposition Exhibit No. 11, a March 2, 2007,
14 e-mail -- actually string of 2007 e-mails.
15 And it has been stamped with BQHC 06856,
16 finishing at 6860.
17 When you get a chance, take a
18 minute to review it and let me know when
19 you're finished and we'll visit a little bit
20 about it.
21 A.  (Document review.)
22 Q.  All set?
23 A.  Always.
24 Q.  Mr. Hoffman, the e-mail message

**76**

Confidential - D. Hoffman

1  shows that a copy went to you, at least
2  Mr. Gio's message.  Did you participate at
3  all in any work in connection with any of the
4  events described in Mr. Gio's e-mail?
5  A.  Meaning that if . . .
6  Q.  I know you got a copy but did you
7  do anything?
8  A.  Meaning that if I had anything to
9  do with any one of these events I would
10 answer yes?
11 Q.  Correct.
12 A.  Yes.
13 Q.  Which ones?
14 A.  To answer that question I would
15 have to go through each and every one of
16 them.
17 Q.  Okay.
18 A.  (Document review.)
19 I was consulted with regard to all
20 of the events described in Dominick Gio's
21 e-mail dated March 2nd, 2007.
22 Q.  Let's focus for a moment, if we
23 can, on the events discussed at the bottom of
24 the second page of the exhibit at our

**77**

Confidential - D. Hoffman

1  January 11, 2007 Wyckoff Board of Trustees.
2  Do you see where I am?
3  A.  Uh-huh.
4  Q.  Mr. Gio goes on to write in that
5  paragraph, "Equally disturbing," he -- Let's
6  start with the whole thing.
7  A.  "He" refers to Hal McNeil, the
8  chief financial officer.
9  Q.  "Mr. McNeil, in the days following
10 the Caritas closing, had transferred funds
11 from Caritas Health Care, Inc. to Wyckoff
12 Heights Medical Center.  This was done in
13 amounts that exceeded the dollar totals
14 necessary to repay the authorized loan made
15 to Caritas by Wyckoff pursuant to order
16 resolution."
17 What investigations were done --
18 Let's go back a step.
19 As you understand it, how did
20 Mr. McNeil transfer funds from Caritas to
21 Wyckoff?
22 A.  I don't know.
23 Q.  Is the process for -- Strike that.
24 Start all over again.

20  (Pages  74 to 77)

78

Confidential - D. Hoffman

1 In December of 2006 and January
2 of 2007, was there a means of making
3 intercompany transfers between Wyckoff and
4 Caritas other than writing a check or going
5 to the bank and making a wire?
6     A.  I don't know.
7     Q.  Who would know that?
8     A.  I imagine Hal McNeil.
9     Q.  Anybody presently at Wyckoff that
10 you can think of?
11     A.  Not that I can think of.  And there
12 may be people in the finance office now who
13 were there then.  Whether they would know
14 anything about this, I don't have a clue.
15     Q.  Do you know, in fact, how these
16 particular funds were transferred?
17     A.  Nope, I don't.
18     Q.  Do you know what investigation was
19 done concerning who might have known about
20 the transfers other than Mr. McNeil?
21     A.  Prior to this report being made?
22     Q.  Yes, sir.
23     A.  According to Mr. Gio, nobody did.
24     Q.  Right.  And what I'm asking is:  Do

79

Confidential - D. Hoffman

1 you know what investigation was done to
2 determine that?
3     A.  I can't recall particularly with
4 reference to investigations completed as of
5 March 2nd, 2007.  But I do know that there
6 was an initial internal review, there was
7 then a retention of FTI Cambio to do a
8 financial review, there was then a review
9 done by Dewitt Consulting, and then there was
10 the retention of FTI Cambio to serve as
11 restructuring officer.  That's not
12 necessarily an exhaustive list, but I know at
13 least those reviews occurred.
14     Q.  So one of the jobs that FTI was
15 given when it came to Wyckoff was to make a
16 review of these transfers, and I suppose,
17 other things?
18     A.  Excuse me?
19     Q.  Let's just start with that.  Was
20 one of the tasks that FTI was given to look
21 into these transfers?
22     A.  Sitting here today, I don't
23 specifically remember what the terms of their
24 retention were.  But clearly they were

80

Confidential - D. Hoffman

1 retained to evaluate the internal controls of
2 the finance departments of Wyckoff and
3 Caritas.
4         (Hoffman Exhibit No. 12, Caritas
5     Health Care Inc.  Weekly Cash
6     Projections, was marked for
7     identification.)
8 BY MR. TZANETOPOULOS:
9     Q.  Mr. Hoffman, the court reporter has
10 given you a document that's been labelled
11 Hoffman Exhibit No. 12.  It says it is a
12 Caritas Health Care, Inc. Weekly Cash
13 Projections.  It's a five-page exhibit.  It
14 doesn't have Bates numbers.
15         If I recall correctly, there was a
16 stretch there where the defendant's
17 production of some spreadsheets came
18 separately and not Bates stamped.  I believe
19 that that's where this comes from.
20         Are you familiar with this type of
21 document?
22     A.  Only in the most general sense.
23     Q.  Let me direct your attention and
24 see if you're the right person to talk to

81

Confidential - D. Hoffman

1 about this topic or not.
2         Towards the middle of the first
3 page under "cash disbursements" there's a
4 line, "payments to affiliates."  And then
5 below that line another that says, "Wyckoff
6 Heights Medical Center."  And if you travel
7 that row there's some transfers.
8         Do you know whether the transfers
9 shown on these cash projections are the
10 transfers of funds referred to in Mr. Gio's
11 e-mail to which you just referred?  Is that
12 the money that Mr. McNeil transferred over?
13     A.  This document is a projection so it
14 would seem not to indicate that it is a
15 historical record.  But I have no independent
16 recollection or knowledge of these dollar
17 amounts or whether they correspond to
18 anything referred to in Dominick Gio's March
19 2nd, 2007, e-mail previously marked as
20 Hoffman No. 11.
21     Q.  Do you think that this is a
22 forward-looking document, then, that reflects
23 plans for cash projections?
24     A.  I'm just reading the heading:

82

Confidential - D. Hoffman
1  "Caritas Health Care, Inc. Weekly Cash
2  Projections."
3  Q.  Uh-huh.
4      Do you know who prepared these?
5  A.  Nope.
6  Q.  Do you know for what purpose they
7  were prepared?
8  A.  I think the document speaks for
9  itself.
10 Q.  My question is:  Do you know for
11 what purpose these projections were prepared?
12 A.  Objection to form.
13     I can only say that this is a cash
14 flow projection, which is a routine business
15 management tool.
16 Q.  What were -- Let me start over
17 again.
18     In December 2006, for what purposes
19 did Caritas Health Care make weekly cash
20 projections such as are shown in Hoffman
21 Exhibit No. 12?
22 A.  I couldn't give you an exhaustive
23 answer.  But clearly, two purposes for which
24 cash flow projections were prepared was to

83

Confidential - D. Hoffman
1  anticipate what cash would be available to
2  meet Caritas's operating needs and to report
3  to the commercial lender, HFG, and to the
4  State of New York regarding Caritas's cash
5  flow.
6  Q.  During the Board meetings that you
7  attended, were Caritas Health projections
8  shared with the Caritas Board on a regular
9  basis?
10 A.  The Board of Caritas received
11 financial reports from the chief financial
12 officer.  I don't recall whether at any given
13 point in time cash flow projections were part
14 of those reports.
15 Q.  How about for the Wyckoff Board
16 meetings that you have attended, are cash
17 projection reports regularly made at those
18 Board meetings?
19 A.  I don't recall off the top of my
20 head.
21     (Hoffman Exhibit No. 13, Wyckoff
22 Heights Medical Center Board of Trustees
23 President's Letter June 7, 2007, Bates
24 numbered BQHC 54890 through BQHC 54900,

84

Confidential - D. Hoffman
1  was marked for identification.)
2  BY MR. TZANETOPOULOS:
3  Q.  Mr. Hoffman, the court reporter has
4  handed you a document she's marked as Hoffman
5  Deposition Exhibit No. 13.  It's titled,
6  "Wyckoff Heights Medical Center Board of
7  Trustees President's Letter June 7, 2007."
8  It's been marked with Bates numbers BQHC
9  54890 through 54900.
10 A.  Uh-huh.
11 Q.  Were letters from -- I take it at
12 this time Mr. Gio was president and CEO of
13 Wyckoff?
14 A.  That is what is indicated by the
15 signature line of the document, yes.
16 Q.  Did you get, in the 2007 time frame
17 before your sabbatical, the Board packages in
18 advance of Wyckoff Heights Medical Center
19 Board meetings?
20 A.  Generally not.  I reviewed
21 materials that were to be distributed to the
22 Board, but I didn't get the actual book.
23 Q.  From your experience reviewing that
24 material and being at the Board meetings, was

85

Confidential - D. Hoffman
1  it Mr. Gio's regular practice to submit a
2  president's letter in advance of Board
3  meetings?
4  A.  At least quarterly, yes.  Not
5  necessarily at every meeting.
6  Q.  Let me -- One last question.  At
7  least as you understand it, is Exhibit No. 13
8  one such letter?
9  A.  The document speaks for itself.
10 It's a Wyckoff Heights Medical Center Board
11 of Trustees President's Letter dated
12 June 7th, 2007.
13 Q.  Looking at this, do you think it
14 was submitted to the Board by Mr. Gio?
15 A.  The June meeting is the annual
16 meeting of the hospital, so I would imagine
17 that it would have been, yes.
18 Q.  Let me direct your attention, if I
19 may, to the page of Exhibit No. 13 stamped
20 with Bates number BQHC 54897.  And in
21 particular, to the section at the top of the
22 page titled "Undergraduate Medical
23 Education."
24     Mr. Gio writes, about midway down

22 (Pages 82 to 85)

CONFIDENTIAL

86

Confidential - D. Hoffman

1
2 through that section, and I quote, "Payment
3 for clerkships was secured from Ross
4 University and American University of the
5 Caribbean in the amount of $8.5 million."
6        To your understanding, is the Ross
7 component of that the money that was paid
8 under the affiliation agreement that we have
9 marked earlier as Hoffman Exhibit No. 2?
10       A.  I don't know.
11       Q.  Going down a little bit in that
12 same paragraph, Mr. Gio writes, "All
13 affiliation agreements have been reviewed and
14 approved by the New York State Education
15 Department."
16       What is the process for getting
17 State approval for such affiliation
18 agreements?
19       A.  I don't recall ever having a direct
20 role in submitting them to the New York State
21 Education Department for approval.  But based
22 on my general dealings with the New York
23 State Education Department, it need not be
24 any more complicated than supplying them with
25 a copy of the agreement and getting a letter

87

1        Confidential - D. Hoffman
2 back saying that it's approved.
3       Q.  At Wyckoff, who was responsible for
4 making those submissions at this period of
5 time?
6       A.  I'm not certain.  But I would
7 imagine it would be Julius Romero.
8       (Hoffman Exhibit No. 14,
9        Administrative Services Agreement, Bates
10       numbered BQHC 004889 through BQHC 00511,
11       was marked for identification.)
12 BY MR. TZANETOPOULOS:
13       Q.  Mr. Hoffman, the court reporter has
14 handed to you a document that she has marked
15 as Hoffman Exhibit No. 14 entitled
16 "Administrative Services Agreement."  It
17 looks to be one between BQHC and Wyckoff and
18 Caritas and FTI Cambio.  It's been stamped
19 BQHC 00489 through 00511.
20       Did you work on this agreement?
21       A.  Yes.
22       Q.  Is this the contract under which,
23 as you described earlier, FTI supplied people
24 to be the chief restructuring officer, CFO,
25 and provide other consulting services?

88

1        Confidential - D. Hoffman
2       A.  Yes.
3       Q.  Did you play a role in negotiating
4 the deal with FTI that's in this contract?
5       A.  In part, yes.
6       Q.  Who else did?
7       A.  Rick Zall from Proskauer Rose and
8 other attorneys from his firm.
9       Q.  Were there any nonlawyer people
10 from the hospitals involved in the
11 negotiations?  I was going to say business
12 people, but you're a hospital.
13       A.  I think to some extent or another,
14 everyone would have been involved in Wyckoff
15 entering into this agreement.  Everyone in
16 the administrative office.
17       Q.  Who at FTI did you negotiate with?
18       A.  Tom Singelton, obviously.  And
19 there was a lawyer who I was in contact with
20 by phone, and I don't recall if he was in
21 Tennessee or in some other FTI Cambio
22 location, and I can't recall his name.
23       Q.  Fair enough.
24       Let me direct your attention, if I
25 may, to Page 11 of the agreement.  That's the

89

1        Confidential - D. Hoffman
2 one stamped BQHC 00499.  And when you get
3 there, what I'd like to ask you to look at,
4 in particular, is Sections 5.11, 5.12, and
5 5.2.
6       A.  Uh-huh.  Yep.
7       Q.  In 5.11, the agreement says that
8 BQHC will pay FTI Cambio a fixed monthly fee,
9 and then it describes the calculation.
10       And then 5.12, the agreement
11 provides that "The fee payable to FTI Cambio
12 shall be allocated between Caritas and
13 Wyckoff in proportion of the number of
14 prospective licensed inpatient beds.  BQHC
15 shall be responsible, however, for payment of
16 the fee and shall make all commercially
17 reasonable efforts to collect payment from
18 Caritas and Wyckoff."
19       Why was BQHC made responsible for
20 payment to FTI?
21       A.  Because FTI Cambio asked for the
22 agreement to be created that way.
23       Q.  Something to which your side
24 agreed, obviously?
25       A.  Was that a question?

23 (Pages 86 to 89)

CONFIDENTIAL

90

Confidential - D. Hoffman

1
2  Q.  It was, but then I pulled up short.
3  A.  Objection to form.
4  Q.  Who actually paid FTI for its
5  services under this contract?
6  A.  I don't know who physically wrote
7  checks.  But payments would have been made by
8  Wyckoff and/or Caritas and resolved and
9  allocated through due to/due from entries in
10  the financials of each corporation.
11      (Hoffman Exhibit No. 15, November
12      7, 2007, Caritas Health Care, Inc.
13      Meeting of the Board of Trustees
14      minutes, Bates numbered BQHC 51896
15      through BQHC 51901, was marked for
16      identification.)
17  BY MR. TZANETOPOULOS:
18  Q.  Mr. Hoffman, the court reporter has
19  handed you a document labeled Hoffman Exhibit
20  No. 15. It's titled, "Caritas Health Care,
21  Inc. Meeting of the Board of Trustees," dated
22  November 7, 2007, and has been stamped with
23  BQHC 51896 through 51901.
24      If I can take you to the last page
25  once you have a chance.

91

Confidential - D. Hoffman

1
2  A.  Uh-huh.
3  Q.  I take it it's one of the days
4  where you drew duty for being the meeting
5  secretary?
6  A.  Well, that is not my signature as
7  indicated by the letter with a circle around
8  it.  But this would seem to indicate that I
9  acted as secretary at the meeting.
10  Q.  Do you recognize who signed your
11  name to the minutes?
12  A.  No, I don't.
13      When was this?  November of '07.
14  There was a secretary at Mary Immaculate
15  Hospital that was the secretary of
16  Mr. Singelton, whose name I cannot recall off
17  the top of my head.  But since the meeting
18  was first called to order at 4:40 in the
19  afternoon, I can imagine that I took notes
20  because she was going home.  And that might
21  be her mark indicating that she signed on my
22  behalf.  But I don't recall.
23  Q.  Let me direct your attention, if I
24  may, to the first page of Exhibit No. 15 and
25  particularly to the list of invitees.  It

92

Confidential - D. Hoffman

1
2  lists Thomas Singelton as chief executive
3  officer of BQHC.
4      Was, in fact, Mr. Singelton chief
5  executive officer of BQHC at that time?
6  A.  I don't recall.
7  Q.  It lists Mr. Goldberg as chief
8  financial officer of BQHC.
9      Was Mr. Goldberg CFO of BQHC at
10  that time?
11  A.  Yes.  Mr. Goldberg was never
12  anything other than chief financial officer
13  of BQHC.
14  Q.  What records does BQHC keep as to
15  who its officers are at any given time?
16  A.  Minutes, contracts, memoranda.
17      Dominick Gio had been the CEO of
18  Brooklyn-Queens Health Care up until a point
19  in time when he was removed from that
20  position by Tom Singelton.  I don't recall
21  there being a particular meeting where
22  Mr. Singelton either designated himself or
23  was designated by someone else as the chief
24  executive officer in addition to being the
25  chief financial officer.  This was literally

93

Confidential - D. Hoffman

1
2  weeks before my first phone conversation with
3  Mr. Zall where he informed me that my
4  services were no longer desired.
5  Q.  This may be a good time to ask you
6  another set of questions that I was going to
7  ask:  When is it that Mr. Gio stopped being
8  chief executive officer of Wyckoff?
9  A.  Of Wyckoff?
10  Q.  Yes, sir.
11  A.  He left Wyckoff's employment in
12  early 2008 after I had begun my sabbatical.
13  But I seem to recall that there was a period
14  of time when Mr. Singelton changed his title.
15  And he may have been the site administrator
16  or some other title just at Wyckoff.  But I
17  can't recall the time frame or the specifics.
18  Q.  And you mentioned that
19  Mr. Singelton removed Mr. Gio as CEO of
20  Brooklyn-Queens Health Care.
21      When did that happen?
22  A.  I don't know.  But the fact that
23  these minutes indicate that Singelton was
24  listed as chief executive officer of BQHC,
25  which suggests that Dominick Gio could no

24  (Pages 90 to 93)

CONFIDENTIAL

94

Confidential - D. Hoffman
1  longer be the chief executive officer;
2  longer be the chief executive officer;
3  because you can't have two of those.
4      Q.  Was it Mr. Singelton's decision to
5  fire Mr. Gio from Brooklyn-Queens Health
6  Care?  Was he the one that made the decision?
7      A.  I don't recall.
8      THE WITNESS:  Off the record.
9      (Discussion off the record.)
10  BY MR. TZANETOPOULOS:
11      Q.  Mr. Hoffman, when is it that
12  Mr. Singelton first began working at the
13  hospitals, give or take?  I'm just looking
14  for a general time frame.
15      A.  Well, according to the
16  administrative services agreement previously
17  marked as Hoffman 14 of today's date, the
18  administrative services agreement was entered
19  into on August 13, 2007, but was effective
20  July 19th, 2007.
21      And there is a reference, which I
22  recall, I believe in the compensation section
23  of the agreement on Bates Page 00499.  The
24  document states, "Notwithstanding the
25  foregoing in as much as the CRO will not be

95

Confidential - D. Hoffman
1      Confidential - D. Hoffman
2  working full time during the month of July,
3  the fee for the month of July 2007 will be
4  the sum of 67,000."
5      So he was transitioning into the
6  position in the month of July.  He had a
7  residual responsibility at an earlier
8  engagement, as I recall.
9      MR. LOUGHLIN:  And this was
10  obviously separate and apart from the
11  other FTI work that was done earlier in
12  2007, that there has been testimony
13  about today.
14      THE WITNESS:  Right.  This was in
15  his role as chief restructuring officer.
16  BY MR. TZANETOPOULOS:
17      Q.  Correct.  I understood that.
18      As a practical matter, did there
19  come a time between when Mr. Singelton
20  arrived as chief restructuring officer and
21  the beginning of your sabbatical where, for
22  practical purposes, Mr. Singelton was the
23  highest authority at Wyckoff, leaving aside
24  the Board of Trustees?
25      A.  Well, I think the administrative

96

Confidential - D. Hoffman
1      Confidential - D. Hoffman
2  services agreement speaks for itself in the
3  duties designated to the CRO on Page 4 of 23,
4  Bates stamped 00492 of Hoffman 14.
5      Q.  All right.  Well, I appreciate what
6  the contract says.  But your testimony
7  suggests that it was Mr. Singelton who was
8  doing the hiring and firing at some point in
9  time?
10      A.  Objection to form.
11      Q.  Is that true?
12      A.  Items A and B under the list of
13  duties of the CRO at Page 4 of 23 Bates
14  stamped 00492 specifically provides that the
15  CRO will direct and hold accountable all
16  senior management in day to day and long
17  range activities.  And item B says that it is
18  the CRO's responsibility to review the
19  performance of management, including the
20  executive management team, and recommend to
21  the Board any changes deemed necessary.
22  That's my recollection of his
23  responsibilities at the time.
24      Q.  My question to you is really the
25  question of whether, in practice, his conduct

97

Confidential - D. Hoffman
1      Confidential - D. Hoffman
2  was different than what the contract says.
3  And that is:  Was it Mr. Singelton who was
4  really doing the hiring and firing of senior
5  management at some point in time?
6      A.  I can't answer the question the way
7  you asked it.
8      Q.  You discussed Mr. Singelton
9  rearranging the responsibilities of Mr. Gio
10  earlier.  I don't want to characterize it
11  because it was lengthy, but whatever those
12  changes were that Mr. Singelton decided for
13  Mr. Gio, did Mr. Singelton take those
14  requests to any of the Boards?
15      A.  Not that I recall.
16      Q.  So to your recollection, he made
17  those decisions on his own, correct?
18      A.  I can't answer that question.
19      Q.  At least he did so, as far as you
20  know, without bringing these decisions to the
21  Board?
22      A.  I was the principal liaison between
23  Mr. Singelton and the Board and I don't
24  recall his asking me for Board consultation
25  on those decisions, or other decisions, that

25 (Pages 94 to 97)

98

Confidential - D. Hoffman

1  he made regarding senior management,
2  including myself.
3     Q.  At any time before what you've
4  described as your sabbatical began, did the
5  Board reverse -- Let me ask a better question
6  because there's lots of boards.
7        At any time between when
8  Mr. Singelton began his role as chief
9  restructuring officer and when you departed
10 in November of 2007 --
11    A.  No.  I departed at the end of
12 December 2007.
13    Q.  Okay.  Thank you.
14       So from the time Mr. Singelton
15 arrived as chief restructuring officer until
16 you departed in 2007, are you aware of the
17 Board reversing any decision that
18 Mr. Singelton made?
19    A.  Never.
20    Q.  Is that true for all three boards:
21 Wyckoff, BQHC, and Caritas?
22    A.  Yes.
23       THE WITNESS:  Can I consult with my
24 attorney?  We'll step out.

99

Confidential - D. Hoffman

1     (Mr. Loughlin and the deponent left
2  the room for a discussion off the
3  record.)
4        THE WITNESS:  To continue my
5  answer, to the best of my recollection,
6  Mr. Singelton never consulted with the
7  Board to receive its support or
8  endorsement of decisions that he made
9  concerning personnel and other matters.
10 BY MR. TZANETOPOULOS:
11    Q.  At any time while you have been
12 general counsel and attending Board meetings
13 for any of these entities, has -- Let me ask
14 a better question.  That got convoluted.
15       During your time as general counsel
16 at Wyckoff, have any of the affiliation
17 agreements between Ross and Wyckoff been
18 presented to the Wyckoff Board before they
19 were signed?
20    A.  The documents themselves?
21    Q.  Yes.
22    A.  Up to the time that I left on my
23 sabbatical, no.  Though they were certainly
24 discussed in the context of the formation of

100

Confidential - D. Hoffman

1  Caritas and Brooklyn-Queens Health Care in
2  the context of the boards authorizing
3  expenditure of up to $10 million to assist
4  Caritas in the attempted rescue of St. John's
5  and Mary Immaculate.
6     Q.  So is it fair that the contracts
7  were discussed in general, but the actual
8  documents were not presented to the Board?
9     A.  I don't recall the initial -- What
10 is this?  12/28/2006 document signed by
11 Harold McDonald as executive vice president
12 and chief operating officer of
13 Brooklyn-Queens Health Care having been
14 presented to the Board for their review,
15 though the Board was certainly consulted and
16 was aware that management was entering into
17 prepayment arrangements in order to raise
18 additional funds to support the rescue of
19 St. John's and Mary Immaculate.
20    Q.  Since your return in 2008 -- Before
21 we get there.
22       Before your departure at the end of
23 2007, were the contract documents themselves
24 of any affiliation agreement between a

101

Confidential - D. Hoffman

1  Caribbean medical school and Wyckoff or BQHC
2  or Caritas presented to the Board before they
3  were signed?
4     A.  I can't delineate Caribbean medical
5  school agreements in particular.  But in the
6  latter months of my tenure before my
7  sabbatical, I brought to the Board's
8  attention agreements, contracts, and
9  employment arrangements that Mr. Singelton
10 sought approval for or intended to execute on
11 behalf of the three entities where I had
12 concerns about the appropriateness of those
13 documents, ending, obviously, when I was
14 fired.
15    Q.  In any of the cases where you
16 raised concerns, did the Board refuse the
17 approve the contracts that you brought to its
18 attention?
19    A.  Yes.  On a number of occasions the
20 Board instructed me to communicate to
21 Mr. Singelton that he was not authorized to
22 continue to incur debt or incur obligations
23 on behalf of Wyckoff for the benefit of
24 Caritas.

26 (Pages 98 to 101)

CONFIDENTIAL

102

Confidential - D. Hoffman

1
2   Q.  In which instances?
3   A.  There were a number of instances
4   including some employment arrangements for
5   additional consultants that Singelton wanted
6   to bring in.  And in one particular case that
7   I can recall, a very costly apartment lease
8   arrangement for one of these consultants.
9   And in general with regard to incurring
10  contractual liability for Wyckoff as a
11  guarantor of service agreements to Caritas.
12  Q.  Can you remember specifically any
13  others, other than those that you
14  specifically testified about?
15  A.  There were a constellation of
16  agreements and obligations and efforts to use
17  Wyckoff as a guarantor for provision of
18  services to Caritas.  I don't remember off
19  the top of my head the names of the
20  individual parties and agreements; some of
21  them have been subject of litigation since
22  Mr. Singelton was fired in September of 2008.
23  Q.  From your recollection of the Board
24  meetings in 2006 that you attended, was the
25  structure of the contract between American

103

Confidential - D. Hoffman

1
2   University of the Caribbean and
3   Brooklyn-Queens Health Care Wyckoff at
4   Caritas brought to the Board's attention
5   before it was executed?
6   A.  I don't know which contract you're
7   referring to, so I can't answer your
8   question.
9   Q.  I'll be more specific.
10  You're aware, of course, through
11  the litigation and otherwise that American
12  University of the Caribbean, Brooklyn-Queens
13  Health Care, Wyckoff Heights Medical Center,
14  and Caritas were parties to a promissory
15  note?
16  A.  Objection to form.
17  And I'm not clear what you're
18  referring to.
19  Q.  Are you aware that
20  American University of the Caribbean, Wyckoff
21  Heights Medical Center, Brooklyn-Queens
22  Health Care, and Caritas executed a
23  promissory note agreement with one another?
24  A.  I know that there is a promissory
25  note with AUC.  I don't, off the top of my

104

Confidential - D. Hoffman

1
2   head, know which entities were parties to the
3   note.
4   Q.  Was the structure of that note
5   brought to the Board's attention before it
6   was executed?
7   A.  Since I don't remember when it was
8   executed, it would be impossible for me to
9   answer that question.
10  Q.  When is it that Rajiv Garg became
11  either interim or full CEO -- When is it that
12  Rajiv Garg became interim CEO of Wyckoff?
13  A.  I'm going to object to the form of
14  the question, just to the extent that that
15  prefatory language is part of the question.
16  Q.  It's not, I started over.  I'll
17  start over.
18  When is it that Rajiv Garg became
19  interim CEO of Wyckoff?
20  A.  I don't remember the exact date off
21  of the top of my head.  But it was at and
22  around the time that I returned from my
23  sabbatical.
24  Q.  Would it have been after Singelton
25  and the FTI group left?

105

Confidential - D. Hoffman

1
2   A.  Yes.  Sometime around November
3   of 2008, maybe mid-November.
4   Q.  Was there a CEO at Wyckoff between
5   the time that Mr. Gio was dismissed and
6   Mr. Garg was engaged as interim CEO?
7   A.  From review of documents in the
8   course of this litigation, I can recall
9   references to Mr. Singelton holding himself
10  out as CEO.  And at one point during my
11  sabbatical, I believe that Dr. Nirmal Mattoo,
12  who has been a long-time member of the
13  medical staff was named as either site
14  administrator, executive director, and/or
15  president and CEO of Wyckoff during the
16  Singelton tenure.
17  (Hoffman Exhibit No. 16, January 8,
18  2009, Brooklyn Queens Healthcare, Inc.
19  Board of Trustees Meeting Minutes, Bates
20  numbered BQHC 00211 through BQHC 00214,
21  was marked for identification.)
22  BY MR. TZANETOPOULOS:
23  Q.  Mr. Hoffman, the court reporter has
24  handed to you a document she's marked as
25  Hoffman Exhibit No. 16.  It's entitled

27 (Pages 102 to 105)

CONFIDENTIAL

106

1        Confidential - D. Hoffman
2    "Brooklyn Queens Healthcare, Inc. Board of
3    Trustees Meetings Minutes January 8, 2009."
4    And it's been marked BQHC 00211 through 214.
5        A.  Uh-huh.
6        Q.  I'd like to direct your attention
7    to a couple places in the document and ask
8    you questions about it.  We'll skip around a
9    little bit.
10       First, the second full paragraph
11   following the word "resolution" reads,
12   "Mr. Garg advised the Board Members that
13   there is need to establish a new tax ID
14   number for BQHC.  Following some discussion,
15   it was decided that this issue would be
16   discussed further at a separate meeting with
17   Mr. Garg, Mr. Hoffman, and Mr. Haller.
18   Discussion then ensued regarding the tax laws
19   and review of the properties owned by Wyckoff
20   Heights Medical Center.  Mr. Garg reported
21   that we have an opportunity to potentially
22   raise $4 million through the financing of
23   certain real estate owned by Wyckoff and/or
24   BQHC."
25       Let me just start there.

107

1        Confidential - D. Hoffman
2        Why was it that the Board thought
3    there was a need to establish a new tax ID
4    number for Brooklyn-Queens Health Care?
5        A.  I don't specifically recall.  But
6    it would appear from these minutes that it
7    would be related to the dormitory authority
8    making a loan to BQHC.
9        Q.  Were you involved in any of those
10   discussions about the dormitory authority
11   making a loan?
12       A.  Yes.
13       Q.  What was the purpose of the loan
14   that was being discussed?
15       A.  I don't recall specifically.  But
16   it would have been related to the need for
17   operating cash.
18       Q.  For Caritas, for Wyckoff, or for
19   both?
20       A.  It would appear from these minutes
21   that it would have been related to a loan to
22   Caritas.  But I'm just interpreting the
23   document that you presented to me.
24       Q.  If you go to the second page of the
25   exhibit, down toward the bottom, the minutes

108

1        Confidential - D. Hoffman
2    read, "Mr. Garg mentioned that there is an
3    opportunity to raise working capital of
4    approximately $4 million through the
5    financing of certain BQHC and/or Wyckoff
6    properties.  The potential financing was
7    discussed in great detail by the Board
8    members.  And it was suggested that the
9    following resolution be adopted as following:
10   Resolve that the BQHC Board members voted to
11   transfer all ancillary properties currently
12   owned by BQHC, Inc. into a new holding
13   corporation with a new tax ID number."
14       At this point, were there
15   properties that BQHC held other than the
16   parking lot that you discussed earlier?
17       A.  No.
18       Q.  Were properties ever transferred
19   into a holding corporation with a new tax ID?
20       A.  No.
21       Q.  Can you think of why it was if
22   BQHC's only asset was an already heavily
23   encumbered parking lot, it would have helped
24   to transfer it to a new holding corporation
25   with a new tax ID?

109

1        Confidential - D. Hoffman
2        A.  Well, the parking lot was an asset
3    of Wyckoff.  BQHC didn't pay any value to
4    Wyckoff for the asset.  It just transferred
5    along with the corporate entity when it
6    flipped from being a subordinate holding
7    corporation to a superior passive parent
8    corporation.  And all of these discussions
9    were related to requirements of DASNY in
10   connection with the making of these loans.
11   We were, as you can probably imagine,
12   struggling desperately to keep Caritas alive.
13       (Hoffman Exhibit No. 17, Brooklyn
14   Queens Health Care Board of Trustees
15   Meeting Minutes, March 5, 2009, Bates
16   numbered BQHC 51800 through BQHC 51803,
17   was marked for identification.)
18   BY MR. TZANETOPOULOS:
19       Q.  Mr. Hoffman, the court reporter has
20   handed you a document labeled Hoffman Exhibit
21   No. 17 entitled, "Brooklyn Queens Health Care
22   Board of Trustees Meeting Minutes, March 5,
23   2009," stamped with Bates numbers BQHC 51800
24   through 51803.
25       If I can refer your attention to

CONFIDENTIAL

110

1      **Confidential - D. Hoffman**
2      the top of the second page, it reads, "In
3      **open discussion it was noted that 20 AUC**
4      **medical students currently training at**
5      **Caritas will finish out their current**
6      **rotations at Wyckoff.  Approximately 100 AUC**
7      **students have been reassigned to other**
8      **hospitals for their training."**
9          Those other hospitals for the 100
10     AUC that is referred to, is that hospitals
11     unrelated to Wyckoff or Caritas?
12         A.  Yeah.  I mean, that was all AUC's
13     doing.  I told the dean of AUC that in order
14     to not prejudice the students currently at
15     Caritas in the middle of their rotations that
16     I would, in some way, make sure that they got
17     educated at Wyckoff, even if I had to do it
18     myself.
19         **Q.  All right.  Going down the line a**
20     **little bit, there is discussion that the**
21     **Caritas bankruptcy enclosure was discussed.**
22     **Let's stop there.**
23         **When did Caritas file for**
24     **bankruptcy?**
25         A.  February 8th or 12th, something

111

1          Confidential - D. Hoffman
2      like that.
3          **Q.  2009?**
4          A.  Early part of 2009.
5          **Q.  And between the time the bankruptcy**
6      **petition was filed, how long before the doors**
7      **were closed?**
8          A.  I don't recall the specific dates.
9      It's obviously a matter of public record.  It
10     went quicker than people thought it would.
11         **Q.  Weeks?**
12         A.  I think it was about a month, plus
13     or minus.  But I really don't recall.
14     Clearly by March 5th they're talking about it
15     having happened.  So . . .
16         **Q.  Further down in that same paragraph**
17     **the minutes read that, "Mr. Rucigay stated**
18     **that we should plan to dissolve BQHC by that**
19     **time."**
20         **Why was it that the thought was**
21     **that BQHC should be dissolved?  What was the**
22     **discussion?**
23         A.  It no longer served its intended
24     purpose.  It was only created to accommodate
25     the requirements of St. Vincent's, that the

112

1          Confidential - D. Hoffman
2      ethical and religious directives of the
3      conference of Catholic Bishops in America be
4      able to be honored for St. John's and Mary
5      Immaculate.  And one of those provisions is
6      the prohibition against cooperation between
7      institutions that honor the ethical and
8      religious directives and those that do not.
9      The only way that we could accomplish that
10     requirement of the asset purchase agreement
11     and also be able to operate Caritas was to
12     have a passive parent entity that didn't
13     engage in practices which violate the ethical
14     and religious directives.  BQHC was that
15     nonclinical passive parent entity.  That's a
16     standard mechanism used when you have
17     Catholic institutions put under the
18     management of non-Catholic institutions.
19         **Q.  This one has always puzzled me:**
20     **How was it that the arch diocese was able to**
21     **insist on such requirements?**
22         A.  It was a term of the asset purchase
23     agreement.  And in particular the financing
24     back for a significant part of the purchase
25     price by St. Vincent's; it was a term that

113

1          Confidential - D. Hoffman
2      they insisted on.
3          **Q.  Did the asset purchase take place**
4      **under the auspices of bankruptcy court?**
5          A.  Under the auspices of the
6      bankruptcy court overseeing the St. Vincent's
7      first bankruptcy, yes.
8          **Q.  That's why I'm curious how they**
9      **pulled this off with their hospital in**
10     **bankruptcy being able to impose religious**
11     **requirements of the sale?**
12         A.  I'm sorry.  Hold on.  I'm getting
13     my bankruptcies confused.  This was -- Yeah,
14     that was the first bankruptcy.  St. Vincent's
15     provided some of the financing, took a note
16     on part of the purchase price.  And one of
17     the quid pro quos for provided that financing
18     was that St. John's and Mary Immaculate
19     continue to the ethical and religious
20     directives of the conference of Catholic
21     Bishops for so long as the hospitals were
22     known as St. John's and Mary Immaculate
23     hospitals.  That was a provision of the asset
24     purchase agreement.  And that was all
25     approved by the bankruptcy court.

29  (Pages 110 to 113)

CONFIDENTIAL

114

Confidential - D. Hoffman

1  MR. LOUGHLIN: Just as a footnote
2  to that, you may well be aware of this,
3  that the Arch Bishop of the Brooklyn
4  diocese had a right to appoint two
5  members to the Board of Caritas, Father
6  Frawley and Mr. Lane. And part of --
7  That was obviously part of ensuring that
8  there would be adherence to the
9  religious and ethical principals that
10 Mr. Hoffman was referring to.
11 THE WITNESS: In fact, they served
12 on the Caritas Board, but couldn't serve
13 on the BQHC Board because the BQHC Board
14 was the passive parent of Wyckoff, which
15 does not adhere to the ethical and
16 religious directives. That was the
17 whole purpose behind the particular
18 passive parent sole corporate member
19 structure that we adopted in contrast to
20 the North Shore LIJ model, which is also
21 a passive parent sole corporate member,
22 but that's a single signature model. It
23 gets complicated. But that would have
24 violated the ethical and religious

115

Confidential - D. Hoffman

1  directives.
2  BY MR. TZANETOPOULOS:
3  Q. Let me direct your attention to
4  Page 3 of those same minutes in
5  Exhibit No. 17, March 3, 2009, BQHC Board
6  meeting.
7  At the bottom of the page it reads,
8  "In closing, Mr. Rucigay" --
9  A. What page?
10 Q. Page 3 at the bottom.
11 A. "In closing..." Yes?
12 Q. -- "Mr. Rucigay stated that there
13 are three issues we will concern ourselves
14 with and follow up on: Ross University,
15 Meditech, and the pension issue."
16 Let's start with Ross. What were
17 the issues with Ross that were discussed in
18 this meeting? I don't see any other
19 reference to it.
20 A. You know, I'm not sure because I
21 can't recall what this redacted part was.
22 But these were all, you know, financial
23 obligations of Caritas. That's what we were
24 talking about then. Two paragraphs above,

116

Confidential - D. Hoffman

1  "Mr. Rucigay then discussed the issue of
2  Caritas pension liability."
3  Q. And what was the Meditech issue?
4  A. Again, I don't recall specifically
5  what was being discussed in March of 2009.
6  But Caritas had implemented the Meditech
7  electronic medical records system and they
8  owed Meditech money for their part of the
9  implementation.
10 Q. The Meditech contract, was that a
11 contract between Meditech and Caritas,
12 Meditech and BQHC, or Meditech and Wyckoff?
13 A. I don't remember being a party
14 to the Meditech and I can't think of any
15 reason why it would have.
16 It would have been Caritas because
17 Wyckoff had already implemented Meditech. We
18 had started with Meditech a year and a half,
19 two years earlier. So I would infer that
20 that would have been the Caritas-Meditech
21 contract.
22 (Hoffman Exhibit No. 18, Wyckoff
23 Heights Medical Center Board of Trustees
24 Meeting Minutes, December 4, 2008, Bates

117

Confidential - D. Hoffman

1  numbered BQHC 00159 through BQHC 00167,
2  was marked for identification.)
3  BY MR. TZANETOPOULOS:
4  Q. Mr. Hoffman, the court reporter has
5  handed to you a document that she has marked
6  as Hoffman Exhibit No. 18. It's "Wyckoff
7  Heights Medical Center Board of Trustees
8  Meeting Minutes," dated December 4, 2008.
9  A. Uh-huh.
10 Q. It's Bates numbered BQHC 00159
11 through 00167.
12 THE WITNESS: Off the record.
13 (Discussion off the record.)
14 BY MR. TZANETOPOULOS:
15 Q. Take a look at as much of this as
16 you would find helpful. I'd like to direct
17 your attention when you're ready --
18 A. I'm ready.
19 Q. -- to the page Bates labeled BQHC
20 00161. And there on the second paragraph it
21 reads, "In open discussion the issue of the
22 Caritas closure versus bankruptcy was
23 discussed by the Board members." This is the
24 Wyckoff Board. "Mr. Hoffman advised the

30 (Pages 114 to 117)

118

1    Confidential - D. Hoffman
2    Board of Trustees of major contractual
3    obligations of Wyckoff, the temporary nursing
4    agency medical school and training, offshore
5    medical school, the nonunion pension, and
6    Meditech."
7         So it is correct, is it not,
8    Mr. Hoffman, that you recognized as a
9    contractual obligation of Wyckoff and the
10   potential liability there under should
11   Caritas close -- I should ask a better
12   question.
13        It is correct, is it not, that as
14   of December 4, 2008, you recognized that
15   should Caritas close, Wyckoff would have a
16   contractual obligation to Ross, did you not?
17        A.  Objection.  Privilege.
18        Q.  What was discussed that's reflected
19   in the Board meeting minutes here?
20        A.  Objection.  Privilege.
21        Q.  Let me just take the position
22   now -- you all can do what you want but --
23        MR. LOUGHLIN:  I beg your pardon.
24   I was actually looking at this because
25   it seemed to me that it's possible that

119

1    Confidential - D. Hoffman
2    Exhibit 18 was a draft.  These are
3    unsigned minutes and there are black
4    lines and deletions signs in the margin.
5    I wonder if this is even a final version
6    of the minutes of the December 4, 2008.
7    It's obviously a document we produced,
8    but it may well be a draft.
9         THE WITNESS:  It clearly is a
10   draft.  But it doesn't matter, it
11   doesn't change my objection.
12   BY MR. TZANETOPOULOS:
13        Q.  I'm happy to ask the question with
14   both of you here.  I will tell you this is
15   the only type of minutes we received from you
16   for this December 4, 2008, meeting; we did
17   not get a signed version.
18        So let me, Mr. Hoffman:  If this is
19   what we have, is there a signed version?
20        A.  I don't remember.
21        MR. LOUGHLIN:  Were you asking him
22   a question about the invocation of the
23   privilege?
24        MR. TZANETOPOULOS:  Yeah.
25   Obviously you've produced it and I'm

120

1    Confidential - D. Hoffman
2    entitled to examine what's produced.
3         MR. LOUGHLIN:  Yeah.  But it seemed
4    to me that the prior question had
5    stipulated a invocation of the privilege
6    by the witness.
7    BY MR. TZANETOPOULOS:
8         Q.  Did you advise the Board of
9    Trustees -- Let me ask a different question.
10        Are the minutes accurate in this
11   respect:  Did you advise the Board of
12   Trustees of Wyckoff Heights Medical Center
13   that it had major contractual obligations
14   with respect to the temporary nursing agency,
15   medical school training, offshore medical
16   school, the nonunion pension, and Meditech?
17        A.  Objection.  Foundation and
18   privilege.
19        Q.  Do you refuse to answer the
20   question on the basis of attorney-client
21   privilege?
22        A.  And lack of foundation.
23        Q.  That's not a basis, as you know,
24   for refusing to answer the question.
25        A.  Well, I object to the question for

121

1    Confidential - D. Hoffman
2    both reasons.
3         Q.  Well, my inquiry to you,
4    Mr. Hoffman, is:  Do you refuse to answer the
5    question on the basis of attorney-client
6    privilege?
7         A.  That is one of the bases for my not
8    answering the question.
9         Q.  And what's the other?
10        A.  Foundation.
11        Q.  And you know that that's not a
12   reason for avoiding answering the question.
13        A.  I can't answer the question as you
14   asked it.
15        MR. LOUGHLIN:  It's really an
16   invocation of the privilege and,
17   perhaps, a request that you rephrase the
18   question in a way that would avoid the
19   issue of privilege and would satisfy the
20   form objection.
21        THE WITNESS:  Off the record.
22        (Discussion off the record.)
23   BY MR. TZANETOPOULOS:
24        Q.  Mr. Hoffman, these Board minutes
25   read, and I quote, "Mr. Hoffman advised the

31  (Pages 118 to 121)

CONFIDENTIAL

122

Confidential - D. Hoffman
1
2  Board of Trustees of the major contractual
3  obligations of Wyckoff, the temporary nursing
4  agency, medical school training (offshore
5  medical school) the nonunion pension,
6  Meditech."
7      Is that statement in the minutes an
8  accurate reflection of what occurred at that
9  meeting?
10     A.  I don't recall.  It is underlined
11  as having been edited and this is an unsigned
12  document.  I don't have a personal and
13  specific recollection of what discussions
14  occurred at the December 4th, 2008, meeting
15  of the Wyckoff Heights Medical Center Board
16  of Trustees.
17     Q.  Do you dispute that you advised the
18  Board of Trustees of Wyckoff as is reflected
19  in that sentence in the minutes?
20     A.  I can't answer that question the
21  way you asked it.
22         MR. LOUGHLIN:  I think the witness
23     has said he doesn't recall and that the
24     document, Exhibit 18, hasn't refreshed
25     his recollection.

123

1          Confidential - D. Hoffman
2  BY MR. TZANETOPOULOS:
3      Q.  That is my question:  You just
4  don't know one way or the other at this
5  point?
6      A.  Is that a question?
7      Q.  Yes.
8      A.  What's the question?
9      Q.  The question is:  It's a fact that
10  you don't recall one way or the other whether
11  this is accurate?
12     A.  I have previously testified under
13  oath that I do not recall specifically what I
14  discussed with the Board at the meeting on
15  December 4th, 2008, and I don't know that
16  these unsigned draft minutes accurately
17  reflect what I said.
18     Q.  Does Wyckoff possess any signed
19  minutes for this meeting?
20     A.  Wyckoff has hundreds of thousands
21  of pages of documents.  We have faithfully
22  provided to you everything that we could find
23  that was responsive to your demand.  I did
24  not, prior to this moment, realize that this
25  was an unsigned draft of these minutes.  We

124

1          Confidential - D. Hoffman
2  can certainly go back and do a supplemental
3  search to see if there are a signed,
4  corrected or edited version of these minutes.
5  But right now I don't know.
6         (Hoffman Exhibit No. 19, Disclosure
7     of Ownership and Control, Bates numbered
8     BQHC 03413 through BQHC 03415, was
9     marked for identification.)
10  BY MR. TZANETOPOULOS:
11     Q.  Mr. Hoffman, the court reporter has
12  handed you a document that she's marked as
13  Hoffman Exhibit No. 19.
14     A.  Uh-huh.
15     Q.  It's titled, "Disclosure of
16  Ownership and Control."  It's has been
17  stamped with BQHC 03413 through 3415.
18         What is this document?
19     A.  It's a disclosure of ownership and
20  control form.  I know that because it says so
21  at the top of the page.
22     Q.  Do you know anything about its
23  purpose?
24     A.  No.
25     Q.  I think Medicaid but you guys are

125

1          Confidential - D. Hoffman
2  the experts.
3      A.  Forms like these are used for any
4  number of purposes, including corporate
5  compliance representations, but I don't
6  recognize the form or the annotation at the
7  bottom of the page.  I can't actually even
8  read it.  I don't know.  Sorry.
9      Q.  Let me direct you at least to the
10  second page of the exhibit.  It shows Hal
11  McNeil signing as VP corporate finance.
12     A.  Uh-huh.
13     Q.  Of which of these entities,
14  Caritas, Brooklyn-Queens Health Care, or
15  Wyckoff, if any, was Mr. McNeil vice
16  president of corporate finance at the time?
17     A.  On January 5th, 2007, he might have
18  been chief financial officer of Caritas, in
19  addition to Brooklyn-Queens Health Care.  I
20  don't recall when Rich Sarli became the chief
21  financial officer of Caritas but it was at
22  that moment that Hal McNeil became CFO just
23  of Brooklyn-Queens Health Care.
24         THE WITNESS:  Off the record.
25         (Discussion off the record.)

32  (Pages 122 to 125)

126

1      Confidential - D. Hoffman
2   BY MR. TZANETOPOULOS:
3      Q.  Mr. Hoffman, let me refer you back,
4   if I may, to Hoffman Exhibit No. 2, the
5   original affiliation agreement, and in
6   particular, the page that bears the Bates
7   numbers ROSS0064.  I call your attention to
8   the sentence that I'm sure you're quite
9   familiar with now.
10     A.  What's that?
11     Q.  The sentence on that page that
12  reads, "In the event the hospitals are not
13  operative and the university is not in
14  material breach of the agreement, BQHC agrees
15  to provide the university with an equivalent
16  number of clerkships as agreed to herein at
17  one of more of its other facilities."
18         When did you first become aware
19  that Mr. McDonald had signed a contract on
20  behalf of Brooklyn-Queens Health Care that
21  made the promise we've just quoted?
22     A.  I don't recall.
23     Q.  Was it before the Caritas
24  bankruptcy?
25     A.  I don't recall.

127

1      Confidential - D. Hoffman
2      Q.  Has there ever been a time when you
3   told Ross -- Strike that.
4         Was there ever a time before the
5   Caritas bankruptcy where you told Ross that
6   that promise could not be performed?
7      A.  I don't understand your question.
8      MR. LOUGHLIN:  You mean Mr. Hoffman
9   personally?
10     MR. TZANETOPOULOS:  Mr. Hoffman
11  personally.
12     THE WITNESS:  Where I told Ross --
13  BY MR. TZANETOPOULOS:
14     Q.  That BQHC could not provide the
15  university with an equivalent number of
16  clerkships as agreed to herein, in the event
17  the hospitals were not operative?
18     A.  No, I do not remember saying that.
19     MR. LOUGHLIN:  If you have a
20  specific conversation in mind, it might
21  be helpful to refresh the witness's
22  recollection if you identified someone
23  other than just Ross as a whole.  If you
24  have a specific communication in mind.
25

128

1      Confidential - D. Hoffman
2   BY MR. TZANETOPOULOS:
3      Q.  Have you ever had a conversation
4   with anybody at Ross about the original --
5   Bad question.  Sorry.  It's late in the
6   afternoon, let me try again.
7         At any time before Exhibit No. 2
8   was signed in December of 2006, had you
9   personally spoken with anybody at Ross about
10  this transaction?
11     A.  Oh, sure.
12     Q.  With whom?
13     A.  You.
14     Q.  You didn't talk to me before 2006.
15  I'm focusing back to at the time of the deal.
16     A.  Oh, at the time of the deal?
17     Q.  Right.  Did you have interactions
18  with the people at Ross?
19     A.  When was this again?
20     Q.  2006.
21     A.  Oh, this was just before the asset
22  purchase agreement for Caritas closed.
23         No, I have no recollection of being
24  involved in the negotiation of this deal.  I
25  believe I testified to that earlier today.

129

1      Confidential - D. Hoffman
2      Q.  Right.
3         Leaving aside the negotiation, I
4   just wanted to know if you talked to anybody
5   at Ross at that time?
6      A.  No.  Frankly, I don't think I knew
7   anyone at Ross at that time.
8      Q.  Would the same be true of the first
9   and second amendments to the affiliation
10  agreement, that at the time of those deals
11  you had not talked to anybody at Ross about
12  them?
13     A.  The first and second amendments
14  being which exhibits?
15     Q.  3 and 4, which I believe are
16  December 2007 and February 2008.
17     A.  Well, considering that I was on my
18  sabbatical on both of those dates and was
19  precluded from talking to anyone about
20  anything, the answer to that question would
21  have to be no.
22     Q.  The parties obviously have had a
23  mediation session.  I know you and I and Tom
24  Shepherd met with Rajiv Garg on that one
25  instance.  Let's leave those aside.

33  (Pages 126 to 129)

CONFIDENTIAL

130

1       **Confidential - D. Hoffman**
2       **Have you had conversations with**
3   **anybody at Ross about these transactions or**
4   **this dispute, other than the mediation and**
5   **our meeting with Messrs. Shepherd and Garg?**
6       A.  I recall having phone conversations
7   with DeVry's general counsel -- Mr. Davis is
8   it -- on several occasions.  I have
9   absolutely no recollection of what we talked
10  about, other than having to do generally with
11  the relationship with Ross.
12      **Q.  Has Wyckoff made any payments to**
13  **American University of the Caribbean to**
14  **satisfy in whole or in part the judgment that**
15  **American University of the Caribbean holds**
16  **against Wyckoff?**
17      A.  I believe not.  We've had some
18  settlement discussions.  But as far as I can
19  recall, we have not made any payments.
20      MR. TZANETOPOULOS:  Those are all
21  the questions that I have at this time.
22      MR. LOUGHLIN:  I think I just have
23  one.
24      I only have one copy of this.  This
25  is the complaint.  If you can just mark

131

1       Confidential - D. Hoffman
2   this Exhibit 20.
3       (Hoffman Exhibit No. 20, Second
4   Amended Complaint, was marked for
5   identification.)
6   CROSS-EXAMINATION
7   BY MR. LOUGHLIN:
8       **Q.  Mr. Hoffman, I'm placing before you**
9   **an exhibit which has been marked as Hoffman**
10  **Exhibit 20 of today's date.  It is the Second**
11  **Amended Complaint filed by Ross against BQHC**
12  **and Wyckoff.  And I'd direct your attention**
13  **to Paragraph 78, which reads, I believe, "In**
14  **all meaningful respects, Wyckoff" -- meaning**
15  **Wyckoff Heights Medical Center -- "controlled**
16  **and controls BQHC."**
17      **My question is:  As someone who has**
18  **been the chief legal officer of both of those**
19  **entities, are you in a position to say**
20  **whether that allegation is true or false?**
21      MR. TZANETOPOULOS:  Objection.
22  Calls for legal conclusion.
23      THE WITNESS:  I am in a position to
24  say.  And that allegation is
25  structurally and demonstrably false

132

1       Confidential - D. Hoffman
2   based on the corporate relationship
3   between Wyckoff and BQHC.
4   BY MR. LOUGHLIN:
5       **Q.  And in your experience since 2003**
6   **as the chief legal officer of Wyckoff and**
7   **then also the legal advisor to BQHC, have you**
8   **ever experienced a situation in which Wyckoff**
9   **controlled or controls BQHC?**
10      MR. TZANETOPOULOS:  Objection.
11  Lack of foundation.  Calls for
12  conclusion.
13      THE WITNESS:  No.  Wyckoff has not,
14  does not, and could not, given the
15  nature of the structure agreed to with
16  St. Vincent's, control BQHC because
17  BQHC, in turn, was the passive parent
18  and sole corporate member of Caritas and
19  that would constitute prohibited
20  cooperation between an entity that
21  conforms to the ethical and religious
22  directives and one that does not.
23      MR. LOUGHLIN:  That's the only
24  question I have.
25      MR. TZANETOPOULOS:  Nothing further

133

1       Confidential - D. Hoffman
2   here.
3       Thank you for your time, sir.
4       THE WITNESS:  All right.
5       (The above deposition concluded at
6   2:53 p.m.)
7
8       * * *

34  (Pages 130 to 133)

134

ACKNOWLEDGEMENT

STATE OF NEW YORK )
                  ) ss:
COUNTY OF NEW YORK )

    I, DAVID HOFFMAN, hereby certify, I
have read the transcript of my testimony
taken under oath in my deposition of June 1,
2011; that the transcript is a true, complete
and correct record of what was asked,
answered and said during this deposition, and
that the answers on the record as given by me
are true and correct.


    _____
    David Hoffman


Subscribed and sworn to before me
this _____ day of _____, 2011.

_____
Notary Public

135

CERTIFICATION

    I, ASHLEY SHUGAR, a Notary Public,
do hereby certify:
    That the foregoing witness, DAVID
HOFFMAN, was duly sworn by me on the date
indicated, and that the foregoing is a true
and correct record of the testimony given by
said witness.
    I FURTHER CERTIFY that I am not
related to any of the parties to this action
by blood or marriage, and that I am in no way
interested in the outcome of this matter.
    IN WITNESS WHEREOF, I have hereunto
set my hand this 3rd day of June, 2011.


    _____
    Ashley Shugar
    Notary Public, State of New York
    Qualified in New York County
    No.: 01SH6232448
    Expires: December 13, 2014

136

INDEX

WITNESS: DAVID HOFFMAN          PAGE
DIRECT EXAMINATION
    BY MR. TZANETOPOULOS................  5
CROSS-EXAMINATION
    BY MR. LOUGHLIN.................... 130


EXHIBITS

HOFFMAN EXHIBITS MARKED
EXHIBIT  DESCRIPTION               PAGE
No. 1   Protective Order signed by
        the court reporter............  4
No. 2   Affiliation Agreement
        Between Ross School of
        Medicine, School of
        Veterinary Medicine,
        Limited, Portsmouth,
        Dominica and Brooklyn-Queens
        Health Care, Inc., Bates
        numbered ROSS0056 through
        ROSS006....................... 35

137

No. 3   Amendment to Affiliation
        Agreement Between Ross
        School of Medicine, School
        of Veterinary Medicine,
        Limited, Portsmouth,
        Dominica and Brooklyn-Queens
        Health Care, Inc. Through
        Caritas Health Care, Inc.,
        Bates numbered ROSS0052
        through ROSS0055............. 37
No. 4   Second Amendment to
        Affiliation Agreement
        Between Ross School of
        Medicine, School of
        Veterinary Medicine,
        Limited, Portsmouth,
        Dominica and Brooklyn-Queens
        Health Care, Inc. Through
        Caritas Health Care, Inc.,
        Bates numbered ROSS0105
        through ROSS0109............. 38

35 (Pages 134 to 137)

**CONFIDENTIAL**

## A

**able** 55:25 56:16
112:4,11,20
113:10
**absolutely** 130:9
**accommodate** 111:24
**accomplish** 112:9
**account** 29:8 31:13
61:16,16 63:13
63:17
**accountable** 96:15
**accounts** 28:10
32:17
**accurate** 68:15
120:10 122:8
123:11
**accurately** 123:16
**acknowledgement**
4:21
**acquisition** 71:21
**act** 56:15
**acted** 91:9
**action** 135:12
**activities** 15:5
96:17
**actual** 44:5 84:23
100:8
**ad** 14:12 54:3
**addition** 92:24
125:19
**additional** 100:19
102:5
**address** 27:22,24
28:5 42:2 50:19
50:24
**adhere** 114:16
**adherence** 114:9
**adjunct** 7:21
**administer** 3:10
**administration**
64:10
**administrative**
41:25 42:13
44:20 45:3,11,17
47:9 48:21 49:9
51:25 87:9,16
88:16 94:16,18
95:25 138:2,10
139:17
**administrator**
93:15 105:14
**admitted** 7:8 24:21
**adopted** 108:9
114:20
**advance** 6:22 84:19
85:3
**advise** 120:8,11

**advised** 62:11
106:12 117:25
121:25 122:17
**advisor** 132:7
**affidavit** 66:21
67:4,15 138:24
**affiliate** 18:3,9
**affiliated** 19:8
**affiliates** 36:2
40:25 81:5
**affiliation** 33:24
35:2,13 36:9
37:7,25 38:9,21
39:4 43:5,11
86:8,13,17 99:17
100:25 126:5
129:9 136:17
137:2,13
**afternoon** 75:2
91:19 128:6
**agency** 118:4
120:14 122:4
**agree** 19:19 63:6
**agreed** 3:4,13 4:11
62:14 89:24
126:16 127:16
132:15
**agreement** 8:25 9:4
16:3,7,22 20:8
33:24 35:3,13
37:7,25 38:9,21
39:4 43:12 44:20
45:11 47:10,11
48:22 49:7,21
51:10 53:5 66:16
67:24,25 86:8,25
87:9,16,20 88:15
88:25 89:7,10,22
94:16,18,23 96:2
100:25 103:23
112:10,23 113:24
126:5,14 128:22
129:10 136:17
137:3,13 138:3
139:18
**agreements** 36:9
39:9,11 43:5,6
47:13,14 50:18
50:23 52:7 53:9
53:12 68:4,6,16
69:2,6 86:13,18
99:18 101:6,9
102:11,16,20
**agrees** 126:14
**alive** 109:12
**allegation** 131:20
131:24

**allocated** 21:2
89:12 90:9
**amended** 36:24
131:4,11 140:20
**amendment** 37:3,6
37:25 38:6,9,20
137:2,12
**amendments** 129:9
129:13
**America** 112:3
**American** 6:2 39:6
73:8 86:4 102:25
103:11,20 130:13
130:15
**amount** 12:16 86:5
**amounts** 77:14
81:18
**ancillary** 108:11
**and/or** 90:8 105:14
106:23 108:5
**annotation** 125:6
**annual** 85:16
**answer** 9:20 11:17
15:14 18:6 37:5
39:25 51:22
52:13 55:2 60:17
62:4 64:12 66:9
69:9 71:7 72:20
76:11,15 82:24
97:6,18 99:6
103:7 104:9
120:19,24 121:4
121:13 122:20
129:20
**answerable** 18:7
**answered** 60:14,16
63:9 134:13
**answering** 121:8,12
**answers** 5:16
134:14
**anti** 41:15
**anticipate** 83:2
**anticipated** 60:25
71:13,22 72:5
73:2
**anybody** 9:9 30:21
36:14 59:25 66:4
66:11 78:10
128:4,9 129:4,11
130:3
**apart** 95:10
**apartment** 102:7
**apologize** 53:2
**appear** 25:24 107:6
107:20
**appears** 48:8
**appoint** 32:8 114:5

**allocated** 21:2

**appointed** 20:11
**appointment** 20:18
**appreciate** 49:25
96:5
**appropriateness**
101:13
**approval** 49:21
54:11 59:13
86:17,21 101:11
**approvals** 40:25
**approve** 101:18
**approved** 54:9
59:19,21 62:25
86:14 87:2
113:25
**approximately** 5:7
108:4 110:6
**arch** 112:20 114:4
**arranged** 24:12
25:4
**arrangement** 102:8
**arrangements** 64:17
65:4 100:18
101:10 102:4
**arrived** 95:20
98:16
**Arshack** 7:17,18
**Article** 18:24
19:13 49:23
64:24
**Ashley** 1:21 135:4
135:20
**aside** 95:23 129:3
129:25
**asked** 9:21 18:6
40:2 52:14 53:2
60:14,16 62:5
63:9 66:10 89:21
97:7 121:14
122:21 134:12
**asking** 5:14 11:19
78:25 97:24
119:21
**aspect** 42:3
**asserts** 31:18
**asset** 31:19,22
49:20 51:10
108:22 109:2,4
112:10,22 113:3
113:23 128:21
**assets** 31:16 32:4
60:12 61:2,4,5
61:17 63:13
**assist** 100:4
**assistant** 54:13
57:10
**associate** 7:12

**CONFIDENTIAL**

25:18
**assume** 62:12 63:5
  63:14
**assumed** 62:20 63:3
**attached** 66:3
**attempted** 100:5
**attend** 15:17 16:10
  16:14
**attended** 83:8,17
  102:24
**attending** 99:13
**attention** 45:25
  47:18 58:24 59:4
  71:8,12 80:24
  85:19 88:24
  91:23 101:9,19
  103:4 104:5
  106:6 109:25
  115:4 117:18
  126:7 131:12
**attorney** 24:21
  98:25
**attorneys** 3:5 68:8
  88:8
**attorney-client**
  15:10 120:20
  121:5
**AUC** 39:9,11 73:13
  103:25 110:3,6
  110:10,13
**AUC's** 110:12
**audit** 23:17
**August** 44:23 45:13
  45:18 46:22 48:9
  50:10 94:19
  138:7
**auspices** 113:4,5
**author** 72:22 73:20
**authority** 56:14
  95:23 107:7,10
**authorized** 3:10
  15:6 77:15
  101:22
**authorizing** 100:3
**available** 83:2
**Avenue** 2:10
**avoid** 121:18
**avoiding** 121:12
**award** 31:6
**aware** 16:5 29:2,4
  29:5 30:20 35:24
  36:14,17,22 40:3
  40:12 51:23 53:4
  57:16 61:6,18
  63:12 73:12,16
  98:17 100:17
  103:10,19 114:3

126:18
**awfully** 46:12
**a.m** 1:16 44:18,18

___

### B

**B** 96:12,17 136:11
**back** 10:18,20
  13:15,17 17:23
  50:13,15 64:12
  64:14 66:18
  77:19 87:2
  112:24 124:2
  126:3 128:15
**Bad** 128:5
**Baker** 1:13 2:4
**bank** 28:10 29:8
  31:13 32:17 78:6
**bankruptcies**
  113:13
**bankruptcy** 27:4
  67:10 110:21,24
  111:5 113:4,6,7
  113:10,14,25
  117:23 126:24
  127:5
**barter** 61:7
**based** 86:21 132:2
**bases** 121:7
**basis** 12:7 13:12
  83:10 120:20,23
  121:5
**Bates** 35:6,17
  37:11 38:3,14,23
  44:23 45:4,14
  47:19 58:6 65:13
  65:24 69:14,20
  75:7 80:15,19
  83:24 84:9 85:21
  87:9 90:14 94:23
  96:4,13 105:19
  109:15,23 116:25
  117:11,20 124:7
  126:6 136:23
  137:10,21 138:7
  138:11,17,22
  139:4,8,15,18,24
  140:5,10,15,18
**bears** 126:6
**beating** 11:20
**becoming** 19:13
  24:3
**beds** 89:14
**beg** 118:23
**began** 26:24 94:12
  98:5,9
**beginning** 52:22
  58:16 95:21

**begins** 38:2,23
  45:14 65:24
**begun** 93:12
**behalf** 1:20 2:3,8
  15:6 17:5 51:16
  56:15 91:22
  101:12,24 126:20
**belief** 9:22,24
**believe** 6:9 12:13
  13:24 25:17
  80:19 94:22
  105:11 128:25
  129:15 130:17
  131:13
**believed** 72:23
**Bell** 7:10
**benefit** 101:24
**benefits** 20:24
**best** 99:6
**better** 22:24 63:6
  98:6 99:15
  118:11
**binders** 54:16,16
  57:19,20
**bioethics** 7:22
  23:4
**Bishop** 114:4
**Bishops** 112:3
  113:21
**bit** 39:15 75:20
  86:11 106:9
  110:20
**black** 119:3
**blocks** 21:22
**blood** 135:13
**Board** 10:8,15 11:4
  11:25 12:11,23
  13:3,12,19 14:4
  14:8,10,11,13,14
  14:16,18,24 15:4
  15:14,18 16:10
  16:14 29:14,21
  30:2 32:10,14
  33:6 53:16 54:2
  54:13,14,20 55:4
  55:11 56:14,16
  56:16 57:10,21
  58:6,13,15 62:11
  77:2 83:7,9,11
  83:16,19,23 84:7
  84:18,20,23,25
  85:3,11,15 90:13
  90:21 95:24
  96:21 97:21,23
  97:24 98:6,18
  99:8,13,19 100:9
  100:15,16 101:3

101:17,21 102:23
  105:19 106:2,12
  107:2 108:7,10
  109:14,22 114:6
  114:13,14,14
  115:6 116:24
  117:8,24,25
  118:2,19 120:8
  120:11 121:24
  122:2,15,18
  123:14 138:15
  139:13,23 140:4
  140:8,13
**boards** 97:14 98:7
  98:21 100:3
**Board's** 101:8
  103:4 104:5
**book** 84:23
**bottom** 76:24
  107:25 115:8,11
  125:7
**BQH** 50:6
**BQHC** 27:7 36:2
  44:10,23,24 45:4
  45:4,14,15,18
  46:3 47:19 49:16
  58:7,7,16 59:2
  63:3,4,7 69:15
  69:15,21 71:9
  72:2 75:8,16
  83:25,25 84:9
  85:21 87:10,10
  87:17,19 89:2,8
  89:14,19 90:14
  90:15,23 92:3,5
  92:8,9,13,14
  93:24 98:22
  101:2 105:20,20
  106:4,14,24
  107:8 108:5,10
  108:12,15 109:3
  109:16,16,23
  111:18,21 112:14
  114:14,14 115:6
  116:13,14 117:2
  117:2,11,20
  124:8,8,17
  126:14 127:14
  131:11,16 132:3
  132:7,9,16,17
  138:8,9,12,12,17
  138:18 139:5,6,8
  139:15,16,19,19
  139:24,25 140:5
  140:6,10,11,15
  140:16,18,19
**BQHC's** 36:2 108:22

**CONFIDENTIAL**

BQHC06860 75:8
139:9
breach 126:14
break 5:22
brief 8:3 24:4
44:17
Brightner 7:12,14
7:14,15
bring 102:6
bringing 97:20
Brooklyn 28:2
31:22 105:18
106:2 109:13,21
114:4 140:2,7
Brooklyn-Queens
1:8 17:9,14
18:15 19:2,5,8
20:12,19,25 21:2
22:10 26:2,9,16
27:8,11,18 28:6
28:9,14,19,24
29:5,7,9,14,21
29:25 30:18,22
30:25 31:3,7,8
31:12,15,21 32:7
34:3 35:6,16
37:10 38:12
40:24 54:20
59:15,21,24 60:7
60:11 61:2,11,22
63:11 71:2 92:18
93:20 94:5 100:2
100:14 103:3,12
103:21 107:4
125:14,19,23
126:20 136:22
137:7,18
brought 101:8,18
103:4 104:5
business 21:13
22:6 23:8 36:5
40:16 54:6 71:3
71:5 72:2 82:15
88:11
bylaws 55:12,19,24
56:2,10

**C**

C 2:2 134:2 135:2
135:2
calculation 89:9
call 19:19 59:3
126:7
called 18:3 19:9
26:5 42:21 91:18
calls 10:6 131:22
132:11

Cambio 79:8,11
87:18 88:21 89:8
89:11,21
candidates 73:25
capacity 22:20
24:19
capital 108:3
card 22:7
Cardozo 7:21
Care 1:8 17:9,14
17:25 18:2,15,23
19:2,5,9,13,15
19:16 20:13,19
21:2,3 22:10
26:2,9,16 27:8
27:11,18 28:6,9
28:14,19,24 29:6
29:7,9,14,21,25
30:18,22,25 31:3
31:7,9,12,15,21
32:8 34:3 35:6
35:16 37:10,11
38:13,14 40:24
44:21 45:12
48:16 49:16,22
59:15,21,25 60:7
60:12 61:2,11,15
61:22 63:11
69:13 71:3,10
74:4 77:12 80:6
80:13 82:2,20
90:12,20 92:18
93:20 94:6 100:2
100:14 103:3,13
103:22 107:4
109:14,21 125:14
125:19,23 126:20
136:23 137:8,9
137:19,20 138:4
139:3,10,22
140:7
Care's 54:20
Caribbean 6:3
36:10 39:6 73:9
86:5 101:2,5
103:2,12,20
130:13,15
Caritas 17:23,25
17:25 18:4,12,16
18:23 19:6,9,12
19:15,16,19,22
20:2,6,8,15,21
21:6,16,20 22:12
27:3,9,16 30:7
31:14 37:11
38:13 39:20 40:4
40:15 44:11,21

45:12 48:15,20
49:16,22 50:6,9
50:20,25 52:3,9
53:6,10 61:14
62:3,12,20 64:16
64:19,23 67:5,9
68:19,20 69:13
71:10,21,24
72:14,16 73:7
74:4 77:11,12,16
77:21 78:5 80:4
80:5,13 82:2,20
83:8,9,11 87:18
89:12,18 90:8,12
90:20 98:22
100:2,5 101:3,25
102:11,18 103:4
103:14,22 107:18
107:22 109:12
110:5,11,15,21
110:23 112:11
114:6,13 115:24
116:3,7,12,17
117:23 118:11,15
125:14,18,21
126:23 127:5
128:22 132:18
137:9,20 138:4
139:2,10,21
Caritas's 50:7
83:3,5
Caritas-Meditech
116:21
case 1:6 6:6,10
25:25 26:20 31:7
39:19 50:4 51:14
102:6
cases 101:16
cash 61:4,9,10,17
63:13 71:14,20
72:6,8,14,18
80:6,13 81:4,10
81:24 82:2,14,20
82:25 83:2,5,14
83:17 107:17
139:11
Catholic 49:17
112:3,17 113:20
CBO 70:24 71:6
Center 1:9 6:2
7:20,24 10:16
14:16 15:4,7,14
15:18 17:18
21:14 23:7 26:13
26:18,24 27:16
27:25 32:2,7,10
32:14,16,19,25

33:4,8 43:7
46:25 47:4,7
49:18 53:16
55:18 56:24 58:5
58:15 61:14 64:2
64:3 77:13 81:7
83:23 84:7,19
85:11 103:13,21
106:20 116:24
117:8 120:12
122:15 131:15
138:15 139:13
140:13
Center's 54:6
central 40:16
41:11,16 71:3,5
72:2
CEO 30:11 46:24
84:13 92:17
93:19 104:11,12
104:19 105:4,6
105:10,15
certain 14:10 51:7
87:6 106:23
108:5
certainly 99:24
100:16 124:2
certainty 13:25
certification 3:7
certified 1:21
certify 134:8
135:5,11
CFO 6:13 87:24
92:9 125:22
chair 29:17,19,20
chairman 29:13
54:14
chance 75:18 90:25
change 119:11
changed 17:24
93:14
changes 96:21
97:12 141:3
Chapter 67:6
characterize 49:3
97:10
charge 23:8 36:5
42:5,25 43:4,8
charged 36:8
check 78:5
checking 61:15,16
63:13,17
checks 90:7
Chicago 2:6
chief 8:17 25:16
30:4,19,21,24
31:2 47:3,6

48:15 67:4 77:9
83:12 87:24 92:2
92:4,7,12,23,25
93:8,24 94:2
95:15,20 98:9,16
100:13 125:18,20
131:18 132:6
**chronology** 19:12
**circle** 91:7
**circumstances** 8:7
57:11
**Civ** 1:7
**claim** 10:12
**claiming** 12:2,5,6
15:9
**Claire** 24:18 52:3
**clear** 103:17
**clearly** 79:25
82:24 111:14
119:9
**Clearwater** 7:10
**clerkship** 72:16
73:17
**clerkships** 65:5
73:18 86:3
126:16 127:16
**client** 10:9
**clinical** 23:5
**close** 53:3 118:11
118:15
**closed** 18:19 111:7
128:22
**closing** 50:6 59:17
65:8 71:23 77:11
115:9,12
**closure** 117:23
**clue** 78:15
**collect** 89:17
**college** 7:3
**come** 10:14 13:2
95:19
**comes** 80:20
**coming** 73:13
**commenced** 7:11
**comment** 66:17
**commercial** 68:22
83:4
**commercially** 89:16
**commissioner** 8:15
**committee** 55:5,6
55:10,10,15,17
56:8,13,18,23
57:5,7,18 59:13
59:19 62:25
**commonly** 41:15
**communicate** 101:21
**communication** 10:7

12:18,20,22
127:24
**communications**
10:15 13:3,5,11
13:19 14:24
**compensation** 59:12
59:14,16,18,22
60:6,9 61:21
62:14,15 94:22
**complain** 15:3
**complaint** 130:25
131:4,11 140:20
**complete** 134:11
**completed** 79:5
**completion** 49:20
**compliance** 22:5,9
22:15,18,21
23:11,13,16,18
23:20,24 125:5
**complicated** 86:24
114:24
**component** 22:15
86:7
**comport** 68:11 72:4
72:17
**composition** 55:11
**comprehensively**
51:22
**computer** 71:25
**computers** 28:25
33:9
**concern** 115:14
**concerning** 12:6,7
20:8,18 78:20
99:10
**concerns** 101:13,17
**concluded** 133:5
**concludes** 38:3,24
45:15 65:25
**conclusion** 131:22
132:12
**conditions** 62:16
**conduct** 96:25
**confer** 4:17
**conference** 112:3
113:20
**confidential** 1:19
4:3,15 5:1 6:1
7:1 8:1 9:1 10:1
11:1 12:1 13:1
14:1 15:1 16:1
17:1 18:1 19:1
20:1 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
32:1 33:1 34:1

35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1
47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1 55:1
56:1 57:1 58:1
59:1 60:1 61:1
62:1 63:1 64:1
65:1 66:1 67:1
68:1 69:1 70:1
71:1 72:1 73:1
74:1 75:1 76:1
77:1 78:1 79:1
80:1 81:1 82:1
83:1 84:1 85:1
86:1 87:1 88:1
89:1 90:1 91:1
92:1 93:1 94:1
95:1 96:1 97:1
98:1 99:1 100:1
101:1 102:1
103:1 104:1
105:1 106:1
107:1 108:1
109:1 110:1
111:1 112:1
113:1 114:1
115:1 116:1
117:1 118:1
119:1 120:1
121:1 122:1
123:1 124:1
125:1 126:1
127:1 128:1
129:1 130:1
131:1 132:1
133:1
**conforms** 132:21
**confused** 113:13
**connection** 33:23
37:2 38:6 39:4
39:23 40:22
56:21 76:4
109:10
**considering** 129:17
**constellation**
102:15
**constitute** 132:19
**consult** 98:24
**consultant** 8:14
21:15,17,20 23:4
**consultants** 102:5
102:8
**consultation** 68:9
97:24

**consulted** 34:15
47:13 49:14
76:20 99:7
100:16
**consulting** 79:10
87:25
**consummated** 39:12
**contact** 88:19
**context** 99:25
100:3
**continue** 99:5
101:23 113:19
**continued** 16:23,24
75:10
**contract** 17:13,17
33:23 34:9 36:24
41:17 43:7,13,15
43:21,23 44:4,6
51:4 62:12,14,19
63:3,5 66:3
87:22 88:4 90:5
96:6 97:2 100:24
102:25 103:6
116:11,12,22
126:19
**contracting** 48:20
**contractor** 46:6
**contracts** 41:10,24
42:9,25 50:5
51:8 52:11,16,20
52:23 92:16
100:7 101:9,18
**contractual** 102:10
118:2,9,16
120:13 122:2
**contrast** 114:20
**control** 124:7,16
124:20 132:16
140:18
**controlled** 131:15
132:9
**controls** 80:2
131:16 132:9
**convenience** 4:12
**conversation** 93:2
127:20 128:3
**conversations** 11:4
11:25 12:6,11
130:2,6
**convoluted** 99:15
**cooperation** 112:6
132:20
**copies** 41:24 42:9
42:11 46:11
**copy** 43:13,21 76:2
76:7 86:25
130:24

**CONFIDENTIAL**

corporate 22:17
23:16,18,20,24
25:22 29:10 30:6
33:5,11 55:18
59:14,20 60:6,13
61:3,13,21 63:15
109:5 114:19,22
125:4,11,16
132:2,18
corporation 18:25
19:3 29:24 31:19
54:25 56:15
63:14 68:23
90:10 108:13,19
108:24 109:7,8
correct 12:12
26:12 27:10
58:18 63:8 76:12
95:17 97:17
118:7,13 134:12
134:15 135:9
corrected 37:22
124:4
correctly 80:16
correspond 81:18
costly 102:7
counsel 4:11 6:24
7:19,24 8:4,8,21
9:19 10:24 16:13
17:2,12,19 20:5
20:12,19,25 21:6
22:6,21 24:2,4,6
24:7,10,11,15
25:9,18 30:14
53:14,22 71:17
99:13,16 130:7
County 49:24 134:6
135:21
couple 69:3 70:17
106:7
course 34:18 54:5
103:10 105:8
court 1:2,21 3:12
4:13,22,24 6:7
31:5 35:11 37:15
38:18 45:8 58:10
65:17 66:25
69:19 75:12
80:10 84:4 87:13
90:18 105:23
109:19 113:4,6
113:25 117:5
124:11 136:16
Court's 4:16
created 89:22
111:24
creation 30:5,10

43:16
CRO 94:25 96:3,13
96:15
CROSS-EXAMINATION
131:6 136:7
CRO's 96:18
curious 113:8
current 43:15
110:5
currently 21:15
23:14 30:18
108:11 110:4,14
custodian 41:10,18
41:23
custody 44:12
custom 56:3
CV 7:5

---
**D**

D 4:4,4 5:1 6:1
7:1 8:1 9:1 10:1
11:1 12:1 13:1
14:1 15:1 16:1
17:1 18:1 19:1
20:1 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1
47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1 55:1
56:1 57:1 58:1
59:1 60:1 61:1
62:1 63:1 64:1
65:1 66:1 67:1
68:1 69:1 70:1
71:1 72:1 73:1
74:1 75:1,4,4
76:1 77:1 78:1
79:1 80:1 81:1
82:1 83:1 84:1
85:1 86:1 87:1
88:1 89:1 90:1
91:1 92:1 93:1
94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1
102:1 103:1
104:1 105:1
106:1 107:1
108:1 109:1
110:1 111:1

112:1 113:1
114:1 115:1
116:1 117:1
118:1 119:1
120:1 121:1
122:1 123:1
124:1 125:1
126:1 127:1
128:1 129:1
130:1 131:1
132:1 133:1
134:2 136:2
Daniel 7:17
DASNY 109:9
date 9:2 63:12
65:7 94:17
104:20 131:10
135:7 141:25
dated 44:22 45:13
45:18 65:13,23
69:22 76:22
85:12 90:21
117:9 138:6,21
dates 111:8 129:18
David 1:19 4:10
7:4 134:8,18
135:6 136:4
141:5,25
Davis 130:7
day 67:6 96:16,16
134:23 135:16
days 77:10 91:3
deal 34:11 35:21
36:5,15 38:25
88:4 128:15,16
128:24
dealings 86:22
deals 34:13 129:10
dean 110:13
debt 101:23
December 19:24
35:23 36:25
43:22 44:11
52:21 65:13,23
66:2,5,6,8 68:5
73:9,11 78:2
82:19 98:13
116:25 117:9
118:14 119:6,16
122:14 123:15
128:8 129:16
135:22 138:21
140:14
decided 97:12
106:15
decision 62:19
94:4,6 98:18

decisions 97:17,20
97:25,25 99:9
declare 141:22
deemed 4:3 96:21
defendant 2:8
56:22
defendants 1:10
39:19 51:16
52:15 63:19
defendant's 25:24
80:17
Defense 4:11
deletions 119:4
delineate 101:5
demand 57:2 123:23
demanded 15:2
demands 57:4
demonstrably
131:25
departed 98:10,12
98:17
department 8:16
42:8,10 52:12
63:20,22,23 64:4
64:7,17 86:15,21
86:23
departmental 41:12
departments 64:21
64:22 65:3 80:3
departure 100:23
deponent 99:2
deposition 1:19
3:8,8 4:10,15,20
5:24 6:12,13,14
6:19,25 58:12
65:19 75:14 84:6
133:5 134:10,13
141:5
depositions 5:5
6:10
describe 18:11
55:25 56:9
described 18:12
76:5,21 87:23
98:5
describes 89:9
DESCRIPTION 136:14
designate 4:14
designated 30:24
92:22,23 96:3
designed 61:12
desired 93:4
desperately 109:12
detail 35:19 39:15
108:7
determine 79:3
development 71:25

**CONFIDENTIAL**

**DeVry's** 130:7
**Dewitt** 79:10
**Diana** 24:5
**Diane** 24:5
**different** 18:11
  23:21 25:23
  26:10 42:16,22
  43:18 50:17 73:5
  97:2 120:9
**diocese** 112:20
  114:5
**direct** 5:2 45:25
  47:18 58:24 71:8
  71:12 75:10
  80:24 85:19
  86:19 88:24
  91:23 96:15
  106:6 115:4
  117:17 125:9
  131:12 136:5
**direction** 8:15
**directives** 112:2,8
  112:14 113:20
  114:17 115:2
  132:22
**director** 23:17
  105:14
**disbursements** 81:4
**discharge** 32:12
**discharged** 25:8,13
**disclosing** 10:7
  12:14,17
**disclosure** 124:6
  124:15,19 140:17
**discovery** 51:14
**discuss** 39:19
**discussed** 31:11
  35:25 60:25
  61:20,23 67:25
  76:24 97:8 99:25
  100:8 106:16
  107:14 108:7,16
  110:21 115:18
  116:2,6 117:24
  118:18 123:14
**discussion** 37:20
  46:15 47:16 62:8
  62:22 67:17 68:9
  70:11,13 94:9
  99:3 106:14,18
  110:3,20 111:22
  117:14,22 121:22
  125:25
**discussions** 39:11
  60:5 62:2 72:8
  73:16 107:10
  109:8 122:13

130:18
**dismissal** 24:13
**dismissed** 9:7,10
  24:14,19 105:5
**dispute** 122:17
  130:4
**dissolve** 111:13
**dissolved** 111:21
**distributed** 84:22
**DISTRICT** 1:2,2
**disturbing** 77:6
**document** 34:8,9,24
  35:11,18 37:4,16
  38:19 45:23
  48:25 49:3 51:16
  56:4 58:11 59:8
  65:18 66:13,14
  67:2 69:10,14,19
  70:16 72:23
  73:20 74:5 75:13
  75:22 76:19
  80:11,22 81:14
  81:23 82:9 84:5
  84:16 85:10
  87:14 90:19
  94:24 100:11
  105:24 106:7
  107:23 109:20
  117:6 119:7
  122:12,24 124:12
  124:18 139:4
  141:22
**documentation**
  20:17
**documents** 6:21,23
  14:3,5 21:22
  39:15,18 43:18
  44:13 45:8 51:11
  51:20 57:3 63:18
  67:25 70:7,21,25
  99:21 100:9,24
  101:14 105:7
  123:21
**dog** 11:20,21
**doing** 96:8 97:4
  110:13
**dollar** 31:6 77:14
  81:17
**Dominica** 34:3 35:5
  35:15 37:9 38:12
  136:22 137:7,18
**Dominick** 30:9
  65:12,23 76:21
  81:19 92:17
  93:25 138:20
**Donnelley** 69:2
**doors** 111:6

**dormitory** 107:7,10
**doubt** 57:16
**Dr** 65:12,22 105:11
  138:19
**draft** 66:3,14
  119:2,8,10
  123:16,25
**drafting** 39:9
**drafts** 66:18
**drew** 91:4
**Drive** 2:5
**due** 40:18 90:9
**duly** 4:6 135:7
**duties** 15:17 22:24
  23:2,12 96:3,13
**duty** 91:4

**E**

**E** 2:2,2 134:2,2,2
  135:2 136:2,11
**earlier** 51:5 86:9
  87:23 95:7,11
  97:10 108:16
  116:20 128:25
**early** 39:21 40:4
  71:21 93:12
  111:4
**ease** 19:18
**EASTERN** 1:2
**edited** 122:11
  124:4
**educated** 110:17
**education** 7:6 23:5
  52:2 63:20,24
  64:5,8,22 65:3
  85:24 86:14,21
  86:23
**effect** 3:11
**effective** 59:16
  94:19
**efforts** 89:17
  102:16
**either** 92:22
  104:11 105:13
  116:8
**else's** 53:23,24
**emergency** 54:4
**Emil** 29:13
**employed** 7:9,20,23
  8:2 9:2 22:16,19
  24:18
**employee** 8:5
**employees** 28:15
  32:20
**employment** 7:6,7

7:11 8:20,23
  17:19 20:7 22:19
  62:12 63:2,5
  68:25 69:6 93:11
  101:10 102:4
**enclosure** 110:21
**encumbered** 108:23
**endorsement** 99:9
**engage** 15:6 51:19
  112:13
**engaged** 40:15
  105:6
**engagement** 95:8
**engaging** 15:5
**ensued** 106:18
**ensuring** 23:8
  114:8
**enter** 31:5 141:3
**entered** 43:11 44:5
  69:4 94:18
**entering** 88:15
  100:17
**enters** 41:10
**entire** 70:15
**entities** 18:12,16
  25:23 27:15 41:2
  46:21 61:25
  99:14 101:12
  104:2 125:13
  131:19
**entitled** 33:23
  35:12 37:24
  38:20 71:10
  87:15 105:25
  109:21 120:2
**entity** 18:2,16,20
  19:19 26:10,11
  55:7 63:24 109:5
  112:12,15 132:20
**entries** 90:9
**Equally** 77:6
**equivalent** 126:15
  127:15
**ERRATA** 141:2
**ESQ** 2:7,11
**essentially** 16:20
**establish** 10:10
  40:16 106:13
  107:3
**established** 11:21
  61:12
**establishing** 40:23
**estate** 106:23
**ethical** 23:8 112:2
  112:7,13 113:19
  114:10,16,25
  132:21



**CONFIDENTIAL**

ethics 21:24,25
22:3,5,9,14,20
22:23 23:3,6
evaluate 80:2
event 126:12
127:16
events 76:5,10,21
76:24
exact 104:20
exactly 32:23
EXAMINATION 5:2
75:10 136:5
examine 120:2
examined 4:7
exceeded 77:14
excess 32:24
Exclude 30:15
excuse 62:22 79:19
execute 101:11
executed 34:14
103:5,22 104:6,8
executive 30:4,19
30:21,24 48:14
54:3 55:4,6,9,15
55:17 56:8,13,18
56:23 57:5,7,18
59:19 62:25 92:2
92:5,24 93:8,24
94:2 96:20
100:12 105:14
exhaustive 79:13
82:23
exhibit 4:19,23
35:2,12 37:6,22
37:23,24 38:8,19
43:24 44:19 45:2
45:10,16 46:2
47:20,21 48:23
49:10 50:18 58:4
58:12 65:11,19
66:21 67:3 69:12
69:20,24 70:15
71:9 75:6,14
76:25 80:5,12,14
82:22 83:22 84:6
85:8,20 86:9
87:8,15 90:11,19
91:24 105:17,25
107:25 109:13,20
115:6 116:23
117:7 119:2
122:24 124:6,13
125:10 126:4
128:7 131:2,3,9
131:10 136:14
exhibits 45:9
129:14 136:13

exist 27:12 52:10
existed 51:3,8
expected 72:15
expenditure 100:4
expenses 71:23
experience 84:24
132:5
experienced 132:8
experts 125:2
Expires 135:22
expressed 72:13
extent 88:13
104:14
extraordinary
57:11
e-mail 65:11,22
66:4 69:22 70:2
75:15,25 76:5,22
81:12,20 138:19
e-mails 13:23
69:12,22,24
70:25 74:3 75:7
75:15 139:2,8

--- F ---

F 4:4,4 75:4,4
135:2
facilities 64:25
126:17
fact 48:10,14 50:4
52:10,17 60:12
64:4 70:7 78:16
92:4 93:22
114:12 123:9
facts 141:23
fair 33:20 88:23
100:7
faithfully 123:21
false 131:20,25
familiar 5:11
34:25 49:11
63:21 66:14
67:23 80:21
126:9
far 61:6 63:12,25
71:16 97:19
130:18
fashion 6:6
Father 114:6
favor 31:8
February 69:23
110:25 129:16
fee 89:8,11,16
95:3
fees 72:16
file 110:23
filed 111:6 131:11

filing 3:7
final 119:5
finance 78:13 80:3
125:11,16
financial 47:6
77:9 79:9 83:12
83:12 92:8,12,25
115:23 125:18,21
financials 90:10
financing 106:22
108:5,6 112:23
113:15,17
find 21:10,12
39:16 41:6 73:19
117:17 123:22
fine 11:15
finish 110:5
finished 75:20
finishing 75:17
fire 94:5
fired 8:11,19,19
8:22 10:24 12:4
12:8,15 13:7
15:2,16,21,23,25
16:6,12 101:15
102:22
firing 9:3 16:9
96:8 97:4
firm 7:10,16 16:4
88:8
first 4:5 7:9
22:16 37:3 42:2
67:6 68:18 71:22
81:3 91:18,24
93:2 94:12
106:10 113:7,14
126:18 129:8,13
fishing 41:13
five-minute 44:15
five-page 80:14
fixed 89:8
flipped 109:6
Floor 1:14
flow 82:15,25 83:6
83:14
focus 76:23
focusing 128:15
folks 69:6
follow 115:15
followed 44:7
following 4:2 46:7
54:12 65:8,9
71:13 77:10
106:11,14 108:9
108:9
follows 4:8 75:5
footnote 67:21,22

68:10,10,14
114:2
force 3:11
foregoing 94:25
135:6,8 141:22
form 3:14 9:14
13:12 15:20 18:5
31:17 34:6,12
41:17,20 44:8
52:12 53:8 54:22
58:2,3 60:2,19
62:4 82:13 90:3
96:10 103:16
104:13 121:20
124:20 125:6
formal 44:2,10
formation 99:25
formed 7:14,16,17
43:17
Forms 125:3
forth 55:18,23
66:18
forward 7:4
forward-looking
81:23
found 52:11
foundation 10:11
11:9 15:20 41:20
120:17,22 121:10
132:11
foundational 11:16
frame 35:24 66:2,8
68:6 84:17 93:17
94:14
Frankly 129:6
Frawley 114:7
front 58:18 69:10
74:3
FTI 25:4 79:8,11
79:15,21 87:18
87:23 88:4,17,21
89:8,11,20,21
90:4 95:11
104:25
fulfill 63:16
full 95:2 104:11
106:10
full-time 22:19
funded 72:15,16,19
funds 77:11,21
78:17 81:11
100:19
further 3:13
106:16 111:16
132:25 135:11

--- G ---

**CONFIDENTIAL**

G 134:2
Garg 104:10,12,18
  105:6 106:12,17
  106:20 108:2
  129:21 130:5
GATES 2:9
gears 33:19
general 6:24 7:19
  7:23 8:4,8,21
  9:19 10:24 16:12
  17:2,12,19 20:5
  20:12,18,25 21:6
  22:5,21 24:2,3,6
  24:7,9,11,15
  25:8,18 30:13
  48:18 53:14,22
  55:20,22 64:6
  68:11,17 80:23
  86:22 94:14
  99:13,16 100:8
  102:9 130:7
generally 33:12
  42:12 49:11
  54:23 67:23
  84:21 130:10
George 2:7 11:23
getting 86:16,25
  113:12
Gio 30:9,20 46:19
  59:11,18 62:11
  62:24 63:8 65:12
  65:23 77:5 78:24
  84:13 85:15,25
  86:12 92:17 93:7
  93:19,25 94:5
  97:9,13 105:5
  138:20
Gio's 62:19 63:5
  76:3,5,21 81:11
  81:19 85:2
give 5:12,24 43:20
  82:23 94:13
given 5:4 68:15
  79:16,21 80:11
  83:13 92:15
  132:14 134:14
  135:9
giving 5:15 6:14
go 17:23 37:18
  46:13 50:3 62:6
  69:24 70:9 76:16
  77:19 107:24
  124:2
goes 38:2,22 72:10
  73:7 77:5
going 10:5 25:20
  33:16 49:2 70:2

78:5 86:11 88:11
  91:20 93:6
  104:13 110:19
Goldberg 92:7,9,11
Goldwasser 24:5
good 93:5
goods 61:7
gotten 68:21
governance 23:9
governing 52:7
  53:5
graduate 63:20,23
great 108:7
ground 5:12
grounds 10:6
group 104:25
guarantor 102:11
  102:17
guess 7:3 40:23
guys 124:25

_____
        H
_____
H 4:4 75:4 136:11
Hal 77:8 78:9
  125:10,22
half 116:19
Haller 106:17
hand 135:16
handed 37:16 38:19
  58:11 67:2 75:13
  84:5 87:14 90:19
  105:24 109:20
  117:6 124:12
happen 8:24 44:5
  93:21
happened 42:18
  111:15
happy 5:23 119:13
Harold 36:7 48:3
  100:12
head 5:20 16:8
  29:15 83:21
  91:17 102:19
  104:2,21
heading 81:25
Health 1:8 8:16
  17:9,14,25 18:2
  18:15,23 19:2,5
  19:8,9,12,15,16
  20:13,19,25 21:2
  22:10 26:2,9,16
  27:8,11,18 28:6
  28:9,14,19,24
  29:6,7,9,14,21
  29:25 30:18,22
  30:25 31:3,7,8
  31:12,15,21 32:8

34:3 35:6,16
  37:10,11 38:13
  38:13 40:24
  44:21 45:12
  48:15 49:16,22
  54:20 59:15,21
  59:25 60:7,12
  61:2,11,14,22
  63:11 69:13 71:3
  71:10 74:4 77:12
  80:6,13 82:2,20
  83:8 90:12,20
  92:18 93:20 94:5
  100:2,14 103:3
  103:13,22 107:4
  109:14,21 125:14
  125:19,23 126:20
  136:23 137:8,9
  137:19,20 138:4
  139:2,10,22
  140:7
Healthcare 105:18
  106:2 140:3
hear 5:16 25:10
heavily 108:22
Heights 1:9 5:25
  7:20,24 10:16
  14:15 15:4,7,13
  15:18 17:18
  21:14 23:7 26:13
  26:17,24 27:15
  27:25 32:2,7,9
  32:13,16,19,25
  33:4,8 43:7
  46:25 47:4,7
  53:15 54:6 55:17
  56:24 58:5,14
  61:14 64:2,3
  77:13 81:7 83:23
  84:7,19 85:11
  103:13,21 106:20
  116:24 117:8
  120:12 122:15
  131:15 138:15
  139:12 140:12
held 1:21 17:8
  18:20 19:25
  108:15
helped 108:23
helpful 117:17
  127:21
hereunto 135:15
HFG 68:18,21 83:4
highest 95:23
Himrod 31:25
hire 24:25
hired 25:4

hiring 96:8 97:4
historical 81:16
hoc 14:12 54:3
Hoffman 1:20 4:10
  4:23 5:1,4 6:1
  7:1,15,15,17 8:1
  9:1 10:1 11:1
  12:1 13:1 14:1
  15:1 16:1 17:1
  18:1 19:1 20:1
  21:1 22:1 23:1
  24:1 25:1 26:1
  27:1 28:1 29:1
  30:1 31:1 32:1
  33:1 34:1 35:1,2
  35:10,12 36:1
  37:1,6,15,24
  38:1,5,8,18,19
  39:1 40:1 41:1
  42:1 43:1 44:1
  44:19 45:1,2,7,9
  46:1 47:1 48:1
  49:1 50:1 51:1
  52:1 53:1 54:1
  55:1 56:1 57:1
  58:1,4,10,12
  59:1 60:1 61:1
  62:1 63:1,18
  64:1 65:1,11,17
  65:19 66:1,21,25
  67:1,3 68:1 69:1
  69:12,18,20 70:1
  70:14,18 71:1
  72:1 73:1 74:1
  75:1,6,12,13,25
  76:1 77:1 78:1
  79:1 80:1,5,10
  80:12 81:1,21
  82:1,21 83:1,22
  84:1,4,5 85:1
  86:1,9 87:1,8,13
  87:15 88:1 89:1
  90:1,11,18,19
  91:1 92:1 93:1
  94:1,11,17 95:1
  96:1,4 97:1 98:1
  99:1 100:1 101:1
  102:1 103:1
  104:1 105:1,17
  105:23,25 106:1
  106:17 107:1
  108:1 109:1,13
  109:19,20 110:1
  111:1 112:1
  113:1 114:1,11
  115:1 116:1,23
  117:1,5,7,25

**CONFIDENTIAL**

118:1,8  119:1,18
120:1  121:1,4,24
121:25  122:1
123:1  124:1,6,11
124:13  125:1
126:1,3,4  127:1
127:8,10  128:1
129:1  130:1
131:1,3,8,9
132:1  133:1
134:8,18  135:7
136:4,13  141:5
141:25
**Hoffman's** 7:4
**hold** 17:22  22:8
96:15  113:12
**holding** 105:9
108:12,19,24
109:6
**holdings** 27:14
**holds** 130:15
**home** 91:20
**honor** 112:7
**honored** 112:4
**hospital** 8:5  16:18
16:21  17:6  18:22
18:22  23:10  25:5
25:8,13  26:21,25
43:10  46:20,20
54:10  64:20,21
85:17  88:12
91:15  113:9
**hospitals** 19:15,23
36:16  49:19,24
50:7,10  64:19
68:24  88:10
94:13  110:8,9,10
113:21,23  126:12
127:17
**hospital's** 8:20,22
36:6  42:13  43:12
**Hostetler** 1:13  2:4
**Hsu** 70:4
**Huh** 34:21
**hundred** 5:8
**hundreds** 123:20

___

**I**

**ID** 106:13  107:3
108:13,19,25
**idea** 9:25  10:4
59:23  66:20
**ideas** 10:13  12:7,9
12:10,14  13:2,13
14:25
**identification**
4:25  35:8  37:13

38:16  44:25  45:5
58:8  65:15  66:23
69:16  75:9  80:8
84:2  87:11  90:16
105:21  109:17
117:3  124:9
131:5
**identified** 57:3
71:21  127:22
**Illinois** 2:6
**imagine** 78:9  85:17
87:7  91:19
109:11
**Immaculate** 18:22
19:14  49:19
64:21  65:3,6
91:14  100:6,20
112:5  113:18,22
**implementation**
116:10
**implemented** 116:7
116:18
**important** 4:18
**impose** 113:10
**impossible** 69:8
104:8
**include** 46:7
**included** 46:8
**including** 96:19
98:3  102:4  125:4
**incorporated** 19:16
**incur** 101:23,23
**incurring** 102:9
**independent** 58:21
81:16
**indicate** 81:15
91:8  93:23
**indicated** 84:15
91:7  135:8
**indicating** 91:21
**indication** 21:23
**individual** 24:5
102:20
**individuals** 42:23
46:8
**infer** 116:20
**information** 11:5
12:17
**informed** 10:23
12:3  13:6  93:3
**initial** 79:7
100:10
**Initially** 30:9
**inpatient** 89:14
**inquiry** 121:3
**insist** 112:21
**insisted** 8:10,19

12:8,15  68:18
113:2
**insofar** 29:2
**installation** 71:24
**instance** 129:25
**instances** 102:2,3
**institutions** 112:7
112:17,18
**instructed** 101:21
**intended** 50:19
101:11  111:23
**interactions**
128:17
**intercompany** 78:4
**interest** 72:13
**interested** 135:14
**interests** 18:20
**interim** 104:11,12
104:19  105:6
**internal** 23:17
79:7  80:2
**international**
72:12
**interpreting**
107:22
**intramanagement**
49:18
**investigation**
78:19  79:2
**investigations**
77:18  79:5
**investing** 72:13
**invitees** 91:25
**invocation** 119:22
120:5  121:16
**involved** 25:24
39:10  47:13
53:18  88:10,14
107:9  128:24
**in-house** 24:16
**issue** 18:9  106:15
115:16  116:2,4
117:22  121:19
**issues** 34:16  39:23
115:14,18
**item** 96:17
**Items** 96:12

___

**J**

**J** 2:7
**January** 7:11  16:25
22:17  43:22
44:12  50:21,25
52:9  53:7  65:8
66:7  77:2  78:2
105:17  106:3
125:17  140:2

**job** 23:12  53:23,25
**jobs** 16:10  79:15
**John** 21:18  66:22
67:4  138:24
**Johns** 19:14
**John's** 18:21  49:19
64:20  65:2,6
100:5,20  112:4
113:18,22
**joined** 7:17
**joint** 40:19  71:5
**jointly** 40:15
**Judge** 3:12
**judgment** 31:9
130:14
**Julius** 87:7
**July** 94:20  95:2,3
95:6
**June** 1:16  22:22
83:24  84:8  85:13
85:16  134:10
135:16  139:14
141:6

___

**K**

**K** 2:9  134:2
**KAM** 1:7
**Kanterman** 7:12
**keep** 92:14  109:12
**keeps** 57:23
**kept** 56:19  57:8,19
57:24
**knew** 129:6
**know** 5:14,17,22
9:15  11:16  14:23
15:14  21:4,8,9
21:24  25:20
30:17,23,25
31:10  32:23
33:13  36:11,13
40:14  41:8,22
42:18  45:22  47:8
48:5  52:19  57:22
60:18  62:21
65:10  66:11
67:13  70:20
73:22  75:19  76:7
77:23  78:7,8,14
78:16,19  79:2,6
79:13  81:9  82:5
82:7,11  86:10
90:6  93:22  97:20
103:6,24  104:2
115:21,23  120:23
121:11  123:4,15
124:5,20,22
125:8  129:4,23

___

**CONFIDENTIAL**

knowledge 40:10
81:17
known 41:15 78:20
113:22

**L**

L 2:9 3:2 134:2
labeled 65:19 67:3
90:19 109:20
117:20
labelled 80:11
lack 120:22 132:11
Lane 114:7
language 104:15
late 39:21 40:3
73:2 128:5
Lavan 21:18 66:22
67:4 138:24
Lavan's 67:15
law 7:9,21,21
24:22 41:16
63:15
laws 106:18
lawsuit 51:20
56:21
lawyer 88:19
lawyers 24:16
lease 102:7
leave 129:25
leaves 61:8
leaving 95:23
129:3
led 8:8
left 7:14 93:11
99:2,23 104:25
legal 25:16 42:7
131:18,22 132:6
132:7
lender 68:22 83:4
lengthy 97:11
letter 83:24 84:8
85:3,9,12 86:25
91:7 139:14
letters 84:12
let's 10:10 23:15
33:11 37:18 42:2
46:13,17 66:7
69:24 70:9 76:23
77:6,19 79:20
110:22 115:17
129:25
Lexington 2:10
liabilities 63:14
liability 102:10
116:3 118:10
liaison 97:22
licensed 18:24

19:13,22 49:23
64:24 89:14
licensure 49:21
LIJ 114:21
Limited 34:2 35:5
35:15 37:9 38:11
136:21 137:6,17
line 81:5,6 84:16
110:19
lines 119:4
list 79:13 91:25
96:12
listed 93:24
lists 46:5 92:2,7
literally 92:25
litigation 5:25
102:21 103:11
105:8
little 25:21 39:15
75:20 86:11
106:9 110:20
LLP 2:9
loan 67:25 77:15
107:8,11,13,21
loans 68:19 109:10
located 31:24
location 27:19
88:22
long 22:14 72:11
96:16 111:6
113:21
longer 9:18 93:4
94:2 111:23
long-time 105:12
look 45:20 59:6
66:13 69:4 70:2
79:21 89:3
117:16
looked 35:19
looking 49:5 56:2
56:9 85:14 94:13
118:24
looks 34:25 65:22
87:17
lot 31:22,23 32:3
108:16,23 109:2
lots 6:23 52:4
98:7
Loughlin 2:11 6:9
11:22 12:19 18:8
36:17,20 40:9
44:16 46:10
47:20 48:23 55:7
70:6,14 95:9
99:2 114:2
118:23 119:21
120:3 121:15

122:22 127:8,19
130:22 131:7
132:4,23 136:8
lunch 74:7
luncheon 74:8

**M**

M 4:4 75:4 134:2
maintained 41:25
42:12 43:6 51:9
54:9,17 57:9,25
58:2 61:17
maintaining 23:19
42:11,15,25 43:4
54:24
maintains 41:16
maintenance 42:5
major 118:2 120:13
122:2
making 56:4 65:4
78:3,6 87:4
107:8,11 109:10
management 82:16
96:16,19,20 97:5
98:2 100:17
112:18
manages 64:8
mandatory 23:20
March 75:6,14
76:22 79:6 81:19
109:15,22 111:14
115:6 116:6
139:7 140:9
margin 119:4
mark 91:21 130:25
marked 4:25 35:8
35:11 37:13
38:15,19 44:24
45:5,8 58:8,11
59:2 65:14 66:22
69:16,19 75:8,13
80:7 81:20 84:2
84:5,9 86:9
87:11,14 90:15
94:17 105:21,24
106:4 109:17
117:3,6 124:9,12
131:4,9 136:13
marriage 135:13
Martin 7:10
Mary 18:22 19:14
49:19 64:20 65:2
65:6 91:14 100:6
100:20 112:4
113:18,22
Mary's 18:21
material 84:25

126:14
materials 56:25
84:22
matter 13:21 30:17
63:15 95:18
111:9 119:10
135:14
matters 23:5 99:10
Mattoo 105:11
McDonald 36:7,8
47:2 48:3,13
69:3 100:12
126:19
McDonald's 47:24
McNeil 47:5 48:10
77:8,10,21 78:9
78:21 81:13
125:11,15,22
McNeil's 48:5
mean 6:15 9:15
18:13 110:12
127:8
meaning 61:4 76:6
76:9 131:14
meaningful 131:14
means 6:16 71:2
78:3
mechanism 112:16
mediation 6:7
129:23 130:4
Medicaid 124:25
medical 1:9 5:25
7:20,24 10:16
14:15 15:4,7,13
15:18 17:18
21:14 23:7 26:13
26:17,24 27:15
27:25 32:2,7,9
32:13,16,19,25
33:4,8 34:17
36:10 43:5,7
46:25 47:4,7
49:18 52:2 53:16
54:6 55:18 56:24
58:5,15 61:14
63:20,23 64:2,3
64:4,8,17,22
65:3 72:12 73:17
77:13 81:7 83:23
84:7,19 85:11,23
101:2,5 103:13
103:21 105:13
106:20 110:4
116:8,24 117:8
118:4,5 120:12
120:15,15 122:4
122:5,15 131:15

CONFIDENTIAL

138:15 139:12
140:12
**Medicine** 1:4 33:25
34:2 35:4,4,14
35:14 37:8,9
38:10,11,22
136:19,20 137:4
137:5,15,16
**Meditech** 71:24
115:16 116:4,7,9
116:11,12,13,13
116:15,18,19
118:6 120:16
122:6
**meet** 56:17 83:3
**meeting** 14:12,12
53:20 54:4,12
57:5,8,18 58:6
58:14,18,22
62:22 85:6,16,17
90:13,21 91:4,9
91:17 92:21
105:19 106:16
109:15,22 115:7
115:19 116:25
117:9 118:19
119:16 122:9,14
123:14,19 130:5
138:16 139:22
140:4,8,14
**meetings** 14:22,23
15:17 16:10,15
53:16 54:21 55:5
56:19,23 83:7,17
83:19 84:20,25
85:4 99:13
102:24 106:3
**meets** 54:2 56:18
**member** 18:16 19:3
19:5 26:17,23
27:9 30:6 32:6
61:13 105:12
114:19,22 132:18
**members** 10:8,16
11:5 12:2,11,22
13:3,12,20 14:11
14:13,18,24
26:23 106:12
108:8,10 114:6
117:24
**membership** 31:18
**memberships** 31:14
**memoranda** 14:2
92:16
**mentioned** 29:18
93:18 108:2
**message** 70:22

75:25 76:3
**Messrs** 130:5
**met** 129:24
**middle** 81:3 110:15
**midway** 85:25
**mid-November** 105:3
**million** 73:8,10
86:5 100:4
106:22 108:4
**Millspaugh** 57:16
57:23
**mind** 73:25 127:20
127:24
**minus** 111:13
**minute** 67:21 75:19
**minutes** 53:15,21
53:25 54:7,21,24
55:4 56:19,22
57:6,8,17,19,21
57:24 58:6,14,17
58:25 59:10
61:23 90:14
91:11 92:16
93:23 105:19
106:3 107:6,20
107:25 109:15,22
111:17 115:5
116:25 117:9
118:19 119:3,6
119:15 120:10
121:24 122:7,19
123:16,19,25
124:4 138:16
139:24 140:5,9
140:14
**misstapled** 37:17
**mistaken** 6:11
**mix** 61:25
**model** 114:21,23
**modified** 34:15
**moment** 76:23
123:24 125:22
**money** 29:6 39:20
40:4,14 41:2
63:7 68:19,21
81:13 86:7 116:9
**month** 95:2,3,6
111:12
**monthly** 89:8
**months** 101:7
**move** 33:11 70:18
**Mullally** 24:18
25:7,12 52:3
**multimillion** 31:6

**N**

**N** 2:2 3:2 4:4 75:4

134:2,2 135:2
136:2
**name** 18:17 48:8
88:22 91:11,16
**named** 24:5 105:13
**names** 17:23 19:10
26:10 102:19
**nature** 48:18
132:15
**necessarily** 52:24
79:13 85:6
**necessary** 77:15
96:21
**need** 5:22 33:21
72:2 86:23
106:13 107:3,16
**needs** 72:15,18
83:3
**negotiate** 88:17
**negotiated** 68:7
**negotiating** 36:9
88:3
**negotiation** 66:16
128:24 129:3
**negotiations** 88:11
**never** 15:21 61:15
61:16,17 92:11
98:20 99:7
**new** 1:2,14,14,23
2:10,10 4:7 7:16
8:16 11:13 18:25
24:22 26:3,14
27:4,23 28:2
49:24 59:15 83:5
86:14,20,22
106:13 107:3
108:12,13,19,24
108:25 134:4,6
135:20,21
**Nirmal** 105:11
**Nods** 5:19 16:8
**nonclinical** 112:15
**nonlawyer** 88:9
**nonunion** 118:5
120:16 122:5
**non-Catholic**
112:18
**Nope** 28:21 32:5
78:18 82:6
**North** 2:5 114:21
**Nos** 45:9 50:18
**Notary** 1:22 4:6
134:25 135:4,20
**note** 39:5 68:2
103:15,23,25
104:3,4 113:15
**noted** 75:3 110:3

**notes** 53:20 91:19
**Notwithstanding**
31:20 94:24
**not-for-profit**
18:24 26:3,14
27:5 31:19 54:24
68:23
**November** 8:6,9
24:9 35:23 90:11
90:22 91:13
98:11 105:2
139:21
**nullified** 9:5
**number** 38:3,23
42:16,22 53:17
63:16 68:25
89:13 101:20
102:3 106:14
107:4 108:13
125:4 126:16
127:15
**numbered** 35:7
37:12 38:14
44:23 45:4 47:19
58:7 59:2,4
65:13 69:15,21
75:7 83:25 87:10
90:14 105:20
109:16 117:2,11
124:7 136:24
137:10,21 138:8
138:11,17,22
139:5,8,15,18,24
140:5,10,15,18
**numbers** 35:17
45:14 80:15 84:9
109:23 126:7
**nursing** 118:3
120:14 122:3

**O**

**O** 3:2 4:4 75:4
134:2 135:2
**oath** 3:10 56:5
123:13 134:10
**object** 10:5 11:10
31:17 33:16
104:13 120:25
**objection** 9:14
11:9,18 15:8,20
18:5 31:20 34:5
34:12 41:20 44:8
52:12 53:8 54:22
60:2,14,16,19
62:4 63:9 82:13
90:3 96:10



**CONFIDENTIAL**

103:16 118:17,20
119:11 120:17
121:20 131:21
132:10
**objections** 3:14
**obligates** 43:20
**obligation** 118:9
118:16
**obligations** 63:16
101:23 102:16
115:24 118:3
120:13 122:3
**obvious** 42:17
**obviously** 16:6
88:18 89:24
95:10 101:14
111:9 114:8
119:7,25 129:22
**occasion** 53:25
**occasions** 101:20
130:8
**occur** 11:6 12:3
13:6,9
**occurred** 79:14
122:8,14
**October** 52:22 58:4
58:13 138:14
**office** 21:13 40:17
42:13 58:3 71:3
71:5 72:2 78:13
88:16
**officer** 3:9 8:17
21:25 22:18
23:16,24 25:16
30:4,19,22,24
31:2 47:3,6
48:15 67:5 77:9
79:12 83:13
87:24 92:3,5,8
92:12,24,25 93:8
93:24 94:2 95:15
95:20 98:10,16
100:13 125:18,21
131:18 132:6
**officers** 29:10,16
29:25 30:2 33:5
33:6 59:14,20
60:6,13 61:3,21
92:15
**offices** 27:19 28:4
28:7 29:18 41:25
**official** 41:9
**offshore** 118:4
120:15 122:4
**Oh** 128:11,16,21
**Okay** 45:24 69:11
76:18 98:14

**once** 43:14,24 44:4
54:7 90:25
**ones** 34:20,23
76:14
**open** 110:3 117:22
**operate** 112:11
**operated** 21:20
**operates** 21:15
**operating** 47:3
48:15 83:3
100:13 107:17
**operation** 23:9
**operational** 64:23
**operative** 126:13
127:17
**operator** 19:14,23
49:23 64:24
**opportunity** 106:21
108:3
**opposite** 31:25
**order** 4:16,24 37:5
51:13 77:16
91:18 100:18
110:13 136:15
**ordered** 6:7
**order's** 4:21
**ordinary** 54:5
**organization** 69:13
71:11 74:4 139:3
**orient** 33:19 69:25
**original** 126:5
128:4
**outcome** 135:14
**outlined** 48:21
62:15
**outlining** 59:13
**overall** 67:8
**overseeing** 113:6
**owed** 116:9
**owned** 106:19,23
108:12
**ownership** 18:20
124:7,16,19
140:17

---
**P**
---

**P** 2:2,2,11 3:2
**package** 59:12,18
59:22 62:15
**packages** 84:18
**page** 46:2 47:19
58:19,25 67:15
67:18,20 71:9
76:25 81:4 85:20
85:23 88:25
90:24 91:24
94:23 96:3,13

107:24 110:2
115:5,8,10,11
117:20 124:21
125:7,10 126:6
126:11 136:4,14
141:3
**pages** 25:11 123:21
**Page|Line|Change**
141:7
**paid** 16:20 29:6
61:7 72:3 86:7
90:4
**paper** 41:24 42:9
**paragraph** 59:11
60:5 62:10 71:12
77:6 86:12
106:10 111:16
117:21 131:13
**paragraphs** 59:3,4
59:6,9 115:25
**pardon** 118:23
**parent** 30:6 61:13
109:7 112:12,15
114:15,19,22
132:17
**parking** 31:22,23
32:3 108:16,23
109:2
**part** 13:4 33:17
68:9 70:16,21
83:14 88:5
104:15 111:4
112:24 113:16
114:7,8 115:22
116:9 130:14
**participate** 39:8
76:3
**participated** 14:22
51:24
**particular** 34:7
36:15 39:7 40:14
42:24 43:3 59:3
67:20 71:11
73:15 78:17
85:22 89:4 92:21
101:6 102:6
112:23 114:18
126:6
**particularly** 54:2
79:4 91:25
**parties** 3:6 4:13
53:10 66:19
102:20 103:14
104:2 129:22
135:12
**partner** 7:13 11:3
**Parts** 66:13

**party** 62:21 116:14
**part-time** 22:18
**Pass** 73:22
**passive** 30:6 61:12
109:7 112:12,15
114:15,19,22
132:17
**Pat** 57:15
**pay** 31:9 59:25
60:9,13 61:3,20
63:8 89:8 109:3
**payable** 89:11
**payment** 86:2 89:15
89:17,20
**payments** 81:5 90:7
130:12,19
**penalties** 141:22
**pending** 49:20
**pension** 115:16
116:3 118:5
120:16 122:5
**people** 21:13 36:5
42:17 46:18 52:5
53:17 74:2 78:13
87:23 88:9,12
111:10 128:18
**perform** 33:15,22
39:3,22 49:12
**performance** 96:19
**performed** 40:22
51:15 127:6
**period** 8:3 16:14
17:4 24:9 25:17
30:13,15 36:12
48:9 52:9 69:14
71:22 72:6,8
74:4 87:4 93:13
139:3
**periods** 71:13,20
**perjury** 141:22
**permit** 60:13
**person** 42:4,10,14
43:4 51:15,17
57:14 80:25
**personal** 122:12
**personally** 43:21
127:9,11 128:9
**personnel** 46:6
99:10
**perspective** 42:7,8
**petition** 111:6
**Petitions** 67:6
**phone** 88:20 93:2
130:6
**physical** 27:19
58:2,3 61:7
**physically** 90:6

**CONFIDENTIAL**

**place** 64:18 113:3
**placed** 54:15
**places** 106:7
**placing** 131:8
**Plaintiff** 1:5,20
  2:3
**plaintiff's** 51:14
**plan** 59:24 60:11
  60:18,20,24
  61:19 111:18
**Planning** 18:2
  19:16 44:21
  45:12 48:16
  49:16,22 138:5
**plans** 81:24
**play** 88:3
**Plaza** 1:13
**Pleadings** 67:7
**please** 5:16,20 7:2
  58:25 60:15,17
  67:14,20
**plus** 111:12
**point** 31:3 83:14
  92:18 96:8 97:5
  105:10 108:14
  123:5
**pointed** 71:17
**policies** 40:24
  41:4,7 43:12,23
  44:6,10
**policy** 44:2
**portion** 10:19
  13:16 20:23
  23:12 50:14
  64:13
**Portsmouth** 34:2
  35:5,15 37:9
  38:12 136:21
  137:6,17
**position** 8:12,21
  11:2 15:24 17:2
  17:15 20:9 21:24
  22:15 42:4,14,21
  42:24 43:3 46:20
  92:20 95:6
  118:21 131:19,23
**positions** 17:8,11
  17:22 19:25 20:4
  22:9 42:23
**possess** 123:18
**possible** 118:25
**Possibly** 5:10
**potential** 71:13,19
  108:6 118:10
**potentially** 106:21
**power** 32:8,12
**powers** 55:14,16,23

56:7
**practical** 95:18,22
**practice** 7:8 24:21
  56:3 85:2 96:25
**practiced** 7:15,18
**practices** 23:9
  112:13
**precise** 19:11
**precluded** 129:19
**preface** 33:17
**prefatory** 104:15
**prejudice** 110:14
**prepaid** 72:16
**preparation** 6:24
**prepare** 6:19 47:11
**prepared** 16:3
  47:12 51:11 54:7
  68:7 82:5,8,12
  82:25
**prepares** 53:15,21
**prepayment** 73:18
  100:18
**present** 4:14 7:25
  8:3 14:18,20,21
  14:23 30:11
  40:21 43:10
**presented** 54:11
  59:12 99:19
  100:9,15 101:3
  107:23
**presently** 78:10
**president** 21:25
  22:4,20 46:24
  48:14 84:13
  100:12 105:15
  125:16
**president's** 83:24
  84:8 85:3,12
  139:14
**previously** 44:9
  63:10 81:20
  94:16 123:12
**pre-closing** 72:14
**price** 112:25
  113:16
**principal** 97:22
**principals** 114:10
**prior** 12:13 19:12
  21:20 23:23 24:3
  24:6,19 65:7
  71:22 78:22
  120:4 123:24
**privilege** 10:12
  12:2,5,7 15:8,10
  118:17,20 119:23
  120:5,18,21
  121:6,16,19

**privileged** 10:7
  12:17,19,21
**pro** 113:17
**probably** 51:6
  109:11
**process** 27:24 28:6
  53:18,19 54:8,19
  54:23 77:24
  86:16
**produced** 39:19
  57:3 63:19 70:7
  119:7,25 120:2
**production** 57:2
  80:18
**professor** 7:21
**program** 23:20
**programs** 64:10
**prohibited** 132:19
**prohibition** 112:6
**project** 67:9 72:14
**projection** 81:14
  82:15 83:18
**projections** 80:7
  80:14 81:10,24
  82:3,12,21,25
  83:8,14 139:11
**promise** 126:21
  127:6
**promissory** 39:5
  103:14,23,24
**properly** 23:19
  56:25
**properties** 26:6,8
  44:22 45:13
  48:11,20 106:19
  108:6,11,15,18
  138:6
**proportion** 89:13
**proposal** 62:11
**proposed** 34:14
**Proskauer** 11:3
  47:12 51:11 68:8
  69:7 88:7
**prospective** 89:14
**protective** 4:16,21
  4:23 136:15
**provide** 23:5 48:21
  49:18 87:25
  126:15 127:14
**provided** 14:3,8
  46:6 55:12 65:18
  66:4 73:17
  113:15,17 123:22
**provides** 89:11
  96:14
**providing** 49:17
**provision** 50:5,20

50:24 52:8 53:5
  102:17 113:23
**provisions** 112:5
**public** 1:22 4:6
  111:9 134:25
  135:4,20
**pulled** 90:2 113:9
**pulling** 43:17
**purchase** 49:20
  50:7 51:10 59:17
  112:10,22,24
  113:3,16,24
  128:22
**purchased** 50:9
**purpose** 55:15,16
  56:8 82:7,12
  107:13 111:24
  114:18 124:23
**purposes** 82:19,24
  95:22 125:4
**pursuant** 8:25
  16:22 41:14
  77:16
**put** 112:17
**puzzled** 112:19
**p.m** 74:9,9 75:3
  133:6

_____

## Q

**Qualified** 135:21
**quarterly** 85:5
**Queens** 49:24 68:24
  105:18 106:2
  109:14,21 140:3
  140:7
**question** 9:20 10:6
  12:9,25 13:21
  15:11 18:6 22:25
  31:18 33:17
  35:20 37:5 39:25
  40:6,8 46:11
  50:17 52:13,25
  57:13 60:21 61:9
  62:5 63:6 66:9
  67:8 69:9 71:7
  72:20,24 76:15
  82:11 85:7 89:25
  96:24,25 97:6,18
  98:6 99:15 103:8
  104:9,14,15
  118:12 119:13,22
  120:4,9,20,24,25
  121:5,8,12,13,18
  122:20 123:3,6,8
  123:9 127:7
  128:5 129:20
  131:17 132:24

**CONFIDENTIAL**

questions 5:15
  11:17 25:19 59:7
  70:17 93:6 106:8
  130:21
quick 44:15
quicker 25:21
  111:10
quid 113:17
quite 126:8
quos 113:17
quote 59:10 62:10
  62:24 86:2
  121:25
quoted 126:21

_____
           R
R 2:2 135:2
raise 100:18
  106:22 108:3
raised 39:23
  101:17
Rajiv 104:10,12,18
  129:24
Raleigh 70:3
range 96:17
read 10:17,20
  13:14,17 50:12
  50:15 59:9 64:11
  64:14 67:22
  108:2 111:17
  121:25 125:8
  134:9 141:22
reading 72:21,21
  81:25
reads 71:19 106:11
  110:2 115:8
  117:22 126:12
  131:13
ready 45:21 117:18
  117:19
real 106:23
realize 123:24
really 4:12 96:24
  97:4 111:13
  121:15
rearranging 97:9
reason 116:16
  121:12 141:7
reasonable 89:17
reasons 42:18
  121:2
reassigned 110:7
recall 6:4,13,14
  6:16 13:10 14:19
  17:16 19:11
  20:10,14,16,20
  20:22 24:20 41:3

41:5 43:20 51:2
53:9,11 60:10
61:24 73:5,6
79:4 80:16 83:13
83:20 86:19
88:20,22 91:16
91:22 92:6,20
93:13,17 94:7,22
95:8 97:15,24
100:10 102:7
105:8 107:5,15
111:8,13 115:22
116:5 122:10,23
123:10,13 125:20
126:22,25 130:6
130:19
receive 16:23,24
  99:8
received 73:8
  83:11 119:15
recess 44:17 74:8
recognize 47:24
  48:2,3,6,7 91:10
  125:6
recognized 118:8
  118:14
recollection 39:7
  40:13 58:22
  68:17 72:7,25
  73:4 81:17 96:22
  97:16 99:6
  102:23 122:13,25
  127:22 128:23
  130:9
recommend 96:20
record 10:20 13:17
  37:19,20 46:14
  46:15 47:15,16
  50:15 62:7,8
  64:14 67:16,17
  70:10,11,18
  81:16 94:8,9
  99:4 111:9
  117:13,14 121:21
  121:22 125:24,25
  134:12,14 135:9
records 92:14
  116:8
redacted 115:22
refer 52:20 56:4
  63:19 67:12
  109:25 126:3
reference 79:5
  94:21 115:20
referenced 74:3
references 55:3
  70:24 105:9

referred 71:4
  81:11,12,19
  110:10
referring 34:5,7
  103:7,18 114:11
refers 77:8
reflect 123:17
reflected 118:18
  122:18
reflection 122:8
reflects 81:23
refresh 45:21
  127:21
refreshed 122:24
refuse 101:17
  120:19 121:4
refusing 120:24
regard 52:3 76:20
  102:9
regarding 17:14,19
  40:25 44:12
  49:14 83:5 98:2
  106:18
registered 27:22
regular 83:9 85:2
regularly 83:18
reinstated 9:4
  16:13
relate 13:20 14:25
related 34:16
  40:18 49:15 50:5
  51:11,20 71:20
  71:23 107:7,16
  107:21 109:9
  135:12
relationship 34:16
  130:11 132:2
relationships
  72:11
religious 112:2,8
  112:14 113:10,19
  114:10,17,25
  132:21
remain 25:7,12
  62:16
remained 8:4 9:2
  64:23
remaining 62:13
  63:2
remember 22:11,13
  29:15 49:7 69:4
  79:24 102:12,18
  104:7,20 116:14
  119:20 127:18
removed 8:20 92:19
  93:19
repaid 68:21

repay 77:15
rephrase 11:23
  18:10 121:17
report 23:18 24:23
  78:22 83:3
reported 106:20
reporter 1:22 4:13
  4:22,24 35:11
  37:15 38:18 45:8
  58:10 65:17
  66:25 69:19
  75:12 80:10 84:4
  87:13 90:18
  105:23 109:19
  117:5 124:11
  136:16
reports 83:12,15
  83:18
repositories 41:12
repository 41:11
  41:17,19,21,22
  42:6 43:8,16
  51:4 54:18
representations
  56:5 125:5
request 51:14
  121:17
requested 10:19
  13:16 50:14
  64:13
requests 97:14
require 12:16
  43:13
requirement 43:19
  112:10
requirements 41:14
  109:9 111:25
  112:21 113:11
rescue 68:24 100:5
  100:19
reserved 3:15
residency 64:10
residual 95:7
resolution 77:17
  106:11 108:9
Resolve 108:10
resolved 90:8
respect 15:10 22:2
  22:23 23:2,13
  49:12 61:9
  120:11,14
respective 3:6
respects 131:14
respond 51:13
responsibilities
  55:23 96:23 97:9
responsibility

**CONFIDENTIAL**

64:9 65:4 95:7
96:18
**responsible** 42:11
42:15 87:3 89:15
89:19
**responsive** 57:4
123:23
**restructuring** 8:14
8:17 31:2 67:5
79:12 87:24
95:15,20 98:10
98:16
**resumed** 75:5
**retained** 8:15 80:2
**retention** 79:8,11
79:25
**return** 100:21
**returned** 16:25
17:5 104:22
**reverse** 98:6
**reversing** 98:18
**review** 6:21,23
45:23 59:8 75:19
75:22 76:19 79:7
79:9,9,17 96:18
100:15 105:7
106:19
**reviewed** 57:17
84:21 86:13
**reviewing** 84:24
**reviews** 79:14
**revising** 40:23
**Rich** 125:20
**Rick** 10:25 88:7
**right** 5:9,17 6:18
15:23 16:7 17:3
17:24 19:21 22:8
27:7 30:15 34:23
36:18 42:20
49:25 50:9 60:23
61:8 68:18 78:25
80:25 95:14 96:5
110:19 114:5
124:5 128:17
129:2 133:4
**RLM** 1:7
**Rockefeller** 1:13
**role** 6:24 66:15
86:20 88:3 95:15
98:9
**Romero** 87:7
**room** 99:3
**Rose** 11:3 47:12
51:12 68:8 88:7
**Ross** 1:4 31:8
33:24 34:14,17
35:3,13,25 37:7

38:2,10,21 65:5
73:10,14 86:3,6
99:18 115:15,17
115:18 118:16
127:3,5,12,23
128:4,9,18 129:5
129:7,11 130:3
130:11 131:11
136:18 137:3,14
**ROSS0052** 37:12
38:3 137:10
**ROSS0055** 37:12
38:4 137:11
**ROSS0056** 35:7,17
136:24
**ROSS006** 35:7
136:25
**ROSS0064** 126:7
**ROSS0066** 35:17
**ROSS0105** 38:14,23
137:21
**ROSS0109** 38:15,24
137:22
**ROSS0630** 65:14,24
138:22
**ROSS0643** 65:14,25
138:23
**rotations** 110:6,15
**routine** 82:15
**row** 81:8
**Rucigay** 14:20,21
16:4,5 29:13
111:17 115:9,13
116:2
**rule** 5:19
**rules** 5:13
**rulings** 11:14

---
**S**
---

**S** 2:2 3:2,2 136:11
**sabbatical** 52:21
84:18 93:12
95:21 98:5 99:24
101:8 104:23
105:11 129:18
**salary** 16:23,24
20:23
**sale** 113:11
**Sarli** 125:20
**satisfy** 121:19
130:14
**saying** 87:2 127:18
**says** 22:6 46:5
48:3 58:20 62:10
65:21 70:4 80:12
81:6 89:7 96:6
96:17 97:2

124:20
**SBCMCS** 59:17
**scanned** 54:17
**school** 1:4 7:9,22
33:25,25 34:17
35:3,4,13,14
37:8,8 38:10,10
38:22 101:2,6
118:4,5 120:15
120:16 122:4,5
136:18,19 137:4
137:4,14,15
**schools** 36:10 43:5
72:12 73:17
**se** 43:20 53:11
**sealing** 3:6
**search** 51:16,24
56:22 124:3
**searched** 56:25
**searches** 51:19
52:10
**second** 37:19 38:8
38:20 46:2 62:7
76:25 106:10
107:24 110:2
117:21 125:10
129:9,13 131:3
131:10 137:12
140:20
**secretary** 27:23
29:16,19,20
54:13,14 57:10
91:5,9,14,15
**section** 85:22 86:2
94:22
**Sections** 89:4
**secured** 86:3
**see** 10:10 11:23
67:13 70:24
71:15 77:3 80:25
115:19 124:3
**seen** 21:21
**self-referral**
41:15
**senior** 96:16 97:4
98:2
**sense** 9:12,16
80:23
**sent** 43:24
**sentence** 59:5
62:23 72:21
122:19 126:8,11
**separate** 64:16
95:10 106:16
**separately** 80:19
**September** 102:22
**series** 5:15

**serve** 8:17 25:15
79:11 114:13
**served** 24:6 111:23
114:12
**service** 27:24 28:5
52:8 102:11
**services** 44:20
45:3,11,17 47:10
48:21 49:9,17
50:6,20,24 53:6
53:11 87:9,16,25
90:5 93:4 94:16
94:18 96:2
102:18 138:2,10
139:17
**session** 6:8 54:3
75:2 129:23
**set** 25:19 55:18,23
58:13,17 75:23
93:6 135:16
**settlement** 130:18
**seven** 62:13 63:2
**severance** 8:25 9:4
16:3,22
**shared** 83:9
**SHEET** 141:2
**Shepherd** 65:12,22
129:24 130:5
138:20
**shifting** 33:19
**Shore** 114:21
**short** 5:12 7:4
74:7 90:2
**shortage** 71:14,20
72:6,8
**show** 34:24 35:10
37:4 69:18
**showing** 45:7
**shown** 81:10 82:21
**shows** 58:17 76:2
125:10
**Shugar** 1:21 135:4
135:20
**side** 25:24 36:6
89:23
**signature** 21:21
47:25 48:2,4,5,7
48:8 84:16 91:6
114:23
**signed** 3:9,11 4:22
4:24 16:4,7
21:22 43:14,25
44:12 54:12
66:15 91:10,21
99:20 100:11
101:4 119:17,15
123:18 124:3

CONFIDENTIAL

136:15
**significant** 112:24
**signing** 125:11
**signs** 119:4
**Singleton** 8:10,18
  9:6,10,23 10:14
  11:6 12:8,15
  14:25 15:5,16,21
  21:19 24:12 25:3
  30:23 52:24
  88:18 91:16 92:2
  92:4,20,22 93:14
  93:19,23 94:12
  95:19,22 96:7
  97:3,8,12,13,23
  98:9,15,19 99:7
  101:10,22 102:5
  102:22 104:24
  105:9,16
**Singleton's** 8:12
  9:3 94:4
**single** 31:21
  114:23
**sir** 12:25 46:23
  49:6 50:2 78:23
  93:10 133:3
**sit** 56:7
**site** 93:15 105:13
**Sitting** 79:23
**situation** 132:8
**skip** 106:8
**Smith** 65:21
**sole** 19:2,5 26:17
  27:9 30:5 32:6
  51:17 61:13
  114:19,22 132:18
**somebody** 53:20,23
  53:24
**sorry** 11:10 15:15
  18:21 25:10 27:8
  57:20 113:12
  125:8 128:5
**sort** 34:19,22
**sought** 101:11
**source** 56:4
**sources** 43:19
**speak** 30:12 52:23
**speaks** 48:25 82:9
  85:10 96:2
**specific** 39:14
  40:13 103:9
  111:8 122:13
  127:20,24
**specifically** 79:24
  96:14 102:12,14
  107:5,15 116:5
  123:13

**specifics** 93:17
**spoke** 11:7
**spoken** 128:9
**spreadsheets** 80:18
**ss** 134:5
**St** 18:21,21 19:14
  49:17,19 64:20
  65:2,6 100:5,20
  111:25 112:4,25
  113:6,14,18,22
  132:16
**staff** 23:6 51:25
  52:2 105:13
**stamp** 65:24
**stamped** 45:18
  58:15 75:16
  80:19 85:20
  87:18 89:2 90:22
  96:4,14 109:23
  124:17
**standard** 112:16
**standing** 55:10
  72:11
**Stanhope** 31:24
**stapled** 70:7
**Stark** 41:16
**start** 21:11 23:15
  37:23 43:2 60:3
  73:24 74:2 77:7
  77:25 79:20
  82:17 104:17
  106:25 115:17
**started** 104:16
  116:19
**starts** 35:16
**Start-Up** 69:14
  71:11 74:5 139:4
**state** 1:22 4:7
  8:16 18:25 24:22
  27:23,23 83:5
  86:14,17,20,23
  134:4 135:20
**stated** 59:11,18
  62:24 111:17
  115:13 141:23
**statement** 68:14
  122:7
**states** 1:2 62:23
  94:24
**statute** 41:15
**step** 17:23 77:19
  98:25
**steps** 54:8 63:16
**stick** 66:7
**stipulated** 3:4,13
  120:5
**Stockholm** 27:25

**stop** 110:22
**stopped** 11:20 93:7
**Street** 28:2 31:25
  31:25
**stretch** 80:17
**Strike** 15:24 19:6
  24:13 28:4 52:6
  57:6 68:12 77:24
  127:3
**string** 69:22 70:3
  75:7,15 139:7
**structurally**
  131:25
**structure** 25:23
  33:11 59:16
  102:25 104:4
  114:20 132:15
**struggling** 68:24
  109:12
**students** 23:6 64:9
  64:18 65:5 110:4
  110:7,14
**subcontract** 45:3
  45:17 49:10
  138:11
**subject** 11:17
  13:20 57:2
  102:21
**submissions** 87:4
**submit** 85:2
**submitted** 85:15
**submitting** 86:20
**subordinate** 109:6
**subordination**
  67:24,24
**Subscribed** 134:22
**subsequent** 54:16
**suggest** 72:22
**suggested** 108:8
**suggests** 52:18
  93:25 96:7
**Suite** 2:5
**sum** 95:4
**sums** 73:13,15
**superior** 109:7
**supplemental** 124:2
**supplied** 87:23
**supplying** 86:24
**support** 67:5 99:8
  100:19
**suppose** 79:17
**sure** 17:24 18:10
  23:19 44:16 52:4
  110:16 115:21
  126:8 128:11
**sworn** 3:9,11 4:6
  134:22 135:7

**system** 71:3,25
  116:8

---

**T**

**T** 3:2,2 134:2
  135:2,2 136:11
**take** 5:23 7:2
  44:14 45:20
  53:25 59:6 63:15
  64:18 67:21 70:2
  74:7 75:18 84:12
  90:24 91:3 94:13
  97:13 113:3
  117:16 118:21
**taken** 1:20 6:5,13
  44:17 74:8
  134:10
**takes** 53:20
**talk** 25:22 33:12
  35:18 39:14,17
  46:17 80:25
  128:14
**talked** 31:13 129:4
  129:11 130:9
**talking** 14:14
  111:14 115:25
  129:19
**tasks** 79:21
**Taub** 7:12
**tax** 106:13,18
  107:3 108:13,19
  108:25
**teach** 7:22
**team** 96:20
**technical** 30:17
**telephones** 28:20
  33:2
**tell** 9:6,9 34:25
  63:25 119:14
**temporary** 118:3
  120:14 122:3
**ten** 5:9
**Tennessee** 88:21
**tenure** 101:7
  105:16
**term** 112:22,25
**terms** 47:14 62:16
  64:6 79:24
**testified** 4:8
  15:21 44:9 51:4
  63:10 75:5
  102:14 123:12
  128:25
**testimony** 6:5
  12:13 95:12 96:6
  134:9 135:9
**Thank** 65:9 98:14

**CONFIDENTIAL**

133:3
**thick** 46:12
**thing** 67:13  77:7
**things** 70:19  79:18
**think** 18:8  37:16
  50:2  52:15  71:2
  78:11,12  81:22
  82:9  85:14  88:13
  95:25  108:21
  111:12  116:15
  122:22  124:25
  129:6  130:22
**third** 71:9
**Thomas** 65:12,22
  92:2  138:19
**thought** 107:2
  111:10,20
**thousands** 123:20
**three** 98:21  101:12
  115:14
**till** 69:4
**time** 3:15  8:13
  19:4,7  20:24
  21:5  23:25  24:4
  24:21  25:16,18
  26:21  30:5,10
  31:4  35:24  36:12
  39:10,10  40:20
  43:9  44:3,4  48:9
  48:13  49:11
  53:13  60:15,23
  62:2  66:2,6,8
  68:5  72:9  73:12
  75:3  83:14  84:13
  84:17  87:5  92:5
  92:10,15,19  93:5
  93:14,17  94:14
  95:2,19  96:9,23
  97:5  98:4,8,15
  99:12,16,23
  104:22  105:5
  111:5,19  125:16
  127:2,4  128:7,15
  128:16  129:5,7
  129:10  130:21
  133:3
**times** 56:16
**title** 22:2  24:20
  93:14,16
**titled** 45:10,16
  67:3  84:6  85:23
  90:20  124:15
**today** 56:7  79:23
  95:13  128:25
**today's** 6:19  94:17
  131:10
**told** 110:13  127:3

127:5,12
**Tom** 8:10  14:25
  21:19  30:23
  88:18  92:20
  129:23
**tool** 82:16
**top** 29:15  65:21
  83:20  85:22
  91:17  102:19
  103:25  104:21
  110:2  124:21
**topic** 81:2
**totals** 77:14
**to/due** 40:18  90:9
**Tracy** 70:3
**training** 23:6
  64:18  73:18
  110:4,8  118:4
  120:15  122:4
**transaction** 35:25
  48:19  49:13  52:4
  128:10
**transactions** 40:18
  49:15  130:3
**transcript** 4:2,20
  134:9,11  141:3
**transfer** 39:20
  77:21  108:11,24
**transferred** 40:4
  77:11  78:17
  81:13  108:18
  109:4
**transfers** 39:24
  40:14  41:2  78:4
  78:21  79:17,22
  81:8,9,11
**transitioning** 95:5
**travel** 81:7
**treasurer** 29:17,19
  29:20  48:10
**trial** 3:15
**true** 21:5  96:11
  98:21  129:8
  131:20  134:11,15
  135:8  141:23
**trustees** 10:8
  15:19  29:22  30:3
  32:9,10,13,14
  33:6  53:16  54:21
  55:4  56:14  58:6
  58:13,15  77:2
  83:23  84:8  85:12
  90:13,21  95:24
  105:19  106:3
  109:14,22  116:24
  117:8  118:2
  120:9,12  122:2

122:16,18  138:16
  139:13,23  140:4
  140:8,13
**try** 4:17  68:12
  128:6
**trying** 33:18,20
  34:19,22  68:23
**turn** 67:14  132:17
**turned** 25:11
**two** 18:11  45:7
  46:11  49:23  50:5
  59:5  68:24  71:19
  72:11  82:24  94:3
  114:5  115:25
  116:20
**type** 80:21  119:15
**typically** 53:24
  54:15  57:9
**TZANETOPOULOS** 2:7
  4:9  5:3  6:17
  10:22  11:24
  12:24  13:22
  18:14  35:9  36:18
  36:21,23  37:14
  37:18,21  38:17
  40:11  44:14  45:6
  46:13,16  47:17
  47:21,23  48:24
  49:4  50:16  55:8
  55:13  58:9  62:9
  64:11,15  65:16
  66:24  67:19
  69:17  70:9,12
  74:6  75:11  80:9
  84:3  87:12  90:17
  94:10  95:16
  99:11  105:22
  109:18  115:3
  117:4,15  119:12
  119:24  120:7
  121:23  123:2
  124:10  126:2
  127:10,13  128:2
  130:20  131:21
  132:10,25  136:6

---

**U**

**U** 3:2
**Uh-huh** 5:18  14:7
  46:9  65:20  70:5
  77:4  82:4  84:11
  89:6  91:2  106:5
  117:10  124:14
  125:12
**uh-huhs** 5:20
**ultimately** 66:15
**unaltered** 62:17

**Undergraduate**
  85:23
**underlined** 122:10
**understand** 12:10
  55:20,22  60:21
  63:4  77:20  85:8
  127:7
**understanding** 9:17
  25:15  40:17  49:5
  49:8  56:6,12
  60:8,24  61:19
  68:12,15  72:5,18
  86:6
**understood** 36:4
  48:19  60:3  62:18
  95:17
**undesignate** 4:17
**UNITED** 1:2
**university** 1:4  6:2
  33:25  34:17  38:2
  38:21  39:6  73:9
  73:10  86:4,4
  103:2,12,20
  115:15  126:13,15
  127:15  130:13,15
**unrelated** 110:11
**unsigned** 119:3
  122:11  123:16,25
**use** 19:18  102:16

---

**V**

**V** 4:4  75:4
**vaguely** 66:13
**value** 109:3
**venture** 40:16,19
  71:5
**version** 5:12  7:4
  43:15  119:5,17
  119:19  124:4
**versions** 43:18
**versus** 117:23
**Veterinary** 34:2
  35:4,14  37:8
  38:11  136:20
  137:5,16
**vice** 21:25  22:4,20
  29:17,19,20
  48:14  100:12
  125:15
**Vincent's** 49:17
  111:25  112:25
  113:6,14  132:16
**violate** 112:13
**violated** 114:25
**Virginia** 65:21
**virtual** 41:21  42:2
**visit** 75:20

**CONFIDENTIAL**

voted 108:10
VP 125:11

**W**

W 134:2
Wacker 2:5
Wah-chung 70:4
waived 3:8
WALTER 2:11
want 17:24 18:10
  50:2 74:6 97:10
  118:22
wanted 9:13,18,23
  10:2,14 11:6
  21:12 41:6 73:19
  102:5 129:4
way 9:20 18:6
  39:25 52:13 53:3
  62:5 66:9 70:20
  89:22 97:6
  110:16 112:9
  121:18 122:21
  123:4,10 135:13
weekly 80:6,13
  82:2,20 139:11
weeks 93:2 111:11
went 30:12 66:18
  76:2 111:10
weren't 33:14
we'll 4:14 5:11,23
  39:14 75:20
  98:25 106:8
we're 11:16 14:14
we've 31:11,13
  37:22 70:13
  126:21 130:17
WHEREOF 135:15
WHMC 26:5,8 44:22
  45:13 48:11,19
  138:5
wire 78:6
wished 9:7,10
  21:10
witness 4:5 6:12
  10:17,21 12:21
  13:14,18 18:11
  36:22 47:15,22
  48:25 50:12 55:9
  62:6 67:16,18
  94:8 95:14 98:24
  99:5 114:12
  117:13 119:9
  120:6 121:21
  122:22 125:24
  127:12 131:23
  132:13 133:4
  135:6,10,15

136:4
witness's 127:21
wonder 119:5
wondering 34:10
word 106:11
words 72:22
work 5:20 16:17,21
  17:5 33:14,22
  35:20 37:2 38:5
  38:25 39:3,22
  40:22 47:9 49:12
  53:19 67:9 68:4
  68:6 69:5 76:4
  87:20 95:11
worked 34:10 53:14
working 36:15
  40:21 94:12 95:2
  108:3
write 77:5 141:3
writes 85:25 86:12
writing 13:13 78:5
writings 13:23
written 13:18 14:3
  14:5 17:13,17
  20:7 44:6 50:23
  52:7 53:5
wrote 73:23 90:6
Wyckoff 1:9 5:25
  7:19,24 8:2
  10:16 14:15 15:4
  15:7,13,18 17:18
  17:20 21:14 22:4
  22:16,21 23:3,7
  23:10,22 24:16
  26:13,17,24
  27:15,24 30:7
  31:14,25 32:6,9
  32:13,16,19,25
  33:4,8 34:14
  39:5,20 40:5,15
  40:21 41:9,16
  43:7,11 44:11
  46:25 47:4,7
  49:15 50:24 52:8
  53:6,10,15 54:6
  55:8,17 56:24
  58:5,14 61:13
  62:3 63:25 64:3
  68:20,22 72:10
  77:2,12,16,22
  78:4,10 79:16
  80:3 81:6 83:16
  83:22 84:7,14,19
  85:11 87:3,17
  88:14 89:13,18
  90:8 93:8,9,16
  95:23 98:22

99:17,18,19
  101:2,24 102:10
  102:17 103:3,13
  103:20 104:12,19
  105:4,15 106:19
  106:23 107:18
  108:5 109:3,4
  110:6,11,17
  114:15 116:13,18
  116:23 117:7,25
  118:3,9,15
  120:12 122:3,15
  122:18 123:18,20
  125:15 130:12,16
  131:12,14,15
  132:3,6,8,13
  138:14 139:12
  140:12
Wyckoff's 18:3
  34:16 50:19
Wyckoff-Caritas
  71:4

**X**

X 1:3,11 136:2,11

**Y**

Yeah 11:11,13,13
  34:24 47:22
  71:18 110:12
  113:13 119:24
  120:3
year 23:23 116:19
years 34:18 42:17
  54:16 62:13 63:2
  116:20
Yep 89:6
York 1:2,14,14,23
  2:10,10 4:7 8:16
  11:13 18:25
  24:22 26:3,14
  27:4,23 28:2
  49:24 83:5 86:14
  86:20,22 134:4,6
  135:20,21

**Z**

Zall 10:25 11:7
  12:3 16:2 88:7
  93:3
Zall's 16:4

**$**

$10 100:4
$3.5 73:8
$4 106:22 108:4

$5 73:10
$8.5 86:5

**0**

00159 117:2,11
  140:16
00161 117:21
00167 117:2,12
  140:16
00211 105:20 106:4
  140:6
00214 105:20 140:6
00306 44:24 45:15
  138:8
00326 47:19
00327 46:3
00328 44:24 45:15
  138:9
004889 87:10
  139:19
00489 87:19
00492 96:4,14
00499 89:2 94:23
00511 87:10,19
  139:20
01SH6232448 135:21
01056 45:4,19
  138:12
01064 45:5,19
  138:13
03413 124:8,17
  140:19
03415 124:8 140:19
03769 58:7,16
  138:17
03771 59:2
03774 58:16
06856 75:8,16
  139:9
07 91:13
07617 69:15,21
  139:5
07619 71:10
07623 69:15,21
  139:6
09 1:7

**1**

1 1:16 4:19,23
  50:21,25 52:9
  53:7 134:10
  136:15 141:6
1st 65:8 73:9
1:10 74:9 75:3
10 69:12,20 70:15
  139:2
10:09 1:16

**CONFIDENTIAL**

**100** 110:6,9
**10022** 2:10
**10111** 1:14
**105** 140:6
**109** 140:11
**11** 67:6 75:6,14
  77:2 81:21 88:25
  139:7
**11th** 1:14
**11:16** 44:18
**11:26** 44:18
**116** 140:16
**12** 67:15,18,20
  80:5,12 82:22
  139:10
**12th** 110:25
**12/28/2006** 100:11
**12:31** 74:9
**124** 140:19
**13** 67:21,22 68:10
  68:15 83:22 84:6
  85:8,20 94:19
  135:22 139:12
**130** 136:8
**131** 140:20
**14** 87:8,15 94:17
  96:4 139:17
**1410** 1:7
**15** 90:11,20 91:24
  139:21
**16** 105:17,25 140:2
**17** 109:13,21 115:6
  140:7
**18** 116:23 117:7
  119:2 122:24
  140:12
**1800** 32:24
**19** 124:6,13 140:17
**19th** 94:20
**191** 2:5
**1987** 7:8
**1988** 7:11,13
**1993** 7:13
**1994** 7:13
**1999** 7:16

──────── **2** ────────

**2** 35:2,12 43:24
  59:4,9,11 75:6
  75:14 86:9 126:4
  128:7 136:17
  139:7
**2nd** 76:22 79:6
  81:20
**2:53** 133:6
**20** 110:3 131:2,3
  131:10 140:20

**2003** 7:18,25 8:3
  22:17,22 24:4
  132:5
**2006** 19:24 35:23
  36:19,20 39:21
  40:3,20 43:22
  44:11,23 45:14
  45:18 46:22
  48:10 50:10 58:5
  58:13 65:13,23
  66:2,5,7,8 68:5
  69:5 73:2 78:2
  82:19 102:24
  128:8,14,20
  138:7,14,21
**2007** 8:6,9 24:8,15
  36:25 39:21 40:4
  42:19 43:22
  44:12 50:21,25
  52:9,21 53:7
  65:8 68:5 69:5
  69:23 75:7,14,15
  76:22 77:2 78:3
  79:6 81:20 83:24
  84:8,17 85:13
  90:12,22 94:19
  94:20 95:3,12
  98:11,13,17
  100:24 125:17
  129:16 139:7,15
  139:21
**2008** 8:6,9 24:9
  52:22 93:12
  100:21 102:22
  105:3 116:25
  117:9 118:14
  119:6,16 122:14
  123:15 129:16
  140:15
**2009** 16:25 105:18
  106:3 109:15,23
  111:3,4 115:6
  116:6 140:2,9
**2011** 1:16 134:11
  134:23 135:16
  141:6
**2014** 135:22
**21** 44:23 45:14,18
  138:7
**212** 2:11
**214** 106:4
**22** 65:13,23 69:23
  138:21
**22nd** 66:5
**23** 96:3,13
**27th** 19:24
**28** 18:24 19:13

49:23 64:24
**28th** 73:11

──────── **3** ────────

**3** 37:6,24 58:25
  59:5,9 62:10
  115:5,6,11
  129:15 137:2
**3rd** 135:16
**30th** 22:22
**3100** 2:5
**312** 2:6
**3415** 124:17
**35** 136:25
**37** 137:11
**374** 27:25
**3774** 58:7 138:18
**38** 137:22

──────── **4** ────────

**4** 38:8,20 96:3,13
  116:25 117:9
  118:14 119:6,16
  129:15 136:16
  137:12 140:14
**4th** 122:14 123:15
**4:40** 91:18
**416–6225** 2:6
**44** 138:9
**45** 1:13 138:13

──────── **5** ────────

**5** 44:19 45:9,10
  46:2 47:20,21
  48:23 50:19 58:4
  109:15,22 136:6
  138:2,14 140:9
**5th** 58:13 111:14
  125:17
**5.11** 89:4,7
**5.12** 89:4,10
**5.2** 89:5
**51800** 109:16,23
  140:10
**51803** 109:16,24
  140:11
**51896** 90:14,23
  139:25
**51901** 90:15,23
  139:25
**536–3900** 2:11
**54890** 83:25 84:10
  139:16
**54897** 85:21
**54900** 83:25 84:10
  139:16
**58** 138:18

**599** 2:10

──────── **6** ────────

**6** 45:2,9,16 49:10
  50:19 138:10
**60606** 2:6
**65** 138:23
**66** 138:24
**67,000** 95:4
**6860** 75:17
**69** 139:6

──────── **7** ────────

**7** 58:4,12 83:24
  84:8 90:12,22
  138:14 139:14,21
**7th** 85:13
**75** 139:9
**78** 131:13

──────── **8** ────────

**8** 65:11,19 105:17
  106:3 138:19
  140:2
**8th** 110:25
**80** 139:11
**83** 139:16
**87** 139:20

──────── **9** ────────

**9** 66:21 67:3
  138:24
**90** 139:25

CONFIDENTIAL

138

No. 5   Administrative Services
Agreement by and between
Caritas Health Care
Planning, Inc. And WHMC
Properties, Inc. Dated as of
August 21, 2006, Bates
numbered BQHC 00306 through
BQHC 00328.................... 44
No. 6   Administrative Services
Subcontract, Bates numbered
BQHC 01056 through BQHC
01064......................... 45
No. 7   October 5, 2006, Wyckoff
Heights Medical Center Board
of Trustees Meeting Minutes,
Bates numbered BQHC 03769
through BQHC 3774........... 58
No. 8   e-mail from Dr. Thomas
Shepherd to Dominick Gio
dated December 22, 2006,
Bates numbered ROSS0630
through ROSS0643.............. 65
No. 9   Affidavit of John Lavan....... 66

140

No. 16   January 8, 2009, Brooklyn
Queens Healthcare, Inc.
Board of Trustees Meeting
Minutes, Bates numbered BQHC
00211 through BQHC 00214...... 105
No. 17   Brooklyn Queens Health Care
Board of Trustees Meeting
Minutes, March 5, 2009,
Bates numbered BQHC 51800
through BQHC 51803............ 109
No. 18   Wyckoff Heights Medical
Center Board of Trustees
Meeting Minutes, December 4,
2008, Bates numbered BQHC
00159 through BQHC 00167...... 116
No. 19   Disclosure of Ownership and
Control, Bates numbered BQHC
03413 through BQHC 03415...... 124
No. 20   Second Amended Complaint...... 131

139

No. 10   e-mails and Caritas Health
Care Organization Period and
Start-Up document, Bates
numbered BQHC 07617 through
BQHC 07623.................... 69
No. 11   March 2, 2007, string of
e-mails, Bates numbered BQHC
06856 through BQHC06860....... 75
No. 12   Caritas Health Care Inc.
Weekly Cash Projections....... 80
No. 13   Wyckoff Heights Medical
Center Board of Trustees
President's Letter June 7,
2007, Bates numbered BQHC
54890 through BQHC 54900...... 83
No. 14   Administrative Services
Agreement, Bates numbered
BQHC 004889 through BQHC
00511........................ 87
No. 15   November 7, 2007, Caritas
Health Care, Inc. Meeting of
the Board of Trustees
minutes, Bates numbered BQHC
51896 through BQHC 51901...... 90

141

ERRATA SHEET
DO NOT WRITE ON THE TRANSCRIPT
ENTER CHANGES ON THIS PAGE

DEPOSITION of DAVID HOFFMAN
June 1, 2011

| Page | Line | Change | Reason |
|------|------|--------|--------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Under penalties of perjury, I declare that I
have read the foregoing document and that the
facts stated in it are true.

Date        David Hoffman

36 (Pages 138 to 141)