# Exhibit 4

# BROOKLYN QUEENS HEALTHCARE INC.

## BOARD OF TRUSTEES MEETING

### MARCH 6, 2008

### MINUTES

**PRESENT:**

Emil Rucigay, Esq.
Vincent Arcuri
Adam Figueroa
Herman Hochberg

**EXCUSED:**

John Cook, Esq.
Fred T. Haller, III, Esq.

**Invited Guests:**

Tom Singleton
Vito J. D'Alessandro, M.D.
A.C. Rao, M.D.
Gary A. Goffner
Rajiv Garg
Frank Chiarello

Mr. Rucigay called the meeting to order at 3 p.m.

Mr. Rucigay introduced the following four candidates being considered for appointment to the Brooklyn Queens Health Care Board of Trustees:

Vito J. D'Alessandro, M.D.,
Gary A. Goffner,
Rajiv Garg, and
Frank Chiarello

Mr. Rucigay discussed the current composition of the six member BQHC Board, and the New York State Department of Health's request to expand the size of the Board. Mr. Rucigay then provided information related to the history of BQHC and its relationship with Wyckoff Heights Medical Center and Caritas. He explained that St. Vincent Catholic Medical Centers were ready to submit closure plans to the New York State Department of Health for both Mary Immaculate and St. John's Queens Hospitals if Wyckoff had not submitted a bid for the hospitals. He mentioned that Wyckoff was the

BQHC Minutes
Page 2

only bidder at the auction. The takeover of those facilities commenced on January 1, 2007 and we immediately ran into financial problems which were driven by revenue cycle problems related to the conversion to a new computer billing system and the establishment of a central business office for the BQHC System. He went on to say that the hospitals were purchased in good faith with the belief that the financial problems of the hospitals could be improved. Mr. Rucigay stated that the implementation of the Meditech Billing System commenced in August of 2006 for Wyckoff and January of 2007 for Caritas. Cash short falls at Wyckoff related to the computer system implementation problems came to our attention in January of 2007. It also came to our attention at that time that the former Chief Financial Officer had made unapproved transfers of funds between Wyckoff and Caritas to manage the cash needs of each of the institutions. Mr Rucigay explained that there was no malice intended and there was no financial gain on the part of the C.F.O. This incident was immediately reported to the New York State Department of Health, however, the Department took severe umbrage to that and the situation created mistrust on their part. The inability of Caritas to meet its cash needs dictated a request for assistance from the New York State Department of Health. Mr. Rucigay stated that he and certain other individuals from Wyckoff met with Commissioner Daines in Albany to discuss financial assistance. The Commissioner indicated that the Department would provide financial assistance if certain conditions were met. The Department directed that we hire a national consulting firm with expertise in turnarounds and re-structuring. The firm of FTI Cambio was selected for this purpose.

He then introduced Mr. Tom Singleton, Chief Restructuring Officer and explained that Mr. Singleton supervises all three hospitals with a team of individuals from his firm who have expertise in healthcare.

In addition to the above directive, the Commissioner requested that BQHC exercise greater authority and be organized as a working entity controlling the operations of both Wyckoff and Caritas. Mr. Rucigay went on to say that in view of the Department's directives, he has asked Mr. Singleton to develop a Table of Organization for BQHC. Mr. Rucigay commented that the role of the Trustees is to assist in the strategic planning for the future of the Wyckoff and Caritas hospitals. BQHC Bylaws were distributed to each of the Trustees and Trustee candidates.

Mr. Rucigay stated that according to the BQHC Bylaws, the number of Trustees shall range from three to fifteen, however, that number may be increased. At the first Annual Meeting of the Board, following the adoption of the Bylaws, the elected number of Trustees shall be divided into three classes, A,B and C, with one, two and three year terms.

BQHC 00196

BQHC Minutes
Page 3

Mr. Rucigay stated for the convenience of the Trustees, he feels these meetings should be held at 3 p.m. on the first Thursday of each month and asked the Trustees consideration of this. The BQHC Board will meet eight times a year. There will be no meetings during the months of February, July, August and September. The Annual Meeting will be held in June. Mr. Rucigay also asked the candidates to consider serving on the Wyckoff Heights Medical Center Board of Trustees as well.

Mr. Rucigay referred to page 5, 2.21 (b), of the Bylaws, and clarified that there is no compensation for Trustees.

Mr. Rucigay noted the financial condition of Wyckoff and mentioned that Caritas owes Wyckoff approximately $15 million dollars. He then commented on the prospect of success for the Caritas hospitals. He advised the group that Mary Immaculate Hospital is experiencing financial and operational problems related to capital improvement needs. While St. John's Queens Hospital also has significant capital needs, that physical plant is in better shape. He stated that Wyckoff's plant and equipment are in the best shape of the three hospitals.

Mr. Tom Singleton provided an update on the financial status of the Caritas Hospitals. He reported that there is a fairly fluid situation at the two institutions. In October and November the financial loss was significantly reduced. At that point, both hospitals were losing the same amount of money. In December the losses increased with Mary Immaculate Hospital losing $1.6 million and St. John's $2 million. January financial statements are currently being reviewed and Mr. Singleton stated that it appears January's numbers are worse than December's. Mr. Singleton stated that the monthly losses have been running higher at St. John's Queens Hospital than at Mary Immaculate Hospital. Mr. Singleton stated that Mary Immaculate Hospital has a psychiatric unit, which in New York State, is a fairly profitable business. Mary Immaculate's bottom line was significantly better than St. John's in January.

Mr. Singleton went on to say that the New York State Department of Health is trying to keep the Caritas hospitals open because they are believed to be needed facilities in the catchment areas they serve. He added that the Department's financial assistance has been in the form of loans with favorable terms.

Mr. Singleton stated that although Wyckoff is experiencing cash flow problems at this time, the net losses are significantly less than at Caritas. He reminded the group that Wyckoff loaned Caritas approximately $15 million dollars, which was almost all of Wyckoff's reserves. Mr. Singleton stated that both Caritas and Wyckoff are struggling from a cash flow standpoint although Wyckoff is better positioned for the long term.

BQHC Minutes
Page 4

In open discussion Mr. Rucigay commented that the Department must continue to provide financial assistance to Caritas for Caritas to be in a position to repay the $15 million in loans from Wyckoff.

Mr. Arcuri asked for an update on the Cancer Center at Mary Immaculate Hospital. Mr. Singleton replied that it is struggling. The equipment is old and presently it is losing approximately $1 million a year. He reported that changes are being explored for that Center.

Mr. Rucigay distributed copies of a table of organization for BQHC, which is subject to changes. This was reviewed and discussed by the Board Members.

Mr. Rucigay asked each of the Trustee candidates to introduce themselves and provide the current Trustees with some background information on themselves. He then informed the candidates that if they wish to take a tour of the Hospitals, it can be arranged. He then advised the candidates of our affiliation with the New York Presbyterian Healthcare System and the fine relationship we have had with them over the many years.

**THERE BEING NO FURTHER BUSINESS TO DISCUSS, ON A MOTION PROPERLY MADE BY MR. FIGUEROA, SECONDED BY MR. HOCHBERG, ALL IN FAVOR, THE MEETING ADJOURNED AT 4 PM.**

RESPECTFULLY SUBMITTED:

*[signature]*
PATRICIA MILLSPAUGH
EXECUTIVE SECRETARY

APPROVED BY:

*[signature]*
EMIL RUCIGAY, ESQ.
CHAIRMAN

BQHC 00198