# Exhibit 8

```
N. Y. S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS AND STATE RECORDS          ALBANY, NY 12231-0001

                           FILING RECEIPT
========================================================================
ENTITY NAME: CARITAS HEALTH CARE PLANNING, INC.


DOCUMENT TYPE: INCORPORATION (NOT-FOR-PROFIT)      TYPE: B COUNTY: QUEE

SERVICE COMPANY: CORPORATION SERVICE COMPANY         SERVICE CODE: 45

========================================================================
FILED:03/09/2006 DURATION:PERPETUAL  CASH#:060309000608 FILM #:060309000553

ADDRESS FOR PROCESS                                  EXIST DATE
------------------                                   ----------
C/O WYCKOFF HEIGHTS MEDICAL CENTER                   03/09/2006
ATTN:  GENERAL COUNSEL              374 STOCKHOLM ST
BROOKLYN, NY 11237

REGISTERED AGENT
----------------
```



```
========================================================================
FILER                    FEES     385.00  PAYMENTS      385.00
-----                    ----              --------
                         FILING    75.00  CASH            0.00
                         TAX        0.00  CHECK           0.00
LEE A BARKAN             CERT       0.00  CHARGE          0.00
PROSKAUER ROSE LLP       COPIES    10.00  DRAWDOWN      385.00
1585 BROADWAY            HANDLING  300.00  OPAL            0.00
NEW YORK, NY 10036                         REFUND          0.00
                                           ------
========================================================================
909737TPO                                  DOS-1025 (11/89)
```

BQHC 00518

*State of New York    }*
*Department of State }* *ss:*

*I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.*

*Witness my hand and seal of the Department of State on*    **March 09, 2006**



*Special Deputy Secretary of State*

DOS-1266 (Rev. 11/05)

BQHC 00519

**CSC 45**

F 060309000563

## CERTIFICATE OF INCORPORATION

### OF

### CARITAS HEALTH CARE PLANNING, INC.

**Under Section 402 of the**
**New York Not-for-Profit Corporation Law**

The undersigned, for the purpose of forming a corporation under Section 402 of the Not-for-Profit Corporation Law of the State of New York (the "Not-for-Profit Corporation Law"), hereby certifies:

FIRST:        The name of the Corporation is Caritas Health Care Planning, Inc. (the "Corporation").

SECOND:        The Corporation is a corporation as defined in subparagraph (a)(5) of Section 102 of the Not-for-Profit Corporation Law. The Corporation shall be a Type B corporation under Section 201 of the Not-for-Profit Corporation Law.

THIRD:        As a Type B corporation, the purposes for which the Corporation is formed and operated are exclusively charitable, scientific and educational as defined in Section 501(c)(3) of the Internal Revenue Code of 1986, as amended (the "Code"). The purposes of the Corporation include the following:

(a)        Planning for, preparing, submitting and assisting in the processing of, an application with the Public Health Council of the New York State Department of Health, and all other governmental agencies and institutions as may be required by law, for approval to establish, maintain and/or operate a hospital or hospitals within the State of New York for the medical and surgical care and treatment of inpatients and outpatients and the provision of a range of medical and associated services for the diagnosis and treatment of patients, including, outpatient care, home care and extended care, and the promotion and carrying on of scientific and medical research related to the care of the sick, injured or disabled, and related to the causes, origins, treatment and prevention of diseases, sickness, injuries and disabilities; and

(b)        To engage in all other activities that relate to or are incidental to the achievement of such purposes.

FOURTH:        In furtherance of the foregoing purposes, the Corporation shall have the power, subject to such limitations and conditions as are or may be prescribed by law, to exercise such other powers as are now, or hereafter may be, conferred by law upon a corporation organized for the purposes herein set forth, or necessary or incidental to the powers so conferred, or conducive to the furtherance thereof, subject to the further limitation and condition that, notwithstanding any other provision of this Certificate of Incorporation, the Corporation is organized exclusively for one or more of the following purposes:  educational, literary, or charitable purposes, as specified in Section 501(c)(3) of the Code, and shall not carry on any activities not permitted to be carried on by

1

6784/76874-001 Current/6314724v2

BQHC 00520

a corporation exempt from Federal taxation under Section 501(c)(3) of the Code; this shall include, without limitation, the powers to:

(a) receive and hold real and personal property in order to carry on the aims and purposes of the Corporation as expressed in this Certificate of Incorporation; to expend, contribute, disburse, develop and otherwise handle and dispose of the same for such aims and purposes, either directly or by contributions to other agencies, organizations or institutions organized for the same or similar aims and purposes, and otherwise to cooperate with and assist such other agencies, organizations and institutions in order to further the aims and purposes of the Corporation;

(b) receive and maintain a fund or funds of personal or real property and apply the whole or any part of the income and/or principal thereof exclusively for the charitable purposes of the Corporation, as shall from time to time be found appropriate in connection with the foregoing purposes, and as are lawful for a not-for-profit corporation; and

(c) by resolution of the Board of Trustees of the Corporation, to accept subventions from any member of the Corporation, or non-members, on terms and conditions not inconsistent with the by-laws of the Corporation and the Not-for-Profit Corporation Law, and to issue certificates therefor, and such subventions shall consist of money or other property, tangible or intangible, actually received by the Corporation or expended for its benefit or for its formation or reorganization, or a combination thereof, and shall be evidenced by the issuance of subvention certificates in accordance with the provisions of Section 505 of the Not-for-Profit Corporation Law.

FIFTH: (a) The Corporation is not formed for pecuniary profit or for financial gain, and no part of the net earnings of the organization shall inure to the benefit of any member, trustee, director or officer of the Corporation, or any private individual, firm or corporation (except that reasonable compensation may be paid for services rendered to or for the Corporation).

(b) No substantial part of the activities of the Corporation shall be devoted to carrying on propaganda, or otherwise attempting to influence legislation (except to the extent authorized by Section 501(h) of the Code, or the corresponding provision of any future United States Internal Revenue law, during any fiscal year or years in which the Corporation chooses to utilize the benefits authorized by that statutory provision), and the Corporation shall not participate or intervene (including by publishing or distributing statements) in any political campaign on behalf of any candidate for public office.

(c) Nothing herein shall authorize the Corporation, directly or indirectly, to engage in or include among its purposes any of the activities mentioned in Section 404 of the Not-for-Profit Corporation Law or Section 460a of the Social Services Law of the State of New York. Specifically, nothing herein shall be construed as authorizing the Corporation to operate a nursery school, an elementary school, a secondary school, an institution of higher learning, a library, a museum, an historical society, a cable television facility or an educational television station.

(d) Nothing herein shall authorize the Corporation to establish, operate or maintain a hospital or to provide hospital service or health-related services, or to operate a

2

BQHC 00521

home care services agency, a hospice, a health maintenance organization, or a comprehensive health services plan, as provided for by Articles 28, 36, 40 and 44, respectively, of the Public Health Law of the State of New York, or to solicit, collect or otherwise raise or obtain any funds, contributions or grants, from any source, for the establishment, including the filing of a certificate of need application, or operation, of any hospital.

SIXTH:    If at any time the Corporation is determined to be other than an organization described in Section 509(a)(1), (2) or (3) of the Code, it shall, to the extent applicable, comply with Section 508 of the Code, insofar as such provision:

(a)    requires the Corporation to distribute such amounts for each taxable year allocated at such time and in such manner as not to subject the Corporation to tax on undistributed income under Section 4942 of the Code;

(b)    prohibits the Corporation, its directors, trustees or members from engaging in any act of self-dealing which is subject to tax under Section 4941 of the Code;

(c)    prohibits the Corporation from retaining any excess business holdings which are subject to tax under Section 4943 of the Code;

(d)    prohibits the Corporation from making any investments in such manner as to subject the Corporation to tax under Section 4944 of the Code; and

(e)    prohibits the Corporation from making any taxable expenditures which are subject to tax under Section 4945 of the Code.

SEVENTH:    In the event of the dissolution of the Corporation, all the assets and property of the Corporation remaining after the payment or satisfaction of its liabilities shall be distributed to further the not-for-profit purposes of the Corporation to such one or more corporations, trusts, community trusts, funds or foundations organized and operating exclusively for scientific, charitable or educational purposes, no part of the net earnings, contributions or any other corporate funds of which shall inure to the benefit of any private member or individual, no substantial part of the activities of which shall consist in carrying on propaganda or otherwise attempting to influence legislation, and which shall not participate in or intervene in, including the publishing or distributing of statements, any political campaign on behalf of any candidate for public office, as selected by a two-thirds vote of the entire board of trustees of the Corporation and subject to the approval of a Justice of the Supreme Court of the State of New York.

EIGHTH:    The    office of the Corporation is to be located in Queens County, State of New York.

NINTH:    The names and addresses of the initial Trustees of the Corporation are as follows:

Emil Rucigay, Esq.
69-03 Fresh Pond Road
Ridgewood, NY 11385

3

6784/76874-001 Current/8314724v2

BQHC 00522

Adam Figueroa
254 Wyckoff Avenue
Brooklyn, NY 11237

John H. Cook, Jr., Esq.
20 Eastview Road
New Fairfield, CT 06812

Vincent Arcuri
69-27 67th Street
Glendale, NY 11385

Frederick T. Haller, Esq.
62-18 Myrtle Avenue
Glendale, NY 11385

   TENTH:  The Secretary of State is hereby designated as agent of the Corporation upon whom process against it may be served. The post office address to which the Secretary of State shall mail a copy of any process against the Corporation served upon him or her is: c/o Wyckoff Heights Medical Center, 374 Stockholm Street, Brooklyn, NY 11237, Attention: General Counsel.

4

6784/76374-C01 Current/8314724v2

BQHC 00523

IN WITNESS WHEREOF, this Certificate of Incorporation has been signed and the statements made herein are affirmed as true under the penalties of perjury this _3 rd_ day of _March_, 2006.

David N. Hoffman, Incorporator
Wyckoff Heights Medical Center
374 Stockholm Street
Brooklyn, NY 11237

BQHC 00524



# STATE OF NEW YORK
# DEPARTMENT OF HEALTH

Corning Tower      The Governor Nelson A. Rockefeller Empire State Plaza      Albany, New York 12237

Antonia C. Novello, M.D., M.P.H., Dr.P.H.
*Commissioner*

Dennis P. Whalen
*Executive Deputy Commissioner*

March 8, 2006

Lee Barkan, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299

Re:   Caritas Health Care Planning, Inc.

Dear Mr. Barkan:

Please be advised that the proposed Certificate of Incorporation of Caritas Health Care Planning, Inc., dated March 3, 2006, does not require the approval of the Public Health Council, since the corporate purposes set forth therein do not authorize the corporation to operate a hospital as defined in Article 28 of the Public Health Law and because paragraph Fifth (d) of the certificate states that the corporation is not authorized to establish, operate or maintain a hospital or to provide hospital service or health-related services, or to operate a home care services agency, a hospice, a health maintenance organization, or a comprehensive health services plan, as provided for by Articles 28, 36, 40 and 44, respectively, of the Public Health Law of the State of New York, or to solicit, collect or otherwise raise or obtain any funds, contributions or grants, from any source, for the establishment, including the filing of a certificate of need application, or operation, of any hospital.

The Department of Health does not object to the Certificate of Incorporation being filed with the Department of State.

Sincerely,

Frank Barry
Attorney
Bureau of House Counsel

TOTAL P.01

6

BQHC 00525

F060309000553

CERTIFICATE OF INCORPORATION

OF

CARITAS HEALTH CARE PLANNING, INC.

Under Section 402 of the
New York Not-for-Profit Corporation Law

STATE OF NEW YORK
DEPARTMENT OF STATE

FILED  MAR 0 9 2006

TAX $ _____

BY: _____

Queen?

```
CSC 45
DRAW DOWN
```

Lee A. Barkan
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
(212) 969-3115

Cust Ref. 909737 TPO

2006 MAR -9 AM 8: 53  RECEIVED

2006 MAR -9 PM 12: 12  RECEIVED

6784/76874-001 Current/8314724v2

7  608

BQHC 00526

```
N. Y. S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS AND STATE RECORDS          ALBANY, NY 12231-0001

                            FILING RECEIPT
================================================================================
ENTITY NAME: CARITAS HEALTH CARE, INC.

DOCUMENT TYPE: AMENDMENT (DOMESTIC NFP)                    COUNTY: QUEE
              PURPOSES  PROCESS  NAME  PROVISIONS

SERVICE COMPANY: CORPORATION SERVICE COMPANY - 45         SERVICE CODE: 45

================================================================================
FILED:12/26/2006 DURATION:********  CASH#:061226000185 FILM #:061226000170

ADDRESS FOR PROCESS
-------------------
C/O WYCKOFF HEIGHTS MEDICAL CENTER
ATTN GENERAL COUNSEL                    374 STOCKHOLM STREET
BROOKLYN, NY 11237

REGISTERED AGENT
----------------
```

```
================================================================================
FILER                          FEES       340.00   PAYMENTS       340.00
-----                          ----                                --------
                               FILING      30.00   CASH             0.00
                               TAX          0.00   CHECK            0.00
LEE A BARKAN                   CERT         0.00   CHARGE           0.00
PROSKAUER ROSE LLP             COPIES      10.00   DRAWDOWN       340.00
1585 BROADWAY                  HANDLING   300.00   OPAL             0.00
NEW YORK, NY 10036                                 REFUND           0.00
                                                                  ------
================================================================================
685128MPJ                                          DOS-1025 (11/89)
```

BQHC 00527

State of New York   }   ss:
Department of State }

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.

Witness my hand and seal of the Department of State on   **December 26, 2006**

Special Deputy Secretary of State

DOS-1266 (Rev. 11/05)

BQHC 00528



F 06122600017

CSC 45
DRAW DOWN

CERTIFICATE OF AMENDMENT

OF THE

CERTIFICATE OF INCORPORATION

OF

CARITAS HEALTH CARE PLANNING, INC.

Under Section 803 of the
New York Not-for-Profit Corporation Law

The undersigned, being the Chairperson of Caritas Health Planning, Inc., a Not-for-Profit corporation duly organized under the Not-for-Profit Corporation Law of the State of New York (hereinafter referred to as the "Corporation"), does hereby certify, pursuant to Section 803 of the Not-for-Profit Corporation Law:

FIRST:     The name of the Corporation is Caritas Health Care Planning, Inc.

SECOND:     The Corporation was formed under the Not-for-Profit Corporation Law of the State of New York and the Certificate of Incorporation was filed by the Department of State on March 9, 2006.

THIRD:     The Corporation is a corporation as defined in subparagraph (a)(5) of Section 102 of the Not-for-Profit Corporation Law. The Corporation is and will remain a Type B corporation under Section 201 of the Not-for-Profit Corporation Law.

FOURTH:     The amendment to the Certificate of Incorporation effected by this Certificate of Amendment (A) changes the name of the Corporation, (B) changes the purposes of the Corporation, (C) renumbers the subparagraphs in Paragraph FOURTH and adds a sentence at the end thereof regarding the reserved powers of the sole member of the Corporation, and (D) revises the provisions relating to the limitation on the activities of the Corporation.

FIFTH:     To accomplish the foregoing amendment to the Certificate of Incorporation,

(A)     Paragraph FIRST of the Certificate of Incorporation, which sets forth the name of the Corporation, is hereby amended to read as follows:

"FIRST:     The name of the Corporation is Caritas Health Care, Inc. (the "Corporation")."

(B)     Paragraph THIRD of the Certificate of Incorporation, which sets forth the purposes of the Corporation, is hereby amended to read in its entirety as follows:

4471/76874-001 Current/8328040v3

BQHC 00529

"THIRD:     As a Type B corporation, the purposes for which the Corporation is formed and operated are exclusively charitable, scientific and educational as defined in Section 501(c)(3) of the Internal Revenue Code of 1986, as amended (the "Code"). The purposes of the Corporation shall be the following:

(a)     To establish, maintain and/or operate a hospital or hospitals within the State of New York for the medical and surgical care and treatment of inpatients and outpatients and to operate residency and related programs in connection with the provision of such care;

(b)     To solicit contributions for the purposes of the establishment, maintenance and operation of a hospital or hospitals;

(c)     To promote, participate in and carry on any activity designed to promote the general health of the community; and

(d)     To engage in all other activities that relate to or are incidental to the achievement of such purposes."

(C)     Paragraph FOURTH of the Certificate of Incorporation, which describes the powers of the Corporation, is hereby amended to read in its entirety as follows:

"FOURTH:     (a)     In furtherance of the foregoing purposes, the Corporation shall have the power, subject to such limitations and conditions as are or may be prescribed by law, to exercise such other powers as are now, or hereafter may be, conferred by law upon a corporation organized for the purposes herein set forth, or necessary or incidental to the powers so conferred, or conducive to the furtherance thereof, subject to the further limitation and condition that, notwithstanding any other provision of this Certificate of Incorporation, the Corporation is organized exclusively for one or more of the following purposes:  educational, literary, or charitable purposes, as specified in Section 501(c)(3) of the Code, and shall not carry on

4471/76874-001 Current/8328040v3

BQHC 00530

any activities not permitted to be carried on by a corporation exempt from Federal taxation under Section 501(c)(3) of the Code; this shall include, without limitation, the powers to:

>    (i)    receive and hold real and personal property in order to carry on the aims and purposes of the Corporation as expressed in this Certificate of Incorporation; to expend, contribute, disburse, develop and otherwise handle and dispose of the same for such aims and purposes, either directly or by contributions to other agencies, organizations or institutions organized for the same or similar aims and purposes, and otherwise to cooperate with and assist such other agencies, organizations and institutions in order to further the aims and purposes of the Corporation;

>    (ii)    receive and maintain a fund or funds of personal or real property and apply the whole or any part of the income and/or principal thereof exclusively for the charitable purposes of the Corporation, as shall from time to time be found appropriate in connection with the foregoing purposes, and as are lawful for a not-for-profit corporation; and

>    (iii)    by resolution of the Board of Trustees of the Corporation, to accept subventions from any member of the Corporation, or non-members, on terms and conditions not inconsistent with the by-laws of the Corporation and the Not-for-Profit Corporation Law, and to issue certificates therefor, and such subventions shall consist of money or other property, tangible or intangible, actually received by the Corporation or expended for its benefit or for its formation or reorganization, or a combination thereof, and shall be evidenced by the issuance of subvention certificates in accordance with the provisions of Section 505 of the Not-for-Profit Corporation Law.

>    (b)    The sole member of the Corporation, Brooklyn-Queens Health Care, Inc., shall have the power to elect and remove the Trustees of the Corporation."

(D)    Paragraph FIFTH of the Certificate of Incorporation, which limits the activities of the Corporation, is hereby amended to read in its entirety as follows:

>    "FIFTH:    (a) The Corporation is not formed for pecuniary profit or for financial gain, and no part of the net earnings of the organization shall

3

BQHC 00531

inure to the benefit of any member, trustee, director or officer of the Corporation, or any private individual, firm or corporation (except that reasonable compensation may be paid for services rendered to or for the Corporation).

(b)   No substantial part of the activities of the Corporation shall be devoted to carrying on propaganda, or otherwise attempting to influence legislation (except to the extent authorized by Section 501(h) of the Code, or the corresponding provision of any future United States Internal Revenue law, during any fiscal year or years in which the Corporation chooses to utilize the benefits authorized by that statutory provision), and the Corporation shall not participate or intervene (including by publishing or distributing statements) in any political campaign on behalf of any candidate for public office.

(c)   Nothing herein shall authorize the Corporation directly or indirectly to engage or include among its purposes any of the activities mentioned in Subsections (a) through (n), (p), (t), (s) or (v) of Section 404 of the Not-for-Profit Corporation Law or Section 460-a of the Social Services Law of the State of New York.  The approvals required by Subsections (o), (q), (t) and (u) are annexed hereto."

SIXTH:  .   The foregoing Amendment of the Certificate of Incorporation was authorized by the written consent of the sole Member of the Corporation.

SEVENTH:   The Secretary of State is hereby designated as agent of the Corporation upon whom process against it may be served.  The post office address to which the Secretary of State shall mail a copy of any process against the Corporation served upon him or her is: c/o Wyckoff Heights Medical Center, 374 Stockholm Street, Brooklyn, NY 11237, Attention: General Counsel.

IN WITNESS WHEREOF, this Certificate of Amendment of the Certificate of Incorporation has been signed and the statements made herein are affirmed as true under the penalties of perjury this 27th day of _August_, 20 06.

Emil Rucigay, Chairperson,
Caritas Health Care Planning, Inc.

4

BQHC 00532

HON. SIDNEY F. STRAUSS

I, _____, a Justice of the Supreme Court of the State of New York, ___ Judicial District, do hereby approve the foregoing Certificate of Amendment of the Certificate of Incorporation of Caritas Health Care Planning, Inc. and consent that the same be filed.

ENTER

_____
Justice of the Supreme Court
of the State of New York,
_____ Judicial District

HON. SIDNEY F. STRAUSS

DEC 21 2006

THE ATTORNEY GENERAL HAS NO OBJECTION
TO THE GRANTING OF JUDICIAL APPROVAL
HEREON, ACKNOWLEDGES RECEIPT OF
STATUTORY NOTICE AND DEMANDS SERVICE
OF THE FILED CERTIFICATE. SAID NO OBJECTION
IS CONDITIONED ON SUBMISSION OF THE
MATTER TO THE COURT WITHIN 30 DAYS HEREAFTER.

_____                 11-21-06
ASSISTANT ATTORNEY GENERAL                  Date

4471/78874-001 Current/8326040v3

5



**STATE OF NEW YORK**
**DEPARTMENT OF HEALTH**
**CORNING TOWER BUILDING**
**ALBANY, N.Y. 12237**

# PUBLIC HEALTH COUNCIL

December 21, 2006

Mr. Edward Dowling
Consultant
385 Seneca Avenue
Ridgewood, New York 11385

Re:     Certificate of Amendment of the Certificate of Incorporation of Caritas Health Care
        Planning, Inc.

Dear Mr. Dowling:

AFTER INQUIRY and INVESTIGATION and in accordance with action taken at a meeting of the Public Health Council held on the 10th day of November, 2006, I hereby certify that the Public Health Council consents to the filing of the Certificate of Amendment of the Certificate of Incorporation of Caritas Health Care Planning, Inc., dated August 25, 2006.

Sincerely,

Donna W. Peterson
Executive Secretary

/cf

6

BQHC 00534



STATE OF NEW YORK
DEPARTMENT OF HEALTH
CORNING TOWER BUILDING
ALBANY, N.Y. 12237

# PUBLIC HEALTH COUNCIL

December 21, 2006

Mr. Edward Dowling
Consultant
385 Seneca Avenue
Ridgewood, New York 11385

Re:    Application No. 062201 – Caritas Health Care Planning, Inc. (Queens County)

Dear Mr. Dowling:

I HEREBY CERTIFY THAT AFTER INQUIRY and investigation, the application of Caritas Health Care Planning, Inc. is APPROVED, the contingencies having now been fulfilled satisfactorily. This approval is conditioned upon the applicant's continued compliance with the Medicaid access condition, as included in the Public Health Council's approval of the project. The Public Health Council had considered this application and imposed the contingencies at its meeting of November 10, 2006. You are also expected to comply with the conditions listed on the December 19, 2006 letter from David Wollner.

Public Health Council approval is not to be construed as approval of property costs or the lease submitted in support of the application. Such approval is not to be construed as an assurance or recommendation that property costs or lease amounts as specified in the application will be reimbursable under third-party payor reimbursement guidelines.

To complete the requirements for certification approval, please contact the Metropolitan Area/Regional Office of the New York State Office of Health Systems Management, 90 Church Street, 14th Floor, New York, New York 10007 or (212) 417-5550, within 30 days of receipt of this letter.

Sincerely,

Donna W. Peterson
Executive Secretary

Enclosure
/cf

7

BQHC 00535



**NEW YORK STATE**
**OFFICE OF ALCOHOLISM**
**AND**
**SUBSTANCE ABUSE SERVICES**
1450 Western Avenue
Albany, New York 12203-3526

November 20, 2006

Mr. Charles P. Abel
Director
Bureau of Project Management
New York State Department of Health
422 River Street, Suite 303
Troy, NY 12180-2299

Dear Mr. Abel:

Re: OASAS Application #2006-139.1.2.3 / DOH #062201
Establish Caritas Health Care Planning, Inc. as the Active
Parent Corporation for Mary Immaculate Hospital (Jamaica)

The Office of Alcoholism and Substance Abuse Services (OASAS) recommends Department of Health approval of the above-referenced Application as the Application does not propose any changes in the OASAS certified chemical dependence services operated by Mary Immaculate Hospital (Jamaica).

The OASAS certified services operate in compliance with applicable OASAS operating standards. Accordingly, DOH approval of the change of sponsorship application will not necessitate substantive changes to the current OASAS operating certificates held by Mary Immaculate Hospital.

Sincerely,

*Patrick Corcione*

Patrick Corcione
Certification Specialist Supervisor
Bureau of Certification

cc:    Henry Zwack
       Steve Rabinowitz
       David Hui
       Patrick Corcione
       Dr. Lloyd Sederer
       Lynnette Gonis-Bellamy
       Edwards Dowling

*The OASAS mission is to improve the lives of New Yorkers by ensuring quality prevention and treatment services*
*for chemical dependence and compulsive gambling, and promoting recovery from addiction.*

http://www.oasas.state.ny.us
An Equal Opportunity/Affirmative Action Employer



BQHC 00536



New York State
**OMH**
Office of Mental Health

Sharon E. Carpinello, RN, Ph.D.
Commissioner

44 Holland Avenue
Albany, New York 12229

November 27, 2006

Charles Abel
Acting Director
Information and Technology Services Group
NYS Department of Health
Hedley Building-6th floor
433 River Street
Troy, NY 12180-2299

Re:   CON #: HD-062201
      Caritas Health Care Planning, Inc.
      Proposal to: Establish Caritas Health Care Planning, Inc as the new operator of
      St. Vincent's Catholic Medical Center-Mary Immaculate Hospital

Dear Mr. Abel:

The Office of Mental Health is reviewing the Certificate of Need application noted above for the change of sponsorship of St. Vincent's Catholic Medical Center - St. Mary's Brooklyn, Mary Immaculate Psychiatric Unit, 152-11 89th Avenue, Jamaica to Caritas Health Care Planning, Inc. We have been advised by the applicant that DOH has given contingent approval for the change of operator and that one of the contingencies is approval by OMH.

We anticipate completion of our review by mid January, 2007 and will advise you of the results of our review at that time. In order not to delay the project , OMH as no objection to DOH proceeding with the change of sponsorship. OMH will work directly with Caritas regarding the issuance of an operating certificate for the psychiatric unit.

If you have any questions regarding this matter, please contact Joanne Antico of my staff at (518) 474-5570 or at the above address.

Sincerely,

James B. McQuide, Director
Bureau of Inspection and Certification

JBM:JEA
cc:   Lloyd Sederer, MD
      Anita Appel
      Lisa Gilbert
      Joanne Antico
      Emil Rucigay, President
      Edward Dowling, Consultant

PARTS/HD-062201


*9*

BQHC 00537

F 0612260001 70

CSC 45
DRAW DOWN

CERTIFICATE OF AMENDMENT

OF THE

CERTIFICATE OF INCORPORATION

OF

CARITAS HEALTH CARE PLANNING, INC.

Under Section 803 of the
New York Not-for-Profit Corporation Law

RECEIVED
2006 DEC 26  AM 9: 42

FILED
2006 DEC 26  AM 10: 17

Icc
... OF NEW YORK
... NT OF STATE
... DEC 2 6 2006
Y: _____
QUEENS

Leo A. Barkan
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
(212) 969-3115

CUSTOMER REF. #
685/281MPT

4471/16974-001 Current/8328040v3

10

185

BQHC 00538