# Exhibit 14

## Schedule 5.3(a)

### SELLER CONSENTS

Governmental Consents:

1. DoH (for the closing of the transaction to be effectuated and for the operation of the Business to be taken over by Purchaser)

2. OMH (for the transfer of any inpatient behavioral health services of the Business)

3. OASAS (for the transfer of any outpatient and inpatient alcoholism and substance abuse treatment services of the Business, including the MMTP grant program)

4. The Office of the New York State Attorney General (to the extent required for the transfer of the Purchased Assets)

5. The Fire Department of the City of New York (for the transfer of the 911 system participation contract)

6. CMS/HHS (for the transfer of the Medicare provider number and agreement for the Business and any federally regulated programs of the Business)

7. FTC (to the extent required for antitrust clearance of the proposed transactions)

8. U.S. Department of Justice, Drug Enforcement Administration (for the transfer of the pharmacy/controlled substances licenses of the Business)

9. New York State Bureau of Controlled Substances (for the transfer of the pharmacy/controlled substances licenses of the Business)

10. New York State Board of Pharmacy (for the transfer of the pharmacy/controlled substances licenses of the Business)

11. Division of Nutrition, Bureau of Supplemental Food Programs (for the transfer of the WIC Programs)

12. HRSA (for the Ryan White HIV Fund grant program)

13. HRSA/The Fund for Public Health in New York, Inc. (for the grant program for Hospital Bioterrorism Preparedness)

BQHC 00791

\* Pursuant to subsections a and b of Section 32 of the Sale Order, the transfer of St. Dominic's and the related operating lease is not subject to the consent of Primary Care Development Corporation, the Dormitory Authority for the State of New York ("DASNY") and the City of New York, but Purchaser is required to make certain submissions to make it satisfactory to them.

Non-Governmental Body Consents:

1. General Electric Capital Corporation ("GE Capital") (under the DIP Agreement)

2. Commerce Bank (notice required for the expected material reduction in GME/Charity care pools for sold hospitals)

3. Accreditation Council for Graduate Medical Education (to the extent required)

4. Any Contracts that are non-assignable pursuant to Section 365(c)(1) of the Bankruptcy Code require the consent of the counterpart or relevant Governmental Body, as applicable

5. Consents of the counterparties to the managed care Contracts, as described in item 47 of Schedule 2.1(d).

6. Consents of the counterparties to the personal property leases described in item 1 of Schedule 5.9.

7. The Software listed in item 3 of Schedule 5.10(d) may require the consent of the vendor in order to transfer the Software to Purchaser.

All notices required for the transfer of the Permits.

BQHC 00792