# Exhibit 15

## Schedule 10.3(d)

### REQUIRED GOVERNMENTAL CONSENTS

1. DoH approval of the CON Application
2. OMH
3. OASAS
4. The Office of the New York State Attorney General (to the extent required)
5. CMS for the Medicare Agreement

BQHC 00881