# Exhibit 26

**From:** Perri, Dr.Nancy
**To:** 'Julius Romero'
**Sent:** Tuesday, November 7, 2006 5:13 PM
**Subject:** Re: Wycoff/CMC

All the best. Look forward to our continued relationship.
Nancy

-----Original Message-----
From: Julius Romero [mailto:jur9004@nyp.org]
Sent: Tue Nov 07 16:42:55 2006
To: Perri, Dr.Nancy
Subject: Re: Wycoff/CMC

Thank you Dr. Perri. I will work on your numbers for the slots, and send you a draft proposal/ agreement from Mr. Gio.

Have a safe trip back.

Julius

Perri, Dr.Nancy wrote:

> Ross University would like to accept your offer of a three year
> committment for clinical clerkship for our students at the prepaid
> rate of 5 million dollars.
> Thank you Julius.
> Nancy Perri
>
> Sent from my GoodLink synchronized handheld (www.good.com)
>

--------------------

This electronic message is intended to be for the use only of the named recipient, and may contain information that is confidential or privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the contents of this message is strictly prohibited. If you have received this message in error or are not the named recipient, please notify us immediately by contacting the sender at the electronic mail address noted above, and delete and destroy all copies of this message. Thank you.

ROSS023753