# Exhibit 35

**From:** St. James, John
**To:** Shepherd, Dr. Thomas
**Sent:** Wednesday, December 27, 2006 12:27 PM
**Subject:** FW: RE: Ross-Caritas Agreement

This is what I got from him today.

-----Original Message-----
From:   Julius Romero [mailto:jur9004@nyp.org]
Sent:   Wed Dec 27 10:07:35 2006
To:     St. James, John
Subject:        Re: RE: Ross-Caritas Agreement

I hope you had a great holiday.

The DHL package sent last week has been received in Tom Shepherd's name.  Kindly sign the originals with Dr. Perri.

I am available by email or cell today if necessary.  Please feel free to send back a message regarding the transaction schedule or once it is completed.

Phil Perri and staff will have their hands full this week and next for the tri-campus deployment due to start in about ten days.

Julius
(203) 252-1081



Julius Romero
Office of Medical Education
Wyckoff Heights Medical Center and Caritas Health Care (Mary Immaculate Hospital and Saint John's Queens Hospital)

----- Original Message -----
From: "St. James, John" <jstjames@RossU.edu>
Date: Friday, December 22, 2006 5:53 pm
Subject: RE: Ross-Caritas Agreement

> Got the wiring instructions,  thanks.  Go home now.
>
> JTS
>
> -----Original Message-----
> From: Julius Romero [jur9004@nyp.org]
> Sent: Friday, December 22, 2006 5:49 PM
> To: Shepherd, Dr. Thomas
> Cc: Perri, Dr.Nancy; St. James, John; rsarli@wyckoffhospital.org;
> Dominick J. Gio; Harold McDonald
> Subject: Ross-Caritas Agreement
>
> Dr. Shepherd,
>
> It was a pleasure speaking with you today.  Thank you for your
> facilitation and follow up on this finalized Clinical Training
> Affiliation Agreement (pdf attached) between Ross University and

ROSS015144

> Caritas. An express package was sent to your attention this
> evening.
> Kindly return one executed original our way.
>
> As we discussed, Wyckoff Heights Medical Center's affiliation
> agreementwith Ross University is intact, and is separate from this
> Agreement.
> As part of the Agreement and our discussions, please be guided by the
> following wire information:
>
> Caritas Healthcare
> J.P. Morgan Chase
> Account: 134768426
> ABA: 021000021
>
> Amount: $5,000,000
> Date: December 27, 2006
>
> Thank you.
>
> Sincerely,
> Julius Romero
> Caritas Healthcare Planning, Inc.
>
>
> --------------------
> Confidential Information subject to NYP's (and its affiliates')
> information management and security policies
> (http://infonet.nyp.org/QA/HospManual/).
>
>

--------------------

This electronic message is intended to be for the use only of the named recipient, and may contain information that is confidential or privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the contents of this message is strictly prohibited. If you have received this message in error or are not the named recipient, please notify us immediately by contacting the sender at the electronic mail address noted above, and delete and destroy all copies of this message. Thank you.

ROSS015145