# Exhibit 36

| | |
|---|---|
| **From:** | Shepherd, Dr. Thomas |
| **To:** | Hamburger, Daniel |
| **Sent:** | Friday, December 22, 2006 3:58 PM |
| **Subject:** | RE: Caritas - affiliation agreement for clinical clerkships |

For final approval, yes, first thing next week. Here is the status:

Rick, Virginia, John SJ and Nancy are fine with current draft. I sent to Wyckoff for review with letter (copied to you). Not sure what their response will be.

I am not in next week but will be available to finalize. John is available mid-Wednesday on. John's cell 732-331-2917. You know how to reach me.

Tom


-----Original Message-----
From: Hamburger, Daniel [mailto:dhamburger@devry.com]
Sent: Friday, December 22, 2006 3:01 PM
To: Shepherd, Dr. Thomas
Subject: RE: Caritas - affiliation agreement for clinical clerkships

It will need to wait till next week. Ok?

--- Original Message ---
From:"Shepherd, Dr. Thomas" <TShepherd@RossU.edu> Sent:Fri 12/22/06 12:25 pm To:"Hamburger, Daniel" <dhamburger@devry.com>

Cc:
Subj:RE: Caritas - affiliation agreement for clinical clerkships

OK

We have had several calls and redrafting on the agreement the past two days. I sent you a summary of this agreement (and have attached it again), and you have the latest draft sent this morning from Virginia (after a call with me, Rick, Virginia, John Kroen and John St. James).

Let me know what you need, or if we need to talk on the phone. I will let Rick know you are expecting him to communicate with him.

Sorry to interfere with the snow time.

Tom

Thomas C. Shepherd DHA
President
Ross University
School of Medicine and Veterinary Medicine
499 Thornall St., 10th Floor
Edison, NJ 08837
732.978.5300 x 2675
tshepherd@RossU.edu

www.RossU.edu

Assistant: Camille DeSanto 732.978.5300 x2671

-----Original Message-----
From: Hamburger, Daniel [mailto:dhamburger@devry.com]
Sent: Friday, December 22, 2006 8:55 AM
To: Shepherd, Dr. Thomas
Subject: RE: Caritas - affiliation agreement for clinical clerkships

Rick and I were concerned about a 5m deposit. I need to know more about that and see Rick's ok prior to my sign off. Thanks

--- Original Message ---
From:"Shepherd, Dr. Thomas" <TShepherd@RossU.edu> Sent:Fri 12/22/06
6:26 am To:"Hamburger, Daniel" <dhamburger@devry.com>
Cc:
Subj:RE: Caritas - affiliation agreement for clinical clerkships

This is the Wychoff deal I spoke to you about Tuesday. There is a $5m deposit on 12/27 to lock in increased rotations at a significant discount, and fixed for four years. We also receive interest on the unamortized funds. Legal has revised the draft and we are talking with Rick (who is aware of this) at 9:00 this morning. What I sent you was the summary of the deal. It is a good one.

Tom

-----Original Message-----
From: Hamburger, Daniel [mailto:dhamburger@devry.com]
Sent: Thu Dec 21 22:41:05 2006
To: Shepherd, Dr. Thomas
Subject: RE: Caritas - affiliation agreement for clinical
clerkships

Tom, do I need to read any of these? Thx Daniel

--- Original Message ---
From:"Shepherd, Dr. Thomas" <TShepherd@RossU.edu> Sent:Thu 12/21/06
4:27 pm To:"Perri, Dr.Nancy" <NPerri@RossU.edu>, "Smith, Virginia A" <vsmith@devry.com>, "St. James, John" <jstjames@RossU.edu> Cc:"Webster, David" <Dwebster@devry.com>, "Gunst, Richard" <rgunst@devry.com>, "Kroen, John" <jkroen@devry.com>, "Hamburger, Daniel"

<dhamburger@devry.com>
Subj:RE: Caritas - affiliation agreement for clinical clerkships

Good reviews. We will have final review tomorrow. Thanks Virginia for a quick turn-around.
Tom

-----Original Message-----
From: Perri, Dr.Nancy
Sent: Thu Dec 21 17:22:52 2006
To: 'Smith, Virginia A'; St. James, John; Shepherd, Dr. Thomas
Cc: Webster, David; 'Gunst, Richard'; 'Kroen, John'; Hamburger, Daniel
Subject: RE: Caritas - affiliation agreement for clinical
clerkships

Looks good.
Thanks much.
Nancy

-----Original Message-----
From: Smith, Virginia A [mailto:vsmith@devry.com]
Sent: Thu Dec 21 17:14:12 2006
To: St. James, John; Shepherd, Dr. Thomas; Perri, Dr.Nancy
Cc: Webster, David; Gun

ROSS015154