# Exhibit 41

**From:** St. James, John
**To:** 'Julius Romero'
**Cc:** 'julius romero'; Perri, Dr.Nancy
**Sent:** Friday, December 29, 2006 11:45 AM
**Subject:** RE: Final Discussions on Caritas and the Wyckoff Relationship

Nancy has also suggested a face to face. Relax now and we will get on it next weehpk. Thank you for your help.

-----Original Message-----
From: Julius Romero [mailto:romero_julius@yahoo.com]
Sent: Thu Dec 28 22:27:37 2006
To: St. James, John
Cc: julius romero; Perri, Dr.Nancy
Subject: Final Discussions on Caritas and the Wyckoff Relationship

John,

This is pertinent to the separate discussions with you and Virginia today. The agreements for Caritas and Wyckoff, although separate, have similar commitments to RUSM students, as well as written and mutual agreements with RUSM organization.

In my opinion, the past month or so challenged our (usually) fluid communication and constructive interaction, and may have raised some concerns (or defensive measures) among individuals within our organizations. As a suggestion, we should get together and discuss enhancing, if not strengthening the relationship between these two organizations even more within the next several weeks.

We serve parallel missions, and will move forward together.

Meanwhile, let me get back to what is left of this holiday break. I will be back at the office on Tuesday. Enjoy your holiday.

Julius

p.s. The wire transaction was confirmed this afternoon. Thank you for your facilitation.

"St. James, John" <jstjames@RossU.edu> wrote:
   @page Section1 {size: 8.5in 11.0in; margin: 1.0in 1.25in 1.0in 1.25in; } P.MsoNormal { FONT-SIZE: 12pt; MARGIN: 0in 0in 0pt; FONT-FAMILY: "Times New Roman" } LI.MsoNormal { FONT-SIZE: 12pt; MARGIN: 0in 0in 0pt; FONT-FAMILY: "Times New Roman" } DIV.MsoNormal { FONT-SIZE: 12pt; MARGIN: 0in 0in 0pt; FONT-FAMILY: "Times New Roman" } A:link { COLOR: blue; TEXT-DECORATION: underline } SPAN.MsoHyperlink { COLOR: blue; TEXT-DECORATION: underline } A:visited { COLOR: purple; TEXT-DECORATION: underline } SPAN.MsoHyperlinkFollowed { COLOR: purple; TEXT-DECORATION: underline } SPAN.EmailStyle17 { FONT-WEIGHT: normal; COLOR: windowtext; FONT-STYLE: normal; FONT-FAMILY: Arial; TEXT-DECORATION: none; mso-style-type: personal-compose } DIV.Section1 { page: Section1 }   Julius,

Just wanted to make sure you got this.

JTS

--------------------------------
From: St. James, John
Sent: Thursday, December 28, 2006 2:03 PM

ROSS036437

To: Shepherd, Dr. Thomas; 'Smith, Virginia A'
Cc: Perri, Dr.Nancy; O'Leary, Susan; 'romero_julius@yahoo.com'; 'jur9004@NYP.org'
Subject: RE: Affiliation agreements
Importance: High
Sensitivity: Confidential


Tom and Virginia,

Tom this is place of the phone call.

Nancy and I have communicated with Julius (who I have included on this e-mail). His management and he have read and understand Virginia's communication (e-mail attached) and they have executed the document and we are now receipt of their signed copy. (About 1:45 PM EST)

We will execute the transfer of funds now (Between 2 PM and 3 PM today).

Virginia, thank you for your help on this and have a good New Year's.

JTS


---------------------------------
From: Smith, Virginia A [mailto:vsmith@devry.com]
Sent: Thursday, December 28, 2006 12:17 PM
To: jur9004@NYP.org; djg@NYP.org
Cc: Hamburger, Daniel; Gunst, Richard; Webster, David; Shepherd, Dr. Thomas; St. James, John; Perri, Dr.Nancy
Subject: Affiliation agreements


Julius,

Attached is a revised draft of the above-referenced agreement. This is a clean copy, suitable for execution.

In accordance with our conversation earlier this morning, the sole change to the document is the deletion in Exhibit of the paragraph referencing the existing agreement between Ross and Wyckoff. As we discussed, the Wyckoff agreement currently provides for a rate of $312.50 per week, per clinical clerkship, until the parties mutually agree otherwise.

You have represented to me that it is your intention that the term of Wyckoff rate be, at a minimum, co-extensive with the term of the rate for the Caritas agreement. You have agreed to confirm this in writing, subsequent to our closure of the Caritas agreement.

If the agreement is now satisfactory to you, please print two copies, sign both, and provide them to Ross. They should sign both, and return one fully executed original for your records.

It was a pleasure speaking with you this morning. Please do not hesitate to contact me if you have any questions or require additional assistance in connection with this matter.

Kind regards,

Virginia A. Smith

ROSS036438

Assistant General Counsel
Legal Department
DeVry Inc.
One Tower Lane
Oakbrook Terrace, IL 60181
630-706-3308
630-574-1693 (fax)
vsmith@devry.com

ROSS036439