# Exhibit 51

| | |
|---|---|
| **From:** | Smith, Virginia A |
| **To:** | JRomero |
| **Cc:** | Shepherd, Dr. Thomas; St. James, John; Perri, Dr.Nancy |
| **Sent:** | Friday, January 12, 2007 12:23 PM |
| **Subject:** | RE: Ross-Wyckoff |

Julius,

Thank you for this. These notes generally correspond to mine, and it would appear that most of the conditions precedent have taken place. DeVry's proposal to make the term of the rates for both agreements co-extensive was the position for which I was given instructions at the time, but, of course, any final decisions on these business terms are within the purview of my clients. I have copied Tom Shepherd and his staff on my response in order to facilitate the scheduling of the conference call.

Have a great weekend and talk with you soon!

Virginia
630-706-3308

---

**From:** JRomero [mailto:JRomero@BQHCNY.ORG]
**Sent:** Thursday, January 11, 2007 11:20 PM
**To:** Smith, Virginia A
**Subject:** Ross-Wyckoff
**Importance:** High

Virginia,

A teleconference with Tom and John is ok next week. I have noted the following items during our telephone conversation on December 28, 2007 (11:20 am Eastern):

1. The Ross-Caritas agreement should (will) not have any references to Wyckoff Heights Medical Center.

2. A finalized agreement between Ross and Caritas will be signed after the abovementioned reference is deleted.

3. Prepayment amount ($5M) will be wired by Ross to Caritas by the end of business day on 12/28/06.

4. There is an existing agreement between Ross and Wyckoff, originally signed in 1997, with subsequent addenda outlining remuneration for clerkship and other services, and extension of clinical training agreements for RUSM students at the site.

5. DeVry/Ross have expressed concerns about the current affiliation agreement (particularly on the clerkship rate) at Wyckoff which was renewed in July 2006 at $312.50 per week. Further discussions on this issue presented:
a. The Ross-Wyckoff agreement is separate from the Ross-Caritas agreement, and does not hinge on the consummation of the latter.
b. The Ross-Wyckoff agreement does not outline a 'sunset' date, but offers up to 60 days prior notice on any cancellation or term changes, and such must be mutually agreed by both parties.
c. The clerkship rate at Wyckoff prior to July 1, 2006 was at $275 per week for several years. Following such pattern or history, it was discussed that the current rate may not change until mutually agreed by both parties.

6. It was discussed that the existing Ross-Wyckoff agreement, which is relatively new, may not change, and can very well offer a clerkship rate co-extensive to the Ross-Caritas agreement if both parties agree (as stated in note #5).

Personally, I am certain that we can come to mutual terms on concerns and issues raised by both parties (Ross and Wyckoff) during the past several weeks of negotiations, including your proposal of the current Wyckoff rate to be co-extensive to the term of the Ross-Caritas agreement. Feel free to discuss the notes above and arrange a formal teleconference with key individuals from our institutions. This way, we are all on the same page.

Julius

ROSS008387

Julius Romero
Brooklyn Queens Health Care, Inc.


Thank you for this, Julius. I would be happy to discuss the details of the ï¿½â‚¬Å"confirming letterï¿½â‚¬ï¿½ we had previously agreed to during the Caritas negotiations.

I have copied Tom Shepherd and John St. James on this in order to determine whether they would like to be party to that conversation. Since I will be meeting with Tom and John next week, it may be more effective to schedule something during that visit.

Have a good evening,

Virginia
630-706-3308

**From:** JRomero [mailto:JRomero@BQHCNY.ORG]
**Sent:** Thursday, January 11, 2007 3:52 PM
**To:** Smith, Virginia A
**Cc:** Ore Mor
**Subject:** RE: Letter of confirmation - agreement between Ross University and Wyckoff
**Importance:** High

Hello Virginia,

Happy new year!

Now that things have slowed down a bit, we must indeed follow up on our past conversation regarding the current agreement with Wyckoff, and the newly-minted agreement with Caritas. Allow me to set up a confererence call with you tomorrow to discuss and clarify the details of our conversation on December 28, 2006.

Please forward a communique allowing a convenient time for you to be called.

Thanks.

Julius
Cell (203) 252-1081



Julius Romero
Office of Medical Education
Brooklyn Queens Health Care, Inc.
Wyckoff Heights Medical Center
Caritas - Mary Immaculate Hospital and Saint John's Queens Hospital
(718) 963-7529
Fax (718) 290-1421


**From:** Smith, Virginia A [mailto:vsmith@devry.com]
**Sent:** Wed 1/10/2007 8:15 PM
**To:** JRomero
**Subject:** FW: Letter of confirmation - agreement between Ross University and Wyckoff

Just in case you did not receive the first transmittal ...

**From:** Smith, Virginia A

ROSS008388

**Sent:** Wednesday, January 10, 2007 7:08 PM
**To:** 'JUR9004@NYP.org'
**Cc:** ShepherdX, Tom; St. JamesX, John; Perri, Nancy
**Subject:** Letter of confirmation - agreement between Ross University and Wyckoff

Julius,

Happy New Year!

I wanted to wait until the dust had settled from our activity on the agreement between Ross and Caritas, before I checked on the status of the confirmation for the above-referenced agreement. As you may recall, we agreed that you would provide a written confirmation of your intention that the Wyckoff rate be $312.50 per week and that the term be, at a minimum, co-extensive with the term of the rate for the Caritas.

To date, I have not received a draft of this confirmation for my review. If you would prefer that I prepare the confirmation, please let me know.

Regards,

Virginia A. Smith
Assistant General Counsel
Legal Department
DeVry Inc.
One Tower Lane
Oakbrook Terrace, IL 60181
630-706-3308
630-574-1693 (fax)
vsmith@devry.com

This electronic message is intended to be for the use only of the named recipient, and may contain information that is confidential or privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the contents of this message is strictly prohibited. If you have received this message in error or are not the named recipient, please notify us immediately by contacting the sender at the electronic mail address noted above, and delete and destroy all copies of this message. Thank you.

ROSS008389