# Exhibit 2

Facility Id.    1318
Certificate No.    7001035H

# State of New York
## Department of Health
## Office of Health Systems Management

### OPERATING CERTIFICATE

## Hospital

**Wyckoff Heights Medical Center**
374 Stockholm Street
Brooklyn, New York 11237

Operator:    Wyckoff Heights Medical Center
Operator Class:    Voluntary Not for Profit Corporation

Has been granted this Operating Certificate pursuant to Article 28 of the Public Health Law for the service(s) specified.

Effective Date:    06/05/2009
Expiration Date:    NONE

| Certified Beds - Total | 324 |
| Intensive Care | 16 |
| Maternity | 26 |
| Medical / Surgical | 244 |
| Neonatal Continuing Care | 5 |
| Neonatal Intensive Care | 5 |
| Pediatric | 28 |

| | | |
|---|---|---|
| Ambulatory Surgery - Multi Speciality | CT Scanner | Cardiac Catheterization - Adult |
| | | Intervention Elective |
| Coronary Care | Dental O/P | Emergency Department |
| Clinical Laboratory Service | Magnetic Resonance Imaging | Family Planning O/P |
| Intensive Care | Maternity | Medical Social Services |
| Health Pairs O/P | Neonatal Intensive Care | Nuclear Medicine - Diagnostic | Nuclear Medicine - Therapeutic |
| Medical/Surgical | | Radiology - Diagnostic | Radiology-Therapeutic |
| Neonatal Continuing Care | Primary Medical Care O/P | |
| Pediatric | | Clinic Part Time Services |
| Pharmaceutical Service | Therapy - Physical O/P | |
| Renal Dialysis - Acute | | |
| Respiratory Care | | |

**Ambulance**

**Other Authorized Locations:**

**Hospital Extension Clinic**

Family Health Center
179 Jamaica Avenue
Brooklyn, New York 11207

Wyckoff Heights Medical Center
Extension Clinic
1610 DeKalb Avenue
Brooklyn, New York 11237

Family Health Center Bushwick High School
400 Irving Avenue
Brooklyn, New York 11237

Queensbridge Family Health Center
10-29 41st Avenue
Long Island City, New York 11101

Women's Health Center Ext Clinic
110-112 Wyckoff Avenue
Brooklyn, New York 11237

_Robert _____
Deputy Commissioner
Office of Health Systems Management

20091029

This certificate must be conspicuously displayed on the premises.

_____
Commissioner

Facility Id.                9067
Certificate No.             7001035H

# State of New York
## Department of Health
### Office of Health Systems Management

## OPERATING CERTIFICATE

**Hospital Extension Clinic**

Wyckoff Heights Medical Center Extension Clinic
1610 DeKalb Avenue
Brooklyn, New York 11237

Operator:        Wyckoff Heights Medical Center
Operator Class:  Voluntary Not for Profit Corporation

Has been granted this Operating Certificate pursuant to Article 28 of the Public Health Law to operate an Extension Clinic at the above site for the service(s) specified.

Effective Date:    06/05/2009
Expiration Date:   NONE

_____
Commissioner

This certificate must be conspicuously displayed on the premises.

Primary Medical Care O/P

_____
Deputy Commissioner
Office of Health Systems Management

20091029