# Exhibit 5



# State of New York
## Department of Health
### Office of Health Systems Management

**OPERATING CERTIFICATE**

CERTIFICATE NO 7003027H
PFI NO. 3013

EFFECTIVE DATE 01/01/07
EXPIRATION DATE **NONE**

CERTIFIED BEDS:
| | |
|---|---|
| MEDICAL-SURGICAL | 128 |
| INTENSIVE CARE | 11 |
| CORONARY CARE | 7 |
| TOTAL MED/SURG | 146 |
| PSYCHIATRIC | 24 |
| ALCOHOL DETOX. | 19 |
| TOTAL | 189 |

HOSPITAL

MARY IMMACULATE HOSPITAL
152-11 89TH AVENUE
JAMAICA NY 11432

OPERATOR VOLUNTARY
CARITAS HEALTH CARE PLANNING, INC.

HAS BEEN GRANTED THIS OPERATING CERTIFICATE PURSUANT TO ARTICLE 28
OF THE PUBLIC HEALTH LAW FOR THE SERVICE(S) SPECIFIED:

AMBULATORY SURGERY
CYSTOSCOPY
EMERGENCY DEPARTMENT
LINEAR ACCELERATOR
NUCLEAR MEDICINE (THER)
PRIMARY MEDICAL CARE O/P
SPEECH-LANGUAGE PATHOLOGY
*************************
AUDIOLOGY O/P
DENTAL O/P
FAMILY PLANNING O/P
METHADONE MAINTENANCE O/P
PART TIME CLINICS
PSYCHIATRIC O/P
*************************
CT SCANNER
DESIGNATED AIDS CENTER
HEALTH FAIRS
NUCLEAR MEDICINE (DIAG)
PHYSICAL THERAPY O/P
SOCIAL WORK SERVICE
*************************

OTHER AUTHORIZED LOCATION(S) 5

ST JOHNS QUEENS HOSPITAL
90-02 QUEENS BLVD
ELMHURST 11373

ST JOHNS QUEENS FAMILY HEALTH CTR
95-25 QUEENS BOULEVARD
ELMHURST 11373

MOBILE MAMMOGRAPHY VAN
152-11 89TH AVENUE
JAMAICA 11432

ST DOMINIC'S FAMILY HEALTH CENTER
114-39 SUTPHIN BOULEVARD
JAMAICA 11436

MARY IMMAC HOSP DIV MMTP UNITS I&II
147-1B ARCHER AVENUE
JAMAICA 11435

THIS CERTIFICATE MUST BE CONSPICUOUSLY DISPLAYED ON THE PREMISES.

DOH-3021 (3/07)

APR-24-2008 09:39 From:FINANCE 718 558 1437 To:718 906 3978 P.2/2

# State of New York
## Department of Health
### Office of Health Systems Management

**OPERATING CERTIFICATE**

PFI NO. 1634
FAC ID NO. 7003027H

EFFECTIVE DATE 01/01/07
EXPIRATION DATE **NONE**

CERTIFIED BEDS:

| | |
|---|---|
| MEDICAL-SURGICAL | 177 |
| INTENSIVE CARE | 10 |
| CORONARY CARE | 10 |
| TOTAL MED/SURG | 197 |
| MATERNITY | 30 |
| **TOTAL** | **227** |

**HOSPITAL**

ST JOHNS QUEENS HOSPITAL
90-02 QUEENS BLVD
ELMHURST NY 11373

OPERATOR
VOLUNTARY
CARITAS HEALTH CARE PLANNING, INC.

HAS BEEN GRANTED THIS OPERATING CERTIFICATE PURSUANT TO ARTICLE 28 OF THE PUBLIC HEALTH LAW FOR THE SERVICE(S) SPECIFIED:

AMBULATORY SURGERY
CYSTOSCOPY
EMERGENCY DEPARTMENT
NUCLEAR MEDICINE (DIAG)
PHYSICAL THERAPY O/P
****************************

CARDIAC CATHETERIZATION(ADULT)
DENTAL O/P
HEALTH FAIRS
PART TIME CLINICS
PRIMARY MEDICAL CARE O/P
*****************************

ACUTE RENAL DIALYSIS
CT SCANNER
DESIGNATED AIDS CENTER
MAGNETIC RESONANCE IMAGING
PEDIATRIC O/P
SOCIAL WORK SERVICE
*****************************

OTHER AUTHORIZED LOCATION(S) 5

MARY IMMACULATE HOSPITAL
152-11 89TH AVENUE
JAMAICA 11432

ST DOMINIC'S FAMILY HEALTH CENTER
114-39 SUTPHIN BOULEVARD
JAMAICA 11436

ST JOHNS QUEENS FAMILY HEALTH CTR
95-25 QUEENS BOULEVARD
ELMHURST 11373

MARY IMMAC HOSP DIV MMTP UNITS I&II
147-18 ARCHER AVENUE
JAMAICA 11435

MOBILE MAMMOGRAPHY VAN
152-11 89TH AVENUE
JAMAICA 11432

_____ M.D.
COMMISSIONER

_____
AREA ADMINISTRATOR

DOH-347 (3/07)

THIS CERTIFICATE MUST BE CONSPICUOUSLY DISPLAYED ON THE PREMISES.