UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
ROSS UNIVERSITY SCHOOL OF
MEDICINE, LTD.,

                Plaintiff,

    -against-

BROOKLYN-QUEENS HEALTH CARE,
INC. and WYCKOFF HEIGHTS MEDICAL
CENTER,

                Defendants.
---------------------------------------------------------x

09 Civ. 1410 (KAM) (RLM)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                           ) ss.:
COUNTY OF NEW YORK  )

        **PHILIP M. SELIGER**, being duly sworn, deposes and says:

    1.    I am not a party to this action and I am over 18 years of age.

    2.    On the 2nd day of December, 2011, I served a true copy of the following documents in the manner described below:

**Documents Served:**

- Defendants' Notice of Motion for Partial Summary Judgment

- Rule 56.1 Statement of Undisputed Facts in Support of Defendants' Motion for Partial Summary Judgment

- Defendants' Memorandum of Law in Support of Their Motion for Partial Summary Judgment Dismissing Two of Plaintiff's Principal Theories of Liability

- Declaration of Justin H. Roeber in Support of Defendants' Motion for Partial Summary Judgment (Volume 1 of 2 and Volume 2 of 2)

- Declaration of David N. Hoffman, Esq. in Support of Defendants' Motion for Partial Summary Judgment

NY-930545 v1

- Declaration of Vincent Arcuri in Support of Defendants' Motion for Partial Summary Judgment

- Declaration of John H. Cook, Jr. in Support of Defendants' Motion for Partial Summary Judgment

- Declaration of Adam Figueroa in Support of Defendants' Motion for Partial Summary Judgment

- Declaration of A.C. Rao, M.D. in Support of Defendants' Motion for Partial Summary Judgment

- Declaration of Emil Rucigay in Support of Defendants' Motion for Partial Summary Judgment

**Served Upon:**

George Tzanetopoulos, Esq.
Baker Hostetler
191 North Wacker Drive, Suite 1300
Chicago, Illinois 60606

*Counsel for Plaintiff*
*Ross University School of Medicine, Ltd.*

**Manner of Service:**

By E-mail and by FedEx

_____
Philip M. Seliger

Sworn to before me this
18th day of January, 2012

_____
Notary Public

ROXANA I. CIULEI
Notary Public - State of New York
No. 01CI6234360
Qualified in Queens County
My Commission Expires January 18, 2015

2