UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
ROSS UNIVERSITY SCHOOL OF
MEDICINE, LTD.,

Plaintiff,

– against –

BROOKLYN-QUEENS HEALTH CARE,
INC. and WYCKOFF HEIGHTS MEDICAL
CENTER,

Defendants.
-------------------------------------------------X

09 Civ. 1410 (KAM) (RLM)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that Plaintiff Ross University School of Medicine, Ltd., by its attorneys Baker & Hostetler LLP, upon the annexed Local Rule 56.1 Statement of Material Facts, the associated exhibits attached thereto, and the accompanying Memorandum of Law, will move this Court, before the Honorable Kiyo A. Matsumoto, United States District Judge, Eastern District of New York, United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, 11201, for an order pursuant to Fed. R. Civ. P. 56 and Local Civil Rule 56.1 for partial summary judgment and for such other relief as this Court deems proper.

Respectfully submitted,

**BAKER & HOSTETLER LLP**

Sammi Malek
45 Rockefeller Plaza, 11th Floor
New York, New York 10111
Tel: (212) 589-4200
Fax: (212) 589-4201
smalek@bakerlaw.com

/ s/ George Tzanetopoulos
George Tzanetopoulos
191 North Wacker Drive, Suite 3100
Chicago, Illinois, 60606
Tel: (312) 416-6200
Fax: (312) 416-6201
gtzanetopoulos@bakerlaw.com

*Counsel for Plaintiff Ross University School of Medicine, Ltd.*

To:    Walter P. Loughlin
        Justin H. Roeber
        K&L Gates
        599 Lexington Avenue
        New York, New York  10022-6030

        *Counsel for Defendants Brooklyn Queens Health Care, Inc.*
        *& Wyckoff Heights Medical Center*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
ROSS UNIVERSITY SCHOOL OF
MEDICINE, LTD.,                                                        09 Civ. 1410 (KAM) (RLM)

Plaintiff,

– against –

BROOKLYN-QUEENS HEALTH CARE,
INC. and WYCKOFF HEIGHTS MEDICAL
CENTER,

Defendants.
-------------------------------------------------X

## CERTIFICATE OF SERVICE

      I, George J. Tzanetopoulos, attorney for Ross University School of Medicine, Ltd., certify that on December 2, 2011, I caused a true and correct copy of the foregoing **Notice of Motion, Local Rule 56.1 Statement of Material Facts and Appendix, and Memorandum of Law** to be served upon counsel of record listed below by email and by overnight courier:

      Walter P. Loughlin
      Justin H. Roeber
      K&L Gates
      599 Lexington Avenue
      New York, New York  10022-6030


                                                _____/s/ George J. Tzanetopoulos_____