UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
ROSS UNIVERSITY SCHOOL OF
MEDICINE, LTD.,                                              09 Civ. 1410 (KAM) (RLM)

Plaintiff,                                                              **NOTICE OF MOTION**

– against –

BROOKLYN-QUEENS HEALTH CARE,
INC. and WYCKOFF HEIGHTS MEDICAL
CENTER,

Defendants.
-------------------------------------------------X

**PLEASE TAKE NOTICE** that Plaintiff Ross University School of Medicine, Ltd., by its attorneys Baker & Hostetler LLP, upon the accompanying Memorandum of Law and exhibits thereto, will move this Court, before the Honorable Kiyo A. Matsumoto, United States District Judge, Eastern District of New York, United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, 11201, for an order pursuant to Fed. R. Evid. 403 and 702 to preclude defendants' Fed. R. Civ. P. 26(a)(2) witness Anthony G. Duffy and for such other relief as this Court deems proper.

Respectfully submitted,

**BAKER & HOSTETLER LLP**

/ s/ George Tzanetopoulos

| | |
|---|---|
| Sammi Malek | George Tzanetopoulos |
| 45 Rockefeller Plaza, 11th Floor | 191 North Wacker Drive, Suite 3100 |
| New York, New York 10111 | Chicago, Illinois, 60606 |
| Tel: (212) 589-4200 | Tel: (312) 416-6200 |
| Fax: (212) 589-4201 | Fax: (312) 416-6201 |
| smalek@bakerlaw.com | gtzanetopoulos@bakerlaw.com |

*Counsel for Plaintiff Ross University School of Medicine, Ltd.*

To: Walter P. Loughlin
Justin H. Roeber
K&L Gates
599 Lexington Avenue
New York, New York 10022-6030

*Counsel for Defendants Brooklyn Queens Health Care, Inc.
& Wyckoff Heights Medical Center*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X
ROSS UNIVERSITY SCHOOL OF
MEDICINE, LTD.,                                             09 Civ. 1410 (KAM) (RLM)

Plaintiff,

– against –

BROOKLYN-QUEENS HEALTH CARE,
INC. and WYCKOFF HEIGHTS MEDICAL
CENTER,

Defendants.
-----------------------------------------------X

## CERTIFICATE OF SERVICE

I, George J. Tzanetopoulos, attorney for Ross University School of Medicine, Ltd., certify that on December 2, 2011, I caused a true and correct copy of the foregoing **Notice of Motion and Memorandum of Law in Support of Motion to Preclude Defendants' Expert Witness and Exhibits** to be served upon counsel of record listed below by email and by overnight courier:

> Walter P. Loughlin
> Justin H. Roeber
> K&L Gates
> 599 Lexington Avenue
> New York, New York  10022-6030

                _____/s/ George J. Tzanetopoulos_____