UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
ROSS UNIVERSITY SCHOOL OF
MEDICINE, LTD.,

09 Civ. 1410 (KAM) (RLM)

Plaintiff,

– against –

BROOKLYN-QUEENS HEALTH CARE,
INC. and WYCKOFF HEIGHTS MEDICAL
CENTER,

Defendants.
-------------------------------------------------X

## PLAINTIFF ROSS UNIVERSITY'S APPENDIX TO RESPONSE TO DEFENDANTS' 56.1 STATEMENT OF UNDISPUTED FACTS & ADDITIONAL FACTS REQUIRING THE DENIAL OF SUMMARY JUDGMENT

### VOLUME 1

Deposition of Rajiv Garg ............................................................................................. A

Deposition of Paul Goldberg ....................................................................................... B

Deposition of David Hoffman ..................................................................................... C

Deposition of Harold McDonald ................................................................................. D

Deposition of Julius Romero ....................................................................................... E

Deposition of Emil Rucigay (06/13/11) ...................................................................... F

Deposition of Emil Rucigay (07/05/11) ...................................................................... G

Deposition of Thomas Singleton ................................................................................. H

Deposition of John St. James ...................................................................................... I