# APPENDIX A

UNITED STATES DISTRICT COURT

EASTERN DISTRICT
-------------------------------------X

ROSS UNIVERSITY MEDICAL SCHOOL

       Plaintiff,

          Index No. 09CV01410

    -against-

BROOKLYN-QUEENS HEALTH CARE AND
WYCKOFF HEIGHTS MEDICAL CENTER,

        Defendants.
-------------------------------------X

   374 Stockholm Street
   Brooklyn, New York 11237

   June 24, 2011
   10:00 a.m.

        EXAMINATION BEFORE TRIAL

of RAJIV GARG, a Defendant, by

George J. Tzanetopoulos, pursuant

to Article 31 of the Civil Practice

Law & Rules of Testimony, and

Notice, held at the above-mentioned

time and place, before Paul

Goldstein, a shorthand reporter and

Notary Public of the State of New

York.

2

A P P E A R A N C E S :

BAKER HOSTETLER, LLP
    Attorneys for the Plaintiff
    191 North Wacker Drive
    Chicago, IL 60606
    BY: GEORGE J. TZANETOPOULOS

K&L GATES, LLP
    Attorneys for the Defendants
    599 Lexington Avenue
    New York, New York 10022
    BY: WALTER P. LOUGHLIN

WYCKOFF HEIGHTS MEDICAL CENTER
    Office of General Counsel
    374 Stockholm Street
    Brooklyn, New York 11237
    BY: DAVID N. HOFFMAN

4

Rule, during the course of the examination persons In attendance shall not make statements or comments That interfere with the questioning.

THAT a deponent shall answer all questions at A deposition, except (i) to preserve a privilege or Right of confidentiality, (ii) to enforce 'a Limitation set forth in an order of a court, Or (iii) when the question is plainly improper And would, if answered, cause significant Prejudice to any person. An attorney shall Not direct a deponent not to answer except as Provided in CPLR Rule 3115 or this Subdivision. Any refusal to answer or Direction not to answer shall be accompanied By a succinct and clear statement of the basis Therefore. If the deponent does not answer a Question, the examining party shall have the Right to complete the remainder of the Deposition.

THAT an attorney shall not interrupt the Deposition for the purpose of communicating With the deponent unless all parties consent

3

S T I P U L A T I O N S :

IT IS HEREBY STIPULATED AND AGREED by and Between the attorneys for the respective parties Herein, and in compliance with Rule 221 of the Uniform Rules for the Trial Courts:

THAT the parties recognize the provision of Rule 3115 subdivisions (b), (c) and/or (d). All Objections made at a deposition shall be noted by The officer before whom the deposition is taken, And the answer shall be given and the deposition Shall proceed subject to the objections and to the Right of a person to apply for appropriate relief, Pursuant to Article 31 of the CPLR.

THAT every objection raised during a Deposition shall be stated succinctly and framed so as not to suggest an answer to the deponent and, at The request of the questioning attorney, shall Include a clear statement as to any defect in form Or other basis of error or irregularity. Except to The extent permitted by CPLR Rule 3115 or by this

5

Or the communication is made for the purpose Of determining whether the question should not Be answered on the grounds set forth in Section 221.2 of these rules and, in such Event, the reason for the communication shall be stated for the record succinctly and Clearly.

THAT failure to object to any question or To move to strike to testimony at this 5J Examination shall not be a bar or waiver to Make such objection or motion at the time of the trial of this action, and is hereby Reserved; and

THAT this examination may be signed and Sworn to by the witness examined herein before any Notary Public, but failure to do so or to Return the original of the examination to the Attorney on whose behalf the examination is Taken shall not be deemed a waiver of the rights provided by Rules 3116 and 3117 of the CPLR, and shall be controlled thereby, and THAT certification and filing of the Original of this examination are waived; and

2  (Pages 2 to 5)

**Page 6**

1 THAT the questioning attorney shall
2 Provide counsel for the witness examined
3 Herein with a copy of this examination at no
4 charge.

**Page 7**

1 The witness herein, having been first
2 duly sworn by Paul Goldstein, a Notary Public
3 of the State of New York was examined and
4 testified as follows:
5 EXAMINATION BY
6 MR. TZANETOPOULOS:
7 Q. My name is George Tzanetopoulos. I
8 represent the Plaintiff, Ross University
9 School of Medicine, in this case.
10 Good morning.
11 A. Good morning.
12 Q. This is the deposition of Rajiv Garg,
13 in the matter of Ross University School of
14 Medicine, Limited, versus Brooklyn-Queens
15 Health Care and Wyckoff Heights Medical
16 Center, Case Number 09CV01410.
17 The deposition is both -- has both
18 been noticed for for Mr. Garg in his personal
19 capacity, and also Mr. Garg is being
20 presented as, or in response to Plaintiff's
21 Notice.
22 As I understand it, Mr. Garg will be
23 testifying on behalf of both Defendants.
24 Q. Mr. Garg, have you ever given a
25 GARG

**Page 8**

1 deposition before?
2 A. Yes.
3 Q. On how many occasions?
4 A. Three.
5 Q. What sorts of cases, just generally?
6 A. (No audible response.)
7 Q. In what sorts of cases were those
8 depositions given?
9 A. Matters relating to Wyckoff.
10 Q. In a general nature, contract
11 disputes, personal injury?
12 A. Employment and contract dispute.
13 Q. Well, you've been through the drill,
14 so I'll give you the short version of the
15 instructions.
16 As you know, I'll be asking you
17 questions and you'll be giving answers. The
18 court reporter is taking down what is said
19 here.
20 If, at any point, you don't
21 understand my question, or don't hear me,
22 please let me know, and I'll repeat it.
23 All right?
24 A. (No audible response.)

**Page 9**

1 Q. That's the next instruction. You
2 have to answer, in words.
3 He can't take down when you nod up
4 and down.
5 A. I understand.
6 Q. Thank you. If, at any point, you
7 need a break, just let us know and we'll be
8 happy to accommodate you.
9 Do you understand that you have been
10 designated to testify in a deposition today,
11 as to the knowledge of Brooklyn-Queens Health
12 Care, and Wyckoff Heights Medical Center on
13 certain topics?
14 A. Yes, I do.
15 Q. What have you done to prepare for
16 your deposition today?
17 A. I conferred with counsel.
18 Q. Which counsel?
19 A. Internal counsel and external
20 counsel.
21 Q. Mr. Hoffman, internally?
22 A. Yeah.
23 Q. Mr. Loughlin, outside?
24 A. Yes.

10

1  Q. Did you confer with anybody else to
2  prepare for today?
3  A. No.
4  Q. Did you speak with anybody else at
5  Wyckoff Heights Medical Center to obtain
6  information on the topics, for which, you're
7  designated to testify?
8  A. I cannot answer the question the way
9  it's been asked.
10  Q. Did you speak to anybody at Wyckoff
11  to get information to testify about those
12  topics?
13  A. No.
14  Q. Anybody at Brooklyn-Queens Health
15  Care?
16  A. No.
17  Q. How much time did you spend with
18  counsel to prepare for today's testimony?
19  A. I didn't calculate it, but I guess a
20  couple of hours.
21  Q. All right. Did you review any
22  documents to prepare for today's testimony?
23  A. Just one notice.
24  Q. Okay. Other than the deposition
25

11

1  notice, did you review any documents to
2  prepare for today?
3  A. Just what I conferred with counsel
4  on.
5  Q. Did they show you documents?
6  MR. LOUGHLIN: Objection. I instruct
7  you not to answer.
8  MR. TZANETOPOULOS: Whether he was
9  shown documents? It's a 30(b)(6) deposition.
10  MR. LOUGHLIN: Yeah. But then you're
11  gonna ask, "What documents?"
12  That intrudes on our communications,
13  and our preparation.
14  Q. What was the volume of documents that
15  you reviewed with counsel? How many pieces
16  of paper, or, how many different documents?
17  A. I don't really recollect.
18  Q. What positions -- just to close this
19  out -- other than the consultation with
20  counsel, and reviewing the few documents that
21  you reviewed with counsel, did you do
22  anything else to prepare for today's
23  deposition?
24  A. No.
25

12

1  Q. What positions have you held at
2  Wyckoff Heights Medical Center?
3  A. Originally, trustee. And then, the
4  CEO position.
5  Q. When did you first become a trustee
6  on the board of Wyckoff?
7  A. Probably, April 2008.
8  Q. And when did you become Chief
9  Executive Officer at Wyckoff?
10  A. November 2008.
11  Q. Have you been Chief Executive Officer
12  at Wyckoff continuously since November 2008?
13  A. Yes.
14  Q. And have you served on the Board of
15  Trustees of Wyckoff continuously since April
16  2008?
17  A. Yes.
18  Q. Have you ever held any position at
19  Brooklyn-Queens Health Care?
20  A. Yes. I think, for a short period, I
21  was one of the trustees.
22  Q. When were you a trustee for Brooklyn-
23  Queens Health Care?
24  A. Some time in May or June of 2008. I
25

13

1  don't remember the end date.
2  Q. I know you can't do it precisely, but
3  your best estimate of when you ceased to be a
4  trustee of Brooklyn-Queens Health Care?
5  A. I would say, sometime -- either late
6  2008 or early 2009.
7  Q. And what were the circumstances that
8  led to you ceasing to be a trustee for
9  Brooklyn-Queens Health Care?
10  A. I think my position as CEO at
11  Wyckoff, was the reason I had to step down.
12  Q. Who was it that suggested you should
13  step down?
14  A. I think it was a combination of the
15  board and internal counsel.
16  Q. Okay. Have you ever been a corporate
17  officer of Brooklyn-Queens Health Care?
18  A. (No audible response.)
19  Q. Is that no?
20  A. No, sorry.
21  Q. If you don't do this for a living,
22  it's hard to keep track, but you're doing
23  fine.
24  Have you held any positions at
25

4 (Pages 10 to 13)

16

1    Caritas Health Care?
2        A.  Trustee.
3        Q.  When were you a trustee on the Board
4    of Directors at Caritas Health Care?
5        A.  Same period as Brooklyn-Queens Health
6    Care.
7        Q.  So, May 2008 through late 2008 or
8    early 2009?
9        A.  Correct.
10       Q.  Were you ever a corporate officer of
11   Caritas Health Care?
12       A.  No.
13       Q.  As you know, we're here today about a
14   dispute concerning an affiliation agreement
15   between Ross University School of Medicine
16   and Brooklyn-Queens Health Care.
17       Did you have anything to do with the
18   original affiliation agreement between Ross
19   and BQHC?
20       A.  No.
21       Q.  Did you have anything to do with the
22   negotiation of any of the amendments to that
23   agreement?
24       A.  No.
25

1    of salaries or board fees, that were paid
2    to such officers and trustees and the
3    identity of the entity that paid them.
4        At the present who are the trustees
5    of Brooklyn-Queens Health Care?
6        A.  I don't know.
7        Q.  Do you know the identity of those
8    trustees for any period of time, from 2006 to
9    the present?
10       A.  Some of them.  I don't know about
11   2006, but from 2008 to the present, I would
12   know some.
13       Q.  Which ones do you know?
14       A.  For Wyckoff?
15       Q.  Let's start with BQHC.
16       A.  I can count four names.  Mr. Rucigay,
17   Mr. Arcuri -- I just remember those two.
18       Q.  Mr. Rucigay -- that's Emil Rucigay?
19       A.  Yes.
20       Q.  Do you know what periods of time
21   Mr. Rucigay and Mr. Arcuri served as board
22   members of BQHC?
23       A.  I would only know the period I was on
24   the board.
25

15

1        Q.  Can ask you to mark that notice,
2    please, as the first exhibit.
3        (Whereupon, the document was marked as
4    Plaintiff's Exhibit 1.)
5        Mr. Garg, let me show you (handing.)
6    a document that the court reporter has marked
7    as Deposition Exhibit Number 1.  It's the
8    notice of a 30(b)(6) deposition of the
9    Defendants for today's deposition.
10       Is Exhibit 1 the notice you were
11   shown by counsel?
12       A.  I believe so.
13       Q.  All right.  If I can please direct
14   your attention to the third page, the list of
15   topics.
16       A.  Yes.
17       Q.  Let's start today with testimony
18   concerning those topics.
19       A.  Yes.
20       Q.  And I think I'll go bottom to top.
21       So, let's start with Topic Number 10,
22   which asks for testimony concerning the
23   identity and dates of service of the officers
24   and trustees of BQHC and Wyckoff and Caritas,
25

17

1        MR. LOUGHLIN:  I should say, of
2    course, that we've provided the board minutes
3    going back to at least 2006, for all the
4    entities, which list the people who attend
5    those and their capacities, which is
6    obviously a more reliable source of this
7    information than to test Mr. Garg's memory
8    about who may have served on a board from
9    2006 forward, for one or more of the
10   entities.
11       MR. TZANETOPOULOS:  This is no memory
12   test.  Let me address this directly, because
13   it's going to come up.
14       Under 30(b)(6) we're entitled to
15   sworn versions by Defendants about who their
16   trustees were, and at what period of time.
17       MR. LOUGHLIN:  For a five-year
18   period?
19       MR. TZANETOPOULOS:  Yes.
20       MR. LOUGHLIN:  For three different
21   entities?
22       MR. TZANETOPOULOS:  Yes.
23       MR. HOFFMAN:  Well, then it is a
24   memory test.
25

5  (Pages 14 to 17)

18

1    MR. TZANETOPOULOS:  Well, you're
2  obliged to prepare him.  And if you feel he
3  needs an outline, that's fine.  I've seen
4  that done plenty.
5    MR. LOUGHLIN:  I would never provide
6  a witness with an outline that he would read
7  at a deposition.  I've never heard of such a
8  practice.  But, anyway, ask your question,
9  and Mr. Garg will answer it as best he can.
10  **Q.  Do you recall the identity or dates**
11  **of service of any other Brooklyn-Queens**
12  **Health Care trustees?**
13    A.  No. I'm trying to remember his name.
14  There were two gentlemen, one I think was a
15  local bishop, and the second one was.  Oh,
16  I've got a bad memory, um -- the Fidelis
17  Chairman?  Mark?  Mark somebody, for lack of
18  a name.
19    MR. LOUGHLIN:  Was the question about
20  BQHC?
21    MR. TZANETOPOULOS:  BQHC.
22    THE WITNESS:  Well, then, I might be
23  wrong.  That might have been just for
24  Caritas.
25

19

1    (Whereupon, an off-the-record discussion
2  was held.)
3    MR. TZANETOPOULOS:  I had some
4  discussion, off-the-record, with Mr. Hoffman
5  and we thought he might have information to
6  assist on Topic 10.
7    So, let's move on to Topic 9,  and
8  we'll come back to Topic 10, later.
9    Topic 9 inquires for the Defendants'
10  information in the following fashion:
11    It asks for identification of the
12  instances, in which, Wyckoff paid for debts
13  or liabilities of any of BQHC, Wyckoff,
14  Caritas, and any of the hospitals.
15    I will tell you, we can scratch out
16  when Wyckoff paid for Wyckoff, that was a
17  mistake.
18    The inquiry will be when did Wyckoff
19  pay for debts or liabilities that BQHC,
20  Caritas, or St. John's and Mary Immaculate,
21  okay?
22    In what instances did Wyckoff Heights
23  Medical Center pay for debts or liabilities
24  of Brooklyn-Queens Health Care?
25

20

1    A.  May I ask a question?
2    **Q.  Sure.**
3    A.  Paid for, and advanced monies, are
4  two different things in accounting.
5    So, if my memory serves me right,
6  Wyckoff Heights Medical Center might have
7  lent money, through an intercompany
8  accounting system, for a debt or a liability
9  to be paid for, by lending monies to
10  entities.
11    I know you asked if Wyckoff Heights
12  Medical Center directly paid for any of those
13  debts.
14  **Q.  So, is it the case that the**
15  **Defendants' position is that any Wyckoff**
16  **Heights Medical Center payments for**
17  **liabilities of Brooklyn-Queens Health Care,**
18  **were intercompany loans?**
19    A.  Yes.
20  **Q.  And is it also the Defendant's**
21  **position that Wyckoff Heights Medical Center**
22  **never outright paid for a debt or liability**
23  **of Brooklyn-Queens Health Care?**
24    A.  That's correct.  And, in fact, I'd
25

21

1  like to add something, with permission.
2    This bit, I do remember.
3    Tom Singleton told me on various
4  occasions, to stop looting Wyckoff's cashbox.
5  **Q.  In what instances did Wyckoff Heights**
6  **Medical Center make intercompany loans for**
7  **the liabilities or debts of Brooklyn-Queens**
8  **Health Care?**
9    A.  Nothing specific.  If cash was
10  required, it was done so by means of an
11  intercompany loan.
12  **Q.  Can you identify any of the**
13  **instances?**
14    A.  No.
15  **Q.  In any instance, did Wyckoff Heights**
16  **Medical Center outright pay for any of the**
17  **liabilities or debts of Caritas Health Care,**
18  **or its hospitals?**
19    A.  No.
20  **Q.  Were there instances when Wyckoff**
21  **Heights Medical Center advanced funds through**
22  **intercompany transactions, for debts or**
23  **liabilities of Caritas or its hospitals?**
24    A.  Nothing specific. I'm just going to
25

6  (Pages 18 to 21)

24

1  correct my previous answer.
2      When I was talking about the earlier
3  set of circumstances, I was talking about
4  Caritas, not BQHC.
5      Because BQHC really did not operate
6  at all.
7      Q. So if I understand your testimony, is
8  it correct that Defendant's position is that
9  Wyckoff Heights Medical Center never advanced
10 or lent money through intercompany
11 transaction or otherwise to BQHC?
12     A. Not to my knowledge.
13     Q. Is it correct -- it is Defendant's
14 position that Wyckoff Heights Medical Center
15 advanced funds through intercompany loans,
16 for the debts of Caritas and its hospitals,
17 but that you don't know the particular
18 instances?
19     A. That's correct.
20     MR. LOUGHLIN: Okay. I think
21 Mr. Garg testified that those were treated as
22 advances, with the expectation that they
23 would be returned.
24     And, as you know, we have provided
25

1      You want to take the chair under
2  oath?
3      Mr. Garg's the deponent here, not
4  you.
5      Q. Can you identify any instance,
6  particular instance, in which, Wyckoff
7  Heights Medical Center advanced funds, by
8  loan or otherwise, for debts of Caritas or
9  its hospitals?
10     A. Nothing specific.
11     MR. TZANETOPOULOS: If we can just
12 mark this.
13     (Whereupon, a document was marked as
14 Plaintiff's Exhibit 2 for identification.)
15     Q. Mr. Garg, let me show you a document
16 (handing.) which the court reporter has just
17 marked as deposition exhibit number two. It's
18 an affidavit of John Lavan from the Caritas
19 bankruptcy proceedings.
20     Mr. Garg, you can look at that as
21 much as you'd like.
22     Where I have questions begins on Page
23 11.
24     A. Right.
25

23

1  you with these due to/due from logs, which
2  were designed to record the value of benefits
3  from one hospital to the other, for the
4  express purpose of keeping track and having
5  advances returned one way or the other.
6      MR. TZANETOPOULOS: Mr. Garg's
7  testimony will be on the record. These long,
8  speaking objections are inappropriate.
9      MR. LOUGHLIN: I want to make sure
10 that the testimony is accurate. As you know
11 from the testimony yesterday, and the
12 documents that you have received, there was
13 an initial, at a minimum, $10 million loan
14 advanced by Wyckoff Heights Medical Center to
15 the startup effort of Mary Immaculate and
16 St. John's.
17     MR. TZANETOPOULOS: Again, the
18 speaking is entirely inappropriate.
19     MR. LOUGHLIN: Well, you don't
20 dispute the accuracy of what I've said, do
21 you?
22     MR. TZANETOPOULOS: I'm not going to
23 argue with you. We're here for Mr. Garg's
24 deposition.
25

25

1      Q. And, in particular, the passage
2  beginning, with Heading G, Affiliate
3  Obligations.
4      A. Yeah.
5      Q. Mr. Lavan's affidavit says that prior
6  to January 1, 2007, in anticipation of cash
7  flow and accounting system needs upon the
8  acquisition of the Caritas hospitals, BQHC
9  loaned Caritas $1 million.
10     Is that correct?
11     A. I can't say yes or no. I don't
12 know.
13     Q. Mr. Lavan's affidavit goes on to say,
14 that Wyckoff Heights Medical Center entered
15 into lease obligations for equipment provided
16 to Caritas, with an approximate value of not
17 less than $3 million.
18     Is that correct?
19     A. I don't know.
20     Q. The affidavit goes on to say, in
21 addition, approximately $10 million is owed
22 by Caritas to Wyckoff Heights Medical Center
23 for services provided by Wyckoff Heights
24 Medical Center employees to Caritas.
25

26

```
 1        Is that correct?
 2     A.  I don't know.
 3        MR. TZANETOPOULOS:  Can you mark
 4  that?
 5        (Whereupon, a document was marked as
 6  Plaintiff's Exhibit Number 3, for
 7  identification.)
 8        Mr. Garg, let me show you a document
 9  that the court reporter has marked exhibit
10  number three.
11        Is exhibit three, a copy of the
12  audited financials for Wyckoff Heights
13  Medical Center for the year ended December
14  31, 2007?
15     A.  Yes.
16     Q.  Again, look at as much of it as you
17  like.
18        Where I will have questions, is on
19  Page 4, and then, again, on Page 30 for the
20  related notes.
21        And, in particular, where I would
22  like to direct your attention is under
23  Liabilities, and then Asset Deficiencies.
24     A.  Okay.
25
```

28

```
 1  funds exchanged to/from Caritas of
 2  approximately $14 million..."
 3     A.  Mm-hmm.
 4     Q.  What, in general, were the
 5  transactions that created that liability?
 6     A.  This is a liability, which Wyckoff
 7  Heights Medical Center has to Caritas Health
 8  Care.
 9     Q.  I think it goes the other way.
10     A.  Yeah, that's right.
11     Q.  You're the accountant.
12     A.  I know there was an asset and a
13  liability, which offset each other, and one
14  of the provisions -- you see, if it's money
15  owed from Wyckoff Heights Medical Center to
16  Caritas Health Care, it should be under the
17  Asset column.
18        Yeah, there it is.
19        Due To, From Third Parties, Note
20  Number Two -- Note Number Nine.
21        Okay.
22        I'll tell you the way I understand
23  it.
24     Q.  All right.
25
```

27

```
 1     Q.  The second to last line, "Due to
 2  related organizations."
 3     A.  Okay.
 4     Q.  See where I am?
 5     A.  Yes.
 6     Q.  And it makes a reference to Note
 7  Nine.  Take a minute, orient yourself,  and
 8  I'll ask my question, about Note Nine.
 9     A.  Okay.  Note Number Nine, yeah.
10        Go ahead, sir.
11     Q.  On Page 4?
12     A.  You want Note Nine?
13     Q.  Yeah, I'm sorry.  Note Nine is on
14  Page 29, and continues onto Page 30.
15     A.  Mm-hmm.
16     Q.  Note 9F, Page 30 "...Financials
17  reflect amounts to/from Caritas, represent
18  the net transactions of funds exchanged..."
19     A.  And where are we?
20     Q.  We're on Page 30 now.
21     A.  Okay, Page 30.
22     Q.  9F?
23     A.  9F.
24     Q.  "...Reference to net transactions of
25
```

29

```
 1     A.  It is basically intercompany
 2  accounting, between the two entities, nothing
 3  specific, from what I remember, and there it
 4  is: "...And has reserved 100 percent of the
 5  balance..."
 6        So that, I think, is pretty, I think,
 7  self-explanatory.
 8     Q.  What liabilities of Caritas Health
 9  Care -- let me ask a better question.
10        What is it, that Wyckoff Heights
11  Medical Center, did or paid for Caritas
12  Health Care that created this $14 million
13  liability from Caritas Health Care to Wyckoff
14  Heights Medical Center?
15     A.  I don't have specific knowledge.
16     Q.  Any detail at all?
17     A.  (No audible response.)
18     Q.  You have to use words.
19     A.  No, I'm sorry.  I don't have any
20  knowledge at all of that.  I just know it was
21  created, but I don't know the specifics.
22     Q.  Has Wyckoff Heights Medical Center
23  made any payments to the American University
24  of the Caribbean, at any time after the
25
```

30

1  judgment was entered in favor of American
2  University of the Caribbean and against
3  Wyckoff Heights Medical Center?
4      A.  I'm sorry, could you repeat the
5  question?
6      Q.  Sure, could you read that back?
7  (Whereupon, the question was read back.)
8      A.  No.
9      MR. TZANETOPOULOS:  Let's mark this.
10 (Whereupon, a document was marked as
11 Plaintiff's Exhibit Number 4 for
12 identification.)
13     Q.  Mr. Garg, I am now handing you
14 (handing.) what has been marked as
15 Plaintiff's Exhibit Number 4, for
16 identification.
17     It looks like an e-mail, and an
18 attachment to that e-mail, dated March 6,
19 2007, from Wa-Chung Hsu to Dominic Gio, and
20 others.
21     Let me just state for the record,
22 that to make this exhibit manageable, we've
23 removed some of the material the Defendants
24 have produced with this.  I just want to make
25

31

1  that clear, on the record.
2      Some of the attachments were very
3  large spreadsheets, produced in native
4  format.  We've attached to the e-mail, only
5  one of those native charts.
6      So, I'd like to recite the Bates
7  Numbers, to make it clear.  The e-mail itself
8  is Bates Number BQHC06978 and the one
9  attachment we've included in this exhibit is
10 Bates Number BQHC06978-1.
11     I want to direct your attention to
12 the chart.  It reflects transactions to and
13 from Wyckoff Heights Medical Center and
14 Caritas.
15     Is the chart there, an accurate
16 account of the transactions between the two?
17     A.  I don't know.
18     Q.  Mr. Garg, I bet we can speed this up,
19 because I think I know the answers.
20     As Mr. Loughlin has said, the
21 Defendants have produced in this case, a
22 number of journals showing transactions going
23 back and forth between Wyckoff Heights
24 Medical Center and Caritas Health Care.
25

32

1      Did you review any of those in
2  preparation for today's deposition?
3      A.  I don't think so.
4      Q.  So, if I show them to you, and then
5  ask you to comment on their accuracy, would
6  you be able to do so?
7      A.  Do they say they are related to the
8  period of time when I was CEO?
9      Q.  Some do, some don't.
10     A.  The ones that do, I would have more
11 on, and the ones that don't, I don't.
12     Q.  The ones from when you were CEO,
13 could you describe those transactions?
14     A.  I could attempt to describe them, but
15 I'm not sure.
16     Q.  What contracts has BQHC, as BQHC,
17 entered into -- let me say that differently.
18     Please identify all of the contracts,
19 into which, Brooklyn-Queens Health Care has
20 entered since 2006 to the present.
21     Q.  I don't think any.
22     MR. TZANETOPOULOS:  Let's mark this.
23 (Whereupon, a document was marked as
24 Plaintiff's Exhibit Number 5, for
25

33

1  identification.)
2      Q.  Mr. Garg, let me show you (handing.)
3  a document, which the court reporter has
4  marked as Exhibit Number 5.
5      It says that it's an administrative
6  services agreement, entered into by Brooklyn-
7  Queens Health Care, Wyckoff Heights Medical
8  Center, and Caritas Health Care, and JL
9  Consulting.
10     If you look at the back, there are
11 signature blocks, none of which are signed.
12     Did, in fact, BQHC engage JL
13 Consulting, and, I think, this is Mr Lavan's
14 company.
15     A.  This is a difficult one to answer.
16     You have just put a document in front
17 of me, but, in reality, from what I know, and
18 from what I've experienced, BQHC doesn't do
19 anything.
20     So, it can have a name on it, but I
21 know about matters related to Wyckoff Heights
22 Medical Center and Caritas Health Care.
23     BQHC is just a red herring, so to
24 speak.
25

9  (Pages 30 to 33)

34

1    There's your answer.
2    Q.  Is there a final version of this
3  agreement that was actually signed?
4    A.  I have not the foggiest.
5    Q.  Mr. Garg, why don't we talk about
6  your background before we go on with the rest
7  of the topics.
8    A.  Okay.
9    Q.  By training, what is your
10  profession?
11    A.  Accounting.
12    Q.  Are you a CPA?
13    A.  No.
14    Q.  What accounting degrees do you hold?
15    A.  I'm a CA from England.
16    Q.  What's the highest level of education
17  you hold?
18    A.  I'm a graduate of the University of
19  London.
20    Q.  What's the short version of Rajiv
21  Garg's C.V., from graduation to present?
22    A.  Well, basically, I came out of
23  accounting, joined Bankers Trust, spent eight
24  years there, eight years at Credit Suisse,
25

35

1  bought and sold private equities.
2    And just when I was going to take six
3  months off, I was lured into being a trustee
4  on the board of Wyckoff, and I'm still here.
5    Very short.
6    Not too many things in the middle.
7    So, that's the sum total of my
8  career.
9    MR. TZANETOPOULOS:  Let's mark this.
10    (Whereupon, a document was marked as
11  Plaintiff's Exhibit Number 6, for
12  identification.)
13    Q.  Mr. Garg, let me show you (handing.)
14  a document, which the court reporter has
15  marked as Exhibit Number 6.
16    It's entitled:  "Caritas Health Care
17  Inc. Weekly Cash Projections."
18    Bates Number BQHC07605 through --
19  that's the only Bates Number listed.
20    Look at it as much as you like.
21    The line I'm interested in is Prepaid
22  Clerkships.
23    A.  Your question?
24    Q.  Are you familiar with this type of
25

36

1  document?
2    A.  Yes.
3    Q.  All right.  What is this document?
4    A.  It's a document of cash -- actual
5  cash budgeted.
6    Q.  All right.
7    A.  This one doesn't have budgets in it.
8  And although it does say "projections," to
9  the extent that it is in the past, it's an
10  actual number.
11    Q.  And the headings show actual and
12  projected, at the top of the columns?
13    A.  These are all actual.  No projections
14  in here.
15    Q.  So when it says "actual," that's in
16  the past, and "projection" is what was
17  budgeted?
18    A.  Yes.
19    Q.  Okay.  Who prepares these sorts of
20  documents?
21    A.  The finance department.
22    Q.  And for the Caritas Health Care
23  hospitals and the Wyckoff Heights Medical
24  Center hospitals, are there different finance
25

37

1  departments that prepared these sorts of
2  documents, or was it one finance department
3  for both organizations?
4    A.  There was some segregation of duties.
5  I cannot say that it was truly separate.
6    Q.  All right.  As I said, the entries
7  I'm interested in are the prepaid clerkships.
8    A.  Yes.
9    Q.  Is it correct, that the $3.5 million
10  entry under December 1st, is the $3.5 million
11  advanced by the American University of the
12  Caribbean?
13    A.  I don't know.
14    Q.  And the $5 million entry under
15  December 29, for prepaid clerkships -- is
16  that money advanced by Ross University?
17    A.  Again, I wouldn't know.  It could be.
18    Q.  In the ordinary course of business,
19  when a medical school makes a pre-payment
20  under a medical clerkship contract --
21    A.  Mm-hmm.
22    Q.  -- how quickly is -- let me ask a
23  better question.
24    In the ordinary course of the board's
25

10  (Pages 34 to 37)

38

1  conducting their business, are periodic
2  financial statements reviewed by boards?
3      MR. LOUGHLIN: Objection. Could you
4  specify whether you're talking about Wyckoff
5  Heights Medical Center?
6      MR. TZANETOPOULOS: Sure. I'll go
7  through each case.
8      Q. In the ordinary course of business of
9  Wyckoff's board of trustees, does management
10  present financial statements for the board to
11  review?
12      A. Yes.
13      Q. Pretty much every meeting?
14      A. Yes.
15      Q. Is that also true, or was it also
16  true, for the business of the Caritas Health
17  Care board?
18      A. Financial statements were presented,
19  but not as regularly.
20      Q. Were financial statements presented
21  to -- let's start again.
22      In the ordinary course of its
23  business, was -- try again.
24      MR. LOUGHLIN: Can I just ask for a
25

39

1  point of clarification?
2      MR. TZANETOPOULOS: Sure.
3      MR. LOUGHLIN: When you say financial
4  statements, are you simply referring to
5  financial information, or are you referring
6  to unaudited or audited financial statements?
7      Q. Let me just ask that of Mr. Garg.
8      What sort of financial information
9  was provided during Wyckoff's board
10  meetings -- what financial information was
11  presented?
12      A. Both audited and unaudited.
13      Q. Of financial statements, themselves?
14      A. It would take a form of a summary to
15  the board, and detailed financial statements
16  are on there for review, but we'd discuss the
17  whole package -- the salient points.
18      Q. So, the board package is presented to
19  the board, for Wyckoff Heights Medical Center
20  board meetings, that would include the
21  detailed financial statements either audited
22  or unaudited?
23      A. Mm-hmm.
24      Q. Correct?
25

40

1      A. Yes.
2      Q. And management would review, during
3  the course of the meeting, the highlights of
4  those statements?
5      A. Correct.
6      Q. So, board members had at their
7  disposal, should they choose to look at them,
8  the detailed financial statements?
9      A. Yes.
10      Q. In the ordinary course of business
11  for the Brooklyn-Queens Health Care board,
12  did management present BQHC financial
13  statements to the Brooklyn-Queens Health Care
14  board?
15      A. Not that I recall.
16      Q. Let's talk about the Wyckoff Heights
17  Medical Center board proceedings then.
18      When Wyckoff Heights Medical Center
19  entered into a contract, under which, a
20  medical school prepaid, was receipt of those
21  funds reflected in the financial information
22  presented to the board?
23      A. Not specifically.
24      Q. And when Caritas Health Care received
25

41

1  funds under a medical school's prepaid
2  clerkship contract, was the receipt of those
3  funds, presented in the financial
4  information, presented to the Caritas Health
5  Care boards?
6      A. Not specifically.
7      Q. At any time, when you served on any
8  of these boards, was a prepaid clerkship
9  contract with the medical school ever
10  produced to the board, for the board's
11  approval or rejection?
12      A. No.
13      Q. That sort of thing was left to
14  management?
15      A. Yeah, I think so. I think that was
16  Tom Singleton's world.
17      (Whereupon, a short recess was taken.)
18      MR. TZANETOPOULOS: Let's mark this.
19      (Whereupon, a document was marked as
20  Plaintiff's Exhibit Number 7, for
21  identification.)
22      MR. TZANETOPOULOS: And this.
23      (Whereupon, a document was marked as
24  Plaintiff's Exhibit Number 8, for
25

11   (Pages 38 to 41)

1  identification.)
2  Q. Mr. Garg, let me show you (handing.)
3  documents, which the court reporter has
4  marked as Exhibits Number 7 and 8.
5  Is Exhibit Number 7 a copy of the
6  unaudited financial statements of Wyckoff's
7  properties, for the year ending December 31,
8  2006?
9  A. The Wyckoff Heights Medical Center
10  ones appear to be.
11  Q. And Wyckoff Heights Medical Center
12  properties -- that's the former name of
13  Brooklyn-Queens Health Care, is it not?
14  A. I believe so.
15  A. And Exhibit 8 is the unaudited
16  financial statements of Brooklyn-Queens
17  Health Care, as of December 31, 2007,
18  correct?
19  A. It says that. I don't know.
20  Q. And Exhibit 7 -- 2006 financials, it
21  shows that, as of December 31, 2006, Wyckoff
22  Heights Medical Center properties has no
23  assets, correct?
24  A. Yeah.
25

1  toward your questions -- but you do
2  understand, from my sworn testimony, that
3  BQHC has never had a checking account.
4  So question away.
5  Q. If I could direct your attention,
6  Mr. Garg, to Exhibit Number 8, that's the
7  2007 financials of BQHC, on the page with
8  I.D. Number BQHC76, the statement of
9  financial position.
10  A. Yeah.
11  Q. On the right hand column, it shows a
12  loan payable for about a million-nine, and a
13  little bit.
14  A. Mm-hmm.
15  Q. And then due to related
16  organizations, a million-six, or so, actual
17  to BQHC credit, if I'm reading these this
18  right.
19  This financial statement reflects
20  that Brooklyn-Queens Health Care owes
21  somebody for a loan, a little bit over $1.9
22  million, correct?
23  A. That's what it shows, yeah.
24  Q. And it shows that somebody owes
25

---

43

1  Q. Has Wyckoff Heights Medical Center
2  properties, or in its new name, Brooklyn-
3  Queens Health Care, ever had assets?
4  A. Not that I believe.
5  Q. Has it ever had a bank account?
6  A. I don't know.
7  Q. Does it presently have one?
8  A. Unfortunately, the answer to that
9  question is: I don't know.
10  Q. If you go to the fourth page, the one
11  with identification number BQHC95.
12  A. Okay, I see.
13  Q. It shows as expenses, a salary being
14  paid.                                    ,
15  To whom was that salary paid?
16  A. To recall a previous answer, I have
17  not the foggiest.
18  Q. Do you know who paid the salary?
19  A. I have absolutely no idea.
20  Q. Are there any records about that?
21  A. I don't know, sir.
22  Q. It gets even better the next year.
23  MR. HOFFMAN: You can ask all the
24  questions you want, and I bear no hostility

45

1  Brooklyn-Queens Health Care almost a million-
2  seven?
3  A. As an officer, yes.
4  Q. What are these loan transactions?
5  A. I do not know. I cannot tell you. I
6  have never come across it.
7  Q. Do you have any idea why anyone would
8  be writing loans through Brooklyn-Queens
9  Health Care?
10  A. I think you would have to ask the
11  wisdom which prevailed at that time.
12  I do not know.
13  Q. If we go back to Exhibit 3 for just a
14  moment, while we're here.
15  A. Yep.
16  Q. Wyckoff Heights Medical Center
17  audited financials?
18  A. Yes.
19  Q. I'll just take you back to Page 30,
20  which has the notes.
21  A. Yeah.
22  Q. Exhibit G, or note 9G.
23  A. I see.
24  Q. On Page 30, it says says the net

25

12 (Pages 42 to 45)

46

1  amount due to BQHC, represents the personal
2  services provided by the medical center to
3  the parking lot --
4      MR. LOUGHLIN:  Personnel.
5      (Whereupon, an off-the-record
6  discussion was held.)
7      Q.  Note 9G reflects that the net amount
8  due to BQHC -- represents the personnel
9  services parking lot and a loan of $1.9 from
10  BQHC.
11      See where I am?
12      A.  Mm-hmm.
13      Q.  Where did BQHC get a million-nine to
14  lend to Wyckoff Heights Medical Center?
15      A.  I cannot tell you.
16      Q.  Do you agree that the audited
17  financials suggests that that loan occurred?
18      A.  Yes.  A loan is a loan.
19      But this would be like a balance
20  sheet transfer.  Nothing more.
21      Q.  What personnel services were provided
22  by Brooklyn-Queens Health Care to Wyckoff
23  Heights Medical Center?
24      A.  I can hazard a guess, because since
25

47

1  you're talking about a parking lot, it must
2  be people who work in the parking lot.
3      Q.  Let's go now to topic number 7.  The
4  notice asks for information concerning loans
5  we've talked about that, transfer of assets,
6  we've talked about that, it also talks about
7  transfer of employees between entities.
8      Is it the case that employees of BQHC
9  or Caritas Health Care or Wyckoff Heights
10  Medical Center were transferred between
11  payrolls of entities during the period of
12  2006 to the present?
13      A.  I definitely know nothing about
14  BQHC.  I've heard about payroll assignments,
15  but nothing of transfers.
16      MR. TZANETOPOULOS:  Let's mark this.
17      (Whereupon, a document was marked as
18  Plaintiff's Exhibit Number 9, for
19  identification.)
20      Q.  Mr. Garg, let me show you (handing.)
21  a document, which the court reporter has
22  marked as Exhibit Number 9.
23      Is exhibit nine a copy of the minutes
24  from the January 10, 2000 board meeting?
25

48

1      A.  Yes.
2      Q.  My questions begin at Page 4.
3      A.  Yeah.
4      Q.  And in particular, the report of the
5  chief's restructuring.
6      A.  Yeah.
7      Q.  Take a minute, review that, and I'll
8  have a question or two.
9      A.  Okay.
10      Q.  The minutes discuss Mr. Singleton's
11  report, that employees from Wyckoff Heights
12  Medical Center were transferred to the
13  Caritas Health Care payroll.
14      Which employees were transferred?
15      A.  I don't know.
16      Q.  Who approved the transfers?
17      A.  To hazard a guess, Tom Singleton.
18      Q.  For what purpose were they
19  transferred?
20      A.  I don't know -- apart from what is
21  written in the notes.  Nothing I can add to
22  it.
23      Q.  Do you know anything at all about
24  this transfer of employees?
25

49

1      A.  I know, from what I read here.
2      Q.  Other than reading the document I
3  show you, do you know anything about this?
4      A.  No.
5      Q.  Okay.
6      MR. LOUGHLIN:  I'll just note
7  parenthetically, as you can see from the
8  first page, Mr. Garg not there, then.
9      Q.  I believe it predates Mr. Garg's
10  time, but the 30(b)(6) asks for the
11  corporation's knowledge.
12      MR. TZANETOPOULOS:  Let's mark this
13  next.
14      (Whereupon, a document was marked as
15  Plaintiff's Exhibit Number 10, for
16  identification.)
17      Q.  Mr. Garg, let me show you (handing.)
18  a document, which the court reporter has
19  marked as Exhibit Number 10.
20      Exhibit 10 is the minutes from the
21  Wyckoff Heights Medical Center board
22  November 1, 2007 meeting.
23      A.  Mm-hmm.
24      Q.  I have questions about the discussion
25

13  (Pages 46 to 49)

50

1  on Page 3.
2      A. Yes.
3      Q. The first full paragraph reads that
4  Mr. Gio inquired as to whether or not we have
5  backup plans.
6      Mr. Singleton replied that we do.
7      He stated that a meeting will be
8  scheduled with Local 1199 to see if they
9  allow us to move the employees from Wyckoff
10 Heights Medical Center payroll to Caritas
11 Health Care payroll.
12     See?
13     A. Mm-hmm.
14     Q. Was that transfer of payrolls between
15 Caritas Health Care and Wyckoff Heights
16 Medical Center done?
17     A. I cannot answer, because I don't know
18 the answer.
19     Q. Do you know why it was proposed?
20     A. No, sir.
21     MR. TZANETOPOULOS:  Let's mark this
22 next.
23     (Whereupon, a document was marked as
24 Plaintiff's Exhibit Number 11, for
25

51

1  identification.)
2      Q. Mr. Garg, let me show you (handing.)
3  a document, which the court reporter has
4  marked as Exhibit Number 11.
5      It appears to be an e-mail from
6  Edward Dowling to Wa Chung Hsu, and several
7  others, and an attachment.
8      Once again, so the record is clear, I
9  believe several attachments were produced
10 natively.
11     In order to keep the document
12 management, we have made a selection -- Bates
13 Numbers defining these attachments, run from
14 BQHC7617 through BQHC7623.
15     Do you know Mr. Dowling?
16     A. Yes.
17     Q. I take it he goes by "Buzz?"
18     A. Correct.
19     Q. Is Mr. Dowling still employed here?
20     A. No.
21     Q. When did he leave?
22     A. Somewhere in 2009.
23     A. What was Mr. Dowling's job?
24     Q. I don't think he had a job.
25

52

1      A. You are so kind.
2      MR. LOUGHLIN:  What are you saying?
3      A. You want me to tell the truth?  This
4  is why I'm here.
5      MR. HOFFMAN:  This is all on the
6  record.
7      THE WITNESS:  Yeah.
8      Q. What did Mr. Dowling do for the
9  hospital?
10     A. He was, like, planning stuff.
11     Q. I take it you didn't think highly of
12 his work.
13     A. No answer.
14     Q. Mr. Hsu, is he still at the hospital?
15     A. No.
16     Q. When did he leave?
17     A. I think, 2009.
18     Q. What was his job?
19     A. Chief Financial Officer.
20     Q. All right.  The attachment to Exhibit
21 11, first attachment, is entitled, "Caritas
22 Health Care Organization Period and Startup."
23     A. Mm-hmm.
24     Q. And, if you go down to the second
25

53

1  heading, Anticipated Potential Periods of
2  Cash Shortage --
3      A. Right.
4      Q. -- there's discussion of anticipated
5  cash shortage --
6      A. Mm-hmm.
7      Q. -- midway through the statement that
8  Wyckoff Heights Medical Center had a
9  longstanding relationships with two
10 international medical schools, that had
11 expressed interest in investing in the
12 Caritas Health Care Project.
13     These prepaid cash flows and
14 preclosing cash needs were expected to be
15 funded and were funded, with Caritas Health
16 Care prepaid clerkship fees.
17     Caritas Health Care received $3.5
18 million from American University of the
19 Caribbean on December 1st, and $5 million
20 from Ross University on December 28th.
21     A. Hmm.
22     Q. Have you had discussions with anybody
23 about Wyckoff's plans or BQHC's plans for use
24 of the prepaid money that's discussed here?
25

14  (Pages 50 to 53)

54

1    A. No.
2    Q. Was there, at some point in time, a
3  central business office?
4    A. Yes.
5    Q. Has it been closed?
6    A. Yes.
7    Q. When was it closed?
8    A. Somewhere -- I would think, somewhere
9  late '09, early '10.
10   Q. Why was it closed?
11   A. Because the two hospitals would no
12  longer be around.
13   Q. The two hospitals are St. John's and
14  Mary Immaculate?
15   A. Correct.
16   Q. Mr. Garg, I've showed you, and we
17  have discussed transfer of management
18  employees from the payroll of Wyckoff Heights
19  Medical Center to the payroll of Caritas
20  Health Care.
21    I've also showed you minutes that
22  discuss the transfer of union employees from
23  the payroll of Wyckoff Heights Medical Center
24  to Caritas Health Care.
25

55

1    A. Right.
2    Q. Does the hospital have information
3  other than those two sets of minutes
4  concerning those transfers?
5    A. Not to my knowledge.
6    Q. Were there transfers of employees
7  from payrolls of one entity to the other,
8  other than discussed in these minutes?
9    A. Not to my knowledge.
10   Q. Did you do anything to check, before
11  today's deposition?
12   A. No.
13  (Whereupon, a short recess was taken.)
14   Q. Let's just go back to the topics.
15   A. Yeah.
16   Q. Topic 6 asks for information about
17  BQHC's assets from 2006 to the present.
18    Let's start with the present.
19    Does BQHC have any assets?
20   A. I really don't know. I can look it
21  up, but I don't know.
22   Q. Has it ever had assets?
23   A. Not that I know. It's supposed to be
24  a passive entity.
25

56

1    MR. TZANETOPOULOS: Let's mark this.
2    (Whereupon, a document was marked as
3  Plaintiff's Exhibit Number 12, for
4  identification.)
5    Q. Mr. Garg, let me show you (handing.)
6  a document, which the court reporter has
7  marked as Exhibit Number 12.
8    It is Defendant Wyckoff Heights Medical
9  Center's responses and objections.
10    Is this a document that you have ever
11  seen before today?
12   A. No, sir.
13   Q. If I can direct your attention to
14  Page 3, again, my question is about Page 3.
15   A. Yeah.
16   Q. And the answer at Answer A --
17   A. Hmm.
18   Q. -- the answer recites that the
19  current maximum number of medical students
20  that Wyckoff Heights Medical Center has the
21  capacity to provide clerkships, at any one
22  time, is 406.
23    Do you know how that number was
24  calculated?
25

57

1    A. I can tell you the logic, which, I
2  understand, works.
3    There's a required ratio of 8 to 1,
4  doctor to student.
5    We take a mix of residents and
6  students we have, and calculate the volume of
7  regular work.
8    Those three combined give you a basis
9  for the total number of clerkships we can
10  process.
11    That's how it's done.
12   Q. Do you know, if, in this case, that's
13  how it was done?
14   A. I would expect so.
15    MR. LOUGHLIN: I would just add, that
16  the actual work done in preparing this answer
17  was done by Julius Romero, who's a witness,
18  whose deposition, I know you're taking.
19    THE WITNESS: Oh, he will know.
20    MR. TZANETOPOULOS: How helpful. I
21  thank you both. I'll ask Mr. Romero.
22   Q. Topic Number 4 on this 30(b)(6)
23  notice, is the information in the Defendant's
24  possession, concerning document-holds, and
25

15  (Pages 54 to 57)

1  the effort to acquire information in
2  discovery in this case.
3      Who was asked to gather information
4  to respond to the Plaintiff's discovery
5  requests?
6      A. I would presume David Hoffman.
7      Q. Other than stating Mr. Hoffman, do
8  you know anything else about information
9  collection in this case?
10     A. Not particularly, no.
11     Q. All right.  Let's skip up to the very
12  top, Number 1, which is the decision by BQHC
13  and Wyckoff Heights Medical Center not to
14  provide replacement clerkships to Ross
15  University, after the hospitals closed.
16     Who made that decision?
17     A. I guess the answer is going to be two
18  or three-pronged.
19     First of all, BQHC does not enter
20  into the discussion regarding providing
21  clerkships.
22     Second answer is, Wyckoff Heights
23  Medical Center, and its decision not to
24  provide clerkships, was a function of two
25

1  whether you did?
2      A. What?
3      Q. Do you have a recollection, one way
4  or the other, whether you looked at the cash
5  back documents, before making the decision?
6      A. I said, I looked at them.  Yes.
7      Q. Did you consult with counsel, before
8  making the decision?
9      A. Yes.
10     Q. Which counsel?
11     A. David.
12     Q. Any others?
13     A. No.
14     Q. Other than Mr. Hoffman, did you
15  discuss the decision not to provide
16  replacement clerkships with anybody else,
17  before making that decision?
18     A. I had discussions with the client,
19  Ross University.
20     Q. Anybody else?
21     A. No.
22     Q. With whom did you talk at Ross?
23     A. Tom Shepherd, Nancy Perri and Bill
24  Hughson.
25

59

1  pieces.
2      One is capacity to take in people --
3  and Wyckoff Heights Medical Center has no
4  obligation to provide those clerkships.
5      Q. My question was a little simpler.
6      Who made the decision?
7      A. The decision is finally made by me.
8      Q. Before you decided not to provide
9  replacement clerkships to Ross, after the
10  hospitals closed, did you review the contract
11  documents with Ross?
12     MR. LOUGHLIN:  Objection.  Now you're
13  treading on attorney-client privilege.
14     MR. TZANETOPOULOS:  It doesn't at
15  all.  I asked him if he reviewed the
16  contracts.  I didn't ask him for what his
17  lawyers said to him or what he said to his
18  lawyers.
19     MR. LOUGHLIN:  You can answer.  I
20  assume, what you mean is the affiliation
21  agreement and...
22     MR. TZANETOPOULOS:  Its amendments.
23     A. I might have looked at them, yes.
24     Q. Do you know one way or the other,
25

1      Q. When did you have discussions with
2  Mr. Shepherd?
3      MR. LOUGHLIN:  In relation to?
4      MR. TZANETOPOULOS:  Let me make my
5  question clear, Mr. Loughlin.  He raises a
6  good point.
7      Q. For present purposes, what I'd like
8  to talk about, is discussions in and around
9  February of 2009, either before you decided
10  not to provide replacement clerkships, or,
11  immediately thereafter.
12     Did you have discussions with people
13  at Ross in that time frame?
14     A. I don't remember.
15     MR. LOUGHLIN:  Just to interject, as
16  a way of fixing the time period, this is also
17  around the time the closing of the Caritas
18  Health Care hospitals.
19     A. I think it was later than that.
20  Most recently, it was a few days ago.
21     Q. Let me help orient time.
22     I came to the hospital, along with
23  Mr. Shepherd once, when the two of you
24  talked, about a year ago.
25

61

16 (Pages 58 to 61)

62

1   Before that meeting, had you had
2   discussions with anybody at Ross about not
3   providing the slots?
4      A. Not that I recall.  Maybe I did, but
5   I'm not sure.
6      Q. When you had discussions a few days
7   ago, with whom did you speak?
8      A. Bill Hughson.
9      Q. Other than the chat with Mr. Hughson
10  a few days ago, and Dr. Shepherd, perhaps a
11  year ago, have you spoken with anybody else
12  at Ross about not providing replacement
13  clerkships?
14     A. I spoke to Tom Shepherd at the
15  off-site, which, I think, also happened
16  earlier this year, and before that, in
17  Chicago with Nancy Perri at the state board
18  meeting.
19     Q. Are those all the discussions you've
20  had with Ross?
21     A. Yes.
22     Q. Mr. Garg, your attorneys have handed
23  me a document entitled, "Wyckoff Heights
24  Medical Center Board Members."
25

63

1      Let's go ahead and mark it.
2      (Whereupon, a document was marked as
3   Plaintiff's Exhibit Number 13, for
4   identification.)
5      MR. LOUGHLIN:  I'll just add, this
6   document was provided in response to the
7   topic, in the 30(b)(6) notice topic number
8   10, and in addition as a response to
9   questions which were  put to the witness,
10  asking him to identify the names of members
11  of the board of trustees, and the dates of
12  their service from 2006 to the present.
13     Q. Mr. Garg, let me show you (handing.)
14  a document, which the court reporter has
15  marked as Exhibit Number 13.
16     Is that a business record of the
17  hospital?
18     A. Yes.
19     Q. Does it show, accurately, the names
20  and dates of service of the Wyckoff Heights
21  Medical Center board members?
22     A. I believe so.
23     Q. I'm sorry?
24     A. I believe so.
25

64

1      Q. Other than what is reflected in that
2   document, and what you testified to earlier,
3   do you have any other information about the
4   names and dates of services of trustees of
5   the other boards?
6      A. No, sir.
7      Q. Do you have any other information
8   about names and dates of services of the
9   corporate officers at BQHC, Wyckoff Heights
10  Medical Center, or Caritas Health Care?
11     A. No.
12     Q. Do you have any other information as
13  to which entity paid those corporate
14  officers?
15     A. No.
16     Q. Mr. Garg, Wyckoff Heights Medical
17  Center does, presently, does it not -- enter
18  into contracts with medical schools, who pay
19  when Wyckoff Heights Medical Center provides
20  clerkships to the school students?
21     A. Yes.
22     Q. When Wyckoff Heights Medical Center
23  enters into contracts with medical schools to
24  provide clerkships here, who signs those
25

65

1   contracts on behalf of Wyckoff Heights
2   Medical Center?
3      A. Now, I do.
4      Q. Is it always the case, that you sign
5   contracts with medical schools, or only
6   sometimes?
7      A. Not after I joined as the CEO, at
8   least not to my knowledge.
9      Q. So, to your knowledge, since you've
10  been CEO, if there's a contract with a
11  medical school for clerkships, you're the
12  person who signs, right?
13     A. Correct.
14     Q. When you enter into those contracts
15  to provide clerkships to medical schools, do
16  you first seek board approval for those
17  contracts?
18     A. It depends on the size of the
19  contract.
20     Q. At what level of contract, do you
21  seek board approval?
22     A. It's a bottomless denominator.  It
23  depends on the amount of money, the amount of
24  conditions attached, what kind of future
25

17 (Pages 62 to 65)

66

1 exposure the medical center would have, if
2 signed.
3     Q.  Are there policies at Wyckoff Heights
4 Medical Center, about when it is you must
5 seek board approval for contracts?
6     A.  Yes, yes.
7     Q.  Are those policies in writing?
8     A.  I believe so, yes.
9     Q.  In instances where you have sought
10 board approval for medical school clerkship
11 contracts, is the board's decision -- let's
12 start again.
13        In instances where you have sought
14 board approval for a medical school clerkship
15 contract, do the board minutes reflect that
16 you have presented the contract for
17 approval?
18     A.  They normally would.
19     Q.  And the Board's decisions about
20 approval or not, are those decisions
21 reflected in the board minutes?
22     A.  Should be.
23     Q.  So, in the ordinary course of the
24 board's business, if the board's minutes are
25

68

1 have closed in February or March of 2009.
2     A.  Mm-hmm.
3     (Whereupon, a break was taken to address
4 a possible water leak in the deposition
5 room.)
6     Q.  During that period of time did you
7 have discussions with anybody in the
8 hospital, other than counsel, about what to
9 do with respect to the medical schools
10 clerkship contracts, and the promise to
11 provide clerkships at Caritas Health Care?
12     A.  To the State.
13     Q.  With whom did you speak there?
14     A.  Oh, that's a big meeting.
15        I don't recall exactly, but I think
16 Jim Klein.
17     Q.  In substance, what was the discussion
18 regarding the medical school clerkships?
19     A.  That Wyckoff Heights Medical Center
20 is not liable for these things, and we need
21 to find a solution.
22        MR. TZANETOPOULOS:  Let's mark this
23 one.
24     (Whereupon, a document was marked as
25

67

1 silent as to presentation or approval or
2 disapproval, most likely it is the case, that
3 the board was not presented with a contract,
4 correct?
5        MR. LOUGHLIN:  Objection to form.
6        MR. TZANETOPOULOS:  You can answer.
7        MR. LOUGHLIN:  You can answer it --
8 if you can.
9     A.  I really cannot answer this.
10        It's a unique question.
11     Q.  How many times have you presented a
12 medical school contract to the board for
13 approval?
14     A.  I don't know.
15     Q.  Whose job is it at the hospital to do
16 the negotiating with medical schools for
17 clerkship contracts?
18     A.  Julius Romero.
19     Q.  And, at least your throughout your
20 time here at the hospital, has that always
21 been Mr. Romero's job?
22     A.  Yes.
23     Q.  To help orient you sir, I will tell
24 you that I believe Caritas Health Care was to
25

69

1 Plaintiff's Exhibit Number 14, for
2 identification.)
3     Q.  Mr. Garg, let me show you (handing.)
4 a document, which the court reporter has
5 marked as Exhibit Number 14.
6     A.  Right.
7     Q.  Is that a document with which you are
8 familiar?
9     A.  No.
10     Q.  Do you know its purpose?
11     A.  It states the purpose.  Some sort of
12 closure plan.
13     Q.  Was such a plan filed with the State?
14     A.  I think so.
15     Q.  This one shows that this is a draft.
16 Is there a final plan, filed with the State?
17     A.  I wouldn't know.  I would presume so.
18     Q.  Who here, would know about that?
19     A.  Mr. John Lavan.
20     Q.  Just to observe, it is actually
21 marked as "Draft Final," which is sort of
22 definitionally ambiguous, as to whether this
23 a final --
24     A.  Or a draft.
25

                          18  (Pages 66 to 69)

72

1    Q. Do we know if this is the final
2 version?
3        MR. LOUGHLIN:  Objection.
4        MR. HOFFMAN:  I just don't know if
5 the witness can answer that.  He can try.
6    A. No.  I cannot answer that.
7        (Whereupon, an off-the-record discussion
8 was held.)
9        MR. TZANETOPOULOS:  Can we mark this
10 one?
11        (Whereupon, a document was marked as
12 Plaintiff's Exhibit Number 15, for
13 identification.)
14    Q. Mr. Garg, let me show you (handing.)
15 a document, which the court reporter has
16 marked as Exhibit Number 15.
17        Exhibit 15 is, is it not, the minutes
18 from the Brooklyn-Queens Health Care Board of
19 Trustees meeting of March 5, 2009?
20        MR. LOUGHLIN:  Which Rucigay Exhibit
21 is this?
22        MR. TZANETOPOULOS:  Twenty-five.
23    Q. At the bottom of Page 3,
24 Mr. Rucigay -- it recites, at least,  that
25

71

1 Mr. Rucigay stated that there are three
2 issues we will concern ourselves and follow
3 up on: Ross University Medical Center, and
4 the pension issue.
5        What was discussed at that meeting
6 concerning Ross University?
7    A. I have no recollection.  It's a long
8 time ago.
9    Q. Do you keep notes from the board
10 meetings?
11    A. I do, if I need to.
12        (Whereupon, a recess was taken to address
13 the possible leak in the deposition room.)
14        MR. TZANETOPOULOS:  Let's mark this
15 next.
16        (Whereupon, a document was marked as
17 Plaintiff's Exhibit Number 16, for
18 identification.)
19    Q. Mr. Garg, let me show you (handing.)
20 a document, which the court reporter has
21 marked as Exhibit Number 16.
22    A. Right.
23    Q. That's the minutes January 8, 2009
24 Brooklyn-Queens Health Care meeting, correct?
25

73

1    A. Yes.
2    Q. The second full paragraph recites
3 that you advised the board members that there
4 was a need for a new Tax I.D. Number for
5 BQHC.
6        And if we go to the second page,
7 toward the bottom, where it picks up -- mr.
8 Garg mentioned that there was an opportunity
9 to raise working capital for approximately $4
10 million through the financing of certain BQHC
11 and, or, Wyckoff Heights Medical Center
12 properties, and then a resolution about
13 transferring all ancillary properties to a
14 new holding company.
15        What was the purpose of creating a
16 new corporation?
17    A. To do a new Tax I.D., I think, there
18 was a confusion about BQHC, and the previous
19 company, Wyckoff Properties, or whatever it
20 was, and I just said we should clear the
21 slate, and do a separate Tax I.D. for BQHC.
22        (BREAK FOR JURAT)
23
24
25

1    Q. Was that, in fact, done?
2    A. I don't think so.
3    Q. Those are all the questions I have
4 for Mr. Garg, at this time.
5        (Whereupon, the deposition of Ragiv Garg
6 was concluded at 1:33 p.m.)
7        -oOo-
8        I have read the foregoing record of
9 my testimony taken at the time and place
10 noted in the above heading hereof, and I do
11 hereby acknowledge it to be a true and
12 correct transcript of the same.
13
14        _____
15        RAJIV GARG
15        Signed and subscribed to before me
16 this _____ day of _____, 20___
17
18        _____
18        NOTARY PUBLIC
19
20
21
22
23
24
25

19  (Pages 70 to 73)

EXHIBIT INDEX

| Plaintiff's Exhibit | Page |
|---|---|
| 1 | 15 |
| 2 | 24 |
| 3 | 26 |
| 4 | 30 |
| 5 | 32 |
| 6 | 35 |
| 7 | 41 |
| 8 | 41 |
| 9 | 47 |
| 10 | 49 |
| 11 | 50 |
| 12 | 56 |
| 13 | 63 |
| 14 | 68 |
| 15 | 70 |
| 16 | 71 |

ERRATA SHEET

CORRECTION        PAGE    LINE

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

75

C E R T I F I C A T I O N

I, PAUL GOLDSTEIN, a shorthand
reporter and Notary Public within and for the
State of New York, do hereby certify:
That the witness(es) whose
testimony is herein before set forth was duly
sworn or affirmed by me, and the foregoing
transcript is a true record of the testimony
given by such witness(es).
I further certify that I am not
related to any of the parties to this action
by blood or marriage, and that I am in no way
interested in the outcome of this matter.

-------------------
PAUL GOLDSTEIN

www.uslegalsupport.com

Page 1

## A

**able** 32:6
**above-mentioned** 1:20
**absolutely** 43:19
**accommodate** 9:8
**accompanied** 4:16
**account** 31:16 43:5 44:3
**accountant** 28:11
**accounting** 20:4,8 25:7 29:2 34:11 34:14,23
**accuracy** 23:20 32:5
**accurate** 23:10 31:15
**accurately** 63:19
**acknowledge** 73:11
**acquire** 58:1
**acquisition** 25:8
**action** 5:12 75:13
**actual** 36:4,10,11 36:13,15 44:16 57:16
**add** 21:1 48:21 57:15 63:5
**addition** 25:21 63:8
**address** 17:12 68:3 71:12
**administrative** 33:5
**advanced** 20:3 21:21 22:9,15 23:14 24:7 37:11 37:16
**advances** 22:22 23:5
**advised** 72:3
**affidavit** 24:18 25:5,13,20
**Affiliate** 25:2
**affiliation** 14:14 14:18 59:20
**affirmed** 75:9
**ago** 61:20,24 62:7 62:10,11 71:8
**agree** 46:16
**AGREED** 3:3
**agreement** 14:14,18 14:23 33:6 34:3 59:21
**ahead** 27:10 63:1
**allow** 50:9
**ambiguous** 69:22
**amendments** 14:22 59:22

**American** 29:23 30:1 37:11 53:18
**amount** 46:1,7 65:23,23
**amounts** 27:17
**ancillary** 72:13
**and/or** 3:9
**answer** 3:12,19 4:5 4:14,15,16,19 9:2 10:8 11:7 18:9 22:1 33:15 34:1 43:8,16 50:17,18 52:13 56:16,16,18 57:16 58:17,22 59:19 67:6,7,9 70:5,6
**answered** 4:11 5:3
**answers** 8:17 31:19
**anticipated** 53:1,4
**anticipation** 25:6
**anybody** 10:1,4,10 10:14 53:22 60:16,20 62:2,11 68:7
**anyway** 18:8
**apart** 48:20
**appear** 42:10
**appears** 51:5
**apply** 3:15
**appropriate** 3:15
**approval** 41:11 65:16,21 66:5,10 66:14,17,20 67:1 67:13
**approved** 48:16
**approximate** 25:16
**approximately** 25:21 28:2 72:9
**April** 12:7,15
**Arcuri** 16:17,21
**argue** 23:23
**Article** 1:18 3:16
**asked** 10:9 20:11 58:3 59:15
**asking** 8:16 63:10
**asks** 15:22 19:11 47:4 49:10 55:16
**asset** 26:23 28:12 28:17
**assets** 42:23 43:3 47:5 55:17,19,22
**assignments** 47:14
**assist** 19:6
**assume** 59:20
**attached** 31:4 65:24
**attachment** 30:18 31:9 51:7 52:20

52:21
**attachments** 31:2 51:9,13
**attempt** 32:14
**attend** 17:4
**attendance** 4:2
**attention** 15:14 26:22 31:11 44:5 56:13
**attorney** 3:21 4:13 4:22 5:18 6:1
**attorneys** 2:6,10 3:4 62:22
**attorney-client** 59:13
**audible** 8:6,24 13:18 29:17
**audited** 26:12 39:6 39:12,21 45:17 46:16
**Avenue** 2:10
**a.m** 1:14

## B

**b** 3:9
**back** 17:3 19:8 30:6,7 31:23 33:10 45:13,19 55:14 60:5
**background** 34:6
**backup** 50:5
**bad** 18:16
**BAKER** 2:6
**balance** 29:5 46:19
**bank** 43:5
**Bankers** 34:23
**bankruptcy** 24:19
**bar** 5:10
**basically** 29:1 34:22
**basis** 3:23 4:18 57:8
**Bates** 31:6,8,10 35:18,19 51:12
**bear** 43:24
**beginning** 25:2
**begins** 24:22
**behalf** 5:18 7:23 65:1
**believe** 15:12 42:14 43:4 49:9 51:9 63:22,24 66:8 67:24
**benefits** 23:2
**best** 13:3 18:9
**bet** 31:18
**better** 29:9 37:23 43:22
**big** 68:14

**Bill** 60:23 62:8
**bishop** 18:15
**bit** 21:2 44:13,21
**blocks** 33:11
**blood** 75:14
**board** 12:6,14 13:15 14:3 16:1 16:21,24 17:2,8 35:4 38:9,10,17 39:9,15,18,19,20 40:6,11,14,17,22 41:10 47:24 49:21 62:17,24 63:11,21 65:16 65:21 66:5,10,14 66:15,21 67:3,12 70:18 71:9 72:3
**boards** 38:2 41:5,8 64:5
**board's** 37:24 41:10 66:11,19 66:24,24
**bottom** 15:20 70:23 72:7
**bottomless** 65:22
**bought** 35:1
**BQHC** 14:19 15:24 16:15,22 18:20 18:21 19:13,19 22:4,5,11 25:8 32:16,16 33:12 33:18,23 40:12 44:3,7,17 46:1,8 46:10,13 47:8,14 55:19 58:12,19 64:9 72:5,10,18 72:21
**BQHC's** 53:23 55:17
**BQHC06978** 31:8
**BQHC06978-1** 31:10
**BQHC07605** 35:18
**BQHC76** 44:8
**BQHC7617** 51:14
**BQHC7623** 51:14
**BQHC95** 43:11
**break** 9:7 68:3 72:22
**Brooklyn** 1:12 2:15 12:22 33:6 43:2
**Brooklyn-Queens** 1:8 7:14 9:11 10:14 12:19 13:4 13:9,17 14:5,16 16:5 18:11 19:24 20:17,23 21:7 32:19 40:11,13 42:13,16 44:20 45:1,8 46:22 70:18 71:24

budgeted 36:5, 17
budgets 36:7
business 37:18
  38:1, 8, 16, 23
  40:10 54:3 63:16
  66:24
Buzz 51:17

**C**

c 2:2 3:9 75:2, 2
CA 34:15
calculate 10:19
  57:6
calculated 56:24
capacities 17:5
capacity 7:19
  56:21 59:2
capital 72:9
Care 1:8 7:15 9:12
  10:15 12:19, 23
  13:4, 9, 17 14:1, 4
  14:6, 11, 16 16:5
  18:12 19:24
  20:17, 23 21:8, 17
  28:8, 16 29:9, 12
  29:13 31:24
  32:19 33:7, 8, 22
  35:16 36:22
  38:17 40:11, 13
  40:24 41:5 42:13
  42:17 43:3 44:20
  45:1, 9 46:22
  47:9 48:13 50:11
  50:15 52:22
  53:12, 16, 17
  54:20, 24 61:18
  64:10 67:24
  68:11 70:18
  71:24
career 35:8
Caribbean 29:24
  30:2 37:12 53:19
Caritas 14:1, 4, 11
  15:24 18:24
  19:14, 20 21:17
  21:23 22:4, 16
  24:8, 18 25:8, 9
  25:16, 22, 24
  27:17 28:1, 7, 16
  29:8, 11, 13 31:14
  31:24 33:8, 22
  35:16 36:22
  38:16 40:24 41:4
  47:9 48:13 50:10
  50:15 52:21
  53:12, 15, 17
  54:19, 24 61:17
  64:10 67:24
  68:11

case 7:9, 16 20:14
  31:21 38:7 47:8
  57:12 58:2, 9
  65:4 67:2
cases 8:5, 7
cash 21:9 25:6
  35:17 36:4, 5
  53:2, 5, 13, 14
  60:4
cashbox 21:4
cause 4:11
ceased 13:3
ceasing 13:8
center 1:9 2:13
  7:16 9:12 10:5
  12:2 19:23 20:6
  20:12, 16, 21 21:6
  21:16, 21 22:9, 14
  23:14 24:7 25:14
  25:22, 24 26:13
  28:7, 15 29:11, 14
  29:22 30:3 31:13
  31:24 33:8, 22
  36:24 38:5 39:19
  40:17, 18 42:9, 11
  42:22 43:1 45:16
  46:2, 14, 23 47:10
  48:12 49:21
  50:10, 16 53:8
  54:19, 23 56:20
  58:13, 23 59:3
  62:24 63:21
  64:10, 17, 19, 22
  65:2 66:1, 4
  68:19 71:3 72:11
Center's 56:9
central 54:3
CEO 12:4 13:10
  32:8, 12 65:7, 10
certain 9:13 72:10
certification 5:22
certify 75:6, 12
chair 24:1
Chairman 18:17
charge 6:4
chart 31:12, 15
charts 31:5
chat 62:9
check 55:10
checking 44:3
Chicago 2:7 62:17
Chief 12:8, 11
  52:19
chief's 48:5
choose 40:7
Chung 51:5
circumstances 13:7
  22:3
Civil 1:18

clarification 39:1
clear 3:21 4:17
  31:1, 7 51:8 61:5
  72:20
Clearly 5:7
clerkship 37:20
  41:2, 8 53:16
  66:10, 14 67:17
  68:10
clerkships 35:22
  37:7, 15 56:21
  57:9 58:14, 21, 24
  59:4, 9 60:16
  61:10 62:13
  65:15 68:11, 18
client 60:18
close 11:18
closed 54:5, 7, 10
  58:15 59:10 68:1
closing 61:17
closure 69:12
collection 58:9
column 28:17 44:11
columns 36:12
combination 13:14
combined 57:8
come 17:13 19:8
  45:6
comment 32:5
comments 4:3
communicating 4:23
communication 5:1
  5:5
communications
  11:12
company 33:14
  72:14, 19
complete 4:20
compliance 3:5
concern 71:2
concerning 14:14
  15:18, 22 47:4
  55:4 57:24 71:6
concluded 73:6
conditions 65:24
conducting 38:1
confer 10:1
conferred 9:17
  11:3
confidentiality
  4:8
confusion 72:18
consent 4:24
consult 60:7
consultation 11:19
Consulting 33:9, 13
continues 27:14
continuously 12:12

12:15
contract 8:10, 12
  37:20 40:19 41:2
  41:9 59:10 65:10
  65:19, 20 66:15
  66:16 67:3, 12
contracts 32:16, 18
  59:16 64:18, 23
  65:1, 5, 14, 17
  66:5, 11 67:17
  68:10
controlled 5:21
copy 6:3 26:11
  42:5 47:23
corporate 13:16
  14:10 64:9, 13
corporation 72:16
corporation's
  49:11
correct 14:9 20:24
  22:1, 8, 13, 19
  25:10, 18 26:1
  37:9 39:24 40:5
  42:18, 23 44:22
  51:18 54:15
  65:13 67:4 71:24
  73:12
CORRECTION 76:5
counsel 2:14 6:2
  9:17, 18, 19, 20
  10:18 11:3, 15, 20
  11:21 13:15
  15:11 60:7, 10
  68:8
count 16:16
couple 10:20
course 4:1 17:2
  37:18, 24 38:8, 22
  40:3, 10 66:23
court 1:2 4:9 8:18
  15:6 24:16 26:9
  33:3 35:14 42:3
  47:21 49:18 51:3
  56:6 63:14 69:4
  70:15 71:20
Courts 3:7
CPA 34:12
CPLR 3:16, 24 4:14
  5:21
created 28:5 29:12
  29:21
creating 72:15
credit 34:24 44:17
current 56:19
C.V 34:21

**D**

d 3:10
date 13:1

dated 30:18
dates 15:23 18:10
 63:11,20 64:4,8
David 2:15 58:6
 60:11
day 73:16
days 61:20 62:6,10
debt 20:8,22
debts 19:12,19,23
 20:13 21:7,17,22
 22:16 24:8
December 26:13
 37:10,15 42:7,17
 42:21 53:19,20
decided 59:8 61:9
decision 58:12,16
 58:23 59:6,7
 60:5,8,15,17
 66:11
decisions 66:19,20
deemed 5:19
defect 3:22
Defendant 1:16
 56:8
Defendants 1:10
 2:10 7:23 15:9
 17:15 19:9 20:15
 30:23 31:21
Defendant's 20:20
 22:8,13 57:23
Deficiencies 26:23
defining 51:13
definitely 47:13
definitionally
 69:22
degrees 34:14
denominator 65:22
department 36:21
 37:2
departments 37:1
depends 65:18,23
deponent 3:20 4:5
 4:13,18,24 24:3
deposition 3:10,12
 3:13,18 4:6,21
 4:23 7:12,17 8:1
 9:10,16 10:24
 11:9,23 15:7,8,9
 18:7 23:24 24:17
 32:2 55:11 57:18
 68:4 71:13 73:5
depositions 8:8
describe 32:13,14
designated 9:10
 10:7
designed 23:2
detail 29:16
detailed 39:15,21
 40:8

determining 5:2
different 11:16
 17:20 20:4 36:24
differently 32:17
difficult 33:15
direct 4:13 15:13
 26:22 31:11 44:5
 56:13
Direction 4:16
directly 17:12
 20:12
Directors 14:4
disapproval 67:2
discovery 58:2,4
discuss 39:16
 48:10 54:22
 60:15
discussed 53:24
 54:17 55:8 71:5
discussion 19:1,4
 46:6 49:24 53:4
 58:20 68:17 70:7
discussions 53:22
 60:18 61:1,8,12
 62:2,6,19 68:7
disposal 40:7
dispute 8:12 14:14
 23:20
disputes 8:11
DISTRICT 1:2,3
doctor 57:4
document 15:3,6
 24:13,15 26:5,8
 30:10 32:23 33:3
 33:16 35:10,14
 36:1,3,4 41:19
 41:23 47:17,21
 49:2,14,18 50:23
 51:3,11 56:2,6
 56:10 62:23 63:2
 63:6,14 64:2
 68:24 69:4,7
 70:11,15 71:16
 71:20
documents 10:22
 11:1,5,9,11,14
 11:16,20 23:12
 36:20 37:2 42:3
 59:11 60:5
document-holds
 57:24
doing 13:22
Dominic 30:19
Dowling 51:6,15,19
 52:8
Dowling's 51:23
Dr 62:10
draft 69:15,21,24
drill 8:13

Drive 2:7
due 23:1 27:1
 28:19 44:15 46:1
 46:8
duly 7:2 75:8
duties 37:4

_____
         E
_____

E 2:2,2 75:2 76:2
 76:2,2
earlier 22:2 62:16
 64:2
early 13:6 14:8
 54:9
EASTERN 1:3
education 34:16
Edward 51:6
effort 23:15 58:1
eight 34:23,24
either 13:5 39:21
 61:9
Emil 16:18
employed 51:19
employees 25:24
 47:7,8 48:11,14
 48:24 50:9 54:18
 54:22 55:6
Employment 8:12
ended 26:13
enforce 4:8
engage 33:12
England 34:15
enter 58:19 64:17
 65:14
entered 25:14 30:1
 32:17,20 33:6
 40:19
enters 64:23
entirely 23:18
entities 17:4,10
 17:21 20:10 29:2
 47:7,11
entitled 17:14
 35:16 52:21
 62:23
entity 16:3 55:7
 55:24 64:13
entries 37:6
entry 37:10,14
equipment 25:15
equities 35:1
error 3:23
estimate 13:3
Event 5:5
exactly 68:15
examination 1:15
 4:1 5:10,14,18
 5:19,23 6:3 7:5
examined 5:15 6:2

7:3
examining 4:19
exchanged 27:18
 28:1
Executive 12:9,11
exhibit 15:2,4,7
 15:10 24:14,17
 26:6,9,11 30:11
 30:15,22 31:9
 32:24 33:4 35:11
 35:15 41:20,24
 42:5,15,20 44:6
 45:13,22 47:18
 47:22,23 49:15
 49:19,20 50:24
 51:4 52:20 56:3
 56:7 63:3,15
 69:1,5 70:12,16
 70:17,20 71:17
 71:21 74:1,3
Exhibits 42:4
expect 57:14
expectation 22:22
expected 53:14
expenses 43:13
experienced 33:18
exposure 66:1
express 23:4
expressed 53:11
extent 3:24 36:9
external 9:19
e-mail 30:17,18
 31:4,7 51:5

_____
         F
_____

F 75:2
fact 20:24 33:12
 73:1
failure 5:8,16
familiar 35:24
 69:8
fashion 19:10
favor 30:1
February 61:9 68:1
feel 18:2
fees 16:1 53:16
Fidelis 18:16
filed 69:13,16
filing 5:22
final 34:2 69:16
 69:21,23 70:1
finally 59:7
finance 36:21,24
 37:2
financial 38:2,10
 38:18,20 39:3,5
 39:6,8,10,13,15
 39:21 40:8,12,21
 41:3 42:6,16

44:9,19 52:19
**financials** 26:12
27:16 42:20 44:7
45:17 46:17
**financing** 72:10
**find** 68:21
**fine** 13:23 18:3
**first** 7:1 12:5
15:2 49:8 50:3
52:21 58:19
65:16
**five-year** 17:17
**fixing** 61:16
**flow** 25:7
**flows** 53:13
**foggiest** 34:4
43:17
**follow** 71:2
**following** 19:10
**follows** 7:4
**foregoing** 73:8
75:9
**form** 3:22 39:14
67:5
**format** 31:4
**former** 42:12
**forth** 4:9 5:3
31:23 75:8
**forward** 17:9
**four** 16:16
**fourth** 43:10
**frame** 61:13
**framed** 3:19
**front** 33:16
**full** 50:3 72:2
**function** 58:24
**funded** 53:15,15
**funds** 21:21 22:15
24:7 27:18 28:1
40:21 41:1,3
**further** 75:12
**future** 65:24

**G**

**G** 25:2 45:22
**Garg** 1:16 7:12,18
7:19,22,24,25
15:5 18:9 22:21
24:15,20 26:8
30:13 31:18 33:2
34:5 35:13 39:7
42:2 44:6 47:20
49:8,17 51:2
54:16 56:5 62:22
63:13 64:16 69:3
70:14 71:19 72:8
73:4,5,14
**Garg's** 17:7 23:6
23:23 24:3 34:21

49:9
**GATES** 2:9
**gather** 58:3
**general** 2:14 8:10
28:4
**generally** 8:5
**gentlemen** 18:14
**George** 1:17 2:8
7:7
**Gio** 30:19 50:4
**give** 8:14 57:8
**given** 3:13 7:24
8:8 75:11
**giving** 8:17
**go** 15:20 27:10
34:6 38:6 43:10
45:13 47:3 52:24
55:14 63:1 72:6
**goes** 25:13,20 28:9
51:17
**going** 17:3,13
21:24 23:22
31:22 35:2 58:17
**Goldstein** 1:22 7:2
75:4,18
**gonna** 11:11
**good** 7:10,11 61:6
**graduate** 34:18
**graduation** 34:21
**grounds** 5:24
**guess** 10:19 46:24
48:17 58:17

**H**

**H** 76:2
**hand** 44:11
**handed** 62:22
**handing** 15:5 24:16
30:13,14 33:2
35:13 42:2 47:20
49:17 51:2 56:5
63:13 69:3 70:14
71:19
**happened** 62:15
**happy** 9:8
**hard** 13:22
**hazard** 46:24 48:17
**heading** 25:2 53:1
73:10
**headings** 36:11
**Health** 1:8 7:15
9:11 10:14 12:19
12:23 13:4,9,17
14:1,4,5,11,16
16:5 18:12 19:24
20:17,23 21:8,17
28:7,16 29:8,12
29:13 31:24
32:19 33:7,8,22

35:16 36:22
38:16 40:11,13
40:24 41:4 42:13
42:17 43:3 44:20
45:1,9 46:22
47:9 48:13 50:11
50:15 52:22
53:12,15,17
54:20,24 61:18
64:10 67:24
68:11 70:18
71:24
**hear** 8:21
**heard** 18:7 47:14
**Heights** 1:9 2:13
7:15 9:12 10:5
12:2 19:22 20:6
20:11,16,21 21:5
21:15,21 22:9,14
23:14 24:7 25:14
25:22,23 26:12
28:7,15 29:10,14
29:22 30:3 31:13
31:23 33:7,21
36:23 38:5 39:19
40:16,18 42:9,11
42:22 43:1 45:16
46:14,23 47:9
48:11 49:21
50:10,15 53:8
54:18,23 56:8,20
58:13,22 59:3
62:23 63:20 64:9
64:16,19,22 65:1
66:3 68:19 72:11
**held** 1:20 12:1,18
13:24 19:2 46:6
70:8
**help** 61:21 67:23
**helpful** 57:20
**hereof** 73:10
**herring** 33:23
**highest** 34:16
**highlights** 40:3
**highly** 52:11
**Hmm** 53:21 56:17
**Hoffman** 2:15 9:21
17:23 19:4 43:23
52:5 58:6,7
60:14 70:4
**hold** 34:14,17
**holding** 72:14
**hospital** 23:3 52:9
52:14 55:2 61:22
63:17 67:15,20
68:8
**hospitals** 19:14
21:18,23 22:16
24:9 25:8 36:23

36:24 54:11,13
58:15 59:10
61:18
**HOSTETLER** 2:6
**hostility** 43:24
**hours** 10:20
**Hsu** 30:19 51:6
52:14
**Hughson** 60:24 62:8
62:9

**I**

**idea** 43:19 45:7
**identification**
19:11 24:14 26:7
30:12,16 33:1
35:12 41:21 42:1
43:11 47:19
49:16 51:1 56:4
63:4 69:2 70:13
71:18
**identify** 21:12
24:5 32:18 63:10
**identity** 15:23
16:3,7 18:10
**ii** 4:8
**iii** 4:10
**IL** 2:7
**Immaculate** 19:20
23:15 54:14
**immediately** 61:11
**improper** 4:11
**inappropriate** 23:8
23:18
**include** 3:21 39:20
**included** 31:9
**Index** 1:6 74:1
**information** 10:6
10:11 17:7 19:5
19:10 39:5,8,10
40:21 41:4 47:4
55:2,16 57:23
58:1,3,8 64:3,7
64:12
**initial** 23:13
**injury** 8:11
**inquired** 50:4
**inquires** 9:9
**inquiry** 19:18
**instance** 21:15
24:5,6
**instances** 19:12,22
21:5,13,20 22:18
66:9,13
**instruct** 11:6
**instruction** 9:1
**instructions** 8:15
**intercompany** 20:7
20:18 21:6,11,22

22:10,15 29:1
**interest** 53:11
**interested** 35:21
37:7 75:15
**interfere** 4:3
**interject** 61:15
**internal** 9:19
13:15
**internally** 9:21
**international**
53:10
**interrupt** 4:22
**intrudes** 11:12
**investing** 53:11
**irregularity** 3:23
**issue** 71:4
**issues** 71:2
**I.D** 44:8 72:4,17
72:21

---
**J**
---

**J** 1:17 2:8
**January** 25:6 47:24
71:23
**Jim** 68:16
**JL** 33:8,12
**job** 51:23,24 52:18
67:15,21
**John** 24:18 69:19
**John's** 19:20 23:16
54:13
**joined** 34:23 65:7
**journals** 31:22
**judgment** 30:1
**Julius** 57:17 67:18
**June** 1:13 12:24
**JURAT** 72:22

---
**K**
---

**keep** 13:22 51:11
71:9
**keeping** 23:4
**kind** 52:1 65:24
**Klein** 68:16
**know** 8:16,22 9:7
13:2 14:13 16:6
16:7,10,12,13,20
16:23 20:11
22:17,24 23:10
25:12,19 26:2
28:12 29:20,21
31:17,19 33:17
33:21 37:13,17
42:19 43:6,9,18
43:21 45:5,12
47:13 48:15,20
48:23 49:1,3
50:17,19 51:15
55:20,21,23

56:23 57:12,18
57:19 58:8 59:24
67:14 69:10,17
69:18 70:1,4
**knowledge** 9:11
22:12 29:15,20
49:11 55:5,9
65:8,9
**K&L** 2:9

---
**L**
---

**L** 3:1
**lack** 18:17
**large** 31:3
**late** 13:5 14:7
54:9
**Lavan** 24:18 69:19
**Lavan's** 25:5,13
33:13
**Law** 1:19
**lawyers** 59:17,18
**leak** 68:4 71:13
**lease** 25:15
**leave** 51:21 52:16
**led** 13:8
**left** 41:13
**lend** 46:14
**lending** 20:9
**lent** 20:7 22:10
**let's** 15:17,21
16:15 19:7 30:9
32:22 35:9 38:21
40:16 41:18 47:3
47:16 49:12
50:21 55:14,18
56:1 58:11 63:1
66:11 68:22
71:14
**level** 34:16 65:20
**Lexington** 2:10
**liabilities** 19:13
19:19,23 20:17
21:7,17,23 26:23
29:8
**liability** 20:8,22
28:5,6,13 29:13
**liable** 68:20
**Limitation** 4:9
**Limited** 7:14
**line** 27:1 35:21
76:5
**list** 15:14 17:4
**listed** 35:19
**little** 44:13,21
59:5
**living** 13:21
**LLP** 2:6,9
**loan** 21:11 23:13
24:8 44:12,21

45:4 46:9,17,18
46:18
**loaned** 25:9
**loans** 20:18 21:6
22:15 45:8 47:4
**local** 18:15 50:8
**logic** 57:1
**logs** 23:1
**London** 34:19
**long** 23:7 71:7
**longer** 54:12
**longstanding** 53:9
**look** 24:20 26:16
33:10 35:20 40:7
55:20
**looked** 59:23 60:4
60:6
**looks** 30:17
**looting** 21:4
**lot** 46:3,9 47:1,2
**Loughlin** 2:11 9:23
11:6,10 17:1,17
17:20 18:5,19
22:20 23:9,19
31:20 38:3,24
39:3 46:4 49:6
52:2 57:15 59:12
59:19 61:3,5,15
63:5 67:5,7 70:3
70:20
**lured** 35:3

---
**M**
---

**making** 60:5,8,17
**manageable** 30:22
**management** 38:9
40:2,12 41:14
51:12 54:17
**March** 30:18 68:1
70:19
**mark** 15:1 18:17,17
24:12 26:3 30:9
32:22 35:9 41:18
47:16 49:12
50:21 56:1 63:1
68:22 70:9 71:14
**marked** 15:3,6
24:13,17 26:5,9
30:10,14 32:23
33:4 35:10,15
41:19,23 42:4
47:17,22 49:14
49:19 50:23 51:4
56:2,7 63:2,15
68:24 69:5,21
70:11,16 71:16
71:21
**marriage** 75:14
**Mary** 19:20 23:15

54:14
**material** 30:23
**matter** 7:13 75:15
**matters** 8:9 33:21
**maximum** 56:19
**mean** 59:20
**means** 21:10
**medical** 1:4,9 2:13
7:15 9:12 10:5
12:2 19:23 20:6
20:12,16,21 21:6
21:16,21 22:9,14
23:14 24:7 25:14
25:22,24 26:13
28:7,15 29:11,14
29:22 30:3 31:13
31:24 33:7,22
36:23 37:19,20
38:5 39:19 40:17
40:18,20 41:1,9
42:9,11,22 43:1
45:16 46:2,14,23
47:10 48:12
49:21 50:10,16
53:8,10 54:19,23
56:8,19,20 58:13
58:23 59:3 62:24
63:21 64:10,16
64:18,19,22,23
65:2,5,11,15
66:1,4,10,14
67:12,16 68:9,18
68:19 71:3 72:11
**Medicine** 7:9,14
14:15
**meeting** 38:13 40:3
47:24 49:22 50:7
62:1,18 68:14
70:19 71:5,24
**meetings** 39:10,20
71:10
**members** 16:22 40:6
62:24 63:10,21
72:3
**memory** 17:7,11,24
18:16 20:5
**mentioned** 72:8
**middle** 35:6
**midway** 53:7
**million** 23:13 25:9
25:17,21 28:2
29:12 37:9,10,14
44:22 45:1 53:18
53:19 72:10
**million-nine** 44:12
46:13
**million-six** 44:16
**minimum** 23:13
**minute** 27:7 48:7

minutes 17:2 47:23
  48:10 49:20
  54:21 55:3,8
  66:15,21,24
  70:17 71:23
mistake 19:17
mix 57:5
Mm-hmm 27:15 28:3
  37:21 39:23
  44:14 46:12
  49:23 50:13
  52:23 53:6 68:2
moment 45:14
money 20:7 22:10
  28:14 37:16
  53:24 65:23
monies 20:3,9
months 35:3
morning 7:10,11
motion 5:11
move 5:9 19:7 50:9

_____

N

N 2:2,15 3:1 75:2
name 7:7 18:13,18
  33:20 42:12 43:2
names 16:16 63:10
  63:19 64:4,8
Nancy 60:23 62:17
native 31:3,5
natively 51:10
nature 8:10
need 9:7 68:20
  71:11 72:4
needs 18:3 25:7
  53:14
negotiating 67:16
negotiation 14:22
net 27:18,24 45:24
  46:7
never 18:5,7 20:22
  22:9 44:3 45:6
new 1:12,23 2:11
  2:11,15 7:3 43:2
  72:4,14,16,17
  75:6
nine 27:7,8,9,12
  27:13 28:20
  47:23
nod 9:3
normally 66:18
North 2:7
Notary 1:23 5:16
  7:2 73:18 75:5
note 27:6,8,9,12
  27:13,16 28:19
  28:20 45:22 46:7
  49:6
noted 3:11 73:10

notes 26:20 45:20
  48:21 71:9
notice 1:20 7:21
  10:23 11:1 15:1
  15:8,10 47:4
  57:23 63:7
noticed 7:18
November 12:10,12
  49:22
number 7:16 15:7
  15:21 24:17 26:6
  26:10 27:9 28:20
  28:20 30:11,15
  31:8,10,22 32:24
  33:4 35:11,15,18
  35:19 36:10
  41:20,24 42:4,5
  43:11 44:6,8
  47:3,18,22 49:15
  49:19 50:24 51:4
  56:3,7,19,23
  57:9,22 58:12
  63:3,7,15 69:1,5
  70:12,16 71:17
  71:21 72:4
Numbers 31:7 51:13

_____

O

O 3:1 75:2
oath 24:2
object 5:8
objection 3:17
  5:11 11:6 38:3
  59:12 67:5 70:3
objections 3:10,14
  23:8 56:9
obligation 59:4
obligations 25:3
  25:15
obliged 18:2
observe 69:20
obtain 10:5
obviously 17:6
occasions 8:3 21:4
occurred 46:17
office 2:14 54:3
officer 3:11 12:9
  12:11 13:17
  14:10 45:3 52:19
officers 15:23
  16:2 64:9,14
offset 28:13
off-site 62:15
off-the-record
  19:1,4 46:5 70:7
Oh 18:15 57:19
  68:14
okay 10:24 13:16
  19:21 22:20

26:24 27:3,9,21
  28:21 34:8 36:19
  43:12 48:9 49:5
once 51:8 61:23
ones 16:13 32:10
  32:11,12 42:10
operate 22:5
opportunity 72:8
order 4:9 51:11
ordinary 37:18,24
  38:8,22 40:10
  66:23
Organization 52:22
organizations 27:2
  37:3 44:16
orient 27:7 61:21
  67:23
original 5:17,23
  14:18
Originally 12:3
outcome 75:15
outline 18:3,6
outright 20:22
  21:16
outside 9:23
owed 25:21 28:15
owes 44:20,24
o0o 73:7

_____

P

P 2:2,2,11 3:1
package 39:17,18
page 15:14 24:22
  26:19,19 27:11
  27:14,14,16,20
  27:21 43:10 44:7
  45:19,24 48:2
  49:8 50:1 56:14
  56:14 70:23 72:6
  74:3 76:5
paid 16:1,3 19:12
  19:16 20:3,9,12
  20:22 29:11
  43:14,15,18
  64:13
paper 11:16
paragraph 50:3
  72:2
parenthetically
  49:7
parking 46:3,9
  47:1,2
particular 22:17
  24:6 25:1 26:21
  48:4
particularly 58:10
parties 3:5,8 4:24
  28:19 75:13
party 4:19

passage 25:1
passive 55:24
Paul 1:21 7:2 75:4
  75:18
pay 19:19,23 21:16
  64:18
payable 44:12
payments 20:16
  29:23
payroll 47:14
  48:13 50:10,11
  54:18,19,23
payrolls 47:11
  50:14 55:7
pension 71:4
people 17:4 47:2
  59:2 61:12
percent 29:4
period 12:20 14:5
  16:8,23 17:16,18
  32:8 47:11 52:22
  61:16 68:6
periodic 38:1
periods 16:20 53:1
permission 21:1
permitted 3:24
Perri 60:23 62:17
person 3:15 4:12
  65:12
personal 7:18 8:11
  46:1
personnel 46:4,8
  46:21
persons 4:2
picks 72:7
pieces 11:15 59:1
place 1:21 73:9
plainly 4:10
Plaintiff 1:5 2:6
  7:8
Plaintiff's 7:20
  15:4 24:14 26:6
  30:11,15 32:24
  35:11 41:20,24
  47:18 49:15
  50:24 56:3 58:4
  63:3 69:1 70:12
  71:17 74:3
plan 69:12,13,16
planning 52:10
plans 50:5 53:23
  53:23
please 8:22 15:2
  15:13 32:18
plenty 18:4
point 8:20 9:6
  39:1 54:2 61:6
points 39:17
policies 66:3,7

position 12:4,18
  13:10 20:15,21
  22:8,14 44:9
positions 11:18
  12:1 13:24
possession 57:24
possible 68:4
  71:13
Potential 53:1
practice 1:18 18:8
precisely 13:2
preclosing 53:14
predates 49:9
Prejudice 4:12
prepaid 35:21 37:7
  37:15 40:20 41:1
  41:8 53:13,16,24
preparation 11:13
  32:2
prepare 9:15 10:2
  10:18,22 11:2,22
  18:2
prepared 37:1
prepares 36:19
preparing 57:16
present 16:4,9,11
  32:20 34:21
  38:10 40:12
  47:12 55:17,18
  61:7 63:12
presentation 67:1
presented 7:20
  38:18,20 39:11
  39:18 40:22 41:3
  41:4 66:16 67:3
  67:11
presently 43:7
  64:17
preserve 4:7
presume 58:6 69:17
pretty 29:6 38:13
prevailed 45:11
previous 22:1
  43:16 72:18
pre-payment 37:19
prior 25:5
private 35:1
privilege 4:7
  59:13
Probably 12:7
proceed 3:13
proceedings 24:19
  40:17
process 57:10
produced 30:24
  31:3,21 41:10
  51:9
profession 34:10
Project 53:12

projected 36:12
projection 36:16
projections 35:17
  36:8,13
promise 68:10
properties 42:7,12
  42:22 43:2 72:12
  72:13,19
proposed 50:19
provide 6:2 18:5
  56:21 58:14,24
  59:4,8 60:15
  61:10 64:24
  65:15 68:11
provided 4:14 5:20
  17:2 22:24 25:15
  25:23 39:9 46:2
  46:21 63:6
provides 64:19
providing 58:20
  62:3,12
provision 3:8
provisions 28:14
Public 1:23 5:16
  7:2 73:18 75:5
purpose 4:23 5:1
  23:4 48:18 69:10
  69:11 72:15
purposes 61:7
pursuant 1:17 3:16
put 33:16 63:9
p.m 73:6

_____

         Q
Queens 12:23 33:7
  43:3
question 4:10,19
  5:2,8 8:21 10:8
  18:8,19 20:1
  27:8 29:9 30:5,7
  35:23 37:23 43:9
  44:4 48:8 56:14
  59:5 61:5 67:10
questioning 3:21
  4:4 6:1
questions 4:6 8:17
  24:22 26:18
  43:24 44:1 48:2
  49:24 63:9 73:3
quickly 37:22

_____

         R
R 2:2 75:2 76:2,2
Ragiv 73:5
raise 72:9
raised 3:17
raises 61:5
Rajiv 1:16 7:12
  34:20 73:14

ratio 57:3
read 18:6 30:6,7
  49:1 73:8
reading 44:17 49:2
reads 50:3
reality 33:17
really 11:17 22:5
  55:20 67:9
reason 5:5 13:11
recall 18:10 40:15
  43:16 62:4 68:15
receipt 40:20 41:2
received 23:12
  40:24 53:17
recess 41:17 55:13
  71:12
recite 31:6
recites 56:18
  70:24 72:2
recognize 3:8
recollect 11:17
recollection 60:3
  71:7
record 5:6 23:2,7
  30:21 31:1 51:8
  52:6 63:16 73:8
  75:10
records 43:20
red 33:23
reference 27:6,24
referring 39:4,5
reflect 27:17
  66:15
reflected 40:21
  64:1 66:21
reflects 31:12
  44:19 46:7
refusal 4:15
regarding 58:20
  68:18
regular 57:7
regularly 38:19
rejection 41:11
related 26:20 27:2
  32:7 33:21 44:15
  75:13
relating 8:9
relation 61:3
relationships 53:9
reliable 17:6
relief 3:15
remainder 4:20
remember 13:1
  16:17 18:13 21:2
  29:3 61:14
removed 30:23
repeat 8:22 30:4
replacement 58:14
  59:9 60:16 61:10

62:12
replied 50:6
report 48:4,11
reporter 1:22 8:18
  15:6 24:16 26:9
  33:3 35:14 42:3
  47:21 49:18 51:3
  56:6 63:14 69:4
  70:15 71:20 75:5
represent 7:8
  27:17
represents 46:1,8
request 3:20
requests 58:5
required 21:10
  57:3
reserved 5:13 29:4
residents 57:5
resolution 72:12
respect 68:9
respective 3:4
respond 58:4
response 7:20 8:6
  8:24 13:18 29:17
  63:6,8
responses 56:9
rest 34:6
restructuring 48:5
Return 5:17
returned 22:23
  23:5
review 10:21 11:1
  32:1 38:11 39:16
  40:2 48:7 59:10
reviewed 11:15,21
  38:2 59:15
reviewing 11:20
right 3:14 4:7,20
  8:23 10:21 15:13
  20:5 24:24 28:10
  28:24 36:3,6
  37:6 44:11,18
  52:20 53:3 55:1
  58:11 65:12 69:6
  71:22
rights 5:20
Romero 57:17,21
  67:18
Romero's 67:21
room 68:5 71:13
Ross 1:4 7:8,13
  14:15,18 37:16
  53:20 58:14 59:9
  59:11 60:19,22
  61:13 62:2,12,20
  71:3,6
Rucigay 16:16,18
  16:18,21 70:20
  70:24 71:1

**Rule** 3:5, 9, 24  4:1
  4:14
**rules** 1:19  3:6  5:4
  5:20
**run** 51:13

---

**S**

**S** 2:2  3:1, 1  76:2
**salaries** 16:1
**salary** 43:13, 15, 18
**salient** 39:17
**saying** 52:2
**says** 25:5  33:5
  36:15  42:19
  45:24, 24
**scheduled** 50:8
**school** 1:4  7:9, 13
  14:15  37:19
  40:20  41:9  64:20
  65:11  66:10, 14
  67:12  68:18
**schools** 53:10
  64:18, 23  65:5, 15
  67:16  68:9
**school's** 41:1
**scratch** 19:15
**second** 18:15  27:1
  52:24  58:22  72:2
  72:6
**Section** 5:4
**see** 27:4  28:14
  43:12  45:23
  46:11  49:7  50:8
  50:12
**seek** 65:16, 21  66:5
**seen** 18:3  56:11
**segregation** 37:4
**selection** 51:12
**self-explanatory**
  29:7
**separate** 37:5
  72:21
**served** 12:14  16:21
  17:8  41:7
**serves** 20:5
**service** 15:23
  18:11  63:12, 20
**services** 25:23
  33:6  46:2, 9, 21
  64:4, 8
**set** 4:9  5:3  22:3
  75:8
**sets** 55:3
**seven** 45:2
**sheet** 46:20
**Shepherd** 60:23
  61:2, 23  62:10, 14
**short** 8:14  12:20
  34:20  35:5  41:17

**55:13**
**shortage** 53:2, 5
**shorthand** 1:22
  75:4
**show** 11:5  15:5
  24:15  26:8  32:4
  33:2  35:13  36:11
  42:2  47:20  49:3
  49:17  51:2  56:5
  63:13, 19  69:3
  70:14  71:19
**showed** 54:16, 21
**showing** 31:22
**shown** 11:9  15:11
**shows** 42:21  43:13
  44:11, 23, 24
  69:15
**sign** 65:4
**signature** 33:11
**signed** 5:14  33:11
  34:3  66:2  73:15
**significant** 11:22
**signs** 64:24  65:12
**silent** 67:1
**simpler** 59:5
**simply** 39:4
**Singleton** 21:3
  48:17  50:6
**Singleton's** 41:16
  48:10
**sir** 27:10  43:21
  50:20  56:12  64:6
  67:23
**six** 35:2
**size** 65:18
**skip** 58:11
**slate** 72:21
**slots** 62:3
**sold** 35:1
**solution** 68:21
**somebody** 18:17
  44:21, 24
**sorry** 13:20  27:13
  29:19  30:4  63:23
**sort** 39:8  41:13
  69:11, 21
**sorts** 8:5, 7  36:19
  37:1
**sought** 66:9, 13
**source** 17:6
**speak** 10:4, 10
  33:24  62:7  68:13
**speaking** 23:8, 18
**specific** 21:9, 24
  24:10  29:3, 15
**specifically** 40:23
  41:6
**specifics** 29:21
**specify** 38:4

**speed** 31:18
**spend** 10:17
**spent** 34:23
**spoke** 62:14
**spoken** 62:11
**spreadsheets** 31:3
**St** 19:20  23:16
  54:13
**start** 15:17, 21
  16:15  38:21
  55:18  66:12
**startup** 23:15
  52:22
**state** 1:23  7:3
  30:21  62:17
  68:12  69:13, 16
  75:6
**stated** 3:18  5:6
  50:7  71:1
**statement** 3:22
  4:17  44:8, 19
  53:7
**statements** 4:3
  38:2, 10, 18, 20
  39:4, 6, 13, 15, 21
  40:4, 8, 13  42:6
  42:16
**states** 1:2  69:11
**stating** 58:7
**step** 13:11, 13
**STIPULATED** 3:3
**Stockholm** 1:12
  2:14
**stop** 21:4
**Street** 1:12  2:14
**strike** 5:9
**student** 57:4
**students** 56:19
  57:6  64:20
**stuff** 52:10
**Subdivision** 4:15
**subdivisions** 3:9
**subject** 3:14
**subscribed** 73:15
**substance** 68:17
**succinct** 4:17
**succinctly** 3:18
  5:6
**suggest** 3:19
**suggested** 13:12
**suggests** 46:17
**Suisse** 34:24
**sum** 35:7
**summary** 39:14
**supposed** 55:23
**sure** 20:2  23:9
  30:6  32:15  38:6
  39:2  62:5
**sworn** 5:15  7:2

**17:15  44:2  75:9**
**system** 20:8  25:7

---

**T**

**T** 3:1, 1  75:2, 2
  76:2, 2
**take** 9:3  24:1  27:7
  35:2  39:14  45:19
  48:7  51:17  52:11
  57:5  59:2
**taken** 3:12  5:19
  41:17  55:13  68:3
  71:12  73:9
**talk** 34:5  40:16
  60:22  61:8
**talked** 47:5, 6
  61:24
**talking** 22:2, 3
  38:4  47:1
**talks** 47:6
**Tax** 72:4, 17, 21
**tell** 19:15  28:22
  45:5  46:15  52:3
  57:1  67:23
**test** 17:7, 12, 24
**testified** 7:4
  22:21  64:2
**testify** 9:10  10:7
  10:11
**testifying** 7:23
**testimony** 1:19  5:9
  10:18, 22  15:17
  15:22  22:7  23:7
  23:10, 11  44:2
  73:9  75:8, 10
**thank** 9:6  57:21
**thing** 41:13
**things** 20:4  35:6
  68:20
**think** 12:20  13:10
  13:14  15:20
  18:14  22:20  28:9
  29:6, 6  31:19
  32:3, 21  33:13
  41:15, 15  45:10
  51:24  52:11, 17
  54:8  61:19  62:15
  68:15  69:14
  72:17  73:2
**third** 15:14  28:19
**thought** 19:5
**three** 8:4  17:20
  26:10, 11  57:8
  71:1
**three-pronged**
  58:18
**time** 1:21  5:11
  10:17  12:24  16:8
  16:20  17:16

29:24 32:8 41:7
45:11 49:10 54:2
56:22 61:13,16
61:17,21 67:20
68:6 71:8 73:4,9
**times** 67:11
**today** 9:10,16 10:2
11:2 14:13 15:17
56:11
**today's** 10:18,22
11:22 15:9 32:2
55:11
**told** 21:3
**Tom** 21:3 41:16
48:17 60:23
62:14
**top** 15:20 36:12
58:12
**topic** 15:21 19:6,7
19:8,9 47:3
55:16 57:22 63:7
63:7
**topics** 9:13 10:6
10:12 15:15,18
34:7 55:14
**total** 35:7 57:9
**to/due** 23:1
**to/from** 27:17 28:1
**track** 13:22 23:4
**training** 34:9
**transaction** 22:11
**transactions** 21:22
27:18,24 28:5
31:12,16,22
32:13 45:4
**transcript** 73:12
75:10
**transfer** 46:20
47:5,7 48:24
50:14 54:17,22
**transferred** 47:10
48:12,14,19
**transferring** 72:13
**transfers** 47:15
48:16 55:4,6
**treading** 59:13
**treated** 22:21
**trial** 1:15 3:6
5:12
**true** 38:15,16
73:11 75:10
**truly** 37:5
**Trust** 34:23
**trustee** 12:3,5,22
13:4,8 14:2,3
35:3
**trustees** 12:15,21
15:24 16:2,4,8
17:16 18:12 38:9

---

63:11 64:4 70:19
**truth** 52:3
**try** 38:23 70:5
**trying** 18:13
**Twenty-five** 70:22
**two** 16:17 18:14
20:4 24:17 28:20
29:2 31:16 48:8
53:9 54:11,13
55:3 58:17,24
61:23
**type** 35:24
**Tzanetopoulos** 1:17
2:8 7:6,7 11:8
17:11,19,22 18:1
18:21 19:3 23:6
23:17,22 24:11
26:3 30:9 32:22
35:9 38:6 39:2
41:18,22 47:16
49:12 50:21 56:1
57:20 59:14,22
61:4 67:6 68:22
70:9,22 71:14

---

| U |

**U** 3:1
**um** 18:16
**unaudited** 39:6,12
39:22 42:6,15
**understand** 7:22
8:21 9:5,9 22:7
28:22 44:2 57:2
**Unfortunately** 43:8
**Uniform** 3:6
**union** 54:22
**unique** 67:10
**UNITED** 1:2
**University** 1:4 7:8
7:13 14:15 29:23
30:2 34:18 37:11
37:16 53:18,20
58:15 60:19 71:3
71:6
**use** 29:18 53:23

---

| ' V |

**value** 23:2 25:16
**various** 21:3
**version** 8:14 34:2
34:20 70:2
**versions** 17:15
**versus** 70:14
**volume** 11:14 57:6

---

| W |

**Wa** 51:6
**Wacker** 2:7
**waived** 5:23

---

**waiver** 5:10,20
**WALTER** 2:11
**want** 23:9 24:1
27:12 30:24
31:11 43:24 52:3
**water** 68:4
**way** 10:8 23:5 28:9
28:22 59:24 60:3
61:16 75:14
**Wa-Chung** 30:19
**Weekly** 35:17
**we'll** 9:7 19:8
**we're** 14:13 17:14
23:23 27:20
45:14
**we've** 17:2 30:22
31:4,9 47:5,6
**wisdom** 45:11
**witness** 5:15 6:2
7:1 18:6,22 52:7
57:17,19 63:9
70:5
**witness(es)** 75:7
75:11
**words** 9:2 29:18
**work** 47:2 52:12
57:7,16
**working** 72:9
**works** 57:2
**world** 41:16
**wouldn't** 37:17
69:17
**writing** 45:8 66:7
**written** 48:21
**wrong** 18:23
**Wyckoff** 1:9 2:13
7:15 8:9 9:12
10:5,10 12:2,6,9
12:12,15 13:11
15:24 16:14
19:12,13,16,16
19:18,22 20:6,11
20:15,21 21:5,15
21:20 22:9,14
23:14 24:6 25:14
25:22,23 26:12
28:6,15 29:10,13
29:22 30:3 31:13
31:23 33:7,21
35:4 36:23 38:4
39:19 40:16,18
42:9,11,21 43:1
45:16 46:14,22
47:9 48:11 49:21
50:9,15 53:8
54:18,23 56:8,20
58:13,22 59:3
62:23 63:20 64:9
64:16,19,22 65:1

---

66:3 68:19 72:11
72:19
**Wyckoff's** 21:4
38:9 39:9 42:6
53:23

---

| X |

**X** 1:3,11

---

| Y |

**yeah** 9:22 11:10
25:4 27:9,13
28:10,18 41:15
42:24 44:10,23
45:21 48:3,6
52:7 55:15 56:15
**year** 26:13 42:7
43:22 61:24
62:11,16
**years** 34:24,24
**Yep** 45:15
**yesterday** 23:11
**York** 1:12,24 2:11
2:11,15 7:3 75:6

---

| $ |

**$1** 25:9
**$1.9** 44:21 46:9
**$10** 23:13 25:21
**$14** 28:2 29:12
**$3** 25:17
**$3.5** 37:9,10 53:17
**$4** 72:9
**$5** 37:14 53:19

---

| 0 |

**09** 54:9
**09CV01410** 1:6 7:16

---

| 1 |

**1** 15:4,7,10 25:6
49:22 57:3 58:12
74:5
**1st** 37:10 53:19
**1:33** 73:6
**10** 15:21 19:6,8
47:24 49:15,19
49:20 54:9 63:8
74:14
**10:00** 1:14
**100** 29:4
**10022** 2:11
**11** 24:23 50:24
51:4 52:21 74:15
**11237** 1:12 2:15
**1199** 50:8
**12** 56:3,7 74:16
**13** 63:3,15 74:17
**14** 69:1,5 74:18

**15** 70:12,16,17
   74:5,19
**16** 71:17,21  74:20
**191** 2:7

---
**2**

**2** 24:14  74:6
**20** 73:16
**2000** 47:24
**2006** 16:8,11  17:3
   17:9  32:20  42:8
   42:20,21  47:12
   55:17  63:12
**2007** 25:6  26:14
   30:19  42:17  44:7
   49:22
**2008** 12:7,10,12,16
   12:24  13:6  14:7
   14:7  16:11
**2009** 13:6  14:8
   51:22  52:17  61:9
   68:1  70:19  71:23
**2011** 1:13
**221** 3:6
**221.2** 5:4
**24** 1:13  74:6
**26** 74:7
**28th** 53:20
**29** 27:14  37:15

---
**3**

**3** 26:6  45:13  50:1
   56:14,14  70:23
   74:7
**30** 26:19  27:14,16
   27:20,21  45:19
   45:24  74:8
**30 (b) (6)** 11:9  15:8
   17:14  49:10
   57:22  63:7
**31** 1:18  3:16  26:14
   42:7,17,21
**3115** 3:9,24  4:14
**3116** 5:20
**3117** 5:21
**32** 74:9
**35** 74:10
**374** 1:12  2:14

---
**4**

**4** 26:19  27:11
   30:11,15  48:2
   57:22  74:8
**406** 56:22
**41** 74:11,12
**47** 74:13
**49** 74:14

---
**5**

**5** 32:24  33:4  70:19
   74:9
**5J** 5:9
**50** 74:15
**56** 74:16
**599** 2:10

---
**6**

**6** 30:18  35:11,15
   55:16  74:10
**60606** 2:7
**63** 74:17
**68** 74:18

---
**7**

**7** 41:20  42:4,5,20
   47:3  74:11
**70** 74:19
**71** 74:20

---
**8**

**8** 41:24  42:4,15
   44:6  57:3  71:23
   74:12

---
**9**

**9** 19:7,9  47:18,22
   74:13
**9F** 27:16,22,23
**9G** 45:22  46:7