# Appendix I

# Filed Under Seal