UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------X
ROSS UNIVERSITY SCHOOL OF
MEDICINE, LTD.,                              09 Civ. 1410 (KAM) (RLM)

Plaintiff,

– against –

BROOKLYN-QUEENS HEALTH CARE,
INC. and WYCKOFF HEIGHTS MEDICAL
CENTER,

Defendants.
----------------------------------------------X

**PLAINTIFF ROSS UNIVERSITY'S APPENDIX TO RESPONSE
TO DEFENDANTS' 56.1 STATEMENT OF UNDISPUTED FACTS &
ADDITIONAL FACTS REQUIRING THE DENIAL OF SUMMARY JUDGMENT**

**VOLUME 2**

Romero deposition exhibit 9 – Romero supplemental declaration 04/04/08 ................................1

Ross 1003 – original 1997 Wyckoff agreement ..........................................................................2

Ross 031951 – amendment to Wyckoff agreement .....................................................................3

Romero deposition exhibit 18 – Ross 023701 – email ................................................................4

Romero deposition exhibit 2 – Ross 031314 – letter to Nancy Perri -
investment opportunity ................................................................................................................5

Romero deposition exhibit 1 – Ross 0607 – letter to Yife Tien - investment opportunity ..........6

Romero deposition exhibit 3 – promissory note .........................................................................7

AUC affiliation agreement ...........................................................................................................8

Garg deposition exhibit 6 – Caritas weekly cash projections .....................................................9

Declaration of Gio .....................................................................................................................10

Romero deposition exhibit 10 – Ross 009216 – email between Perri and Romero .................11

Romero deposition exhibit 11 – Ross 009186 – email between Perri and Romero .................12

Romero deposition exhibit 16 – Ross 009019 – email ................................................................13

Ross 009182 – email between Perri and Romero .......................................................................14

Romero deposition exhibit 12 – Ross 009177 – email ................................................................15

Romero deposition exhibit 13 – BQHC 24771 – email ..............................................................16

Ross 009046 – email....................................................................................................................17

Ross 033055 – email....................................................................................................................18

Ross 008943 – email....................................................................................................................19

Ross 008748 – email....................................................................................................................20

Romero deposition exhibit 19 – Ross 0630 – email with attachment..........................................21

Romero deposition exhibit 20 – Ross 008477 – email with attached agreement ........................22

Romero deposition exhibit 21 – Ross 0614 – email with attached agreement ............................23

Romero deposition exhibit 5 – Ross 0056 ..................................................................................24

Romero deposition exhibit 6 – Ross 0052 ..................................................................................25

Romero deposition exhibit 7 – BQHC 42911 – second amendment to
affiliation agreement ....................................................................................................................26

Ross 015142 – email....................................................................................................................27

BQHC 48037 – email..................................................................................................................28

Rucigay deposition exhibit 18 - BQHC 13452 – memo ..............................................................29

BQHC 39559 – email...................................................................................................................30

Ross 031619 – email....................................................................................................................31

Ross 031623 – fax confirmation ..................................................................................................32

BQHC 43171 – email..................................................................................................................33

Rucigay deposition exhibit 17 – BQHC 00489 - administrative services agreement.................34

Singleton deposition exhibit 7 – BQHC 00489 ..........................................................................35

08/08/11 Loughlin letter ..............................................................................................................36

Rucigay deposition exhibit 1- BQHC 03718 – Wyckoff board meeting minutes 02/09/0 ..................................................................................................................37

Rucigay deposition exhibit 4 – BQHC 03782 – Wyckoff board meeting minutes 12/14/06 ..............................................................................................................38

Rucigay deposition exhibit 6 – BQHC 00430 – affiliate subordination agreement ...................39