# APPENDIX 9

BQHC 07605

Caritas Health Care, Inc.
Weekly Cash Projections

| | ACTUAL WE 12/01/06 | ACTUAL WE 12/08/06 | ACTUAL WE 12/15/06 | ACTUAL WE 12/22/06 | ACTUAL WE 12/29/06 | ACTUAL WE 1/05/07 | ACTUAL WE 1/12/07 | ACTUAL WE 1/19/07 | ACTUAL WE 1/26/07 |
|---|---|---|---|---|---|---|---|---|---|
| **Cash Receipts** | | | | | | | | | |
| Medicare | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| Medicaid | | | | | | | | | |
| Commercial and Other | | | | | | 2,005 | 121,966 | 10,784 | 36,121 |
| Skilled Nursing Facility | | | | | | | | | |
| Part B | | | | | | | | | |
| Grants, etc. | | | | | | | | | |
| Pool Receipts | | | | | | | | | |
| Funds from Affiliates | | | | | | | | | |
| Balance of Pool Loan | | | | | | | | | |
| Balance of Restructuring Pool Loan | | | | | | | | | |
| Balance of Garage Financing | | | | | | | | | |
| Prepaid Clerkships | 3,500,000 | | | | | | | | |
| HFG Funding | | | | | 5,000,000 | 15,000,000 | | | |
| Parsons Manor Sale | | | | | | 9,671,446 | | | |
| **Total Cash Receipts** | 3,500,000 | | | | 5,000,000 | 24,673,451 | 121,966 | 10,784 | 36,121 |
| **Cash Disbursements** | | | | | | | | | |
| Payroll, Related Benefits and Taxes | | | | 1,400,000 | | | 1,400,000 | | 3,723,901 |
| Payments to Affiliates | | | | | | | | 310,068 | |
| Wyckoff Heights Medical Center | | | 2,000,000 | | 4,500,000 | 1,735,000 | 400,000 | 3,275,000 | 606,000 |
| Caritas PC's | | | | | | 294,903 | 123,500 | 504,000 | 383,324 |
| Lockbox sweep | | | | | | | | | |
| SVCMC | | | | | | | | | |
| Building & Equip Rental Exp (Third Party) | | | | | | 2,691,487 | | 125,969 | |
| Capital Leases | | | | | | | | | |
| Drugs and Supplies | | | | | | | | | |
| Debt Service | | | | | | | 690 | 1,102 | 116,183 |
| CapEx | | | | | | | | | |
| Assumed Liabilities (Union, AP, Comp) | | | 24,823 | 22,603 | | | | | |
| All Other Expenses | | | | | | 173,794 | 500 | | |
| Garage Financing Repayment | | | | | | | | | |
| Pool Loan Repayment | | | | | | | | | |
| Closing costs | | | | | | 1,706,588 | | | |
| **Total Cash Disbursements** | | | 2,024,823 | 1,422,603 | 4,500,000 | 6,601,772 | 1,924,690 | 4,216,139 | 4,829,407 |
| **Net Cash Flow** | 3,500,000 | | (2,024,823) | (1,422,603) | 500,000 | 18,071,680 | (1,802,724) | (4,205,355) | (4,793,287) |
| Beginning Cash | | | 3,500,000 | 1,475,177 | 52,574 | 552,574 | 18,624,254 | 16,821,529 | 12,616,175 |
| **Ending Cash** | $ 3,500,000 | $ 3,500,000 | $ 1,475,177 | $ 52,574 | $ 552,574 | $ 18,624,254 | $ 16,821,529 | $ 12,616,175 | $ 7,822,888 |

Notes:
a) Three PIP payments in this month
b) Three payrolls in this month
c) Timing of payroll check cashing
d) Corrective action plan implementation
e) Payroll Include catch up for MD's not paid in February
See attached document for assumptions


PLAINTIFF'S EXHIBIT 6

Page 5

Caritas Health Care, Inc.
Weekly Cash Projections

| | ACTUAL WE 2/02/07 | Actual WE 2/09/07 | Actual WE 2/16/07 | Actual WE 2/23/07 | Projected WE 3/02/07 | Projected WE 3/09/07 | Projected WE 3/16/07 | Projected WE 3/23/07 | Projected WE 3/30/07 |
|---|---|---|---|---|---|---|---|---|---|
| **Cash Receipts** | | | | | | | | | |
| Medicare | $ - | $ - | $ 4,128,558 | $ - | $ 2,585,476 | $ 2,685,476 | $ 100,000 | $ 2,685,476 | $ 150,000 |
| Medicaid | | | | | 1,347,620 | 1,000,000 | 1,000,000 | 1,500,000 | 2,000,000 |
| Commercial and Other | 73,229 | 12,444 | 12,561 | 146,402 | 130,217 | 116,000 | 510,000 | 760,000 | 1,020,000 |
| Skilled Nursing Facility | | | | | | | | 2,250,000 | |
| Part B | | | | | | | | 75,000 | 100,000 |
| Grants, etc. | | | | | | | | | |
| Pool Receipts | | | | | | | | | |
| Funds from Affiliates | 1,000,000 | 3,688,000 | | | 2,000,000 | 4,000,000 | | 5,000,000 | 2,000,000 |
| Balance of Pool Loan | | | | | | | | | |
| Balance of Restructuring Pool Loan | | | | | | | | | |
| Balance of Garage Financing | | | | | | | 1,500,000 | 2,726,000 | |
| Prepaid Clerkships | | | | | | | | | |
| HFG Funding | | | 1,050,000 | 2,971,416 | 2,476,678 | | | | |
| Parsons Manor Sale | | | | | | | | | |
| **Total Cash Receipts** | 1,073,229 | 3,700,444 | 5,191,119 | 3,117,818 | 8,539,990 | 7,801,476 | 3,110,000 | 14,996,476 | 5,270,000 |
| **Cash Disbursements** | | | | | | | | | |
| Payroll, Related Benefits and Taxes | 3,166,843 | 3,026,045 | 1,033,785 | 1,630,763 | 5,426,071 | 5,720,256 | 1,537,796 | 6,520,256 | 1,537,796 |
| Payments to Affiliates | | 1,000,000 | | | | | | | |
| Wyckoff Heights Medical Center | 2,170,000 | 249,000 | | 65,000 | 364,000 | | 364,000 | | 225,000 |
| Caritas PC's | 480,000 | 139,831 | 4,128,558 | | 3,570,443 | | | | |
| Lockbox sweep | | | | | 362,653 | | | | |
| SVCMC | | | | | | | | | |
| Building & Equip Rental Exp (Third Party) | | | | | | | | | |
| Capital Leases | | | | | | 11,000 | 11,000 | 11,000 | 11,000 |
| Drugs and Supplies | | | | | | 15,000 | 15,000 | 15,000 | 15,000 |
| Debt Service | 430,867 | 1,697,429 | 231,587 | 96,830 | 848,057 | | | | |
| CapEx | | | | | | 79,000 | 79,000 | 79,000 | 79,000 |
| Assumed Liabilities (Union, AP, Comp) | | | | | 187,923 | 69,000 | 69,000 | 69,000 | 69,000 |
| All Other Expenses | | | | 9,989 | 107,613 | 121,000 | 121,000 | 121,000 | 121,000 |
| Garage Financing Repayment | | | | | | | | | |
| Pool Loan Repayment | | | | | | | | | |
| Closing costs | | | | | | | | | |
| **Total Cash Disbursements** | 6,247,710 | 6,112,305 | 5,393,931 | 1,802,582 | 10,866,760 | 6,015,256 | 2,196,796 | 6,815,256 | 2,057,796 |
| **Cash Flow** | (5,174,481) | (2,411,861) | (202,812) | 1,315,236 | (2,326,770) | 1,786,220 | 913,204 | 8,181,220 | 3,212,204 |
| Beginning Cash | 7,822,888 | 2,648,407 | 236,546 | 33,734 | 1,348,970 | (977,800) | 808,420 | 1,721,624 | 9,902,844 |
| **Ending Cash** | $ 2,648,407 | $ 236,546 | $ 33,734 | $ 1,348,970 | $ (977,800) | $ 808,420 | $ 1,721,624 | $ 9,902,844 | $ 13,115,048 |

| Projected Assistance | |
|---|---|
| Pool Receivable Financing | $ 4,800,000 |
| Garage Financing | 2,500,000 |
| DASNY Restructuring Pool Loan | 10,000,000 |

| Projected Disbursements | |
|---|---|
| Fringe benefits, etc. | (1,800,000) |
| Assumed A/P | | (3,000,000) |
| Cash used in operations above | (3,000,000) | (2,500,000) | (4,274,000) |
| Projected Assistance $ left | $ - | $ - | $ - | $ (2,726,000) |

Notes:
1) Three PIP payments in this month
2) Three payrolls in this month
3) Timing of payroll check cashing
4) Corrective action plan implementation
5) Payroll include catch up for MD's not paid in Feb
6) See attached document for assumptions

Page

aritas Health Care, Inc.
eekly Cash Projections

| | Projected WE 4/06/07 | Projected WE 4/13/07 | Projected WE 4/20/07 | Projected WE 4/27/07 | Projected WE 5/04/07 | Projected WE 5/11/07 | Projected WE 5/18/07 | Projected WE 5/25/07 | Projected WE 6/01/07 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **ash Receipts** | | | | | | | | | |
| Medicare | $ 2,735,476 | $ 150,000 | $ 2,735,476 | $ 150,000 | $ 2,735,476 | $ 150,000 | $ 2,735,476 | $ 150,000 | $ 2,735,476 |
| Medicaid | 2,500,000 | 2,500,000 | 2,500,000 | 2,000,000 | 1,500,000 | 1,450,000 | 1,450,000 | 1,450,000 | 1,450,000 |
| Commercial and Other | 1,270,000 | 1,270,000 | 1,581,000 | 2,081,000 | 2,581,000 | 2,581,000 | 2,581,000 | 2,331,000 | 2,331,000 |
| Skilled Nursing Facility | | 1,150,000 | | | | 1,150,000 | | | |
| Part B | 125,000 | 125,000 | 125,000 | 125,000 | 125,000 | 125,000 | 125,000 | 125,000 | 125,000 |
| Grants, etc. | | | 444,444 | | | | 444,444 | | |
| Pool Receipts | 1,015,000 | | | | 1,015,000 | | | | |
| Funds from Affiliates | | | | | | | | | |
| Balance of Pool Loan | | | | | | | | | |
| Balance of Restructuring Pool Loan | | 6,800,000 | | | | | | | |
| Balance of Garage Financing | | | | | | | | | |
| Prepaid Clerkships | | | | | | | | | |
| HFG Funding | | | | | | | | | |
| Parsons Manor Sale | | | | | | | | | |
| otal Cash Receipts | 7,645,476 | 11,995,000 | 7,385,920 | 4,356,000 | 7,956,476 | 5,456,000 | 7,335,920 | 4,056,000 | 6,641,476 |
| **ash Disbursements** | | | | | | | | | |
| Payroll, Related Benefits and Taxes | 5,990,256 | 1,412,796 | 5,990,256 | 1,412,796 | 5,990,256 | 1,412,796 | 5,990,256 | 1,412,796 | 5,990,256 |
| Payments to Affiliates | | | | | | | | | |
| Wyckoff Heights Medical Center | | | | | | | | | |
| Caritas PC's | | 225,000 | | 225,000 | | 225,000 | | 225,000 | |
| Lockbox sweep | | | | | | | | | |
| SVCMC | | | | | | | | | |
| Building & Equip Rental Exp (Third Party) | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 |
| Capital Leases | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 |
| Drugs and Supplies | 1,350,000 | 1,350,000 | 1,350,000 | 1,350,000 | 1,350,000 | 1,350,000 | 1,350,000 | 1,350,000 | 1,350,000 |
| Debt Service | 108,250 | 108,250 | 108,250 | 108,250 | 138,250 | 138,250 | 138,250 | 138,250 | 110,600 |
| CapEx | | | | | | | | | |
| Assumed Liabilities (Union, AP, Comp) | 69,000 | 69,000 | 69,000 | 69,000 | 69,000 | 69,000 | 69,000 | 69,000 | 69,000 |
| All Other Expenses | 121,000 | 121,000 | 121,000 | 121,000 | 121,000 | 121,000 | 121,000 | 506,000 | 506,000 |
| Garage Financing Repayment | | 23,400 | 23,400 | 23,400 | 23,400 | 23,400 | 23,400 | 23,400 | 18,720 |
| Pool Loan Repayment | 913,500 | | | | 913,500 | | | | |
| Closing costs | | | | | | | | | |
| otal Cash Disbursements | 8,578,006 | 3,335,446 | 7,687,906 | 3,335,446 | 8,631,406 | 3,365,446 | 7,717,906 | 3,750,446 | 8,070,576 |
| et Cash Flow | (932,530) | 8,659,554 | (301,986) | 1,020,554 | (674,930) | 2,090,554 | (381,986) | 305,554 | (1,429,100) |
| eginning Cash | 13,115,048 | 12,182,517 | 20,842,071 | 20,540,086 | 21,560,639 | 20,885,709 | 22,976,263 | 22,594,277 | 22,899,831 |
| nding Cash | $ 12,182,517 | $ 20,842,071 | $ 20,540,086 | $ 21,560,639 | $ 20,885,709 | $ 22,976,263 | $ 22,594,277 | $ 22,899,831 | $ 21,470,731 |

| | | |
|---|---:|---:|
| | $ - | $ - |
| | | 6,800,000 |
| | | |
| | | (6,800,000) |
| | $ - | $ - |

otes:
a) Three PIP payments in this month
b) Three payrolls in this month
c) Timing of payroll check cashing
d) Corrective action plan implementation
e) Payoll include catch up for MD's not paid in Febi

See attached document for assumptions

Caritas Health Care, Inc.
Weekly Cash Projections

| | Projected WE 6/08/07 | Projected WE 6/15/07 | Projected WE 6/22/07 | Projected WE 6/29/07 |
|---|---:|---:|---:|---:|
| **Cash Receipts** | | | | |
| Medicare | $ 150,000 | $ 2,735,476 | $ 150,000 | $ 2,735,476 |
| Medicaid | 1,450,000 | 1,450,000 | 1,450,000 | 1,450,000 |
| Commercial and Other | 2,331,000 | 2,331,000 | 2,061,000 | 2,061,000 |
| Skilled Nursing Facility | 1,150,000 | - | - | - |
| Part B | 125,000 | 125,000 | 125,000 | 125,000 |
| Grants, etc. | - | 444,444 | - | - |
| Pool Receipts | 1,015,000 | - | - | - |
| Funds from Affiliates | - | - | - | - |
| Balance of Pool Loan | - | - | - | - |
| Balance of Restructuring Pool Loan | - | - | - | - |
| Balance of Garage Financing | - | - | - | - |
| Prepaid Clerkships | - | - | - | - |
| HFG Funding | - | - | - | - |
| Parsons Manor Sale | - | - | - | - |
| **Total Cash Receipts** | 6,221,000 | 7,085,920 | 3,786,000 | 6,371,476 |
| **Cash Disbursements** | | | | |
| Payroll, Related Benefits and Taxes | 1,412,796 | 5,990,256 | 2,162,796 | 5,990,256 |
| Payments to Affiliates | | | | |
| Wyckoff Heights Medical Center | - | - | - | - |
| Caritas PC's | 225,000 | - | 225,000 | - |
| Lockbox sweep | - | - | - | - |
| SVCMC | - | - | - | - |
| Building & Equip Rental Exp (Third Party) | 11,000 | 11,000 | 11,000 | 11,000 |
| Capital Leases | 15,000 | 15,000 | 15,000 | 15,000 |
| Drugs and Supplies | 1,350,000 | 1,350,000 | 1,350,000 | 1,350,000 |
| Debt Service | 110,600 | 110,600 | 110,600 | 110,600 |
| CapEx | - | - | - | - |
| Assumed Liabilities (Union, AP, Comp) | 69,000 | 69,000 | 69,000 | 69,000 |
| All Other Expenses | 506,000 | 506,000 | 506,000 | 506,000 |
| Garage Financing Repayment | 18,720 | 18,720 | 18,720 | 18,720 |
| Pool Loan Repayment | 913,500 | - | - | - |
| Closing costs | - | - | - | - |
| **Total Cash Disbursements** | 4,631,616 | 8,070,576 | 4,468,116 | 8,070,576 |
| **Net Cash Flow** | 1,589,384 | (984,656) | (682,116) | (1,699,100) |
| **Beginning Cash** | 21,470,731 | 23,060,115 | 22,075,459 | 21,393,343 |
| **Ending Cash** | $ 23,060,115 | $ 22,075,459 | $ 21,393,343 | $ 19,694,243 |

*Notes:*
a) Three PIP payments in this month
b) Three payrolls in this month
c) Timing of payroll check cashing
d) Corrective action plan implementation
e) Payroll include catch up for MD's not paid in Feb
See attached document for assumptions

Caritas Health Care, Inc.
Weekly Cash Projections

| | Projected Jul-07 | Projected Aug-07 | Projected Sep-07 | Projected Oct-07 | a & b Projected Nov-07 | Projected Dec-07 |
|---|---|---|---|---|---|---|
| **Cash Receipts** | | | | | | |
| Medicare | $ 5,770,952 | 5,920,952 | 5,770,952 | $ 5,770,952 | $ 8,506,428 | $ 5,770,952 |
| Medicaid | 5,800,000 | 7,250,000 | 5,800,000 | 5,800,000 | 7,250,000 | 5,800,000 |
| Commercial and Other | 8,244,000 | 10,305,000 | 8,244,000 | 8,244,000 | 10,305,000 | 8,244,000 |
| Skilled Nursing Facility | 1,150,000 | 1,150,000 | 1,150,000 | 1,150,000 | 1,150,000 | 1,150,000 |
| Part B | 500,000 | 625,000 | 500,000 | 500,000 | 625,000 | 500,000 |
| Grants, etc. | 444,444 | 444,444 | 444,444 | 444,444 | 444,444 | 444,444 |
| Pool Receipts | 1,015,000 | 1,015,000 | 1,015,000 | 1,015,000 | 1,015,000 | 1,015,000 |
| Funds from Affiliates | - | - | - | - | - | - |
| Balance of Pool Loan | - | - | - | - | - | - |
| Balance of Restructuring Pool Loan | - | - | - | - | - | - |
| Balance of Garage Financing | - | - | - | - | - | - |
| Prepaid Clerkships | - | - | - | - | - | - |
| HFG Funding | - | - | - | - | - | - |
| Parsons Manor Sale | - | - | - | - | - | - |
| **Total Cash Receipts** | 22,924,396 | 26,710,396 | 22,924,396 | 22,924,396 | 29,295,872 | 22,924,396 |
| **Cash Disbursements** | | | | | | |
| Payroll, Related Benefits and Taxes | 14,793,604 | 16,200,150 | 14,793,604 | 14,793,604 | 20,783,860 | 14,793,604 |
| Payments to Affiliates | | | | | | |
| Wyckoff Heights Medical Center | | | | | | |
| Caritas PC's | 450,000 | 675,000 | 450,000 | 450,000 | 450,000 | 450,000 |
| Lockbox sweep | - | - | - | - | - | - |
| SVCMC | - | - | - | - | - | - |
| Building & Equip Rental Exp (Third Party) | 44,000 | 55,000 | 44,000 | 44,000 | 55,000 | 44,000 |
| Capital Leases | 60,000 | 75,000 | 60,000 | 60,000 | 75,000 | 60,000 |
| Drugs and Supplies | 5,400,000 | 6,750,000 | 5,400,000 | 5,400,000 | 6,750,000 | 5,400,000 |
| Debt Service | 553,000 | 552,000 | 553,000 | 553,000 | 554,000 | 3,593,000 |
| CapEx | 814,000 | 814,000 | 814,000 | 814,000 | 814,000 | 814,000 |
| Assumed Liabilities (Union, AP, Comp) | 426,000 | 495,000 | 426,000 | 426,000 | 495,000 | 426,000 |
| All Other Expenses | 2,024,000 | 2,530,000 | 2,024,000 | 2,024,000 | 2,530,000 | 2,024,000 |
| Garage Financing Repayment | 93,600 | 93,600 | 93,600 | 93,600 | 117,000 | 93,600 |
| Pool Loan Repayment | 913,500 | 913,500 | 913,500 | | | |
| Closing costs | | | | | | |
| **Total Cash Disbursements** | 25,571,704 | 29,153,250 | 25,571,704 | 24,658,204 | 32,623,860 | 27,698,204 |
| **Net Cash Flow** | (2,647,308) | (2,442,854) | (2,647,308) | (1,733,808) | (3,327,988) | (4,773,808) |
| **Beginning Cash** | 19,694,243 | 17,046,935 | 14,604,081 | 11,956,773 | 10,222,966 | 6,894,978 |
| **Ending Cash** | $ 17,046,935 | $ 14,604,081 | $ 11,956,773 | $ 10,222,966 | $ 6,894,978 | $ 2,121,170 |

Notes:
a) Three PIP payments in this month
b) Three payrolls in this month
c) Timing of payroll check cashing
d) Corrective action plan implementation
e) Payroll include catch up for MD's not paid in Feb
See attached document for assumptions