# APPENDIX 11

| | |
|---|---|
| From: | Perri, Philip |
| To: | Perri, Dr.Nancy |
| Sent: | Friday, October 6, 2006 8:15 AM |
| Subject: | FW: time-sensitive material (CONFIDENTIAL) |
| Attachments: | rossmatrix.doc; jur9004.vcf |
| Importance: | High |

 

rossmatrix.doc    jur9004.vcf

-----Original Message-----
From: Julius Romero [mailto:jur9004@nyp.org]
Sent: Thursday, October 05, 2006 4:15 PM
To: Perri, Dr.Nancy
Cc: Perri, Philip
Subject: time-sensitive material (CONFIDENTIAL)
Importance: High

Dear Dr. Perri,

Hello. I hope this note finds you well.

To complement a proposal submitted by the Brooklyn Queens Healthcare, Inc. last month, I am attaching a matrix analysis based on current clerkship slots at the Catholic Medical Center campuses (Mary Immaculate and Saint John's). Although the incoming Administration at CMC will see development and expansion of clerkship slots under accredited medical training programs, the current numbers do not reflect such viable slots just yet.

Phil and I have been working well together during the past seven years, and would not mind continuing that partnership through this expansion.

Informally, he will tell you about the contingency core clerkship slots, this office has been extending during the past several years. These contingency slots are formally under 'WYCKOFF2'.

A successful RUSM bid at CMC will guarantee the following:
1. All clerkship slots listed under Caritas beginning January 8, 2007 for five years.
2. Continuous, back-to-back scheduling of core rotations.
3. All contingency slots listed under WYCKOFF2 for five years.
4. Right of first refusal on expansion slots in Psychiatry, Pediatrics and Ob/Gyn at Caritas.
5. Access and scheduling priority in all elective rotations at Caritas.

Please comment on this matter at your earliest convenience. You may respond to this email or call

If you have any further queries regarding this information, kindly contact me directly.

Sincerely,
  Julius Romero
(718) 963-7529



PLAINTIFF'S EXHIBIT
Romero 10
July 1, 2011
B. Shrestha

ROSS009216

(203) 252-1081

--------------------

This electronic message is intended to be for the use only of the named recipient, and may contain information that is confidential or privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the contents of this message is strictly prohibited. If you have received this message in error or are not the named recipient, please notify us immediately by contacting the sender at the electronic mail address noted above, and delete and destroy all copies of this message. Thank you.

ROSS009217

D R A F T

## ROSS UNIVERSITY SCHOOL OF MEDICINE
## MEDICAL STUDENT MATRIX ANALYSIS

From the data presented, BQHC provides and guarantees 'green-book' clerkships at its Caritas campuses (Mary Immaculate Hospital and Saint John's Queens Hospital) for sixty (60) core slots each year for five consecutive years.

To facilitate continuous, uninterrupted core rotations students, rotations not currently offered at the Caritas campuses such as Pediatrics and Family Medicine, will be offered and guaranteed at the Wyckoff campus (see 'Wyckoff2' column). Slots offered to these students are in addition to the Pediatrics and Family Medicine slots already offered at Wyckoff Heights Medical Center under an affiliation agreement updated and effective July 1, 2006 signed between WHMC and RUSM. Billing for clerkship weeks completed at the Wyckoff campus will be under separate billing. Only clerkships completed at the Caritas campuses will be invoiced toward the financial package proposed

With back-to-back rotations on continual intake periods every six or twelve weeks, from Year 1 through 5, a batch of up to one hundred sixty (160) third year students can fulfill their clerkship training requirements namely *Medicine, Surgery, Pediatrics, Ob/Gyn, Family Medicine* within forty-two (42) weeks at all three campuses. A menu of sixty (60) elective clerkship/4th year slots at Caritas, will allow timely completion of all clerkships other than core, to participating regional students, as well as non-regional RUSM students coming from other institutions.

As part of this package, a total of one hundred and twenty (120) guaranteed core and elective slots per year, for five consecutive years are offered at the Caritas campuses. One major added benefit is the capacity of all three campuses to provide continuous rotations to students, allowing less or no gaps in clerkship/ semester scheduling.

Hence, regional students are calculated to complete up to seventy five (75) weeks of core and elective clerkships at BQHC campuses.

| 2007 Matrix | WYCKOFF CURRENT | CARITAS MARY IMMAC | CARITAS ST. JOHNS | WYCKOFF2 FOR CARITAS | Total Caritas | Total Network | Frequency |
|---|---|---|---|---|---|---|---|
| Medicine | 16 | 12 | 12 | 12 | 24 | 52 | q 12 weeks |
| Surgery | 16 | 12 | 12 | 12 | 24 | 52 | q 12 weeks |
| Ob/Gyn | 6 | 0 | 12 | 8 | 12 | 26 | q 6 weeks |
| Pediatrics | 8 | 0 | 0 | 8 | 0 | 16 | q 6 weeks |
| Family Medicine | 6 | 0 | 0 | 8 | 0 | 14 | q 6 weeks |
| Total Cores | 52 | 24 | 36 | 48 | 60 | 160 | |
| Total Electives | 60 | 35 | 25 | 0 | 60 | 120 | |
| Combined Slots | 112 | 59 | 61 | 48 | 120 | 280 | |

| 2008 Matrix | WYCKOFF CURRENT | CARITAS MARY IMMAC | CARITAS ST. JOHNS | WYCKOFF2 FOR CARITAS | Total Caritas | Total Network | Frequency |
|---|---|---|---|---|---|---|---|
| Medicine | 16 | 12 | 12 | 12 | 24 | 52 | q 12 weeks |
| Surgery | 16 | 12 | 12 | 12 | 24 | 52 | q 12 weeks |
| Ob/Gyn | 6 | 0 | 12 | 8 | 12 | 26 | q 6 weeks |
| Pediatrics | 8 | 0 | 0 | 8 | 0 | 16 | q 6 weeks |
| Family Medicine | 6 | 0 | 0 | 8 | 0 | 14 | q 6 weeks |
| Total Cores | 52 | 24 | 36 | 48 | 60 | 160 | |
| Total Electives | 60 | 35 | 25 | 0 | 60 | 120 | |
| Combined Slots | 112 | 59 | 61 | 48 | 120 | 280 | |

ROSS009219

Case 1:09-cv-01410-KAM-RLM   Document 106-11   Filed 01/24/12   Page 6 of 9 PageID #: 3119

| 2009 Matrix | WYCKOFF CURRENT | CARITAS MARY/IMMAC | CARITAS ST JOHNS | WYCKOFF2 FOR CARITAS | Total Caritas | Total Network | Frequency |
|---|---|---|---|---|---|---|---|
| Medicine | 16 | 12 | 12 | 12 | 24 | 52 | q 12 weeks |
| Surgery | 16 | 12 | 12 | 12 | 24 | 52 | q 12 weeks |
| Ob/Gyn | 6 | 0 | 12 | 8 | 12 | 26 | q 6 weeks |
| Pediatrics | 8 | 0 | 0 | 8 | 0 | 16 | q 6 weeks |
| Family Medicine | 6 | 0 | 0 | 8 | 0 | 14 | q 6 weeks |
| Total Cores | 52 | 24 | 36 | 48 | 60 | 160 | |
| Total Electives | 60 | 35 | 25 | 0 | 60 | 120 | |
| Combined Slots | 112 | 59 | 61 | 48 | 120 | 280 | |

| 2010 Matrix | WYCKOFF CURRENT | CARITAS MARY/IMMAC | CARITAS ST JOHNS | WYCKOFF2 FOR CARITAS | Total Caritas | Total Network | Frequency |
|---|---|---|---|---|---|---|---|
| Medicine | 16 | 12 | 12 | 12 | 24 | 52 | q 12 weeks |
| Surgery | 16 | 12 | 12 | 12 | 24 | 52 | q 12 weeks |
| Ob/Gyn | 6 | 0 | 12 | 8 | 12 | 26 | q 6 weeks |
| Pediatrics | 8 | 0 | 0 | 8 | 0 | 16 | q 6 weeks |
| Family Medicine | 6 | 0 | 0 | 8 | 0 | 14 | q 6 weeks |
| Total Cores | 52 | 24 | 36 | 48 | 60 | 160 | |
| Total Electives | 60 | 35 | 25 | 0 | 60 | 120 | |
| Combined Slots | 112 | 59 | 61 | 48 | 120 | 280 | |

ROSS009220

| 2011 Matrix | WYCKOFF CURRENT | CARITAS MARY IMMAC | CARITAS ST JOHNS | WYCKOFF2 FOR CARITAS | Total Caritas | Total Network | Frequency |
|---|---|---|---|---|---|---|---|
| Medicine | 16 | 12 | 12 | 12 | 24 | 52 | q 12 weeks |
| Surgery | 16 | 12 | 12 | 12 | 24 | 52 | q 12 weeks |
| Ob/Gyn | 6 | 0 | 12 | 8 | 12 | 26 | q 6 weeks |
| Pediatrics | 8 | 0 | 0 | 8 | 0 | 16 | q 6 weeks |
| Family Medicine | 6 | 0 | 0 | 8 | 0 | 14 | q 6 weeks |
| Total Cores | 52 | 24 | 36 | 48 | 60 | 160 | |
| Total Electives | 60 | 35 | 25 | 0 | 60 | 120 | |
| Combined Slots | 112 | 59 | 61 | 48 | 120 | 280 | |

ROSS009221

### Sample Placement Plan - Mary Immaculate Hospital

| | SLOTS | WYCKOFF | 1/8/07-2/16/07 | 2/19/07-3/30/07 | 4/2/07-5/11/07 | 5/14/07-6/22/07 | 6/25/07-8/3/07 | 8/6/07-9/14/07 | 9/17/07-10/26/07 | 10/29/07-12/7/07 |
|---|---|---|---|---|---|---|---|---|---|---|
| Medicine | 12 | 0 | Batch A | Batch A | Batch B | Batch B | Batch C | Batch C | Batch D | Batch D |
| Surgery | 12 | 0 | Batch B | Batch B | Batch A | Batch A | Batch D | Batch D | Batch C | Batch C |
| Ob/Gyn | 0 | 6 | Batch C | Batch D | Batch E | Batch F | Batch B | Batch B | Batch A | Batch A |
| Pediatrics | 0 | 6 | Batch D | Batch C | Batch F | Batch E | Batch A | Batch A | Batch B | Batch B |
| Family Medicine | 0 | 6 | Batch E | Batch F | Batch C | Batch D | Batch AA | Batch BB | Batch B | Batch A |
| Neurology | 2 | 10 | Batch F | Batch E | Batch D | Batch C | Batch CC | Batch DD | Batch A | Batch B |
| Electives | 35 | 0 | 4th Year | 4th Year | 4th Year | 4th Year | Batch E | Batch F | Batch E | Batch F |

61

### Sample Placement Plan - Saint Johns Hospital Queens

| | SLOTS | WYCKOFF | 1/8/07-2/16/07 | 2/19/07-3/30/07 | 4/2/07-5/11/07 | 5/14/07-6/22/07 | 6/25/07-8/3/07 | 8/6/07-9/14/07 | 9/17/07-10/26/07 | 10/29/07-12/7/07 |
|---|---|---|---|---|---|---|---|---|---|---|
| Medicine | 12 | 0 | Batch A | Batch A | Batch B | Batch B | Batch C | Batch C | Batch D | Batch D |
| Surgery | 12 | 0 | Batch B | Batch B | Batch A | Batch A | Batch D | Batch D | Batch C | Batch C |
| Ob/Gyn | 12 | 6 | Batch C | Batch D | Batch E | Batch F | Batch B | Batch B | Batch A | Batch A |
| Pediatrics | 0 | 6 | Batch D | Batch C | Batch F | Batch E | Batch A | Batch A | Batch B | Batch B |
| Family Medicine | 0 | 6 | Batch E | Batch F | Batch C | Batch D | Batch AA | Batch BB | Batch B | Batch A |
| Neurology | 2 | 10 | Batch F | Batch E | Batch D | Batch C | Batch CC | Batch DD | Batch A | Batch B |
| Electives | 25 | 0 | 4th Year | 4th Year | 4th Year | 4th Year | Batch E | Batch F | Batch E | Batch F |

ROSS009222

ACGME 'Green book' PROGRAMS

| | WYCKOFF | CARITAS<br>Saint John's Queens Hospital/<br>Mary Immaculate Hospital |
|---|---|---|
| Internal Medicine | 1403521520 | 1403522267 |
| General Surgery | 4403521210 (p) | 4403521210 |
| Obstetrics & Gynecology | 2203521183 | 2203521183 |
| Pediatrics | 3203511148 | n/a |
| Family Medicine | 1203521507 | 1203521420 |

*(pending as of 10/4/06).*

ROSS009223