# APPENDIX 12

| | |
|---|---|
| From: | Perri, Dr.Nancy |
| To: | 'Julius Romero' |
| Cc: | Perri, Philip |
| Sent: | Wednesday, October 25, 2006 8:19 AM |
| Subject: | RE: Caritas/CMC |

Thank you Julius.
We thank you for reserving the aforementioned spots for RUSM.
I will be back in the US on Friday and will follow up with you.
Nancy

-----Original Message-----
From: Julius Romero [mailto:romero_julius@yahoo.com]
Sent: Tue Oct 24 16:03:34 2006
To: Perri, Dr.Nancy
Subject: Caritas/CMC

Dear Dr. Perri,

Pursuant to the proposal provided by Dominick Gio on 8/21/06 and as a follow up to our conversation this morning, please review the remaining clerkship slots on the table at CMC below.

75 core and electives x 3 or 5 years (50 core)

Please advise at your earliest convenience, preferrably within the next two days, so I can hold these clerkship slots for Ross University.

You may email an official memorandum bidding for these slots with the appropriate figure guided by the formula provided.

We expect all bids to close by the end of this month with a projected clerkship start date of 1/8/07. Dr. Denton and I agree that RUSM is a viable academic partner that should remain at the CMC campuses.

Please feel free to call me this week via cell.

Sincerely,
Julius Romero
(203) 252-1081



PLAINTIFF'S EXHIBIT
Romero 11
July 1, 2011
B. Shrestha

ROSS009186