# APPENDIX 13

| | |
|---|---|
| From: | Julius Romero |
| To: | Perri, Dr.Nancy |
| Sent: | Sunday, December 3, 2006 8:42 PM |
| Subject: | follow up/ semi-private |

Sounds good Dr. Perri. I have informed Rich and Harold that the draft agreement will be coming from your office with approval from John St. James and Tom Shepherd.

Sixteen thousand core and elective clinical weeks is essentially what this boils down to at $312.50 per week. The 8/21/06 proposal from Caritas with the terms and discounts (LIBOR, etc.) cannot apply because that formula factored in a clerkship rate of $350/week. The term is four years, or until all prepaid monies are exhausted.

In addition, as a backup, I have designed a contingency plan in effect for at least the next four years at Wyckoff, that can collateralize any committed core clerkship at Caritas. This can be expressed or implied on the business agreement.

There are also 'earmarks' in core rotations which are not implied on the CMC negotiations, that have already been discussed between Phil and myself to assist the Clinical Sciences Division design a more fluid core placement matrix among the three campuses during the term of the agreement, and beyond (at least four years from 1/1/07-12/31/11).

Let's get it done, inclusive of the formalities Dr. Perri. Truly speaking, I have less than one month to plan the core schedules of all three campuses. I am due to meet with Dr. Mandava and all the chiefs of services, including Dr. Denton, at CMC this week to make certain that student training is coordinated, and that RUSM will be accommodated.

My meeting last week included the finalization of a Family Medicine core rotation with Dr. Douglas (brother to the ex-PM of Dominica) which can start on 1/8/07 - which would hopefully alleviate some of the scheduling pressure brought on by the Peninsula decision. The Berger Commission's recommendations may have influenced this decision although the report proceeded the announcement of the Family Med cut.

I enjoy working with you and your staff. Hence, you may remain confident of my support of RUSM and many of its objectives and goals.

Julius

----- Original Message -----

From: "Perri, Dr.Nancy" <NPerri@RossU.edu>

Date: Friday, December 1, 2006 6:06 pm

Subject: RE: Caritas and Ross

> Mr. Sarli spoke with John Saint James this afternoon about the new
> agreement. I will be meeting with John and Dr. Shepherd on Monday
> at 11. He is scheduled to follow up with Mr. Sarli right after
> that to finalize.
> Thanks for all your help.
> Nancy
>
> -----Original Message-----
> From: Julius Romero [jur9004@nyp.org]
> Sent: Fri Dec 01 17:59:56 2006
> To: Perri, Dr.Nancy
> Cc: Harold McDonald; ris9022@nyp.org; dnh9001@nyp.org
> Subject: Caritas and Ross
>
> Dear Dr. Perri,
>
> Per our telephone meeting this morning, the following items were
> discussed:
> 1. A new and updated clinical affiliation agreement between Ross
> University and Caritas will be signed effective January 1, 2007
> for four
> years followed by NYSED approval. The current contract/ terms
> will
> expire at the end of the month.
>
> 2. A call from Mr. McDonald is requested by Mr. St. James. Mr.
> McDonald has returned the call to Mr. St. James today and will be
> followed up by Mr. Rich Sarli (Caritas CFO).
>
> 3. The current schedule for 2007 will be revised, and plotted on
> a new
> track beginning January 8, 2007 with the following core rotations:
>
> Medicine, Surgery, Ob/Gyn and Family Medicine.
>
> 4. The terms of the contract are detailed in a previous
> submission
> (11/13/06) which include prepayment of clerkships of up to 70 core
> and
> elective rotations in the amount of $5M. Annual library
> development and
> administrative support fees will apply.
>
> 5. A draft prepayment agreement or promissory note detailing
> delivery
> of clerkship prepayment (12/15/06 and 1/15/07) will be submitted
> by Ross
> University after clarification or receipt of details from Mr.
> McDonald's
> office (Mr. Sarli) is provided.
>
> It is expected that all abovelisted items will be completed next



PLAINTIFF'S EXHIBIT
Romero 16
July 1, 2011
B. Shrestha

> week,
> and that a full schedule for core and elective clerkships will be
> arranged with your Clinical Sciences Department in time for the
> next
> rotation block.
>
> I will follow up on these items next week.
>
> Thank you.
>
> Julius Romero
> Caritas Healthcare Planning, Inc.
>
>
>
>
> ―――――――
> Confidential Information subject to NYP's (and its affiliates')
> information management and security policies
> (http://infonet.nyp.org/QA/HospManual/).
>
>

――――――――――――

This electronic message is intended to be for the use only of the named recipient, and may contain information that is confidential or privileged. If

ROSS009020