# APPENDIX 14

| | |
|---|---|
| **From:** | Perri, Dr.Nancy |
| **To:** | 'Julius Romero' |
| **Cc:** | Canderozzi, Judi; Perri, Philip; Cole, Keisha |
| **Sent:** | Tuesday, October 31, 2006 11:22 AM |
| **Subject:** | RE: follow up - Catholic Medical Center |
| **Importance:** | High |

Tried to call earlier and got your voicemail. We are interested in taking all spots still available through Wycoff and its partnership hospitals.
Please confirm the monetary details. I will be at a Board of Directors meeting in Chicago tomorrow, so will try again to call.
Thanks for all your hardwork !!!
Nancy

---

**From:** Julius Romero [mailto:jur9004@nyp.org]
**Sent:** Tuesday, October 31, 2006 11:11 AM
**To:** Perri, Dr.Nancy
**Subject:** follow up - Catholic Medical Center
**Importance:** High

Dear Dr. Perri,

I tried to contact you several times during the past few days as a follow up to our conversation on 10/24/06 regarding the Caritas/Catholic Medical Center clerkship sites. The telephone meeting is based on the 8/21/06 letter submitted by Brooklyn Queens Healthcare, Inc.

You have suggested reserving the remaining slots currently offered at Mary Immaculate Hospital and Saint John's Hospital Queens.

Currently, fifty core and twenty (+) elective slots remain in Medicine, Surgery, Ob/Gyn, and Family Medicine. New schedules and appropriated slots will be established beginning January 2007 at the MIH and SJHQ campuses.

As an affiliate and partner in Medical Education both at Wyckoff Heights Medical Center and Catholic Medical Center, our Administration is awaiting RUSM's official response and/or commitment to the slots for the next three to five years at the Caritas (Catholic Medical Center) campuses as other bidding medical schools have already submitted their proposals.

A response is highly appreciated. Should you find it necessary, you may contact me at the office today. Otherwise, I may be free to meet with you at your office tomorrow.

Sincerely,
Julius Romero

--------------------

This electronic message is intended to be for the use only of the named recipient, and may

ROSS009182