Case 1:09-cv-01410-KAM-RLM   Document 106-15   Filed 01/24/12   Page 1 of 4 PageID #: 3130

# APPENDIX 15

| | |
|---|---|
| From: | Julius Romero |
| To: | Perri, Dr.Nancy |
| Cc: | Cole, Keisha; Harold McDonald; Dominick J. Gio |
| Sent: | Wednesday, November 1, 2006 4:18 PM |
| Subject: | Wyckoff/ CMC Details - Follow up to 8/21/06 letter |
| Attachments: | rossmed.doc; jur9004.vcf |

rossmed.doc    jur9004.vcf

Dear Dr. Perri,

Attached please find the details regarding the prepayment of clerkships at Caritas (Mary Immaculate Hospital and Saint John's Hospital Queens). Interest, Clerkship and Discount Rates are locked in as detailed on Page Two of the attached file.

Please send a formal note of your commitment as well as arrangements for prepayment of all reserved clerkships noted at your earliest convenience. Schedules for January 2007 are now being reviewed.

Please feel free to call me today or tomorrow for details, should you find it necessary.

Thank you.

Sincerely,
Julius Romero
Cell (203) 252-1081
(718) 963-7529

---

Confidential Information subject to NYP's (and its affiliates') information management and security policies (http://infonet.nyp.org/QA/HospManual/).



PLAINTIFF'S EXHIBIT
Romero 12
July 1, 2011
B. Shrestha

ROSS009177

D R A F T (11/1/06)

## ROSS UNIVERSITY SCHOOL OF MEDICINE
## MEDICAL STUDENT MATRIX ANALYSIS

From the data presented, BQHC provides and guarantees 'green-book' clerkships at its Caritas campuses (Mary Immaculate Hospital and Saint John's Queens Hospital) for FIFTY (50) core slots each year for up to five consecutive years.

To facilitate continuous, uninterrupted core rotations students, rotations not currently offered at the Caritas campuses such as Pediatrics and Family Medicine, will be offered and guaranteed at the Wyckoff campus (Wyckoff 2 column). Slots offered to these students are in addition to the Pediatrics and Family Medicine slots already offered at Wyckoff Heights Medical Center under an affiliation agreement updated and effective July 1, 2006 signed between WHMC and RUSM. Billing for clerkship weeks completed at the Wyckoff campus will be under separate billing. Only additional clerkships completed at Wyckoff Heights Medical Center and Caritas campuses will be invoiced toward the financial package proposed.

With back-to-back rotations on continual intake periods every six or twelve weeks, from Year 1 through 5, a batch of up to seventy students may be accommodated in core and elective clerkships at the Caritas campuses, at any time during this period to fulfill their clerkship training requirements in *Medicine, Surgery, Ob/Gyn, and Family Medicine*. Psychiatry will be added to the campuses within the following year. The current clerkship opportunities will maintain students already scheduled at Mary Immaculate Hospital and Saint John's Queens Hospital.

As part of this package, a total of seventy (70) guaranteed core and elective slots per year, for up to five consecutive years are offered at the Caritas campuses. Another forty (40) core rotations will be accommodated at Wyckoff Heights Medical Center, to support the continuous scheduling of regional students at the Caritas campuses. This added benefit from all three campuses provides continuous rotations to students, allowing less or no gaps in clerkship/ semester scheduling.

Regional students are calculated to complete up to seventy five (75) weeks of core and elective clerkships at BQHC campuses.

ROSS009178

# PREPAID MEDICAL STUDENT CLERKSHIP FEES
## ROSS UNIVERSITY SCHOOL OF MEDICINE

| ROSS UNIVERSITY | Caritas | Wyckoff 2 | Wyckoff (Current) |
|---|---|---|---|
| Medicine | 18 | 10 | 16 |
| Surgery | 16 | 10 | 16 |
| Ob/Gyn | 8 | 6 | 6 |
| Pediatrics | 0 | 6 | 8 |
| Family Medicine | 8 | 8 | 6 |
| Electives | 20 | * | * |
| Total | 70 | 40 | 52 |

110 slots

| 110 Slots | Weekly Rate | 1 Year | 3 Years | 5 Years |
|---|---|---|---|---|
| | $ 312.50 | $1,787,500.00 | $5,362,500.00 | $8,937,500.00 |

Annual Interest Rate on Prepaid Balance: LIBOR + 2
Lock In of Existing Clerkship Fees: 2 Years
Discount on Prepaid Clerkship Fees: 5 %

| 70 Slots | Weekly Rate | 1 Year | 3 Years | 5 Years |
|---|---|---|---|---|
| | $ 312.50 | $1,137,500.00 | $3,412,500.00 | $5,687,500.00 |

Annual Interest Rate on Prepaid Balance: LIBOR + 1
Lock In of Existing Clerkship Fees: 1 Year
Discount on Prepaid Clerkship Fees: 2.5 %

ROSS009179