# APPENDIX 16

From: Julius Romero(jur9004@nyp.org)
Date Sent: 11/13/2006 10:00:07 PM
To: Nancy Perri, MD
CC: Wah-chung Hsu; Dominick J. Gio; Harold McDonald
Subject: Student Clerkships:  Amendment to CMC Agreement

---

Dear Dr. Perri,

Thank you for your call this afternoon.  Per our discussion, please
review, comment as needed, and sign.  The clinical affiliation agreement
with CMC is intact, except for the compensation agreement during the
term covered in this amendment (four years, $5M or until prepaid
clerkship fees are exhausted).

Schedules and prepaid guarantees on clerkships will take effect
beginning January 1, 2007.

Julius Romero


--------------------
Confidential Information subject to NYP's (and its affiliates') information
management and security policies (http://infonet.nyp.org/QA/HospManual/).


Attachment(s):
rossdraft.doc



PLAINTIFF'S EXHIBIT
Romero 13
July 1, 2011
B. Shrestha

CONFIDENTIAL

BQHC 24771

**AMENDMENT TO CONTRACT BETWEEN ROSS UNIVERSITY**
**AND**
**CATHOLIC MEDICAL CENTER OF BROOKLYN AND QUEENS, INC.**

This amendment to the contract between Catholic Medical Center of Brooklyn and Queens, Inc. (Hospital) and Ross University (School) dated November 13, 2006, sets forth the financial conditions of said contract whereby School hereby agrees that it will pay Hospital as per the following schedule:

    a.    $2,900,000.00 on or before December 15, 2006
    b.    $2,100,000.00 on or before January 15, 2007

The above listed amount is for pre-payment of core and elective clerkship weeks at a rate of $312.50 per week, at Mary Immaculate Hospital and Saint John's Hospital Queen, for a total of up to sixteen thousand (16,000) weeks beginning January 1, 2007 through December 31, 2011. During the term of this agreement, Ross University is minimally guaranteed and allocated the following core clerkship slots:

| | |
|---|---|
| Surgery | 16 |
| Medicine | 20 |
| Ob/Gyn | 8 |
| Family Medicine | 6 |

A minimum guarantee of twenty (20) elective clerkship slots will also be provided during this term.

The clerkship rate is locked in for a minimum of three years from the date of the agreement.

The School will provide to the Hospital, annual library support of $10,000.00 while the contract is in full effect.

The School hereby agrees that it will pay Hospital for secretarial support required to implement this Agreement. The amount to be paid by the School to the Hospital for secretarial support will be determined by the parties, based upon the size of the student program, provided, however, in no event shall the amount paid by the School to the Hospital for secretarial support for any given year be less than $ 36,000.00 as long as the Hospital provides at least the initially agreed upon number of fifty (50) core clerkship positions for the School's students.

Signed:

_____
Nancy Perri, M.D.
Vice President, Academic Affairs

_____
Harold McDonald
Chief Administrative Officer

CONFIDENTIAL