# APPENDIX 17

**From:** Perri, Dr.Nancy
**To:** Clinical Web; Canderozzi, Judi
**Sent:** Wednesday, November 29, 2006 8:07 PM
**Subject:** RE: [Fwd: Student Clerkships: Amendment to CMC Agreement]

Fyi

-----Original Message-----
From: Perri, Dr.Nancy
Sent: Wed Nov 29 18:39:25 2006
To: 'Julius Romero'
Subject: RE: [Fwd: Student Clerkships: Amendment to CMC Agreement]

Agree.
Dr. Perri

-----Original Message-----
From: Julius Romero [mailto:jur9004@nyp.org]
Sent: Wed Nov 29 17:41:20 2006
To: Perri, Dr.Nancy
Cc: Cole, Keisha; Perri, Philip
Subject: [Fwd: Student Clerkships: Amendment to CMC Agreement]

Dear Dr. Perri,

Kindly acknowledge receipt of this draft agreement submitted earlier, and the terms by way of a formal letter. I have informed our Board that you have agreed, in principle, to take and prepay a specific number of core and elective slots beginning January 2007 at a set prepayment schedule (12/15/06 and 1/15/07). However, we have yet to receive a formal agreement or a promissory note. It was discussed that a written agreement be submitted to the principals by December 1, 2006.

We may also need to redraw the entire clinical affiliation agreement between Caritas Healthcare and Ross University since the current affiliation agreement may become null or void after Caritas completes the acquisition closing of Mary Immaculate Hospital and Saint John's Hospital Queens next month.

A new or revised agreement requires approval by NYSED/ Board for Medicine. Kindly review this draft, and submit a new clinical affiliation agreement. For Caritas, Harold McDonald (Chief Administrative Officer), Neal Mandava, MD (Chief Medical Officer), and John Denton, MD (Graduate Medical Education) will sign the affiliation agreement for clinical training, between RUSM and Caritas Healthcare.

Have a safe trip back.

Julius Romero

Wyckoff Heights Medical Center
Caritas Healthcare Planning, Inc.

ROSS009046

--------------------

This electronic message is intended to be for the use only of the named recipient, and may contain information that is confidential or privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the contents of this message is strictly prohibited. If you have received this message in error or are not the named recipient, please notify us immediately by contacting the sender at the electronic mail address noted above, and delete and destroy all copies of this message. Thank you.

ROSS009047