# APPENDIX 18

## St. James, John

| | |
|---|---|
| **From:** | Julius Romero [jur9004@nyp.org] |
| **Sent:** | Saturday, December 16, 2006 1:43 AM |
| **To:** | St. James, John |
| **Cc:** | rsarli@wyckoffhospital.org; hmcdonald@wyckoffhospital.org |
| **Subject:** | Ross-Caritas Agreement |
| **Attachments:** | ATT535426.txt |

Mr. St. James,

I thought our teleconference meeting today was productive, although I would have imagined this type of discussion to have transpired much earlier when the proposals and discussions were initiated several weeks ago, as there is a timeline involved. It was a pleasure (and relief) to have a more concrete dialogue regarding concerns raised from the agreement.

The 8/21/06 letter offering slots in increments of 50, at reduced rates (prepayment interest and rate discount) may not be as viable as the agreement discussed and submitted after; the former being more costly since the clerkship rate used in the original formula is $350.

The past several weeks of discussions via telephone and email correspondence with Dr. Perri resulted in the current terms outlined on the agreement, which was reviewed and drafted with David Hoffman, and submitted on 12/8/06. I felt that the generous timeline was necessary to afford all remaining core and elective slots at Mary Immaculate Hospital and Saint John's Queens Hospital to Ross University.

The next core rotation starts in three weeks (1/8/07). A new clinical training affiliation agreement must be completed between Caritas and Ross University before any placement and training of medical students are made.

A summary of our discussions are outlined below:

1. Caritas is operating and managing Mary Immaculate Hospital and St. John's Queens Hospital. The academic affiliation, including graduate medical training sponsorship (ACGME) remains with New York Medical College.

2. The current affiliation agreement between Ross University and St. Vincent's Catholic Medical Center will be null and void after December 31, 2006 when Caritas takes over management and ownership of the two hospitals. Medical students, under the existing agreement and currently rotating at the hospitals will continue their rotations through 2/2/07 or earlier, depending on the length of their respective clerkships.

3. Clerkship rates are the same for both core and elective rotations at $312.50. The regular clerkship rate at Wyckoff and Caritas is $350. This rate is locked in for up to four years, or until all prepayment monies are exhausted.

4. Library and secretarial support apply as noted in Exhibit A of the draft agreement.

5. Based on current resources, the 50 remaining core clerkships (Medicine: 20, Surgery: 16, Family

12/22/2006

ROSS033055

Medicine: 6, Ob/gyn: 8) are allocated to Ross University, maintaining a full 50% of all available core rotations at the hospitals. Ross University is also given right of first refusal on up to 50% on any and all new or additional core clerkships at Caritas. It should be noted that Family Medicine is a new core offering to Ross University at the hospitals. Psychiatry core is forthcoming.

6. Up to 50 elective slots (minimum of 20) will be made available to Ross University students.

7. A contingency of an equal number of core clerkship slots at Wyckoff Heights Medical Center will serve as collateral should any guaranteed, prepaid core clerkship at Caritas is not provided to Ross University during the term of this agreement.

8. A separate agreement on clerkship training, including a set allocated core clerkships will remain at Wyckoff Heights Medical Center.

9. Reservation of all remaining core, plus elective clerkships is guaranteed after prepayment amount is made on or by December 15, 2006. However, based on our discussion today, including circumstances involving your staff and your board, we await your response as noted, early next week.

10. With an agreement, based on the noted timeline, plans have already been discussed with your clinical placement staff, to secure placement of Caritas students in 2007 and onwards, without displacement, or discontinuation of training.

We look forward to our continued partnership and commitment to undergraduate medical education.

As discussed, please feel free to contact me or Rich Sarli on Monday.

Sincerely,
Julius Romero
Caritas Healthcare Planning, Inc.

Cell (203) 252-1081, Office (718) 963-7529, PTT/Nextel 173*161*234, Fax (718) 290-1421

---------------------

This electronic message is intended to be for the use only of the named recipient, a

12/22/2006

ROSS033056