# APPENDIX 21

## Smith, Virginia A

| | |
|---|---|
| **From:** | Shepherd, Dr. Thomas [TShepherd@RossU.edu] |
| **Sent:** | Friday, December 22, 2006 1:50 PM |
| **To:** | Dominick J. Gio |
| **Cc:** | Perri, Dr.Nancy; St. James, John; Smith, Virginia A; Gunst, Richard |
| **Subject:** | Affiliation Agreement |
| **Attachments:** | Complete Curriculum Doc.pdf; St. John's-Mary Immaculate Prepayment.xls; Ross - Caritas affiliation agreement 122206.doc |

Dear Mr. Gio,

Attached please find the following:

1. Agreement - marked up copy (inc. Ex B)
2. Exhibit A (Clinical Curriculum Guide)
3. Exhibit C (Model Amortization Table)

The notated changes are the result of our DeVry legal and financial department's review.

Per my discussion with Julius Romero today, it is also our understanding that the $312.50 rate and 4 year term will also apply to Wyckoff Heights Medical Center under a separate agreement.

Ross is closed on Tuesday. Will the wire transfer be a problem on December 28th versus 27th? I am available for any questions you may have and look forward to concluding this agreement.

Sincerely,

Tom Shepherd

**Thomas C. Shepherd DHA**
President



**Ross University**
**School of Medicine and Veterinary Medicine**
499 Thornall St., 10th Floor
Edison, NJ 08837
732.978.5300 x 2675
tshepherd@RossU.edu
www.RossU.edu

Assistant: Camille DeSanto 732.978.5300 x2671



PLAINTIFF'S EXHIBIT
Romero 19
July 1, 2011
B. Shrestha

ROSS0630

12/22/2006

AFFILIATION AGREEMENT BETWEEN

ROSS UNIVERSITY SCHOOL OF MEDICINE,
 SCHOOL OF VETERINARY MEDICINE, LIMITED
**Portsmouth, Dominica**

**And**

BROOKLYN QUEENS HEALTH CARE, INC.
~~CARITAS HEALTHCARE PLANNING, INC.~~
~~374 Stockholm Street, Brooklyn, New York 11237~~

This Agreement is made between **Ross University School of Medicine, School of Veterinary Medicine, Limited**, hereinafter referred to as the "University", and ~~Caritas Healthcare Planning, Inc.~~Brooklyn Queens Health Care, Inc. ("BQHC"), which through its subsidiary, Caritas Healthcare Planning, Inc., owns and operates Mary Immaculate Hospital and Saint John's Queens Hospital in New York, hereinafter referred to as ("Caritas" " or "the Hospitals"), (collectively, BQHC and the University shall be "the Parties"). ~~, hereby agree to conduct structured core, required and elective clinical clerkships for the University's medical students at the Hospitals according to the terms and conditions set out below.~~

WHEREAS, the Hospitals have facilities for furnishing a clinical medical education to the University's students; and

WHEREAS, the University has an established Clinical Curriculum; and

WHEREAS, the University has determined that it would be beneficial for students to participate in clinical clerkships at the Hospitals.

NOW, THEREFORE, in consideration of the premises and the mutual promises and undertakings of the parties set forth below, the Parties agree to conduct structured core, required and elective clinical clerkships for the University's medical students at the Hospitals according to the terms and conditions set out below:

**SECTION I**

**The parties agree:**

ROSS0631

1.      That this aAgreement will commence January 1st, 2007 and will continue until December 31st, 2010.  It may be earlier terminated by either party only for material breach of this aAgreement, remaining un-remedied for thirty days after written notice of such breach, and only after a subsequent notice of intention to terminate this agreement has been delivered by registered mail given to the other party in writing, allowing sufficient time for response. -In event of such termination, the students who have commenced clerkships at the Hospitals will be allowed to complete their scheduled clerkships.

2.      The Hospitals acknowledge that they have received and reviewed the University's Clinical Curriculum Guide (incorporated into this aAgreement by reference and attached hereto as Exhibit A), and BQHC agrees to direct the Hospitals to provide clinical medical education consistent with all requirements -therewith, as a minimum standard.

3.      After considering the number of qualified University medical students, the number of clinical faculty in various disciplines at the Hospitals, the availability of relevant patient populations, and the total number of clerkships to be apportioned between the medical schools affiliated with the Hospitals, the pParties have agreed that the hHospitals shall provide the clerkships set forth in Exhibit AB, attached hereto and incorporated by reference herein.

4.      The provisions of this Agreement shall be construed and interpreted and all rights and obligations hereunder determined in accordance with New York law.  The Parties consent that jurisdiction and venue of any dispute arising from this Agreement shall be in Kings County, New York.

5.      The relationship of the Parties is that of independent institutions, which shall be observed at all times.  No partnership, agency, or fiduciary relationship is implied, and none shall be construed.

6.      BQHC shall ensure that the Hospitals shall make no distinction in the admission of students to a clinical clerkship on the basis of race, sex, creed, color, national origin, age, marital status, height, weight or handicap status.

7.      This Agreement and the rights, interests, and benefits hereunder shall not be assigned, transferred, pledged or hypothecated in any way, without the written consent of the other party, except in the case of a sale of all or a majority of assets, or otherwise by operation of law, in which case transfer is permitted without consent; provided, however,

ROSS0632

that any successors in interest shall be obligated to comply with all of the terms and conditions of this Agreement.

ROSS0633

## SECTION II

<u>BQHC ~~THE HOSPITALS~~ AGREES that the Hospitals shall:</u>

1. ~~To~~ permit students of the University appropriate access to patients in the Hospitals while they are formally enrolled in clerkships.

2. ~~To~~ provide appropriate clinical supervision and training of University students, including their performance of relevant clinical procedures, while taking core clerkships in Internal Medicine, Surgery, Obstetrics & Gynecology, Psychiatry, and Family Medicine as well as elective rotations at the Hospitals.  The pParties may agree to add or delete elective clerkships from time to time in writing during the term of this aAgreement, provided that such agreement is mutual.

3. ~~To~~ inform the appropriate officials of the University, in a timely and confidential manner, of any substantially inappropriate behavior, as defined by the Hospitals code of conduct and/or professional standards of conduct (copies of which shall be provided), on the part of any student, which may indicate the need for sustained counseling or correction.

4. ~~To~~ provide any orientation, administrative guidance and procedures and other media deemed essential to the student's experience.

4.5. ~~To~~ be responsible for the activities of the students during the clerkship, to directly supervise such activities and to provide students with appropriate and timely counsel/feedback/notification, ~~approximately~~no less than every three weeks, concerning performance and behavior in relation to their assigned rotation.

5.6. ~~To~~ submit, in a timely and appropriate manner, a written Clinical Evaluation on each student at the completion of clerkships by the supervising physician, and where appropriate countersigned by the Director of Undergraduate Medical Education, which shall follow a format mutually acceptable to the parties and be delivered to the University within six weeks of completion of the clerkship.

6.7. ~~To~~ provide to the University accurate and contemporary data concerning student clinical activities as reasonably requested by the University, but in no event less than weekly.  Documentation will include patient census (i.e. average daily census) for each course area of clinical instruction.

7.8. ~~To~~ make available the following health services to the University's students while they are assigned to clerkships at the Hospitals, —provided that the usual fees and costs for such services shall be paid by the students:

ROSS0634

a. Medical referrals through the Hospitals' Employee Health Services
b. Emergency services provided by the Emergency Department; and
c. Basic health services as required by regulatory agencies from time to time.

9. ~~To~~ permit the use of its medical library by and computer access to the University's students while they are assigned to clerkships at the Hospitals on the same basis as any other personnel.

~~8.~~10.~~To~~ provide the following support services to the University's students while they are assigned to clerkships at the Hospitals:

~~a.~~Housing referrals, if available;
~~b.Computer access, if available;~~
~~c.~~a. Medical library access, if available; and
~~d.~~b. In house accommodations for on-call personnel, including call rooms, shared lockers as available, dietary, uniform and linen services.

~~9.~~11.~~To~~ provide the ~~will afford~~ University a right of first refusal as to half of all new core clerkships slots developed by the Hospitals; provided, however, that the Hospitals will not hold any new slots empty unless prepayment has been made.

12.    maintain the confidentiality of the students' personal information in accordance with State and Federal laws and regulations.

13.    provide the University, upon reasonable request therefor, with proof of insurance in commercially reasonable amounts and with such coverages as may be standard for hospitals in the area in which the Hospitals are located.

**SECTION III**

**THE UNIVERSITY AGREES:**

~~1.~~1.~~With the advice and counsel of the Hospitals,~~ upon mutual agreement of the Parties, to offer and confer, upon those hospital teaching faculty satisfying University requirements, a ~~clinical~~faculty ~~academic~~ appointment as "adjunct faculty" to the University~~upon all hospital teaching faculty. This appointment shall be at least an adjunct clinical appointment at the University.~~ Such appointment shall not create, nor be construed to create, an employer/employee relationship between any adjunct faculty and the University. In addition, conferment of adjunct faculty status on Hospital teaching faculty is not intended to, nor shall be construed to, mean that the

ROSS0635

University accepts the responsibility for teaching faculty's or the Hospitals' acts or omissions.

2. 2. In a timely manner, to inform the Hospitals of any substantive changes in its Clinical Curriculum Guide.

3. 3. To appoint for clinical clerkship only those students who have satisfactorily completed the prerequisite instructional portion of the curriculum satisfied all academic requirements, in the pre-clinical sciences and who are qualified to begin their clinical clerkship experiences in the University's sole discretion.

4. 4. To state as its policy that the Hospital Medical Director shall have the authority to immediately suspend any student of the University, whose behavior is sufficiently inappropriate to warrant this action, provided that the student is allowed a timely opportunity to appeal and the University is notified immediately.-

5. 5. To require each student enrolled in clerkships to maintain at least $1,000,000/$3,000,000 malpractice coverage, protecting both the University and the Hospitals from liability which could occur as a result of the student's fault or negligence. The University shall maintain on file evidence of the existence of insurance required and shall provide a copy of the insurance to the Hospitals upon request. Each party agrees to give the other notice in writing within thirty (30) days of any claim made against it which is covered by this section. To provide appropriate malpractice coverage (one million /three million minimum limits) and confirmation of health insurance for all students of the University while they are formally enrolled in clerkships at the hospital.

6. 6 To provide medical library and secretarial support for the students engaged in clerkships, as set forth in Exhibit AB.

7. 7. To require each student, prior to the commencementing of the clinical experience, to provide results to the Hospital of physical examination which complies with the requirements of section 405.3 of the New York Code of Rules and Regulations. All clinical clerks will be offered by the University the opportunity the opportunity to receive a Hepatitis B vaccination. In addition, all clinical clerks will have completed the -OSHA Bloodborne Pathogens Workshop prior to beginning clerkships.

8. 8. In the event of impending bankruptcy, BQHC the Hospitals will give to the University such notice as promptly as they are legally permitted to provide. On a quarterly basis, no later than 90 days after the close of the quarter, BQHC shall cause the Hospitals to provide the University with a report on its financial condition.

ROSS0636

9.9. In the event that the Hospitals are unable to accept the  specified number of students, as set forth in exhibit A, for the core or elective rotations, BQHCthe Hospital will refund to the University that portion of the prepayment funds which have not then been earned.

ROSS0637

## THIS AGREEMENT IS SIGNED AND DATED AS FOLLOWS:

Brooklyn Queens Health Care, Inc.On behalf of ~~CARITAS HEALTHCARE PLANNING INC.:~~


_____

~~Harold McDonald, Chief Administrative Officer~~                Date


_____

~~Neal Mandava, M.D., Chief Medical Officer~~                Date


On Behalf of **ROSS UNIVERSITY SCHOOL OF MEDICINE, SCHOOL OF VETERINARY MEDICINE:**


_____

**Nancy Perri, M.D.,** Vice President, Academic Affairs                Date


_____

**John St. James,** Chief Financial Officer                Date

ROSS0638

EXHIBIT A

UNIVERSITY'S CLINICAL CURRICULUM GUIDE

[TO BE ATTACHED]

ROSS0639

## EXHIBIT A~~B~~

This exhibit sets forth the financial terms of the above Agreement~~contract~~, whereby ~~Ross~~ the University ~~School of Medicine~~ hereby agrees that it will pay BQHC~~Caritas Healthcare Planning, Inc.~~ as follows:

    a.    The University will deposit with BQHC $5,000,000 US Dollars (the "Pre-Payment Funds") on or before December 27, 2006, by wire transfer or such other commercially reasonable manner as may be agreed upon between the Parties;

    b.    In consideration of such payment, BQHC shall cause the Hospitals to provide clinical clerkships to the University's eligible students during the term of this Agreement, and until the Pre-Payment Funds have been exhausted; and

    b.    Thereafter, the University~~Ross~~ will pay for subsequent clinical clerkships on a "service performed" basis, at the rate set forth below, once the ~~$5,000,000 in  p~~Pre-payment Funds have~~ is~~ been fully amortized.

The ~~above~~Pre-Payment Funds~~amount~~ represent~~is pre-~~ an advance payment for core and elective clerkship weeks, calculated at a rate of $312.50 per week, per clerkship, at either of the Hospitals~~Mary Immaculate Hospital and Saint John's Queens Hospital~~, for a total of sixteen thousand (16,000) instructional weeks. For avoidance of all doubt, the Pre-Payment Funds are intended to cover the total number of weeks for each clinical clerkship guaranteed hereunder until the Pre-Payment Funds have been exhausted.

~~-~~During the term of this ~~a~~Agreement, ~~Ross University is minimally~~BQHC guarantee that the Hospitals shall provide the University with a minimum number of fifty (50) core clerkship slots, allocated as follows~~ guaranteed and allocated the following core clerkship slots totaling 50 slots~~:

| | |
|---|---|
| Surgery | 16 |
| Medicine | 20 |
| Ob/Gyn | 8 |
| Family Medicine | 6 |

~~A minimum~~In addition, BQHC further guarantees that the Hospitals shall provide ~~of~~ the University with fifty (50) elective clerkship slots ~~will also be provided~~during the term of the ~~a~~Agreement, to be allocated in accordance with the mutual agreement of the Parties.~~ which will be negotiated separately.~~

The clerkship rate of $312.50 per week is guaranteed for ~~locked in for four years from the date~~entire term of the ~~a~~Agreement. In other words, once the University has exhausted the Pre-Payment Funds deposited with BQHC, the University

ROSS0640

shall be entitled to pay for additional clinical clerkships at this rate for the remaining balance of the term of the Agreement.

The University will provide to BQHC, on behalf of the Hospitals, annual library support of $10,000.00 USD paid semi-annually in consideration for the use of the Hospitals' library facilities by University students engaged in clinical clerkships during the term of the Agreement.

The University also agrees that it will pay BQHC, on behalf of the Hospitals, for reasonable secretarial support required to implement this Agreement. The amount to be paid by the University to the Hospitals for secretarial support will be determined by the pParties, based upon the size of the student program and shall be agreed upon in writing. In no event shall the amount paid by the University to the Hospitals for secretarial support for any given year be less than $36,000.00 USD, so long as the Hospitals are providinge at least fifty (50) core clerkship positions for the University's students.

The Hospitals will submit invoices for such expenses and the invoices will be supported by appropriate documentation. Payment terms are net 30 days.

In consideration of the Pre-Payment under this Agreement, Tthe University will receive an amount equivalent toearn interest, paid at a rate of LIBOR + 1% per annum and calculated on the unamortized amount of prepayment. Such amortization is based upon the amount expended for the clinical clerkships on a monthly basis over the term of this Agreement, as set forth in Exhibit C, which is attached hereto and incorporated by reference herein.

**NOTE: Neither the Hospital's provision of services nor the payment to the University of any monetary consideration under this Agreement in exchange for the Pre-Payment Funds constitutes a lending arrangement. The University is not a lender or a financial institution, and is not in the business of making commercial loans or financial transactions, which may be subject to state or federal regulation. Pre-payment for services is at the express request of BQHC, and is solely for the convenience of BQHC and the Hospitals.**

This exhibit sets forth the financial terms of the above contract, whereby Ross University School of Medicine hereby agrees that it will pay Caritas Healthcare Planning, Inc.:

     a.     $2,900,000.00 USD on or before December 15, 2006
     b.     $2,100,000.00 USD on or before January 15, 2007

The above amount is pre-payment for core and elective clerkship weeks, calculated at a rate of $312.50 per week, at Mary Immaculate Hospital and Saint

ROSS0641

~~John's Hospital Queens, for a total of sixteen thousand (16,000) instructional weeks.  During the term of this a~~Agreement~~, Ross University is minimally guaranteed and allocated the following  of core clerkship slots:~~

| | |
|---|---|
| ~~Surgery~~ | ~~16~~ |
| ~~Medicine~~ | ~~20~~ |
| ~~Ob/Gyn~~ | ~~8~~ |
| ~~Family Medicine~~ | ~~6~~ |

~~A minimum guarantee of twenty (20) elective clerkship slots will also be provided during the  term~~the term~~ of the a~~Agreement~~.~~

~~The clerkship rate is locked in for four years from the date of the agreement.~~

~~The University will provide to the Hospital, annual library support~~

~~The University also agrees that it will pay the  Hospitals for reasonable secretarial support required to implement this Agreement. The amount to be paid by the University to the Hospitals for secretarial support will be determined by the parties, based upon the size of the student program. In no event shall the amount paid by the University to the Hospitals for secretarial support for any given year be less than $ 36,000.00, so long as the Hospital provides at least (50) core clerkship positions for the University's students.~~

ROSS0642

EXHIBIT C

[agreed upon amortization table]

ROSS0643