# APPENDIX 27

| | |
|---|---|
| **From:** | Julius Romero |
| **To:** | Shepherd, Dr. Thomas |
| **Cc:** | djg9001@nyp.org |
| **Sent:** | Wednesday, December 27, 2006 1:35 PM |
| **Subject:** | RUSM Ross U School of Medicine and Caritas |

Tom,

Thanks for working with me during our brief holiday break. I hope your family is well.

As per our telephone discussion this afternoon, the following items were discussed with Dominick Gio:

1. Interest Payments

Interest will be calculated at LIBOR+1 and invoiced monthly. As discussed, it is strongly preferred that interest payments be offset with additional clerkships during the term of the agreement in lieu of monthly payments. You and I agree that clerkship weeks, based on the pro forma schedule are below expectations and that more weeks will be scheduled and completed monthly by RUSM students at the campus.

2. Right of First Refusal on up to Fifty Percent of New or Additional Core Clerkships

As discussed, RUSM gets up to half of any new or additional core clerkship slots at Caritas with prior written notification from BQHC/Caritas and if necessary, administrative approval from NYSED.

3. Wyckoff Heights Medical Center (WHMC)

The Clinical Affiliation Agreement with Wyckoff Heights Medical Center is current, and separate from the Caritas-Ross Agreement. The current clerkship rate at WHMC is $312.50 per week. On a separate executed agreement or addendum to the existing WHMC-Ross Agreement, this clerkship rate can be locked in for four years from January 1, 2007 - December 31, 2010. As discussed, it is best that this item not hinge on the Caritas-Ross Agreement, but rather, once executed, a goodwill gesture from the BQHC/Wyckoff leadership.

Please get back to me on this matter today. I will leave my PDA cell/email on for the updates.

Julius


Julius Romero
Office of Medical Education
Wyckoff Heights Medical Center and Caritas Health Care (Mary Immaculate Hospital and Saint John's Queens Hospital)

----- Original Message -----

From: "Shepherd, Dr. Thomas" <TShepherd@RossU.edu>

Date: Wednesday, December 27, 2006 12:46 pm

Subject: Ross

> Julius,
> I left you an extensive voicemail regarding 3 clarification
> issues. 1: how interest payments are made etc.;2 how is right of
> first refusal handled and ; 3 a signed separate agreement on the
> Wykoff cost per week over the 4 year period.
> These are coming your way ASAP.
> Email or call as I am not in the office today.
> Tom
> 732-586-2228
>
> Sent from my GoodLink synchronized handheld (www.good.com)
>

--------------------
Confidential Information subject to NYP's (and its affiliates') information management and security policies (http://infonet.nyp.org/QA/HospManual/).

ROSS015142