# APPENDIX 30

```
From: Singleton, Tom(tom.singleton@ftihealthcare.com)
Date Sent: 12/4/2007 10:29:14 PM
To: Julius Romero
CC:
Subject: RE: Caritas
```

Let's wait until I get back tomorrow.

```
From: Julius Romero [mailto:JRomero@BQHCNY.ORG]
Sent: Tuesday, December 04, 2007 5:00 PM
To: Singleton, Tom
Subject: Re: Caritas
```

We are ready for Caritas-Ross : $3.7M.

Docs reviewed by both parties and Claire.  Other party signed.

Do we have the greenlight for Paul and I to execute?

Julius
At MIH

Redacted



CONFIDENTIAL

BQHC 39559

Redacted

---

From: Chu, Joseph [mailto:JChu@RossU.edu]
Sent: Monday, December 03, 2007 12:40 PM
To: JRomero@BQHCNY.ORG; clairemullally@comcast.net
Subject: FW: Caritas

Redline and clean copy without signatures.

Joe

This electronic message is intended to be for the use only of the named recipient, and may contain information that is confidential or privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the contents of this message is strictly prohibited. If you have received this message in error or are not the named recipient, please notify us immediately by contacting the sender at the electronic mail address noted above, and delete and destroy all copies of this message. Thank you.

CONFIDENTIAL                                                                                             BQHC 39560