# APPENDIX 31



**Raymundo, Wilfredo R.**

**From:** Chu, Joseph
**Sent:** Wednesday, December 05, 2007 5:45 PM
**To:** 'Claire Mullally'
**Cc:** Raymundo, Wilfredo R.; St. James, John
**Subject:** RE: initials on the Caritas correction

No problem
Thanks

Sent from my GoodLink synchronized handheld (www.good.com)

-----Original Message-----
From: Claire Mullally [mailto:clairemullally@comcast.net]
Sent: Wednesday, December 05, 2007 05:42 PM Eastern Standard Time
To: Chu, Joseph
Subject: RE: initials on the Caritas correction

Sure, but it will have to be tomorrow..

From: Chu, Joseph [mailto:JChu@RossU.edu]
Sent: Wednesday, December 05, 2007 4:34 PM
To: Claire Mullally
Cc: Raymundo, Wilfredo R.; St. James, John
Subject: initials on the Caritas correction

Hi Claire,

I left you an voice mail a few minutes ago.

Could I get you to have Julius and Paul initial the correction on the start date for the increase to $325 and fax it back to Willie?

Thanks again

Joe

1

ROSS031619