# APPENDIX 32

P. 1

＊ ＊ ＊ Memory TX Result Report ( Dec. 5. 2007  3:34PM ) ＊ ＊ ＊

1)  ROSS UNIVERSITY
2)

Date/Time: Dec. 5. 2007  3:32PM

COPY

| File No. Mode | Destination | Pg(s) | Result | Page Not Sent |
|---------------|-------------|-------|--------|---------------|
| 5984 Memory TX | 917185582425 | P. 5 | OK | |

---------------------------------------------------------------------------------

Reason for error
    E. 1) Hang up or line fail          E. 2) Busy
    E. 3) No answer                     E. 4) No facsimile connection
    E. 5) Exceeded max. E-mail size

Date:   December 5, 2007

To:     Claire Mullaly

Company:  Mary Immaculate Hospital, Administration Department

Fax No.   (718) 558-2425

Number of pages including cover:   5

Claire:

Attached is the executed copy of the Amended Agreement between Ross and Caritas. The attached reflects the change that Dr. Chu discussed with and e-mailed you earlier regarding the effective date of January 21, 2008 for the new rate of $325 per week.

We have wired the amount of $3,776,455.

ROSS UNIVERSITY
499 Thornall Street, 10th Floor
Edison, NJ 08837-2235
Telephone No. (733) 978-5300, ext. 2665; Fax no. (732) 978-5310
Willie R. Raymundo

ROSS031623