# APPENDIX 33

From: Barkan, Lee A.(LBarkan@proskauer.com)
Date Sent: 2/21/2008 6:35:11 PM
To: TShepherd@RossU.edu
CC: Tom Singleton; Julius Romero
Subject: Caritas/Ross

---

Dr. Shepherd:

Tom Singleton asked that I send you the attached revised version of the second amendment with Caritas (two copies, one redlined), and the side agreement with Wyckoff. Please let us know if you have any comments. Please note that there was a typo in the email address you had previously used to send me the second amendment. Thank you.

Lee

Lee A. Barkan | PROSKAUER ROSE LLP
Senior Counsel
1585 Broadway | New York, NY 10036-8299
V: 212.969.3115 | F: 212.969.2900
lbarkan@proskauer.com | www.proskauer.com


<<(10797840_1)Ross DVComparison_Current_10796677_1-Current_10796677_2.DOC>>
<<(10796677_2)Ross Second Amendment.DOC>> <<(10797196_1)Interim Agreement between Wyckoff and Ross.DOC>>

**********************************************************
To ensure compliance with requirements imposed by U.S. Treasury Regulations, Proskauer Rose LLP informs you that any U.S. tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**********************************************************
This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.


===============================================================================

Attachment(s):
(10797840_1)Ross DVComparison_Current_10796677_1-Current_10796677_2.DOC
(10796677_2)Ross Second Amendment.DOC
(10797196_1)Interim Agreement between Wyckoff and Ross.DOC

CONFIDENTIAL                                                                      BQHC 43171