# APPENDIX 36

**K&L|GATES**

K&L Gates LLP
599 Lexington Avenue
New York, NY 10022-6030

T 212.536.3900    www.klgates.com

August 8, 2011

Walter P. Loughlin
D 212.536.4065
F 212.536.3901
walter.loughlin@klgates.com

**By E-mail and First Class Mail**
George Tzanetopoulos
Baker & Hostetler LLP
191 North Wacker Drive
Chicago, IL 60601-1901

Re:   Ross University v. Brooklyn Queens Health Care, et al., 09cv1410 (KAM)(RLM)

Dear George:

    This will confirm, pursuant to Judge Mann's Order of July 11, 2011, and our subsequent conversations on the subject, that the defendants are prepared to offer a testimonial stipulation to the effect that if a corporate representative of the defendants, within the meaning of Fed. R. Civ. P. 30(b)(6), were called to testify, that witness would testify to the facts as set forth in the enclosures in connection with Topic Numbers 8 and 10.

    In response to Judge Mann's direction that we confer and make a good faith effort to resolve disputes related to the breadth of Topic Number 7 by narrowing the scope of the information requested, you sent me an email on July 11 identifying three subjects – (1) the transfer of Wyckoff employees to the Caritas payroll; (2) the reference to a loan in a January 1, 2007 Subordination Agreement; and (3) references to loans and salaries in the 2006 and 2007 financial statements of BQHC and its predecessor corporation, WHMC Properties, Inc. In connection with these three topics, your email poses at least twenty separate questions.

    By letter dated July 14, 2011, I attempted to set out the information that we had been able to collect about the two topics in the three days since receipt of your July 11 email.

    I did not hear back from you about these matters until nearly three weeks later, when you asked to discuss them on August 2. During that conversation, I agreed to supplement the information with respect to Topics Nos. 8 and 10 in response to questions you raised. That supplemental information is reflected in the enclosures, including additional documents bates stamped BQHC 56152 - 56171.

    However, with respect to Topic No. 7, it appeared that you were expanding rather than narrowing the requested information. Indeed, you indicated a desire to have additional testimony from a defense representative on the subject of the employee transfer from Wyckoff to Caritas which, as you know from deposition testimony, was done at the behest of the FTI consultant to limit the growth of Caritas' indebtedness to Wyckoff for salaries

K&L|GATES

George Tzanetopoulos
August 8, 2011
Page 2

rendered to Caritas by Wyckoff employees, and was simply reported to the Wyckoff Board by Mr. Singleton. We have produced documents relevant to these transfers and I am prepared to offer a testimonial stipulation consistent with the facts set forth in those documents and depositions.

Subsequent to my letter to you of July 14, we have obtained additional information about the Subordination Agreement and to references in the financial statements. Once I have had a chance to review that information, along with the documents and depositions related to the employee transfer issue, I will set forth the facts that defendants can offer in the form of a testimonial stipulation. I can do that by one week from today. It is my hope and expectation that, on reflection, you will find it unnecessary to press the issue of taking additional testimony.

Sincerely yours,

Walter Loughlin /JHR

Walter P. Loughlin

Ross University v. Brooklyn Queens Health Care, et al.
Case No. 09-cv-1410 (KAM) (RLM)

## Brooklyn Queens Health Care – Members of the Board of Trustees

| Board Member[1] | Membership Period |
|---|---|
| Emil Rucigay, Esq. (Chairman) | 2006 – present |
| John H. Cook, Jr. Esq. | 2006 – present |
| Fred T. Haller, III, Esq. | 2006 – present |
| Vincent Arcuri | 2006 – present |
| Adam Figueroa | 2006 – present |
| Rajiv Garg | March 2008 – November 2008 |
| Herman Hochberg | February 2008 – present |
| Gary Goffner | March 2008 – present |
| Vito J. D'Alessandro, M.D. | March 2008 – present |
| Frank Chiarello | March 2008 – present |
| Krishna Mehta | May 2008 – present |

---

[1] No board members of BQHC, Wyckoff Heights Medical Center, or Caritas are paid a salary or board fees.

Ross University v. Brooklyn Queens Health Care, Inc., et al.
Case No. 09-cv-1410 (KAM) (RLM)

## Caritas Health Care Inc. - Members of the Board of Trustees

| Board Member | Membership Period |
| --- | --- |
| Emil Rucigay, Esq. (Chairman) | January 2007 – present |
| John Cook, Jr. | January 2007 – present |
| Frederick T. Haller, Esq. (Vice-Chair) | January 2007 – December 2007 |
| Frederick T. Haller III, Esq. | January 2008 – present |
| Adam Figueroa (Secretary) | January 2007 – present |
| Vincent Arcuri (Treasurer) | January 2007 – present |
| Mark Lane | March 2007 – present |
| Fr. Patrick Frawley | March 2007 – present |
| Rajiv Garg | May 2008 – November 2008 |
| Herman Hochberg | May 2008 – present |
| Krishna K. Mehta | May 2008 – present |
| Albert Wiltshire | October 2008 – present |

## Wyckoff Heights Medical Center – Members of the Board of Trustees

| Board Member | Membership Period |
| --- | --- |
| Emil Rucigay (Chairman) | 1972 – present |
| Vincent Arcuri (Vice-Chairman) | 2000 – present |
| Fred T. Haller, III, Esq. (Secretary) | 1999 – present |
| Leon Kozlowski (Treasurer) | 2010 – present |
| Nisha Agarwal, Esq. | 2010 – present |
| Andrew Boisselle | 2004 – present |
| Frank Chiarello | 2008 – present |
| John H. Cook, Jr. | 1967 – present |
| Victoria Cook, Esq. | 2004 – present |
| Vito J. D'Alessandro, M.D. | 1990 – present |
| Adam Figueroa | 1992 – present |
| Gary Goffner | 2008 – present |
| Rajiv Garg | 2008 – present |
| Herman Hochberg | 2006 – present |
| Marcia Maxwell | 2010 – present |
| Edmondo Modica, M.D. | 1992 – present |
| A.C. Rao, M.D. | 1998 – present |
| John D. Rucigay, Esq. | 2005 – present |
| Charlene Visconti | 2009 – present |
| Albert Wiltshire | 2008 – present |
| Frances Purcell | 2010 – present |
| Agnieszka Poslednik | 2011 – present |

Ross University v. Brooklyn Queens Health Care, Inc., et al.
Case No. 09-cv-1410 (KAM) (RLM)

## Corporate Officers

|  | **Chief Executive Officer** | **Chief Operating Officer** | **Chief Financial Officer** | **General Counsel** |
|---|---|---|---|---|
| **Wyckoff Heights Medical Center** | Dominick Gio (6/95 – 2/08) <br><br> Nirmal Mattoo[2] (3/08 – 9/08) <br><br> Rajiv Garg (11/08 – present) | Harold McDonald[3] (9/97 – 11/10) <br><br> Fran Heaney (12/10 – present) | Hal McNeil (1/98 – 2/07) <br><br> Wah Chung Hsu (8/06 – 1/10) <br><br> Robert Mariani (2/10 – 3/11) <br><br> Leon Kozlowski (4/11 – present) | David Hoffman (6/03 – present) |
| **BQHC[4]** | Dominick Gio (1/07 – 2/08) <br><br> Tom Singleton[5] | Harold McDonald (1/07 – 7/07) | Hal McNeil (1/07 – 2/07) <br><br> Paul Goldberg (7/07 – 9/08) | David Hoffman (1/07 – 12/07) |
| **Caritas[6]** | Dominick Gio (1/07 – 6/07) <br><br> Tom Singleton <br><br> John Kastanis (12/08 – 4/09) | Harold McDonald (1/07 – 6/07) | Richard Sarli (1/07 – 9/08) | David Hoffman (1/07 – 12/07) |

---

[2]   Interim Executive Director.

[3]   In December of 2007, Harold McDonald and Richard Sarli were transferred from the Wyckoff payroll to that of Caritas. All other salaries were paid by Wyckoff.

[4]   BQHC does not currently have any corporate officers.

[5]   Mr. Singleton served as the Chief Restructuring Officer pursuant to an Administrative Services Agreement entered into with FTI Cambio LLC d/b/a FTI Cambio Health Solutions as of August 13, 2007, with an effective date of July 19, 2007, and served in that position until September 2008. During his time as CRO, Mr. Singleton exercised managerial control of BQHC, Wyckoff, and Caritas, and at times referred to himself in documents as Chief Executive Officer. Defendants cannot represent with any degree of certainty the specific roles or positions the listed officers assumed during the time period Mr. Singleton was CRO.

[6]   The Caritas officers are listed upon information and belief based on the information available to Defendants.

Ross University v. Brooklyn Queens Health Care, Inc., et al.<br>Case No. 09-cv-1410 (KAM) (RLM)

## **Brooklyn Queens Health Care, Inc. Contracts**

The following contracts are those into which BQHC entered as a party since 2006:

1. Ross Affiliation Agreement (December 28, 2006) (Second Amended Complaint Exhibit 1)
2. First Amendment to the Ross Affiliation Agreement (December 5, 2007) (Second Amended Complaint Exhibit 2)
3. Second Amendment to the Ross Affiliation Agreement (February 28, 2008) (Second Amended Complaint Exhibit 3)
4. AUC Promissory Note (December 1, 2006) (ROSS026780-026789)
5. Affiliate Subordination Agreement (January 1, 2007) (BQHC 00430-00439)
6. Administrative Services Agreement with FTI (August 13, 2007) (BQHC 00489-00511)
7. Dowling Employment Agreement (January 4, 2007) (BQHC 03947-03950)
8. McDonald Employment Agreement (December 27, 2006) (BQHC 03941-03946)
9. Vendor Contract with Abbott Labs (December 13, 2007) (BQHC 51560-51566)
10. Vendor Contract with Siemens (December 10, 2007) (BQHC 51567-51592)
11. Administrative Services Agreement (August 21, 2006) (BQHC 00306-00328)
12. Administrative Services Subcontract (August 21, 2006) (BQHC 00329-00337)
13. Agreement and General Release with Dominick Gio (February 1, 2008) (BQHC 56093-56104)
14. Collection Agreement with CBHV, Inc. (May 2008) (BQHC 56140-56144)
15. Temporary Staffing Agreement with TPF Nursing Registry, Inc. (October 2007) (BQHC 56127-56139)
16. Service Contract with Deman Data Systems, LLC (BQHC 56114-56126)
17. Agreement for Supplemental Staffing with Nursestaffing LLC (January 2008) (BQHC 56107-56113)
18. Consulting Letter of Agreement with HealthNET (May 2008) (BQHC 56105-56106)
19. Draft Services Agreement with VHA, Inc. (July 2007) (BQHC 56145-56151)
20. BQHC Mortgage to DASNY (March 22, 2007) (BQHC 56152 - 56164)
21. BQHC Guaranty in favor of DASNY (March 22, 2007) (BQHC 56165 - 56171)