UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X
ROSS UNIVERSITY SCHOOL OF
MEDICINE, LTD.,                                          09 Civ. 1410 (KAM) (RLM)

Plaintiff,

– against –

BROOKLYN-QUEENS HEALTH CARE,
INC. and WYCKOFF HEIGHTS MEDICAL
CENTER,

Defendants.
-----------------------------------------------X

### PLAINTIFF ROSS UNIVERSITY'S APPENDIX TO RESPONSE TO DEFENDANTS' 56.1 STATEMENT OF UNDISPUTED FACTS & ADDITIONAL FACTS REQUIRING THE DENIAL OF SUMMARY JUDGMENT

### VOLUME 3

Hoffman deposition exhibit 9 – Affidavit of John Lavan ..........................................................40

Garg deposition exhibit 8 – BQHC 00074 – BQHC financial statements 12/2007 ....................41

Garg deposition exhibit 3 – BQHC 00001 – Wyckoff consolidated
financial statements 12/2007 .....................................................................................................42

Rucigay deposition exhibit 3 – BQHC 03769 – Wyckoff board meeting minutes
10/05/06 .....................................................................................................................................43

Wyckoff 2008 IRS Form 990 ......................................................................................................44

Rucigay deposition exhibit 5 – BQHC 03941 – McDonald employment agreement ................45

BQHC 56093 – Agreement and general release between Gio and Hospitals .............................46

BQHC 03947 – Dowling employment agreement ......................................................................47

Romero deposition exhibit 22 – BQHC 47342 – email ..............................................................48

BQHC 48037 – email ..................................................................................................................49

Garg deposition exhibit 5 – BQHC 12618 – administrative services agreement .......................50

BQHC 56127 – temporary staffing nursing agreement ................................................ 51

BQHC 56107 – contract nurses 24/7 ............................................................................ 52

BQHC 24481 – email ..................................................................................................... 53

McDonald deposition exhibit 12 - BQHC 0678 and BQHC 06981 - –
email and transfers between Wyckoff and Caritas ...................................................... 54

Rucigay deposition exhibit 13 – BQHC 03811 – Wyckoff board meeting minutes
03/12/07 ........................................................................................................................ 55

Goldberg deposition exhibit 10 – BQHC 55989 – Wyckoff board meeting minutes
01/10/08 ........................................................................................................................ 56

Rucigay deposition exhibit 23 – BQHC 03880 – Wyckoff board meeting minutes
12/20/07 ........................................................................................................................ 57

Rucigay deposition exhibit 14 – BQHC 04338 – Letter to commissioner .................. 58

McDonald deposition exhibit 13 – BQHC 07617 – email and memo regarding
organization period and startup .................................................................................. 59

Rucigay deposition exhibit 11 – BQHC 54890 – Wyckoff President's letter 06/07/07 ............ 60

Romero deposition exhibit 26 – BQHC 19857 – email ................................................. 61

Hoffman deposition exhibit 18 – BQHC 00159 – Wyckoff board meeting minutes
12/04/08 ........................................................................................................................ 62

Garg deposition exhibit 16 – BQHC 00211 – BQHC board meeting minutes 01/08/09 ............ 63

Hoffman deposition exhibit 17 – BQHC 51800 – BQHC board meeting minutes
03/05/09 ........................................................................................................................ 64

AUC Third Amended Complaint .................................................................................. 65

Romero deposition exhibit 8 – Romero supplemental declaration 04/14/08 .............. 66

September 14, 2009 Order ............................................................................................ 67

May 28, 2010 Order ..................................................................................................... 68

Organizational charts .................................................................................................. 69