# APPENDIX 41



# Brooklyn Queens Health Care Inc.

## Financial Statements

As of December 31, 2007

(UNAUDITED)

PLAINTIFF'S EXHIBIT

www.legalstore.com   No. 7002

BQHC 00074

# TABLE OF CONTENTS

|                                  | Page |
|----------------------------------|------|
| Statement of Financial Position  | 1    |
| Statement of Operations          | 2    |
| Balance of Due to from Accounts  | 3    |

BQHC 00075

## Brooklyn Queens Health Care Inc.
## Statement of Financial Position

### ASSETS

| | December 31, 2007 | December 31, 2006 |
|---|---|---|
| Current assets | | |
| Cash and cash equivalents | - | - |
| Accounts receivable | - | - |
| Inventories | | |
| Other | | |
| Total current assets | - | - |
| Equipment | | |
| Total assets | - | - |

### LIABILITIES AND EQUITIES

| | December 31, 2007 | December 31, 2006 |
|---|---|---|
| Current liabilities | | |
| Accounts payable | $ - | $ - |
| Accrued salaries & related withholdings | | |
| Loan payable | 1,915,000 | - |
| Due to related organizations | (1,675,695) | 194,542 |
| Total current liabilities | 239,305 | 194,542 |
| Equities | | |
| Current year earning (Loss) | (44,763) | (15,193) |
| Prior Year earning (Loss) | - | (179,350) |
| Accum. surplus py | (194,542) | (194,542) |
| Total liabilities and equities | (239,305) | (194,542) |

BQHCNY_12-2007.XLS

BQHC 00076

# Brooklyn Queens Health Care Inc.
## Statement of Operations
### As of December 31, 2007

|  | YTD 12/31/07 |
|---|---|
| **Revenue:** | |
| Operating Income | |
| Parking Lot Income | $ 400,444.30 |
| Other - Income | |
| Total Revenue | $ 400,444.30 |
| | |
| **Expenses:** | |
| Salary | $ 280,800.00 |
| Fringe Benefits | 81,712.80 |
| Other-Expenses | 438.92 |
| Dekalb Ave Lease Payments | 45,100.00 |
| Repairs & Maintenance | - |
| Sales Taxes | 31,753.52 |
| Utilities | 5,401.58 |
| Accounts Payable | |
| Total Expenses | $ 445,206.82 |
| | |
| Net Income/ (Loss) From Operations | $ (44,762.52) |

BQHCNY_12-2007.XLS

BQHC 00077

**Brooklyn Queens Health Care Inc.**

**Balance for Due to/from Accounts**

As of December 31, 2007

| Due (To)/From | | 2007 | | 2006 |
|---|---|---|---|---|
| WHMC | $ | 1,705,656.28 | $ | (164,581.20) |
| PHV Pharmacy | | (29,961.17) | | (29,961.17) |
| Total | $ | 1,675,695.11 | $ | (194,542.37) |

BOHCNY 12-2007.XLS

BQHC 00078

Wyckoff Heights Medical Center
GL# 01.1250.0688 - Due To From WHMC Properties
As of December 31, 2007

| | | |
|---|---:|---|
| Balance as of 01/01/2007 | $ | 164,581.20 |
| Parking Lot Income | | (400,444.30) |
| Salary Expense | | 280,800.00 |
| Fringe Benefit Expense | | 81,712.80 |
| Dekalb Ave Lease Expense | | 45,100.00 |
| Sales Tax Expense | | 31,753.52 |
| Utility Expenses | | 5,401.58 |
| Other-Expenses | | 438.92 |
| Balance As of December 31, 2007 | $ | 2,124,343.72 |

BQHC 00079

Brooklyn Queens Health Care Inc.
2007

| | Salary | Fringe Benefit | Goode Realty | Sales Tax | Con Ed Dekalb | Con Ed Stanhope/Glacial | Cleaning Expenses | Other Exp | Loan To WHMC | Income |
|---|---|---|---|---|---|---|---|---|---|---|
| January | $ 23,400.00 | $ 6,809.40 | $ 4,100.00 | | $ 92.73 | $ 492.09 | | | | $ 54,194.30 |
| February | 23,400.00 | 6,809.40 | 4,100.00 | | 134.65 | 643.07 | | 100.00 | | 28,000.00 |
| March | 23,400.00 | 6,809.40 | 4,100.00 | | 101.23 | 497.38 | | 300.00 | | 20,650.00 |
| April | 23,400.00 | 6,809.40 | 4,100.00 | | 124.27 | 512.49 | | | | 26,700.00 |
| May | 23,400.00 | 6,809.40 | 4,100.00 | 6,614.82 | 103.68 | 411.23 | | | | 25,450.00 |
| June | 23,400.00 | 6,809.40 | 4,100.00 | 8,273.89 | 58.89 | 331.12 | | | | 56,825.00 |
| July | 23,400.00 | 6,809.40 | 4,100.00 | | 66.05 | 273.60 | | | | 26,225.00 |
| August | 23,400.00 | 6,809.40 | 4,100.00 | | 53.71 | 276.12 | | | | 400.00 |
| September | 23,400.00 | 6,809.40 | 4,100.00 | 7,844.13 | 56.62 | 266.01 | | | | 45,170.00 |
| October | 23,400.00 | 6,809.40 | 4,100.00 | | 59.48 | 251.82 | | 25.00 | | 25,950.00 |
| November | 23,400.00 | 6,809.40 | 4,100.00 | | | | | | | 26,975.00 |
| December | 23,400.00 | 6,809.40 | | | 107.04 | 488.30 | | 13.92 | | 63,905.00 |
| Total | $ 280,800.00 | $ 81,712.80 | $ 45,100.00 | $ 31,753.52 | $ 958.35 | $ 4,443.23 | $ - | $ 438.92 | $ - | $ 400,444.30 |

Net Loss $ (445,206.82)   $ 400,444.30
$ (44,762.52)

| | YTD Salary | YTD Fringe Benefit | YTD Goode Realty | YTD Sales Tax | YTD Con Ed Dekalb | YTD Con Ed Stanhope | YTD Cleaning Exp | YTD Other Exp | YTD WHMC Loan | YTD Income | End Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Begin Bal (164,581.20) | $ (280,800.00) | $ (81,712.80) | $ (45,100.00) | $(31,753.52) | $ (958.35) | $ (4,443.23) | $ - | $ (438.92) | $ 1,915,000.00 | $ 400,444.30 | $ 1,705,656.28 |

GL 1250.0688       209,304.80
GL 1250.0690       (1,914,961.08)
WHMC BALANCE       (1,705,656.28)

C:\Documents and Settings\thorpek\Local Settings\Outlook_Attachments\

BQHC 00080



WHMC Properties - 2006
Cash Activities

BQHCNY_12-2007.XLS

WYC Due T/F WHMC Properties

| | Parking Revenue per JGO entry-booked | | Parking Revenue per ADP-booked | ACTUAL P/R PARKING REV | ACCRUED P/R PARKING REV | P/R adjustment | | |
|---|---|---|---|---|---|---|---|---|
| 9/30/2006 | 44,700.55 | WHX | 1,750.00 | 1,750.00 | 1,750.00 | | | |
| | | WHU | 500.00 | 500.00 | 500.00 | | | |
| | | WHN | 18,150.00 | 18,150.00 | 17,200.00 | | | |
| | | WHM | 5,100.55 | 5,100.55 | 0.00 | | | |
| | | | 25,500.55 | 25,500.55 | 19,450.00 | | | |
| 10/30/2006 | 24,675.00 | WHX | 1,750.00 | 0.00 | 1,750.00 | 3538.36 WHN | DR | TO Garity |
| | | WHU | 500.00 | 0.00 | 500.00 | 379.12 WHN accr DR | | |
| | | WHN | 17,200.00 | 0.00 | 17,425.00 | | | |
| | | WHM | 5,000.00 | 5,000.00 | 0.00 | | | |
| | | | 24,450.00 | 5,000.00 | 19,675.00 | | | |
| 11/30/2006 | 24,100.00 | WHX | 1,750.00 | 0.00 | 1,625.00 | 3538.36 WHN | DR | TO Garity |
| | | WHU | 500.00 | 0.00 | 300.00 | 379.12 WHN accr CR | | |
| | | WHN | 17,200.00 | 0.00 | 17,200.00 | 631.85 WHN accr DR | | |
| | | WHM | 5,000.00 | 5,100.00 | 0.00 | | | |
| | | | 24,450.00 | 5,100.00 | 19,125.00 | | | |
| 12/31/2006 | 31,225.00 | WHX | 1,625.00 | 0.00 | 1,600.00 | 3663.36 WHN | DR | TO Garity |
| | | WHU | 300.00 | 0.00 | 400.00 | 631.85 WHN accr CR | | |
| | | WHN | 17,200.00 | 0.00 | 17,625.00 | 1,010.96 WHN accr DR | | rv in 1/07 |
| | | WHM | 5,200.00 | 5,200.00 | 6,400.00 | | | |
| | | | 24,325.00 | 5,200.00 | 26,025.00 | | | |
| | 124,700.55 | | 98,725.55 | 40,800.55 | 84,275.00 | | | |

| | | |
|---|---|---|
| On the books from JGO entry | 124,700.55 | |
| On the books from ADP entry | 98,725.55 | |
| On the books 12/31/2006 | 223,426.10 | |
| Should be on the books | 98,725.55 | |
| Reverse JGO entry | 9/30/2006 | 44,700.55 |
| | 10/30/2006 | 24,675.00 |
| | 11/30/2006 | 24,100.00 |
| | 12/31/2006 | 31,225.00 |
| | | 124,700.55 |

BQHC 00082