# APPENDIX 43

# WYCKOFF HEIGHTS MEDICAL CENTER

## BOARD OF TRUSTEES MEETING

## MINUTES

MINUTES of a Board of Trustees Meeting held on Thursday, October 5, 2006 at 4 p.m. in the 5th Floor Executive Board Room.

| PRESENT | ABSENT/EXCUSED |
|---|---|
| Frederick T. Haller, Esq. | Emil Rucigay, Esq. (E) |
| Vincent Arcuri | Vito J. D'Alessandro, M.D. (E) |
| Larry Berger | Emilio Carrillo, M.D.(E) |
| Adam Figueroa | Gladys Rodriguez (E) |
| John D. Rucigay, Esq. | Hon. Edolphus Towns (E) |
| Herman Hochberg | John Cook, Jr., Esq. (E) |
| Fred T. Haller, III, Esq. | |
| Victoria Cook, Esq. | |
| Harold McDonald | |
| Hal McNeil | |
| Edmondo Modica, M.D. | |
| A.C. Rao, M.D. | |
| Dominick J. Gio | |
| Andrew Boisselle | |

### ADMINISTRATIVE STAFF:

Nirmal Mattoo, M.D. - Sr. V.P. Medical Affairs/Medical Director
Karen Carey - Vice President-Regulatory Services
William F. Green - Vice President – V.P. Government Relations
David N. Hoffman, Esq. – General Counsel


EXHIBIT P1+f - 3
SF 6/23/11

Mr. Haller called the meeting to order at 4 p.m.

**APPROVAL OF THE MINUTES OF THE PREVIOUS MEETING:**

ON A MOTION PROPERLY MADE BY MR. ARCURI, SECONDED BY DR. MODICA, ALL IN FAVOR, THE MINUTES OF THE PREVIOUS MEETING OF SEPTEMBER 14, 2006 WERE APPROVED BY THE BOARD OF TRUSTEES.

BQHC 03769

Page 3

### REPORT OF THE PRESIDENT AND CEO:

Mr. Gio advised the Board of Trustees that he, along with Mr. McDonald, Mr. Hoffman, Mr. McNeil, Dr. Mattoo and others attended a full meeting of the State Health Planning Committee earlier today. He announced that after much discussion between committee members, our project was unanimously approved with one abstention. It will now move on to the Establishment Committee which will be in Albany on October 24th. Once that is done the next step will be the full Public Health Council on November 10th. After that, we will be ready to set a closing date, the last week of December and take over operations January 1, 2007.

Mr. Gio reported that the Executive Committee met prior to this meeting and voted on the following three issues:

1.  A resolution authorizing Wyckoff Heights Medical Center to loan up to $10 million to Caritas for start-up operations. He explained that we are now in the process of purchasing equipment for the revenue cycle, preparing the building where all of the general accounting and purchasing employees will be moving. In addition this will serve to compensate the lawyers' fees and accounting fees that were run up. He assured the Board Members that this is purely a loan and will be tracked by Mr. McNeil and all purchase requisitions as it relates to Caritas are being identified and held on the side.

Mr. Gio stated that the Executive Committee approved the resolution.

2.  Mr. Gio stated that he presented a Compensation Package to the Committee for approval outlining the compensation for the corporate officers of Brooklyn, Queens Health Care The new compensation structure will become effective upon the closing of the SVCMC asset purchase. Mr. Gio stated that the compensation package was approved by the Executive Committee.

3.  Mr. Gio advised the Board Member that a proposal to have Caritas assume his employment contract for the remaining seven years of his contract. Except for the agreed compensation as outlined in the compensation package, all other terms and conditions will remain unaltered.

Mr. Gio stated that the Executive Committee approved that the remaining seven years of the employment contract will be assumed by BQHC.

Mr. Gio advised the Board Members that things are moving rapidly toward a complete conversion to an automated order entry system with Meditech. Registration is up and operational, the Medical Staff have their committee and are beginning to create a dictionary for the establishment of the medical order entry note. Nurses' order entry

BQHC 03771