# APPENDIX 46

**REDACTED**

## AGREEMENT AND GENERAL RELEASE

AGREEMENT AND GENERAL RELEASE ("Agreement") made this 1st day of February 2008, by and between Dominic J. Gio ("Gio"), Wyckoff Heights Medical Center ("Wyckoff"), Caritas Health Center, Inc. ("Caritas") and Brooklyn Queens Health Care, Inc. ("BQH").

CONFIDENTIAL

BQHC 56093

# REDACTED

CONFIDENTIAL

# REDACTED

CONFIDENTIAL

# REDACTED

 BQHC 56096

# REDACTED

# REDACTED

# REDACTED

CONFIDENTIAL

BQHC 56099

# REDACTED

AGREED:

BROOKLYN QUEENS HEALTH CARE, INC.

By: _____  Dated: 2-4-08

WYCKOFF HEIGHTS MEDICAL CENTER

By: _____  Dated: 2-4-08

CARITAS HEALTH CARE, INC.

By: _____  Dated: 2-4-08

I HEREBY ACKNOWLEDGE THAT I HAVE READ THIS AGREEMENT AND GENERAL RELEASE AND AGREE TO THE TERMS THEREOF.

_____ 2/4/08
Dominick J. Gio

CONFIDENTIAL

9

**REDACTED**

Attachment A

GENERAL RELEASE

CONFIDENTIAL

BQHC 56102

**REDACTED**

CONFIDENTIAL
BQHC 56103

**REDACTED**

_____
Dominick J. Gio

STATE OF NEW YORK
COUNTY OF Queens

On this 18 day of February 2008 before me personally came Dominick J. Gio, to me known and known to me to be the person described herein and who executed the foregoing General Release, and he duly acknowledged to me that he executed the same.

_____
Notary Public

PATRICIA MILLSPAUGH
Notary Public, State of New York
No. 01MI4861742
Qualified in Queens County
Commission Expires June 23, 2010