# APPENDIX 48

```
From: JRomero(/O=WYCKOFF HEIGHTS MEDICAL CENTER/OU=FIRST ADMINISTRATIVE
GROUP/CN=RECIPIENTS/CN=JROMERO)
Date Sent: 2/10/2007 8:27:58 PM
To: Harold Mcdonald
CC: Dominick Gio
Subject: Medical Education: Update
```

?
Sir,

Thank you for meeting with me before the medical board meeting on Thursday, and your assurance of my role at BQHC.

Please be apprised of the following:

UNDERGRADUATE MEDICAL EDUCATION

1. Caritas clerkships: 2/21/07 (Wed)
AUC and Ross students are scheduled to begin at Caritas on 2/21/07. Briefing will be at the MIH cafeteria. Orientation for all BQHC students will be at Wyckoff on 2/20/07. At that time, all health, security and academic clearance will be made. All our open slots will be maximized and filled within all three campuses.

2. Student Processing: ID Equipment
As discussed before, health clearance will be centralized and processed at Wyckoff. Security clearance including access to certain areas at MIH and SJQH will be facilitated through the ID card which will be issued by this office. Bids have been presented by Kelly Security (referred by Chris Mastromano) and Metropolitan Security (referred by Fred Eisgrub). The machine which includes database management, signature management, and even an optional biometrics/fingerprint option, will facilitate the 2100-2300 medical students expected to come in and out within the next 12-18 months across the three campuses. The estimated cost is $10,000.

3. NYSED Board for Medicine
New York State Education Department (Tom Monahan and Doug Elkins from the Board for Medicine) are in Grenada this week and are expected to approve the AUC affiliation with Caritas on Tuesday. Neurology is still a thorny issue because of its lack of ACGME affiliation. Albany discussed scratching off this Neurology piece for now, just so we can move on the core rotations and other electives.

4. Psychiatry at Caritas
Dr. Michael Gordon and Dr. Mandava facilitated the meeting with Creedmoor Psych. We can start as early as 2/21/07 or 4/2/07. As per AUC and Ross agreements, Dr. Gordon and I discussed initially starting up to twelve core students. AUC will be offered 6; Ross 6. AUC may not take all 6, so we could actually (potentially) sell the cores to other schools.

5. Prepayment at Wyckoff
a. Ross - discussions have been initiated with Tom Shepherd (CEO), John St. James (CFO) and Nancy Perri (Dean) to pre-sell up to 100 slots for four years worth $10M. They begged off, and have initially offered quarterly pre-payments at $.5M. Working on $5M-$7.5M for 3-4 years. Lump payment was discussed as well as incremental amounts.



PLAINTIFF'S EXHIBIT
Romero 22
July 1, 2011
B. Shrestha

CONFIDENTIAL                                                BQHC 47342

b. AUA - Neal Simon offering $1M (upfront) for two years. Taking this offer may affect our overall core numbers and the Ross deal. Other interests may arise.

c. St. Matthews - Discussing an offer similar to AUA without possible external or internal concerns.

d. Other schools - informed of the minimum buy-in of $1M. Reception is still 'lukewarm'.

6. Marketing
Electives will drive our volume up, and will help exhaust our prepayment monies quicker. Good communication, advocacy/ counseling will continue and support this angle. May need IT support for web-based scheduling to increase scheduling response. From Jan 1- Jan 31, my office received two thousand correspondence regarding requests.

7. Receivables (Catholic Medical Center)
At least $50K in evaluations have been processed by Ross recently for 2006 clerkships. In August 2006, the Ross-CMC contract was updated to increase clerkship fees from $150 to $200 per week; payable to CMC Medical Staff Society. Other evaluations apply splitting 2006 rates with 2007. These items will be pro-rated and included in the student education fund. Hal McNeil confirmed the establishment of the discretionary accounts for each department.

Will need your counsel on the 2006 receivables.


GRADUATE MEDICAL EDUCATION

Caritas
a. Internal Reviews conducted by the College.
b. Work hour surveys monitored through the monthly GMEC.
c. Internal Medicine (Dr. Bhatt/ Dr. Duffoo) have expressed interest for assistance in applying to the NYS Designated Priority Program (NYS DPP).
d. Ob/Gyn: statistics/information from Wyckoff will assist Dr. Ayromlooi's application for an additional complement of residents, and for the upcoming RRC survey in May.
e. Ophthalmology affiliation agreement signed between Dr. Grosso and Dr. Rao. Dr. Grosso mentioned a 'discretionary' account worth approximately $28K set up with CMC and has expressed interest in an update on the account.
f. CME - Dr. Reddy to chair committee.

Wyckoff
a. Family Medicine (ACGME). RRC survey scheduled for 2/27/07. PIF recently submitted by Dr. Zonouzi.
b. AOA Match results coming up.
c. As part of recruitment efforts (Gen Surgery, Ob/gyn and Family Medicine), we have been accepting visiting students from osteopathic schools in the country for visiting clerkships.
d. Internal Medicine. Program renewing application for NYS DPP.
e. Ob/Gyn: Dr. Takeshige in final stages of processing with HR and Credentials as incoming program director.

Allow me to extend my sincerest appreciation to you and Mr. Gio for affording the opportunity of your trust and confidence. Entering my 17th year at the

CONFIDENTIAL

BQHC 47343

institution, please consider my experience, qualification and growth as partial fulfillment in a director or administrator position.

Respectfully,
Julius Romeo


Julius Romero
Office of Medical Education
Brooklyn Queens Healthcare, Inc.
Wyckoff Heights Medical Center
Caritas-Mary Immaculate Hospital
Caritas-Saint John's Queens Hospital
www.bqhcny.org

Fax (718) 290-1421

CONFIDENTIAL

BQHC 47344