# APPENDIX 49

```
From: JRomero(/O=WYCKOFF HEIGHTS MEDICAL CENTER/OU=FIRST ADMINISTRATIVE
GROUP/CN=RECIPIENTS/CN=JROMERO)
Date Sent: 1/29/2007 3:44:07 PM
To: 'Shepherd, Dr. Thomas'
CC: 'perrina@rossmed.edu'; 'jstjames@rossmed.edu'
Subject: RE: Ross-Wyckoff
```
---

Let's draw up that agreement with the points mentioned including the major point discussed on prepayment. I am certain we can come to terms on all items.

Julius


Julius A.C. Romero

Office of Medical Education

Brooklyn Queens Health Care, Inc.

Wyckoff Heights Medical Center

Caritas - Mary Immaculate Hospital

Caritas - St. John's Queens Hospital

Tel (718) 963-7529     Fax (718) 290-1421

www.BQHCNY.org


-----Original Message-----
From: Shepherd, Dr. Thomas [mailto:TShepherd@RossU.edu]
Sent: Monday, January 29, 2007 7:09 AM
To: JRomero
Cc: Perri, Dr.Nancy; St. James, John
Subject: RE: Ross-Wyckoff


Julius,

Thanks for meeting Friday. In looking at your email below, these are the points we discussed previously and are OK. We need is to draw up an addendum to our current agreement reflecting your points below.

I am on my way to Chicago. Nancy will call you to solidify this agreement, as I have not spoken with her this weekend. I will be back in the office tomorrow afternoon (Tuesday).

Thanks again, and lets wrap this up. We appreciate your continued working relationship with Ross and look forward to years of successful collaboration.

Tom

Thomas C. Shepherd DHA

CONFIDENTIAL

BQHC 48037

President


Ross University
School of Medicine and Veterinary Medicine
499 Thornall St., 10th Floor
Edison, NJ  08837
732.978.5300 x 2675
tshepherd@RossU.edu
www.RossU.edu

abovementioned reference is deleted.

3. Prepayment amount ($5M) will be wired by Ross to Caritas by the end of business day on 12/28/06.

4. There is an existing agreement between Ross and Wyckoff, originally signed in 1997, with subsequent addenda outlining remuneration for clerkship and other services, and extension of clinical training agreements for RUSM students at the site.

5. DeVry/Ross have expressed concerns about the current affiliation agreement (particularly on the clerkship rate) at Wyckoff which was renewed in July 2006 at $312.50 per week. Further discussions on this issue presented:
a. The Ross-Wyckoff agreement is separate from the Ross-Caritas agreement, and does not hinge on the consummation of the latter.
b. The Ross-Wyckoff agreement does not outline a 'sunset' date, but offers up to 60 days prior notice on any cancellation or term changes, and such must be mutually agreed by both parties.
c. The clerkship rate at Wyckoff prior to July 1, 2006 was at $275 per week for several years. Following such pattern or history, it was discussed that the current rate may not change until mutually agreed by both parties.

6. It was discussed that the existing Ross-Wyckoff agreement, which is relatively new, may not change, and can very well offer a clerkship rate co-extensive to the Ross-Caritas agreement if both parties agree (as stated in note #5).

Personally, I am certain that we can come to mutual terms on concerns and issues raised by both parties (Ross and Wyckoff) during the past several weeks of negotiations, including your proposal of the current Wyckoff rate to be co-extensive to the term of the Ross-Caritas agreement. Feel free to discuss the notes above and arrange a formal teleconference with key individuals from our institutions. This way, we are all on the same page.

Julius


Julius Romero
Brooklyn Queens Health Care, Inc.



Thank you for this, Julius. I would be happy to discuss the details of the ï¿½ï¿½â€šï¿½ï¿½â€œconfirming letterï¿½ï¿½â€šï¿½ï¿½ we had previously agreed to during the Caritas negotiations.



I have copied Tom Shepherd and John St. James on this in order to determine whether they would like to be party to that conversation. Since I will be meeting with Tom and John next week, it may be more effective to schedule something during that visit.



Have a good evening,

CONFIDENTIAL

BQHC 48039

Virginia

630-706-3308

---

From: JRomero [mailto:JRomero@BQHCNY.ORG]
Sent: Thursday, January 11, 2007 3:52 PM
To: Smith, Virginia A
Cc: Ore Mor
Subject: RE: Letter of confirmation - agreement between Ross University and Wyckoff
Importance: High

Hello Virginia,

Happy new year!

Now that things have slowed down a bit, we must indeed follow up on our past conversation regarding the current agreement with Wyckoff, and the newly-minted agreement with Caritas.  Allow me to set up a conference call with you tomorrow to discuss and clarify the details of our conversation on December 28, 2006.

Please forward a communique allowing a convenient time for you to be called.

Thanks.

Julius

Cell (203) 252-1081

Julius Romero

CONFIDENTIAL

BQHC 48040

Office of Medical Education

Brooklyn Queens Health Care, Inc.

Wyckoff Heights Medical Center

Caritas - Mary Immaculate Hospital and Saint John's Queens Hospital

(718) 963-7529

Fax (718) 290-1421

---

From: Smith, Virginia A [mailto:vsmith@devry.com]
Sent: Wed 1/10/2007 8:15 PM
To: JRomero
Subject: FW: Letter of confirmation - agreement between Ross University and Wyckoff

Just in case you did not receive the first transmittal ...

---

From: Smith, Virginia A
Sent: Wednesday, January 10, 2007 7:08 PM
To: 'JUR9004@NYP.org'
Cc: ShepherdX, Tom; St. JamesX, John; Perri, Nancy
Subject: Letter of confirmation - agreement between Ross University and Wyckoff

Julius,

Happy New Year!

I wanted to wait until the dust had settled from our activity on the agreement between Ross and Caritas, before I checked on the status of the confirmation for the above-referenced agreement. As you may recall, we agreed that you would provide a written confirmation of your intention that the Wyckoff rate be $312.50 per week and that the term be, at a minimum, co-extensive with the term of the rate for the Caritas.

CONFIDENTIAL

BQHC 48041

To date, I have not received a draft of this confirmation for my review. If you would prefer that I prepare the confirmation, please let me know.

Regards,

Virginia A. Smith

Assistant General Counsel

Legal Department

DeVry Inc.

One Tower Lane

Oakbrook Terrace, IL 60181

630-706-3308

630-574-1693 (fax)

vsmith@devry.com

This electronic message is intended to be for the use only of the named recipient, and may contain information that is confidential or privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the contents of this message is strictly prohibited. If you have received this message in error or are not the named recipient, please notify us immediately by contacting the sender at the electronic mail address noted above, and delete and destroy all copies of this message. Thank you.

Attachment(s):
image002.jpg

CONFIDENTIAL

BQHC 48042