# APPENDIX 54

```
From: Wah-chung Hsu(/O=WYCKOFF HEIGHTS MEDICAL CENTER/OU=FIRST ADMINISTRATIVE
GROUP/CN=RECIPIENTS/CN=WHSU)
Date Sent: 3/6/2007 7:44:05 PM
To: Dominick Gio; 'Neil P. Benjamin'; Edward Dowling
CC: DHoffman; 'dsb10@health.state.ny.us'; 'dvw01@health.state.ny.us'; Harold
Mcdonald; 'Lefebvre, Lora'; 'mvg01@health.state.ny.us'; Richard Sarli; 'Zall,
Richard J.'
Subject: Follow-up Data From Conference Call Last Friday
```

1. WHMC tax return form 990 for 2005.
2. Updated Accounts Receivable aging as of 2/28/07
3. Updated Cash Flow to reflect actual activities from week-ending 3/2/07.
4. Updated Cash Transfers between WHMC and Caritas to reflect $2.0 million from WHMC to Caritas last week.
5. Inpatient volume with payer mix for 2006.

Wah-chung Hsu
Chief Financial Officer
Wyckoff Heights Medical Center
374 Stockholm Street
Brooklyn, NY   11237
718-963-7330
whsu@bqhcny.org


PLAINTIFF'S EXHIBIT 12
JF-6/27/11

Attachment(s):
Weekly Cash Flow DOH.xls
AR Aging 2007.xls
Transf WH to-from Caitas.xls
WHMC 2005 Form 990.pdf
Volume2006WHMC.xls

CONFIDENTIAL
BQHC 06978

## Wyckoff Heights Medical Center
### Transfers between WHMC and Caritas

| Week Ending | Caritas to WHMC | WHMC to Caritas | |
|---|---|---|---|
| 12/8/06 | $2,000,000 | ($30,000) | Transfer from WHMC to Caritas Anesthesia |
| 12/15/06 | | (63,543) | Transfer from WHMC to Caritas Anesthesia |
| 12/15/06 | | (100,000) | Transfer from WHMC to Caritas Anesthesia |
| 12/15/06 | | (28,543) | Transfer from WHMC to Caritas ED |
| 12/22/06 | 1,400,000 | (89,000) | Transfer from WHMC to Caritas Anesthesia |
| 12/22/06 | | (70,000) | Transfer from WHMC to Caritas ED |
| 12/29/06 | 4,500,000 | (50,000) | Transfer from WHMC to Caritas ED |
| 12/29/06 | | (64,903) | Transfer from WHMC to Caritas ED |
| 12/29/06 | | (170,000) | Transfer from WHMC to Caritas Anesthesia |
| 1/5/07 | 1,735,000 | | |
| 1/12/07 | 400,000 | | |
| 1/19/07 | 520,000 | | |
| 1/19/07 | 2,755,000 | | |
| 1/26/07 | 606,000 | | |
| 2/2/07 | 760,000 | (1,000,000) | Transfer from WHMC to Caritas Operating Acct |
| 2/2/07 | 1,410,000 | | |
| 2/9/07 | 1,000,000 | (2,170,000) | Transfer from WHMC to Caritas Operating Acct |
| 2/9/07 | | (500,000) | Transfer from WHMC to Caritas Operating Acct |
| 2/9/07 | | (300,000) | Transfer from WHMC to Caritas Operating Acct |
| 2/9/07 | | (618,000) | Transfer from WHMC to Caritas Operating Acct |
| 2/9/07 | | (100,000) | Transfer from WHMC to Caritas Operating Acct |
| 3/2/07 | | (2,000,000) | Transfer from WHMC to Caritas Operating Acct |
| | $17,086,000 | ($7,353,989) | |

Net Cash Transfers Caritas to Wyckoff    $9,732,011

WHMC Funds used to pay Caritas expenses *(estimated)*    (5,000,000)

Net Balance Owed by WHMC to Caritas as of 2/22/07    $4,732,011