# APPENDIX 60

## WYCKOFF HEIGHTS MEDICAL CENTER

### BOARD OF TRUSTEES

**President's Letter**
**June 7, 2007**



## PROFESSIONAL SERVICES

### *BLOOD DRIVE*

Wyckoff hosted a blood drive in collaboration with the Brooklyn Staten Island Blood Services on April 9, 2007 in the fifth floor conference room. A total of 40 pints of blood were collected and a raffle for all donors for a CD AM/FM radio was held.

### *RESPIRATORY*

The Medical Center was awarded a grant of $50,000 through Assemblywoman Cathy Nolan from Keyspan for Asthma education. The education is restricted to the Queensbridge area. The Pediatric Asthma program and a respiratory therapist will provide monthly educational sessions and distribute peak flow meters to known asthmatics without this tool.

### *LABORATORY*

HIV viral load equipment was upgraded. The new equipment is able to perform 98 tests per batch vs. the old equipment which was capable of performing 20 tests. In addition, the methodology for Chlamydia and gonorrhea testing has been implemented. This methodology is the newest generation of technology and virtually eliminates a false negative report.

## NURSING

### *NURSING EDUCATION/QUALITY MANAGEMENT*

During this quarter, nine (9) staff members, 5 registered nurses and 4 LPNs, successfully completed their orientation. Wyckoff's Nursing Education Department also provided an orientation for several LPNs transitioning from the Ambulatory Care areas to inpatient medical-surgical units. Three Caritas Nurses for the Emergency Department and Critical Care Unit were provided with clinical education at Wyckoff Heights Medical Center from April 16th to April 24th.

Wyckoff's Meditech (Electronic Charting System) classes are on-going in an effort to have all nursing staff, RNs, LPNs, Nurse Technicians, and Unit Receptionists, properly oriented.

CONFIDENTIAL                                                                                                          BQHC 54890

Each year, all incumbent nursing staff is required to complete an annual education program. This year, the annual program is available online via WHMC Infonet. The staff completes the program with a test which is also graded online. Annual updates include information on infection control, disaster response and safety standards regarding patient care. Nursing Education recently provided a Preceptor Class, which is a class to educate incumbent nurses to assist new nurses with their clinical orientation, and respiratory care of the patients on ventilators.

Wyckoff implemented a new house-wide policy, "Inpatient EZ Pass", in an effort to improve communication between various members of the health care team. This policy is in support of the JCAHO's National Patient Safety Goals and requires essential information about the patient be shared when transporting the patient from one area in the hospital to another. The Nursing Education Department educated all Nursing staff to this new system which was implemented in April 2007.

## PERIOPERATIVE NURSING

Nine students completed the five (5) month OR Technician course sponsored at Wyckoff Heights. Two new students have begun training this March. The Neurosurgical program continues to grow under the direction of Dr. Cardoso. Five (5) nurses have received specialty training to scrub and circulate on the Neurology cases.

## ADMINSTRATIVE

The Women's Health Center had a week long survey from the Department of Health to determine compliance with the PCAP (Prenatal Care Assistance Program) program. The PCAP surveyor reviewed the Wyckoff's's prenatal program to ensure that clinical, administrative, and financial standards are met in accordance with PCAP standards. The verbal report from the survey was, overall, very positive. The written report will follow in two (2) months. Patient satisfaction remains a top priority for the Nursing Department. Daily patient rounds continue to be made by the Patient Care Managers and Directors of Nursing, often joined by members of the medical staff.

Wyckoff's Director of Nursing, Ms. Catherine Concert, had an Abstract accepted for presentation at the National League of Nurses Conference in September 2007. Ms. Concert wrote the abstract in collaboration with two (2) Long Island University Nursing professors. The topic is the foreign nurse program sponsored by Wyckoff Heights Medical Center in which 39 Filipino nurses work clinically at the hospital and attend Long Island University to obtain a Masters Degree in Nursing.

The Medical Center's Meditech Electronic Charting System went live for nursing documentation effective May 1st. This has been a major undertaking involving transforming all the Nursing forms to an electronic format, as well as educating all Nurses and Nurse Technicians to document electronically. The transition was a smooth one due in part to the sterling efforts of the Information Technology Department.

CONFIDENTIAL

In accordance with JCAHO Patient Safety Goals to reduce the number of hospital-acquired infections, Wyckoff's CLABS (Central Line Associated Blood Stream Infections) and VAPS (Ventilator Acquired Pneumonias) programs continue.  During the months of January and February, there were no reported cases of CLABS or VAPS.

## AMBULATORY CARE AND MANAGED CARE

### PRENATAL CARE ASISTANCE PROGRAM (PCAP)

The PCAP program at Wyckoff's main campus received its regular triennial survey from the New York State Department of Health.  The survey, which takes four days, is a thorough review of policies and procedures, medical records and billing.  There were no significant issues identified.  In addition, there was a half-day survey of the prenatal services at the Lamarca Family Health Center, as the Medical Center applied to establish a PCAP site at that site.  If the application is granted, prenatal services provided at Lamarca will be reimbursed at a higher rate, and many uninsured and underinsured patients will be eligible for Medicaid coverage during the prenatal and immediate postpartum period.  The surveyor indicated a positive opinion of the Lamarca program.  WHMC should receive the official results of both surveys in a few weeks.

### POSITIVE HEALTH MANAGEMENT PROGRAM

A new grant has been initiated to utilize the Community Care Coach to bring services to the community for early detection and prevention of sexually transmitted diseases.  In particular, the Latino immigrant community is targeted by the grant program.

### WOMEN, INFANT AND CHILDREN'S PROGRAM (WIC)

A formal open house is scheduled for June 7 for the recently opened WIC site at 168 Division Avenue (Williamsburg).  Permission has been granted by the State to consolidate the Red Hook site into the Park Slope site, as with gentrification and rising property values, the eligible service population in Red Hook has markedly declined.

### NATIONAL PATIENT SAFETY GOAL – MEDICATION RECONCILIATION

A JCAHO-required process called Medication Reconciliation entails obtaining information from patients at every entry point into the health care system regarding their use of prescription and non-prescription medication, vitamins and other supplements, and alternative medications such as herbals and other preparations.  Then, the use of these products must be considered in the therapy of the patient, and a listing of the recommended medication regimen provided at the end of the encounter.  An in-house developed computerized system was implemented in early 2005 on the inpatient service and has been gradually introduced into the clinic setting.  Medical Clinic has been using the system extensively, and the others are gradually increasing the frequency and quality of use.  The New York-Presbyterian System Ambulatory Care Council has identified Medication Reconciliation as an area of interest for discussion by the group.  Wyckoff has been asked to make a presentation on its system (called the "Universal Medication List" or UML) to the Council, as it is a unique approach among the member institutions.

BQHC 54892

*MANAGED CARE*

A new contract has been executed with VNS Choice, a Medicare product for dually eligible (Medicare and Medicaid) individuals. Negotiations are also in process for Health First's Medicare product (a new plan) and AmeriChoice (renegotiation of the contract for its Medicaid, Medicare, Child Health Plus and Family Health Plus products).

Discussions are underway for a potential new contract with Aetna for a new low-premium plan targeting uninsured small businesses.

In addition, renegotiation discussions have been initiated with Well Care.

Permission has been granted to several plans to meet in the hospital's main lobby on a scheduled basis with members due to recertify with Medicaid. If Medicaid recipients do not recertify on a timely basis, their coverage is interrupted or lost. Allowing the plans a convenient community-based location to meet with their members facilitates recertification, which in turn assures a more stable flow of reimbursement for the hospital.

## FACILITY SERVICES

*COMMUNICATIONS*

Recently an upgrade of the Medical Center's communications system was completed. The upgrade allows easier access to the system for the operators, decreases the number of dropped calls, improved functionality, and reduces downtime of the system. In the near future the system will generate data/reports so that the entire process can be streamlined.

*LABOR & DELIVERY*

Medical records of pregnant patients who are being seen in the Women's Health Center are kept on rolling carts in the corridor of Labor and Delivery. This is done so that records are available when the patient comes to deliver. In an effort to maintain clutter free corridors, minor renovations are being scheduled to remove counters and cabinetry in the recovery area and replace them with the carts. The work is expected to start in the next few weeks.

*OR STORAGE*

As volume in the OR continues to increase and procedures become more complex, the need for equipment, and therefore storage, increases. Material has recently been ordered and received to create a storage area just outside the OR for equipment not in use. It will allow the staff to keep the OR corridors clear while maintaining access to the equipment when needed. The project is expected to begin within the next few weeks.

CONFIDENTIAL

Case 1:09-cv-01410-KAM-RLM   Document 107-21   Filed 01/24/12   Page 6 of 12 PageID #: 3634

*CERTIFICATE OF OCCUPANCY*

The major modernization project was completed in 1994 with the addition of floors 7 through 12 and the entire A building. Unfortunately, the construction management company failed to obtain all necessary sign offs and open applications still remain. As a result, we have only had a temporary certificate of occupancy. Wyckoff's Facility Management will be accepting proposals to engage an expediter that specializes in this type of work to close all open applications, clear any violations and obtain the final Certificate of Occupancy. The process will be extended to all hospital owned properties.

*ENERGY CONSERVATION*

The Medical Center will be the recipient of a second high efficiency lighting retrofit through a program sponsored by Con Ed. The program will replace every 32w bulb with a high efficiency 25w bulb at no cost. The expected savings is approximately $250,000 annually. The project is slated to begin in late May/early June.

## EMERGENCY MEDICINE

*WYCKOFF 911 AMBULANCE SERVICE*

Wyckoff's Emergency Medicine, Finance, & the IT Department have been working with the Ambulance Service's new billing vendor, Accordis, to develop billing systems. Accordis is in the process of billing 2.5 million dollars in transports, with a projection of more than 500,000 in receivables for the ambulance service.

*EMERGENCY PREPAREDNESS*

Changes to the Hospital Emergency Preparedness Plan were presented at the May 2007 Department Head meeting. The changes include the activation and termination of the plan, changes to personnel assignment, and changes in the assembly area for personnel.

In 2007, Wyckoff Emergency Department is continuing to participate and complete the new HRSA/ DOH deliverables and receive the Emergency Preparedness funding that coincides with each deliverable.

*NYC COUNCIL FUNDING*

On March 30, 2007, a Public hearing was held whereby Wyckoff submitted its proposal to receive over 2 million dollars in funding from the NY City Council. Wyckoff is currently awaiting a response from the City Finance Department.

CONFIDENTIAL

BQHC 54894

*ED INTERNAL REGISTRATION*

Beginning in May 2007, Wyckoff Emergency Department Registration staff has begun registering patients utilizing wireless work stations that are on roll carts. This allows staff to register patients at the patient's bed-side and help facilitate the flow of ED patients through the system.

*EMERGENCY MEDICINE PART B BILLING & RECEIVABLES*

Wyckoff's Emergency Department collected approximately $30,000 more in part B revenue than last year at this time, and is projected to collect approximately $150,000 more in 2007 compared to 2006 revenue collections. A new billing liaison position was created and the position was filled on March 19, 2007. This individual will help facilitate the part B billing and collection process.

## HUMAN RESOURCES

The Contract between 1199/SEIU and the League of Voluntary Hospitals and Homes of New York (of which Wyckoff is a member) was successfully re-negotiated prior to its April 30, 2008 expiration date and was extended to September 30, 2011.

Performance Evaluations/ Competency Assessments are being completed regularly.

Annual Conflict of Interest Statements have been distributed to Executive, Managerial, Supervisory and Financial Services employees.

Training continues under our Federal Waiver Grant. The 5 year training portion of the Grant will end on June 30, 2007.

The Human Resources Department has implemented the Employee Expense Reduction program.

## GRADUATE MEDICAL EDUCATION

*COMPLIANCE WITH 405.4 REGULATIONS – ANNUAL IPRO / NYSDOH INSPECTION*

In April, Island Peer Review Organization (IPRO) surveyed Wyckoff and its programs for compliance with the NYS Department of Health's 405 regulations on resident training hours, supervision and conditions. The exit interview was favorable, without any additional requests for documentation from the programs. A final report regarding this survey is pending and will be submitted by the NYSDOH.

All quarterly on-call schedules from all residency training programs continue to be collected and reviewed by this department. All schedules are signed off by program directors or chairs and

BQHC 54895

found to be consistent with the resident working hour's regulations of the NYS Department of Health, JCAHO, ACGME and the American Osteopathic Association.

*AMERICAN COLLEGE OF OSTEOPATHIC SURGEONS: General Surgery Residency Training Program; Program Director; AOA Match*

The ACOS reviewed the residency training program on August 3, 2006.  A report is still pending.  The Medical Education Office has followed up on this matter with the ACOS.

Yi S. Chen, D.O. is the appointed program director.  This information has been submitted to the ACOS.

This year's recruitment effort was highly successful, with all three certified positions matched for the coming academic year.

The recent in-training examination resulted in one of the junior residents at this program garnering the highest score in the country for his post-graduate level.

*AMERICAN COLLEGE OF OSTEOPATHIC OBSTETRICIANS & GYNECOLOGISTS: New Program Director; AOA Match*

The ACOOG reviewed the residency training program in July 2006.  A recent report from the AOA noted that the program is on probation until November 2007.  A program director and alum of the training program, Takeko Takeshige, D.O. was credentialed and appointed in March 2007 replacing Alan Manus, D.O.  This information has been submitted to the ACOOG for approval.

This year's recruitment effort was highly successful, with all three certified positions matched for the coming academic year.

*FAMILY MEDICINE RESIDENCY TRAINING PROGRAM*
*RRC Review; New Program Director; AOA and ACGME Match*

The ACGME Family Medicine Residency Training Program was surveyed in February 2007.  The program information form and all required documents were submitted in a timely manner, accepted and reviewed by the RRC.  An onsite survey of the program, the institution and the Lamarca Family Center was completed.  The exit interview was favorable with no additional information or documents requested.  A final report is pending and will be submitted by the RRC.

Dr. Farzin Zonouzi-Zadeh was appointed program director in February 2007.  She has coordinated the preparation for the RRC survey, as well as this year's AOA and ACGME residency recruitment, filling all positions for the coming academic year.

BQHC 54896

*UNDERGRADUATE MEDICAL EDUCATION*

This division continues to coordinate all placement and support to an average of four hundred medical students from eight affiliated medical schools at Wyckoff Heights Medical Center and Caritas Healthcare.

National Board of Medical Examiners (NBME) examinations are provided to American University of the Caribbean students every three months.

Prepayment for clerkships was secured from Ross University and American University of the Caribbean for Caritas in the amount of $8.5M.

Prepayment for clerkships was secured from American University of Antigua, Saint Matthew's University and Education International Consulting (Saba and Nevis) for Wyckoff Heights Medical Center in the amount of $3.25M.

All affiliation agreements have been reviewed and approved by the New York State Education Department.

A projected increase of up to 20% in clerkship slots and placement is expected between the BQHC campuses this year due to increased recruitment/ marketing.

*MEDICAL LIBRARY*

Wyckoff's Medical Library continues to upgrade its equipment, including a planned acquisition of an independent server to store its data. This unit also provided necessary upgrades and expansion of journals, references and other publications at the Lamarca Family Health Center library.

The staff continues to extend consultation service and assistance to the library staff at Caritas.

*CONTINUING MEDICAL EDUCATION*

A joint CME program, with Wyckoff Heights Medical Center as the parent program, was formed with Caritas. A representative from Caritas (Dr. Geddam Reddy) has been designated to attend the scheduled CME meetings. This joint program is approved by the Medical Society of the State of New York (MSSNY).

**MARKETING AND PUBLIC AFFAIRS**

*PUBLICATIONS*

- Created brochure for Graduate Medical Education Program for recruiting including copywriting, design and printing

CONFIDENTIAL

### GRAPHIC IDENTITY

- Developed design physicians ID badge for Caritas
- Created Caritas banners for MIH events

### AUDIO / VISUAL

- Facilitated Webcast on "Introduction to Quality"
- Completed editing of individual segments for HR orientation video for review
- Sourced, purchased and installed new hardware to facilitate conference calling in 3 permanent meeting rooms

### ADVERTISEMENTS

- Launched new campaigns including new design and advertising campaigns including and distributed:
  - o Autism Awareness Campaign posters
  - o Baby Safe Haven Campaign posters
- Created posters to announce
  - o Dr. Arya, award recipient, "Women of Distinction"
  - o Manuel DaRocha, Volunteer, award recipient, UHF Volunteer Achievement

### INTERNAL COMMUNICATIONS

- Created template for broadcast email messages for WHMC
- Created general mailbox for public affairs (publicaffairs@bqhcny.org)
- Established in-house main number for development / foundation inquiries and events (963-7735)
- Established events line with recorded voice message advertising events; main number for RSVPs (963-6782)

### MEDIA RELATIONS

- Hosted members of the news media outlets at press conference for Mr. Gio resulting in over 20 impressions in NYC major and local newspapers including New York Daily News
- Secured placement for Wyckoff in System Standard, Member News, New York Presbyterian's system-wide Newsletter
- Placed Dr. Mir and a radiology technician on Bloomberg Financial Television in news segment about rising gas prices
- Crafted quotes and responded to inquiries from local media including Crain's Health Plus, Ridgewood Times and Times Newsweekly
- Wrote and distributed broadcast media alerts for the following events resulting in placements in local media outlets:

CONFIDENTIAL

- o Tweens Tangoing @ Wyckoff Heights Medical Center
  - IS 318 students performing ballroom dance & giving lessons to patients, families and staff
- o WIC Twin Recognition Day
  - Over 20 sets of twins converging @ Wyckoff; parents learn about healthy eating; twins receive gifts and prizes related to nutrition

## DEVELOPMENT

- Secured Donations from Starlight Starbright Foundation to entertain pediatric patients during hospital stays or provide distraction during long treatments pediatrics patients:
  - o **Fun Center:** *mobile entertainment unit containing DVD player, and Nintendo GameCube™ system*
  - o **PC Pal:** *Laptop computers with a variety of entertaining and educational software, media programs, and filtered Internet access*
- Shot commercial for Phillips sonogram on location at Wyckoff; collected site fees as donation to WHMC foundation
- Launched scholarship fund in honor of Dr. Alvin Eden
- Began preparation of 2007 fundraising drive to culminate at 62nd Annual Harvest Moon Ball including:
  - o Secured lead donor and $50K for Autism Awareness & Advocacy Program
  - o Identified first-time ever external honoree
  - o Secured new site: Stage 6 at Steiner Studios, Brooklyn Navy Yard
  - o Developed timeline for drive from June 15th to September 15th
  - o Distributed Save the Date Postcards for event

## OUTREACH INITIATIVES

Wyckoff's Department of Marketing and Public Affairs coordinated event planning and/or publicity for a broad range of internal and community outreach initiatives, including:
- Age in Action, NYS Department for the Aging health event hosting 10,000 seniors
- Senator Maltese's senior Health Fair hosting over 150 participants
- Career Day at Bushwick High School for Social Justice
- Launched annual United Way Campaign at Wyckoff

## DESIGN & REPROGRAPHIC SERVICES

- Created and updated tables of organization for:
  - o Finance
  - o Security
  - o Administration
  - o Marketing & Public Affairs
  - o Brooklyn Queens Health Care, Inc.
  - o Wyckoff Heights Medical Center
  - o MIH
  - o SJQ

BQHC 54899

- Designed and printed collection guides for Micro Lab
- Designed and printed sales collateral for the following departments/events:
  - Age in Action Fair
  - WIC Open House
  - Harvest Moon Ball
  - National Doctors Day
  - Nurses Week
  - Weight Management
  - CME Medical Calendar
- Created corporate acquisition timeline
- Resident & Intern Graduation
  - Designed and printed:
    - Save the date fliers
    - Invitations
  - packaged invitations for mail

*PHOTOGRAPHIC SERVICES*

- Photographed the following events:
  - Nurses Week
  - Ballroom Dance Demonstration
  - WIC Twins Recognition Day
  - Golf & Tennis Outing
  - Photographed entire physical plant to conduct site survey to identify internal advertising possibilities
  - Photographed Caritas Senior Cabinet
  - Positive Health Community Breakfast
  - Justin Green, external honoree, Harvest Moon Ball
  - Welcome luncheon for new pastor
  - Photographed Ambulances
  - Pediatric Renaming
  - John Rucigay, honoree, UHF Tribute to Trustees

Respectfully submitted,

Dominick J. Gio
President & Chief Executive Officer

BQHC 54900