# APPENDIX 67

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 08-20374-CIV-JORDAN

| | |
|---|---|
| AMERICAN UNIVERSITY OF THE CARIBBEAN, N.V., et al., <br><br> Plaintiffs <br><br> vs. <br><br> CARITAS HEALTHCARE, INC., et al., <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) |

**ORDER ENTERING PARTIAL JUDGMENT AS TO LIABILITY**

In light of the defendants' concessions in open court, judgment is entered in favor of American University and against Wyckoff Heights Medical Center and Brooklyn Queens Healthcare, as to liability only.

DONE and ORDERED in chambers in Miami, Florida, this 14th day of September, 2009.

*Adalberto Jordan*
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record