# APPENDIX 68

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 08-20374-CIV-JORDAN

| | |
|---|---|
| AMERICAN UNIVERSITY OF THE CARIBBEAN, N.V., et al., | ) ) ) |
| Plaintiffs | ) ) |
| vs. | ) ) |
| CARITAS HEALTHCARE, INC., et al. | ) ) |
| Defendants | ) ) |

### FINAL JUDGMENT

On May 28, 2010, summary judgment was granted in favor of defendant AUC.

Pursuant to Federal Rules of Civil Procedure 54 and 58, final judgment is entered in favor of AUC and against Brooklyn Queens and Wyckoff, jointly and severally, in the amount of $4,915,948.75, for which let execution issue. Post-judgment interest shall accrue as set forth in 28 U.S.C. § 1961. Appropriate costs and fees, if any, will be taxed by separate motion and order.

Any pending motions are DENIED AS MOOT, and this case is CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 28th day of May, 2010.

_____
Adalberto Jordan
United States District Judge

Copy to:    All counsel of record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 08-20374-CIV-JORDAN

| | |
|---|---|
| AMERICAN UNIVERSITY OF THE CARIBBEAN, N.V., et al., | ) ) |
| Plaintiffs | ) ) ) |
| vs. | ) |
| CARITAS HEALTHCARE, INC., et al., | ) ) ) |
| Defendants | ) ) |

**ORDER ENTERING PARTIAL JUDGMENT AS TO LIABILITY**

In light of the defendants' concessions in open court, judgment is entered in favor of American University and against Wyckoff Heights Medical Center and Brooklyn Queens Healthcare, as to liability only.

DONE and ORDERED in chambers in Miami, Florida, this 14th day of September, 2009.

*Adalberto Jordan*
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record