# APPENDIX 69



Case 1:09-cv-01410-KAM-RLM   Document 107-30   Filed 01/24/12   Page 3 of 5 PageID #: 3715







BQHC Finance Department
Table of Organization

BQHC 26442