UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
ROSS UNIVERSITY SCHOOL OF
MEDICINE, LTD.,

Plaintiff,

– against –

BROOKLYN-QUEENS HEALTH CARE,
INC. and WYCKOFF HEIGHTS MEDICAL
CENTER,

Defendants.
-------------------------------------------------X

09 Civ. 1410 (KAM) (RLM)

## CERTIFICATE OF SERVICE

I, George J. Tzanetopoulos, attorney for Ross University School of Medicine, Ltd., certify that on January 11, 2012, I caused a true and correct copy of the foregoing **Motion to Strike Portions of Defendants' 56.1 Statement of Undisputed Facts; Response to Defendants' Memorandum of Law in Support of Their Motion for Partial Summary Judgment; Response to Defendants' 56.1 Statement of Undisputed Facts & Additional Facts Requiring the Denial of Summary Judgment; and Appendix Volumes 1-3** to be served upon counsel of record listed below by email and by overnight courier:

Walter P. Loughlin
Justin H. Roeber
K&L Gates
599 Lexington Avenue
New York, New York 10022-6030

/s/ George J. Tzanetopoulos