# Exhibit 6

# Baker Hostetler

Baker&Hostetler LLP

191 North Wacker Drive
Suite 3100
Chicago, IL 60606-1901

T 312.416.6200
F 312.416.6201
www.bakerlaw.com

October 26, 2011

George J. Tzanetopoulos
direct dial: 312.416.6225
gtzanetopoulos@bakerlaw.com

**VIA EMAIL AND
FIRST CLASS U.S. MAIL**

Walter P. Loughlin, Esq.
K&L Gates LLP
599 Lexington Avenue
New York, NY  10022-6030

Re:   *Ross University v. Brooklyn Queens Health Care, et al.*
      09-cv-1410 (KAM)(RLM)

As we discussed in our telephone conversation yesterday, Elizabeth Davis has found a data entry error in her original report. I have enclosed her revised report that corrects the error. I describe below the main revisions to the report. The bottom line effect of the changes is to reduce Ms. Davis' calculation of damages from $21,699,975 to $20,089,501.

For fiscal years 2007-2009, data for the clerkship weeks provided at St. Johns and Mary Immaculate Hospitals were apparently entered in the original report as having been provided in Massachusetts, rather than in New York. The revised report corrects that entry error.

As a result, the table in Exhibit J was revised as follows:

|  | 2009 | | | 2008 | | |
|---|---|---|---|---|---|---|
|  | Core | Elective | Total | Core | Elective | Total |
| **New York** | | | | | | |
| Revised Exhibit J | 18,804 | 11,035 | 29,839 | 17,798 | 11,444 | 29,242 |
| Original Exhibit J | 13,981 | 6,405 | 20,386 | 13,486 | 6,150 | 19,636 |
| **Massachusetts** | | | | | | |
| Revised Exhibit J | 318 | 44 | 362 | 302 | 45 | 347 |
| Original Exhibit J | 5,141 | 4,674 | 9,815 | 4,614 | 5,339 | 9,953 |

# Baker Hostetler

Walter P. Loughlin
October 26, 2011
Page 2

Correction of this entry error also changes the Summary of Average Weekly Rates Paid by Ross for Clerkships as reflected in Exhibit N as follows:

| New York State | Core | | | Elective | | |
|---|---|---|---|---|---|---|
| | 2009 | 2008 | 2007 | 2009 | 2008 | 2007 |
| Revised Exhibit N | 343.66 | 318.25 | 281.16 | 307.75 | 289.75 | 258.82 |
| Original Exhibit N | 350.13 | 316.08 | 278.65 | 294.76 | 258.49 | 253.24 |

Correction of the entry error changes the weighted average rate for fiscal year 2008 shown on Exhibit O from the $298.35 in the original Exhibit O to $307.19 as shown in the revised Exhibit O. As a result of the revision in 2008 weighted average rate, the 3 year Compound Annual Growth Rate calculated in Exhibit O has been revised from 8.65% to 7.60%.

The calculation of Total Present Value of Replacement Clerkships using the 7.60% Compound Annual Growth Rate is reflected in revised Exhibit D. The revision reduces that sum from $14,319,208 to $12,738,735 and, thus, the total damages calculation to $20,089,501.

Best regards,

George J. Tzanetopoulos

Enclosure