# Exhibit 11

| | |
|---|---|
| **From:** | Julius Romero |
| **To:** | Shepherd, Dr. Thomas |
| **Cc:** | Perri, Dr.Nancy; St. James, John; rsarli@wyckoffhospital.org; Dominick J. Gio; Harold McDonald |
| **Sent:** | Friday, December 22, 2006 5:49 PM |
| **Subject:** | Ross-Caritas Agreement |
| **Attachments:** | ross.caritas.pdf |
| **Tracking:** | Recipient                Read |
| | Shepherd, Dr. Thomas |
| | Perri, Dr.Nancy |
| | St. James, John |



ross.caritas.pdf

Dr. Shepherd,

It was a pleasure speaking with you today. Thank you for your facilitation and follow up on this finalized Clinical Training Affiliation Agreement (pdf attached) between Ross University and Caritas. An express package was sent to your attention this evening. Kindly return one executed original our way.

As we discussed, Wyckoff Heights Medical Center's affiliation agreement with Ross University is intact, and is separate from this Agreement.

As part of the Agreement and our discussions, please be guided by the following wire information:

Caritas Healthcare
J.P. Morgan Chase
Account: 134768426
ABA: 021000021

Amount: $5,000,000
Date: December 27, 2006

Thank you.

Sincerely,
Julius Romero
Caritas Healthcare Planning, Inc.

--------------------
Confidential Information subject to NYP's (and its affiliates') information management and security policies (http://infonet.nyp.org/QA/HospManual/).