Case 1:09-cv-01410-KAM-RLM   Document 110-11   Filed 01/24/12   Page 1 of 2 PageID #: 3838

# Exhibit 12


**JPMorganChase**

December 1, 2006 - December 29, 2006
Page 16 of 17

Primary Account Number 009-1-182055

ROSS UNIVERSITY SCHOOL OF MEDICINE

009-1-182055
(continued)

ROSS UNIVERSITY SCHOOL OF MEDICINE

| Withdrawals and Debits | Date | Description | Amount |
|---|---|---|---|
| | | SHARES IN JPMORGAN PRIME MONEY MARKET FUND - AGENCY SHARES - FUND 349 . NAV=1.00 | |
| | 12/26 | Deposited Item Returned | $3,000.00 |
| | 12/26 | Syracuse Debit<br>FUNDING XFER TO MULTIPLE ACCTS | $379,012.30 |
| | 12/26 | Aip Overnight Investment<br>AIP INVESTMENT - PURCHASE OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - AGENCY SHARES - FUND 349 . NAV=1.00 | $39,965,202.00 |
| | 12/27 | CHIPS Debit<br>VIA: CITIBANK<br>/0008<br>A/C: ACSWIFT#:NCDMDMDM<br>ROSEAU, DOMINICA<br>BEN: ROSS UNIVERSITY SCHOOL OF MEDI<br>ROSEAU, DOMINIA<br>REF: PAYROLL TRANSFER FOR WK#4 DEC 2006/BNF/ABA/ABA#:021000089 SWIFT#:<br>SSN: 0346828 | $39,000.00 |
| | 12/27 | Book Transfer Debit<br>A/C: BANK OF NOVA SCOTIA ROSEAU<br>ROSEAU DOMINICA<br>REF: BUDGET TRANSFER FOR WK#4 DEC 2 006 | $54,000.00 |
| | 12/27 | Syracuse Debit<br>FUNDING XFER TO MULTIPLE ACCTS | $549,257.36 |
| | 12/27 | Aip Overnight Investment<br>AIP INVESTMENT - PURCHASE OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - AGENCY SHARES - FUND 349 . NAV=1.00 | $39,356,346.00 |
| | 12/28 | Debit Memorandum<br>REF: 372327-2353 | $12.99 |
| | 12/28 | Int'l Collection Debit<br>COIB372982 I2390 YRTRAN 12/27/06<br>FAmt 12450.00/USD<br>Bank Fees 0.00/USD | $12,450.00 |
| | 12/28 | Syracuse Debit<br>FUNDING XFER TO MULTIPLE ACCTS | $278,229.25 |
| | 12/28 | Book Transfer Debit<br>A/C: CARITAS HEALTH CARE INC.<br>BROOKLYN NY 11237- | $5,000,000.00 |
| | 12/28 | Aip Overnight Investment<br>AIP INVESTMENT - PURCHASE OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - AGENCY SHARES - FUND 349 . NAV=1.00 | $34,730,265.00 |
| | 12/29 | Syracuse Debit<br>FUNDING XFER TO MULTIPLE ACCTS | $189,486.07 |
| | 12/29 | Aip Overnight Investment<br>AIP INVESTMENT - PURCHASE OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - AGENCY SHARES - FUND 349 . NAV=1.00 | $35,193,178.00 |
| | **Total** | | **$805,258,575.07** |

Daily Balance

ROSS0538

011490 (08/06)