# Exhibit 13

# Raymundo, Wilfredo R.

| | |
|---|---|
| **From:** | O'Leary, Susan |
| **Sent:** | Thursday, December 28, 2006 3:13 PM |
| **To:** | St. James, John; Burgan, Patricia |
| **Cc:** | Raymundo, Wilfredo R. |
| **Subject:** | RE: Affiliation agreements |
| **Sensitivity:** | Confidential |



ROSS0539

1