# Exhibit 14

**CHASE** 

December 01, 2007 -
December 31, 2007

Page 14 of 18

Account Number
000000091182055

ROSS UNIVERSITY SCHOOL OF MEDICINE



## Commercial Checking
(continued)

### Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 12/31 | ORIG CO NAME:BANKCARD      ORIG ID:1210001927 DESC DATE:071228 CO ENTRY DESCR:MERCH SETLSEC:CCD TRACE#:021000027551044 EED:071231   IND ID:192770049703886 IND NAME:ROSS UNIV SCH OF MEDIC TRN: 3627551044TC | $1,000.00 |
| **Total** | | **$614,785,838.40** |

### Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 12/03 | BOOK TRANSFER DEBIT A/C: BANK OF NOVA SCOTIA ROSEAU ROSEAU DOMINICA REF: BUDGET TRANSFER FOR WK#1 DEC 2007 TRN: 0351300337JO YOUR REF: NONREF | $54,000.00 |
| 12/03 | CHIPS DEBIT VIA: CITIBANK/0008 A/C: ACSWIFT#:NCDMDMDM ROSEAU, DOMINICA BEN: ROSS UNIVERSITY SCHOOL OF MEDIROSEAU, DOMINIA REF: PAYROLL TRANSFER FOR WK#1 DEC 2007/BNF/ABA/ABA#:021000089 SWIFT#:SSN: 0250882 TRN: 0351400337JO YOUR REF: NONREF | $54,000.00 |
| 12/03 | FUNDING XFER TO MULTIPLE ACCTS TRN: 0190000272RJ | $278,840.09 |
| 12/03 | END-OF-DAY INVESTMENT SWEEP - PURCHASE OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - AGENCY SHARES - FUND 349 YOUR REF: 47Y9995575337 | $33,947,026.73 |
| 12/03 | ORIG CO NAME:BANKCARD      ORIG ID:1210001927 DESC DATE:071130 CO ENTRY DESCR:MERCH FEESSEC:CCD TRACE#:021000028435071 EED:071203   IND ID:192770049703886 IND NAME:ROSS UNIV SCH OF MEDIC TRN: 3378435071TC | $1,446.68 |
| 12/04 | FUNDING XFER TO MULTIPLE ACCTS TRN: 0190000272RJ | $148,657.60 |
| 12/04 | END-OF-DAY INVESTMENT SWEEP - PURCHASE OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - AGENCY SHARES - FUND 349 YOUR REF: 47Y9995576338 | $34,582,863.74 |
| 12/05 | BOOK TRANSFER DEBIT A/C: CARITAS HEALTH CARE INC BROOKLYN NY 11237-4006 TRN: 2869700339JO YOUR REF: NONREF | $3,776,455.00 |
| 12/05 | FUNDING XFER TO MULTIPLE ACCTS TRN: 0190000273RJ | $334,543.05 |

ROSS0548


# CHASE

**Wire & Cable Transfer Application**

| DATE | | | ACCOUNT TITLE/CUSTOMER'S NAME (LAST, FIRST, MIDDLE INITIAL) |
|---|---|---|---|
| 12/05/2007 | ☒ WIRE | ☒ CABLE | ROSS UNIVERSITY SCHOOL OF MEDICINE |

**FOR BACK OFFICE USE**

1123

**IF TRANSFERRING FOREIGN CURRENCY:**

| CONTRACT NO. | VALUE DATE | CONVERSION RATE | CONVERTED BY (INITIALS) |
|---|---|---|---|

**TRANSFER AMOUNT:**

| FOREIGN CURRENCY (AMOUNT AND TYPE) | TRADER'S NAME | U.S. DOLLAR AMOUNT |
|---|---|---|
| | | $3,776,455.00 |

| DEBIT ACCOUNT NUMBER | INTERMEDIARY CORRESPONDENT BANK (If necessary) |
|---|---|
| 0 0 9 1 1 8 2 0 5 5 | ABA ROUTING NUMBER / SWIFT CODE |

| NAME / ACCOUNT TITLE | BANK NAME |
|---|---|
| ROSS UNIVERSITY SCHOOL OF MEDICINE | |
| ADDRESS | ADDRESS |
| 499 THORNALL STREET, 10TH FLOOR | |
| CITY, STATE, ZIP CODE, COUNTRY | CITY, STATE, ZIP CODE, COUNTRY |
| EDISON, NJ 08837-2235 | |

| TO: PAYEE/BENEFICIARY BANK | FOR: PAYEE/BENEFICIARY ACCOUNT OF |
|---|---|
| BANK CODE | ACCOUNT NUMBER |
| 021000021 | 134768426 |
| BANK NAME | NAME / ACCOUNT TITLE |
| JP MORGAN CHASE | CARITAS HEALTH CARE, INC. |
| ADDRESS | ADDRESS |
| CITY, STATE, ZIP CODE, COUNTRY | CITY, STATE, ZIP CODE, COUNTRY |
| ORIGINATOR REFERENCE: | BENEFICIARY REFERENCE: |

**SPECIAL INSTRUCTIONS/PAY DETAIL: (Optional)**

The execution by The Chase Manhattan Bank of the requested transfer is subject to the terms and conditions contained in the Funds Transfer Agreement signed by the parties.

| CUSTOMER'S TELEPHONE NUMBER | DATE OF APPLICATION |
|---|---|
| (732) 978-5300 | 12/05/2007 |
| CUSTOMER'S NAME (PRINTED) | CUSTOMER'S NAME (PRINTED) |
| JOHN ST. JAMES EXT. 2661 | WILFREDO RAYMUNDO EXT. 2665 |
| CUSTOMER'S SIGNATURE | CUSTOMER'S SIGNATURE (If Necessary) |

MMB-COA-02/00/2000

ROSS0549