# Exhibit 16

| | |
|---|---|
| **From:** | Claire Mullally |
| **To:** | Chu, Joseph |
| **Cc:** | tom.singleton@ftihealthcare.com |
| **Sent:** | Friday, November 30, 2007 11:00 AM |
| **Subject:** | Ross wth Wyckoff & Caritas |
| **Attachments:** | Ross with WHMC & Caritas signature pages.pdf |

Ross with WHMC & Caritas signature pa...

Dr. Chu:

I have attached scanned two signature pages: one is for the Ross-Wyckoff Amendment; one is for the Ross-Caritas Amendment. Both have been executed by Paul Goldberg, our Chief Financial Officer and by Julius Romero, AVP of Medical Education. I am holding the originals in escrow pending receipt of the scanned (or faxed) executed signature pages from Ross and confirmation of the wiring and receipt of funds in the following amounts:

To Wyckoff Heights Medical Center: the sum of Two- million Dollars ($2,000,000.) representing the pre-payment amount payable to Wyckoff under the above referenced Amendment; and

To Caritas Health Care, Inc. :the sum of Three- million, seven- hundred seventy-seven thousand, six-hundred and forty-five Dollars ( $3,777,645.) representing the pre-payment amount payable to Caritas under the above referenced Amendment ($4,000,000.) minus the sum of $223,545., representing the interest due and payable (subject to reconciliation as set forth in the Amendment) for the period January 1, 2007 through October 31, 2007, under the original Ross-Caritas Agreement dated December 28, 2006.

As soon as we have received your electronic signature pages and confirmed the wiring instructions and receipt of funds, we will exchange counterpart original documents by overnight mail to your New Jersey offices and to our offices at Mary Immaculate Hospital.

Please call if you have any questions.

Yours,
Claire Mullally, Esq.
Brooklyn Queens Health Care, Inc.
Caritas Heath Care, Inc.
Wyckoff Heights Medical Center
718. 558. 9318
Cell 615.260.1008

ROSS002210