# Exhibit 17

CHASE

February 01, 2008 -
February 29, 2008



**Account Number**
000000091182055

ROSS UNIVERSITY SCHOOL OF MEDICINE

## Commercial Checking
(continued)

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 02/26 | FUNDING XFER TO MULTIPLE ACCTS TRN: 0190000267RJ | $402,939.65 |
| 02/26 | END-OF-DAY INVESTMENT SWEEP - PURCHASE OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - AGENCY SHARES - FUND 349 YOUR REF: 47Y9995652057 | $31,857,487.00 |
| 02/27 | CHIPS DEBIT VIA: HSBC BANK USA/0108 A/C: ANSBACHER AND CO. LIMITED LONDON EC3A 5AN, ENGLAND SSN: 0338106 TRN: 3673500058JO YOUR REF: NONREF | $54,917.95 |
| 02/27 | FUNDING XFER TO MULTIPLE ACCTS TRN: 0190000264RJ | $209,346.47 |
| 02/27 | END-OF-DAY INVESTMENT SWEEP - PURCHASE OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - AGENCY SHARES - FUND 349 YOUR REF: 47Y9995654058 | $31,688,876.42 |
| 02/28 | BOOK TRANSFER DEBIT A/C: CARITAS HEALTH CARE INC BROOKLYN NY 11237-4006 TRN: 3654300059JO YOUR REF: NONREF | $3,000,000.00 |
| 02/28 | AUTOMATIC DOLLAR TRANSFER TO ACCOUNT 000000323880223 TRN: 0031910780XF | $325,885.36 |
| 02/28 | FUNDING XFER TO MULTIPLE ACCTS TRN: 0190000267RJ | $240,303.57 |
| 02/28 | END-OF-DAY INVESTMENT SWEEP - PURCHASE OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - AGENCY SHARES - FUND 349 YOUR REF: 47Y9995643059 | $29,347,589.49 |
| 02/29 | FUNDING XFER TO MULTIPLE ACCTS TRN: 0190000263RJ | $332,163.60 |
| 02/29 | END-OF-DAY INVESTMENT SWEEP - PURCHASE OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - AGENCY SHARES - FUND 349 YOUR REF: 47Y9995644060 | $29,056,061.00 |
| 02/29 | ORIG CO NAME:BANKCARD ORIG ID:1210001927 DESC DATE:080228 CO ENTRY DESCR:MERCH SETLSEC:CCD TRACE#:021000025150166 EED:080229 IND ID:192770047504880 IND NAME:ROSS UNIV SCHL OF MDCN TRN: 0595150166TC | $638.85 |
| **Total** | | **$645,653,338.78** |

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 02/01 | $2,199,124.00 | 02/06 | $2,000,797.00 |
| 02/04 | $2,046,555.00 | 02/07 | $2,280,103.00 |
| 02/05 | $2,013,153.00 | 02/08 | $4,037,764.00 |



**Wire & Cable Transfer Application**

| DATE | | | ACCOUNT TITLE/CUSTOMER'S NAME (LAST, FIRST, MIDDLE INITIAL) |
|---|---|---|---|
| 02/28/2008 | ☒ WIRE | ☒ CABLE | ROSS UNIVERSITY SCHOOL OF MEDICINE |

FOR BACK OFFICE USE

1153

**IF TRANSFERRING FOREIGN CURRENCY:**

| CONTRACT NO. | VALUE DATE | CONVERSION RATE | CONVERTED BY (INITIALS) |
|---|---|---|---|
| | | | |

**TRANSFER AMOUNT:**

| FOREIGN CURRENCY (AMOUNT AND TYPE) | TRADER'S NAME | U.S. DOLLAR AMOUNT |
|---|---|---|
| | | $3,000,000.00 |

| DEBIT ACCOUNT NUMBER | INTERMEDIARY CORRESPONDENT BANK (*If necessary*) |
|---|---|
| 0 0 9 1 1 8 2 0 5 5 | ABA ROUTING NUMBER / SWIFT CODE |
| NAME / ACCOUNT TITLE: ROSS UNIVERSITY SCHOOL OF MEDICINE | BANK NAME |
| ADDRESS: 499 THORNALL STREET, 10TH FLOOR | ADDRESS |
| CITY, STATE, ZIP CODE, COUNTRY: EDISON,NJ 08837-2235 | CITY, STATE, ZIP CODE, COUNTRY |
| **TO: PAYEE/BENEFICIARY BANK** | **FOR: PAYEE/BENEFICIARY ACCOUNT OF** |
| BANK CODE: 021000021 ✓ | ACCOUNT NUMBER: 134-768426 ✓ |
| BANK NAME: JP MORGAN CHASE ✓ | NAME / ACCOUNT TITLE: CARITAS HEALTH CARE, INC. |
| ADDRESS | ADDRESS |
| CITY, STATE, ZIP CODE, COUNTRY | CITY, STATE, ZIP CODE, COUNTRY |
| **ORIGINATOR REFERENCE:** | **BENEFICIARY REFERENCE:** |
| | |

SPECIAL INSTRUCTIONS/PAY DETAIL: (*Optional*)

750999-17990

The execution by The Chase Manhattan Bank of the requested transfer is subject to the terms and conditions contained in the Funds Transfer Agreement signed by the parties.

| | |
|---|---|
| CUSTOMER'S TELEPHONE NUMBER: (732) 978-5300 | DATE OF APPLICATION: 02/28/2008 |
| CUSTOMER'S NAME (PRINTED): JOHN ST. JAMES EXT. 2661 | CUSTOMER'S NAME (PRINTED): WILFREDO RAYMUNDO EXT. 2655 |
| CUSTOMER'S SIGNATURE: [signature] | CUSTOMER'S SIGNATURE (*If Necessary*): [signature] |

PAB 2/29/08

MMB-COA-02/09/2000

ROSS0552