# Exhibit 18

Fw: Caritas                                                                                                                    Page 1 of 2

## O'Leary, Susan

**From:** Raymundo, Wilfredo R.
**Sent:** Thursday, February 28, 2008 2:14 PM
**To:** O'Leary, Susan
**Cc:** Burgan, Patricia; St. James, John
**Subject:** FW: Caritas

Wire info for $3,000,000 this afternoon. Please set up and be ready to execute on either JTS or my advice.

Sue – is this the same bank/bank account as the 12/5/07 wire to Caritas?

---

**From:** Julius Romero [mailto:JRomero@BQHCNY.ORG]
**Sent:** Thursday, February 28, 2008 2:05 PM
**To:** Raymundo, Wilfredo R.
**Subject:** Fw: Caritas



----- Original Message -----
From: Richard Sarli
To: Julius Romero
Sent: Wed Feb 13 17:17:48 2008
Subject: RE: Caritas

JP Morgan Chase
A/c # 134-768426
Routing No. 021000021

Richard J. Sarli
Chief Financial Officer
Caritas Health Care, Inc.
374 Stockholm Street
Brooklyn NY 11237
(718) 830-2712

-----Original Message-----
From: Julius Romero
Sent: Wednesday, February 13, 2008 2:34 PM
To: Richard Sarli
Subject: Fw: Caritas

Kindly verify wire info again. Thanks.

Julius

----- Original Message -----
From: Chu, Joseph <JChu@RossU.edu>
To: Julius Romero
Sent: Wed Feb 13 13:47:24 2008
Subject: Re: Caritas

Where do you want it sent?

Joe

ROSS0553

2/28/2008

-----Original Message-----
From: Julius Romero [mailto:JRomero@BQHCNY.ORG]
Sent: Wednesday, February 13, 2008 01:34 PM Eastern Standard Time
To: Chu, Joseph
Subject: Re: Caritas

Ok that's been resolved. Need wire this week though. Thanks.

----- Original Message -----
From: Chu, Joseph <JChu@RossU.edu>
To: Julius Romero
Sent: Wed Feb 13 13:25:00 2008
Subject: Re: Caritas

Yes but just performance requirements. You have to provide the 135 on 3/3/08

Joe

-----Original Message-----
From: Julius Romero [mailto:JRomero@BQHCNY.ORG]
Sent: Wednesday, February 13, 2008 01:23 PM Eastern Standard Time
To: Chu, Joseph
Subject: Re: Caritas

Thanks! Tom S was just asking about it 10min ago. Any new provisions on the draft agreement?

----- Original Message -----
From: Chu, Joseph <JChu@RossU.edu>
To: Julius Romero
Sent: Wed Feb 13 13:18:44 2008
Subject: Caritas

Contract being finalized

To you tonight or tomorrow am

Joe

This electronic message is intended to be for the use only of the named recipient, and may contain information that is confidential or privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the contents of this message is strictly prohibited. If you have received this message in error or are not the named recipient, please notify us immediately by contacting the sender at the electronic mail address noted above, and delete and destroy all copies of this message. Thank you.

ROSS0554

2/28/2008