# Exhibit 19



April 01, 2008 -
April 30, 2008

Page 19 of 26

Account Number
000000091182055

ROSS UNIVERSITY SCHOOL OF MEDICINE



## Commercial Checking
(continued)

### Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 04/30 | BOOK TRANSFER CREDIT B/O: ROYAL BANK OF CANADA-PAYMENT CTORONTO ON M5J1J-1 ORG:/000024075529 EAST BENGAL EXCHANGE INC OGB: RBC CASHCOMM TORONTO ONT CASH COMMAND TORONTO REF: SHAMSUL ALAM (STUDENT ID-00189379) 75 NORTH WOODROW BLUD. SCARBOROUGH,ON-M1K 1W5, CANADA/CHGS/USD0,/ TRN: 4999800121FS YOUR REF: SWF OF 08/04/30 | $13,200.00 |
| 04/30 | DEPOSIT       1863 | $19,847.50 |
| 04/30 | ORIG CO NAME:BANKCARD      ORIG ID:1210001927 DESC DATE:080429 CO ENTRY DESCR:MERCH SETLSEC:CCD TRACE#:021000023228650 EED:080430  IND ID:192770049703886    IND NAME:ROSS UNIV SCH OF MEDIC TRN: 1203228650TC | $4,400.00 |
| 04/30 | ORIG CO NAME:AMERICAN EXPRESS    ORIG ID:1134992250 DESC DATE:080430 CO ENTRY DESCR:SETTLEMENTSEC:CCD TRACE#:021000023228648 EED:080430  IND ID:2291195899    IND NAME:SCHOOL OF ME2291195899  PAYMENT DATE  08121 TRN: 1203228648TC | $500.00 |
| Total | | $496,453,453.93 |

### Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 04/01 | BOOK TRANSFER DEBIT A/C: CARITAS HEALTH CARE INC BROOKLYN NY 11237-4006 TRN: 0239200092JO YOUR REF: NONREF | $1,000,000.00 |
| 04/01 | BOOK TRANSFER DEBIT A/C: BANK OF NOVA SCOTIA ROSEAU ROSEAU DOMINICA REF: BUDGET TRANSFER TRN: 0239400092JO YOUR REF: NONREF | $54,000.00 |

ROSS0557



**Wire & Cabl Transfer Applicatio**

| DATE 04/01/2008 | ☒ WIRE | ☒ CABLE | ACCOUNT TITLE/CUSTOMER'S NAME (LAST, FIRST, MIDDLE INITIAL) ROSS UNIVERSITY SCHOOL OF MEDICINE |
|---|---|---|---|

FOR BACK OFFICE USE

1178

**IF TRANSFERRING FOREIGN CURRENCY:**

| CONTRACT NO. | VALUE DATE | CONVERSION RATE | CONVERTED BY (INITIALS) |
|---|---|---|---|

**TRANSFER AMOUNT:**

| FOREIGN CURRENCY (AMOUNT AND TYPE) | TRADER'S NAME | U.S. DOLLAR AMOUNT $1,000,000.00 |
|---|---|---|

| DEBIT ACCOUNT NUMBER 0 0 9 1 1 8 2 0 5 5 | INTERMEDIARY CORRESPONDENT BANK (If necessary) ABA ROUTING NUMBER / SWIFT CODE |
|---|---|
| NAME / ACCOUNT TITLE ROSS UNIVERSITY SCHOOL OF MEDICINE | BANK NAME |
| ADDRESS 499 THORNALL STREET, 10TH FLOOR | ADDRESS |
| CITY, STATE, ZIP CODE, COUNTRY EDISON, NJ 08837-2235 | CITY, STATE, ZIP CODE, COUNTRY |

| TO: PAYEE/BENEFICIARY BANK | FOR: PAYEE/BENEFICIARY ACCOUNT OF |
|---|---|
| BANK CODE 021000021 | ACCOUNT NUMBER 134-768426 |
| BANK NAME JP MORGAN CHASE | NAME / ACCOUNT TITLE CARITAS HEALTH CARE, INC. |
| ADDRESS | ADDRESS |
| CITY, STATE, ZIP CODE, COUNTRY | CITY, STATE, ZIP CODE, COUNTRY |
| ORIGINATOR REFERENCE: | BENEFICIARY REFERENCE: |

SPECIAL INSTRUCTIONS/PAY DETAIL: (Optional)

The execution by The Chase Manhattan Bank of the requested transfer is subject to the terms and conditions contained in the Fund Transfer Agreement signed by the parties.

| CUSTOMER'S TELEPHONE NUMBER (732) 978-5300 | DATE OF APPLICATION 04/01/2008 |
|---|---|
| CUSTOMER'S NAME (PRINTED) JOHN ST. JAMES EXT. 2661 | CUSTOMER'S NAME (PRINTED) WILFREDO RAYMUNDO EXT. 2655 |
| CUSTOMER'S SIGNATURE | CUSTOMER'S SIGNATURE (If Necessary) |

PAID 4/4/08

MMB-COA-02/09/2000

ROSS0558