# Exhibit 20

## O'Leary, Susan

**From:** Raymundo, Wilfredo R.
**Sent:** Monday, March 31, 2008 1:32 PM
**To:** O'Leary, Susan
**Subject:** FW: Wire to Caritas $1,000,000, 4/1/08

Please prepare the wire document and I will have Joe Chu initial it before the two authorized signatories approve it.

---

**From:** St. James, John
**Sent:** Monday, March 31, 2008 1:30 PM
**To:** Chu, Joseph; Raymundo, Wilfredo R.
**Cc:** Perri, Dr.Nancy
**Subject:** RE: Wire to Caritas $1,000,000, 4/1/08

Willie have Joe initial the wire.

THANKS  JTS

---

**From:** Chu, Joseph
**Sent:** Monday, March 31, 2008 12:43 PM
**To:** Raymundo, Wilfredo R.
**Cc:** Perri, Dr.Nancy; St. James, John
**Subject:** RE: Wire to Caritas $1,000,000, 4/1/08

everything is ok as far as I know

---

**From:** Raymundo, Wilfredo R.
**Sent:** Monday, March 31, 2008 12:34 PM
**To:** Chu, Joseph
**Cc:** Perri, Dr.Nancy; St. James, John
**Subject:** Wire to Caritas $1,000,000, 4/1/08

Please Confirm that Caritas is not in breach of any of its obligations in accordance with the Second Amended Agreement dated 2/28/08. We are scheduled to wire tomorrow, 4/1/08, $1,000,000, which is the balance of the $4,000,000 prepayment called for in the agreement.

ROSS0559

3/31/2008