UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ROSS UNIVERSITY SCHOOL OF
MEDICINE, LTD.,

                Plaintiff,

    -against-

BROOKLYN-QUEENS HEALTH CARE,
INC. and WYCKOFF HEIGHTS MEDICAL
CENTER,

                Defendants.
-----------------------------------------------------------x

09 Civ. 1410 (KAM) (RLM)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                              ) ss.:
COUNTY OF NEW YORK  )

        **PHILIP M. SELIGER**, being duly sworn, deposes and says:

1.    I am not a party to this action and I am over 18 years of age.

2.    On the 11th day of January, 2012, I caused to be served a true copy of the following documents in the manner described below:

**Documents Served:**

- Defendants' Memorandum of Law in Opposition to Plaintiff's Motion for Partial Summary Judgment
- Defendants' Memorandum of Law in Opposition to Plaintiff's Motion to Preclude Defendants' Expert Witness
- Defendants' Response to Plaintiff's Local Rule 56.1 Statement of Material Facts
- Declaration of Justin H. Roeber, Esq. in Support of Defendants' Opposition to Plaintiff's Motions for Partial Summary Judgment and to Preclude Defendants' Expert Witness Expert Witness (with Exhibits 1 through 21)

NY-940171 v1

**Served Upon:**

    George Tzanetopoulos, Esq.
    Baker Hostetler
    191 North Wacker Drive, Suite 1300
    Chicago, Illinois 60606

    *Counsel for Plaintiff*
    *Ross University School of Medicine, Ltd.*

**Manner of Service:**

    By E-mail and by FedEx

                                                        _____
                                                              Philip M. Seliger

Sworn to before me this
18th day of January, 2012

_____
Notary Public
**ROXANA I. CIULEI**
Notary Public - State of New York
No. 01CI6234360
Qualified in Queens County
My Commission Expires January 18, 2015

2