UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ROSS UNIVERSITY SCHOOL OF
MEDICINE, LTD.,

                  Plaintiff,

    -against-

BROOKLYN-QUEENS HEALTH CARE,
INC. and WYCKOFF HEIGHTS MEDICAL
CENTER,

                  Defendants.
-----------------------------------------------------------x

09 Civ. 1410 (KAM) (RLM)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                            ) ss.:
COUNTY OF NEW YORK )

        **PHILIP M. SELIGER**, being duly sworn, deposes and says:

        1.    I am not a party to this action and I am over 18 years of age.

        2.    On the 24th day of January, 2012, I caused to be served a true copy of the following documents in the manner described below:

**Documents Served:**

- Defendants' Reply Memorandum of Law in Further Support of Their Motion for Partial Summary Judgment Dismissing Two of Plaintiff's Principal Theories of Liability
- Defendants' Memorandum of Law in Opposition to Plaintiff's Motion to Strike Portions of Defendants' Local Rule 56.1 Statement of Undisputed Facts

NY-942921 v1

**Served Upon:**

    George Tzanetopoulos, Esq.
    Baker Hostetler
    191 North Wacker Drive, Suite 1300
    Chicago, Illinois 60606

    *Counsel for Plaintiff*
    *Ross University School of Medicine, Ltd.*

**Manner of Service:**

    By E-mail and by FedEx

                                          */s/ Philip M. Seliger*
                                            Philip M. Seliger

Sworn to before me this
24th day of January, 2012

_____
Notary Public

  DEBORAH JEAN CERIA MEYERS
  Notary Public, State of New York
  No. 31-4831744
  Qualified in New York County
  Commission Expires September 30, 2013