UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X
ROSS UNIVERSITY SCHOOL OF
MEDICINE, LTD.,

                                      09 Civ. 1410 (KAM) (RLM)

Plaintiff,

– against –

BROOKLYN-QUEENS HEALTH CARE,
INC. and WYCKOFF HEIGHTS MEDICAL
CENTER,

Defendants.
------------------------------------------------X

## CERTIFICATE OF SERVICE

      I, George J. Tzanetopoulos, attorney for Ross University School of Medicine, Ltd., certify that on January 24, 2012, I caused a true and correct copy of the foregoing **Plaintiff Ross University's Reply in Support of Its Motion for Partial Summary Judgment; Plaintiff Ross University's Reply in Support of Its Motion to Preclude Defendants' Expert Witness; and Plaintiff Ross University's Response to Defendants' Additional Material & Disputed Facts** to be served upon counsel of record listed below by email and by overnight courier:

      Walter P. Loughlin
      Justin H. Roeber
      K&L Gates
      599 Lexington Avenue
      New York, New York  10022-6030

                                                          /s/ George J. Tzanetopoulos