# Baker Hostetler

Baker&Hostetler LLP

191 North Wacker Drive
Suite 3100
Chicago, IL 60606-1901

T 312.416.6200
F 312.416.6201
www.bakerlaw.com

George J. Tzanetopoulos
direct dial: 312.416.6225
gtzanetopoulos@bakerlaw.com

January 24, 2012

**VIA ECF & OVERNIGHT COURIER**

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East, Room N406
Brooklyn, New York 11201

      Re:    *Ross University. v. Brooklyn-Queens Health Care Inc.*
              No. 09 Civ. 1410 (KAM) (RLM)

Dear Judge Matsumoto:

Pursuant to this Court's Chambers Practices Paragraph IV.C.1(c), please find enclosed the following motion papers of Plaintiff Ross University School of Medicine, Ltd.:

**Served December 2, 2011:**

(1) Memorandum of Law in Support of its Motion for Partial Summary Judgment and Appendix thereto;

(2) Local Rule 56.1 Statement of Material Facts in Support of its Motion for Partial Summary Judgment;

(3) Notice of Motion & Certificate of Service;

(4) Memorandum of Law in Support of its Motion to Preclude Defendants' Expert Witness and Appendix thereto; and

(5) Notice of Motion & Certificate of Service.

# Baker Hostetler

Honorable Kiyo A. Matsumoto
January 24, 2012
Page 2

**Served January 11, 2011:**

(6) Response to Defendants' Memorandum of Law in Support of Their Motion for Partial Summary Judgment;

(7) Response to Defendants' 56.1 Statement of Undisputed Facts & Additional Facts Requiring the Denial of Summary Judgment;

(8) Declaration of Gillian L. Whittlesey in Support of Plaintiff's Response in Opposition to Defendants' Motion for Partial Summary Judgment;

(9) Appendix Volumes I-III to Response to Defendants' 56.1 Statement of Undisputed Facts & Additional Facts Requiring the Denial of Summary Judgment;

(10) Motion to Strike Portions of Defendants' L.R. 56.1 Statement of Undisputed Facts; and

(11) Certificate of Service.

**Served January 24, 2011:**

(12) Response to Defendants' Additional Material & Disputed Facts;

(13) Reply in Support of its Motion for Partial Summary Judgment;

(14) Reply in Support of its Motion to Preclude Defendants' Expert Witness; and

(15) Certificate of Service.

In addition, pursuant to this Court's Chambers Practices two sets of courtesy copies are being delivered by overnight courier to this Court's chambers.

Respectfully submitted,

/s/ George J. Tzanetopoulos

cc: Walter P. Loughlin (via ECF & email)

Enc.