# Exhibit 1

ROANNE L. MANN                    DATE:  May 10, 2011
UNITED STATES MAGISTRATE JUDGE    START:  1:00 p.m.
                                  END:  1:40pm.

DOCKET NO: _____ 09-CV-1410 (KAM)

CASE: _____ Ross University v. Brooklyn-Queens Health Care, Inc.

____ INITIAL CONFERENCE              ____ OTHER/ORDER TO SHOW CAUSE
_✓_ DISCOVERY CONFERENCE             ____ FINAL/PRETRIAL CONFERENCE
____ SETTLEMENT CONFERENCE           _✓_ TELEPHONE CONFERENCE  *recorded*

FOR PLAINTIFF:  *George Tzanetopoulos*

FOR DEFENDANT:  *Walter Laughlin*

*FACT*
_✓_ DISCOVERY TO BE COMPLETED BY  6/10/11
_✓_ NEXT *settlement* CONFERENCE SCHEDULED FOR  6/16/11 at 2:00pm
____ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____

PL. TO SERVE DEF. BY:_____    DEF. TO SERVE PL. BY:_____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Although fact discovery ends on Monday, and has been extended numerous times, no depositions have been taken. The Court extends fact discovery, but only until June 10, 2011, and only for the purpose of conducting depositions and serving narrowly tailored interrogatories as discussed in this proceeding.

For the reasons stated on the record, the Court grants in

part and denies in part plaintiff's motion to compel. The Court denies plaintiff's request for clerkship contracts, but will permit plaintiff to expeditiously serve narrowly targeted interrogatories requesting information regarding Wyckoff's future clerkship capacity, and defendant shall promptly answer in good faith. The Court grants plaintiff's request for copies of the "board packages," with plaintiff to pay the commercial copying costs. The Court denies plaintiff's request for Wyckoff's bank statements.

The May 24th settlement conference is adjourned to June 16, 2011 at 2 p.m.