# Exhibit 3

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

----------------------------------------X

ROSS UNIVERSITY SCHOOL OF

MEDICINE, LTD.,                             

           Plaintiff,

    -against-                      Index No.:
                               09CIV1410

BROOKLYN QUEENS HEALTH CARE,

INC., and WYCKOFF HEIGHTS MEDICAL

CENTER,

           Defendants.

----------------------------------------X

                    45 Rockefeller Plaza
                    11th Floor
                    New York, New York

                    July 1, 2010
                    10:12 p.m.


    EXAMINATION BEFORE TRIAL of

JULIUS ROMERO, a representative of the

Defendants in the above-entitled action,

taken on behalf of the Plaintiff, held at

the above time and place, and taken before

Binita Shrestha, a reporter and Notary

Public within and for the State of New York.

J. ROMERO

A. In 2000 I was hired as coordinator for medical education.

Q. How long did you hold that position?

A. A good two years.

Q. Give or take 2002?

A. 2002.

Q. What did you do as coordinator for medical education?

A. I was asked to schedule and to form affiliation agreements with medical schools under my supervisor.

Q. Who was your supervisor?

A. Dr. Ken Freiberg, F-R-E-I-B-E-R-G.

Q. Did your position as coordinator for medical education encompass tasks with respect to residence, or just medical students, or both?

A. It's both.

Q. Is it correct that at Wyckoff Heights at the time, the hospital provided clinical clerkship rotations for students who were in medical school, correct?

    MR. LOUGHLIN: Are you saying around 2000?

J. ROMERO

    MR. TZANETOPOULOS: 2000 to 2002.

    THE WITNESS: Correct.

Q. Also, the hospital provided residencies for graduates of the medical schools also, correct?

A. Yes.

Q. And your job encompassed managing schedules and affiliation contracts with respect to both?

A. With respect to medical schools.

Q. Let me try it again. So you had affiliations contracts with medical schools for medical students, right?

A. Right.

Q. You scheduled medical students in their rotations at Wyckoff?

A. For medical students, yes.

Q. What did you do with respect to residency?

A. I assisted the director of medical education in orientation, and scheduling, and credits.

Q. And that director would be Dr.

```
                    J. ROMERO
 1
 2   for medical education position, what's next?
 3       A.   Associate vice president.
 4       Q.   How did your task change once you
 5   became associate vice president for medical
 6   education?
 7       A.   I had additional responsibilities.
 8       Q.   What were those?
 9       A.   Budgeting, departmental budgeting,
10   and physician payment.
11       Q.   Any other additional
12   responsibilities?
13       A.   No.
14       Q.   Did you continue to have the
15   responsibility that you did before for
16   affiliation agreements and scheduling?
17       A.   Yes.
18       Q.   Is the associate vice president for
19   medical education position the one that you
20   hold today?
21       A.   Yes.
22       Q.   In any period of time did you hold a
23   position for Brooklyn Queens Health Care?
24       A.   No, I'm not aware.
25       Q.   And at any period of time, did you
```

J. ROMERO

hold a position for Caritas Health Care?

    A.   Yes.

    Q.   What was your position there?

    A.   Assistant vice president.

    Q.   For medical education?

    A.   Medical education.

    Q.   During what period of time did you hold the position as assistant vice president of medical education for Caritas Health Care?

    A.   I believe 2007 until closure.

    Q.   Closure was February or March of 2009?

    A.   I'm not sure.

        MR. TZANETOPOULOS: Let's mark these as Exhibits 8 and 9.

        (Whereupon, the aforementioned documents were marked as Romero Exhibit 8 and 9 for identification as of this date.)

    Q.   Mr. Romero, let me show you a document that the court reporter has marked as Exhibit 8. It appears to be a paper filed in the case in the United States

J. ROMERO

A. Yes.

Q. Is it correct then that you were assistant vice president for medical education for Brooklyn Queens Health Care, Inc.?

A. As stated on the document, yes.

Q. Is there any other way that you were?

MR. LOUGHLIN: If you don't remember whether or not you were ever appointed to that position, you can say that, but just, you know, explain to him whether you believe at that time that you had that position.

THE WITNESS: At that time, I believed I was working at Wyckoff Heights Medical Center and Caritas Health Care.

Q. My question, sir, is was there a time that you signed the declaration in Exhibit 9 as assistant vice president for medical education for Brooklyn Queens Health Care?

J. ROMERO

A. Yes, in that capacity.

Q. Is it true that it is in your capacity as assistant vice president for medical education for Brooklyn Queens Health Care that you oversaw the clinical clerkship programs at Caritas's two hospitals and at Wyckoff?

A. Yes.

Q. You were aware, were you not, at the time you signed the declaration marked Exhibit 8 that Wyckoff and Brooklyn Queens Health Care and Caritas Health Care were in a lawsuit with the American University of the Caribbean?

A. Yes.

Q. You knew that AUC was looking to recover money from Caritas, and Wyckoff, and BQHC, correct?

A. Could you restate that question?

Q. At the time you signed this, you knew that AUC was suing to get money from the hospitals.

A. I knew that AUC was suing for money from Caritas.