# Exhibit 7

HOME PAGE | TODAY'S PAPER | VIDEO | MOST POPULAR | TIMES TOPICS                Subscribe: Digital / Home Delivery | Log In | Register Now | Help

The New York Times

# N.Y. / Region

Search All NYTimes.com

WORLD | U.S. | N.Y. / REGION | BUSINESS | TECHNOLOGY | SCIENCE | HEALTH | SPORTS | OPINION | ARTS | STYLE | TRAVEL | JOBS | REAL ESTATE | AUTOS

## Prosecutor in Brooklyn Investigates Hospital

By ANEMONA HARTOCOLLIS
Published: January 4, 2012

The Brooklyn district attorney's office has been looking into management practices at Wyckoff Heights Medical Center, a money-losing hospital serving mostly poor patients, several hospital trustees said Wednesday.

**Related**

Abrupt Shift in Leadership at a Hospital in Brooklyn (December 30, 2011)

**Connect with NYTMetro**
Follow us on Twitter and like us on Facebook for news and conversation. 

The investigation, which has been going on for several months, is focused on the relationship between hospital officials and a Caribbean medical school in which the officials had a financial stake, the trustees said.

It has also been looking at whether Rajiv Garg, the hospital's chief executive until he was abruptly replaced early last week, had been improperly reimbursed by the hospital for expenses that included a first-class plane ticket to London and a holiday party that he hosted with his wife at the Lambs Club, a fashionable restaurant in Midtown Manhattan, the trustees said.

Several trustees said the district attorney's office had subpoenaed records, including payroll documents and contracts, and had invited various hospital officials into the to talk. But it was unclear Wednesday whether any criminal behavior was suspected, or whether officials had broken hospital rules. A spokesman for Charles J. Hynes, the district attorney, declined to comment.

Wyckoff Heights, in Bushwick, is largely dependent on taxpayer money — government payments from Medicare and Medicaid — to keep it afloat. It is on the brink of financial collapse, and in November a state task force said it should be merged with two other troubled Brooklyn hospitals.

The hospital's board of trustees named Ramon J. Rodriguez, a member of a state task force on Brooklyn hospitals, as an interim replacement for Mr. Garg. The trustees said Mr. Rodriguez moved swiftly to demand the resignations of several people closely associated with Mr. Garg, including Dr. A. C. Rao, the chief of surgery, and Julius Romero, associate vice president for medical education.

The district attorney, one trustee said, was looking into whether Dr. Rao and another doctor had received payments from the Caribbean medical school, Spartan Health Sciences University in St. Lucia, based on the number of Spartan students that the hospital agreed to train during their crucial third year of medical school, a hands-on experience called a clinical clerkship.

Tom Dunn, a spokesman for the State Education Department, said Spartan had not been approved by the department's Office of Professions, and as a result could place students in New York hospitals for no longer than 12 weeks. Mr. Dunn said Spartan had applied for

RECOMMEND
TWITTER
LINKEDIN
SIGN IN TO E-MAIL
PRINT
REPRINTS
SHARE

Log in to see what your friends are sharing on nytimes.com. Privacy Policy | What's This?   Log In With Facebook

**What's Popular Now**
The Flight From Conversation | At Wal-Mart in Mexico, a Bribe Inquiry Silenced

Advertise on NYTimes.com





TicketWatch: Theater Offers by E-Mail
Sign up for ticket offers from Broadway shows and other advertisers.
See Sample | Privacy Policy

MOST E-MAILED    MOST VIEWED

approval in 2007, and at that time, according to state records, Mr. Garg and Dr. Rao had financial interests in the school. It was unclear whether they still do.

Jonathan Marks, a criminal defense lawyer representing Mr. Garg, denied any wrongdoing on his client's part, and said Mr. Garg had fully disclosed his financial interest in Spartan to the trustees. Mr. Marks said he did not know anything about reimbursed expenses, like a holiday party or a trip to London. The district attorney, he said, "subpoenaed a vast number of documents and it's impossible to divine from what they subpoenaed exactly what they were looking at."

Dr. Rao's wife said he was working late, and could not be reached.

Several trustees spoke about the investigation on condition of anonymity, saying they were not authorized to comment. But one trustee, Vincent Arcuri Jr., a retired construction executive, said that the trustees had not been fully briefed on the investigation, and that the lack of information "has been destroying us."

Mr. Arcuri said that he had not attended the party at the Lambs Club, but that some doctors at the hospital had complained about it. He said the expense, estimated by another trustee at $14,000, was too small to have come to the attention of the full board.

Mr. Arcuri said Mr. Garg had flown to London for a scientific or medical conference. "It would have been good for us to know about this beforehand, but it wasn't required," he said.

A version of this article appeared in print on January 5, 2012, on page A19 of the National edition with the headline: Brooklyn Prosecutor Investigates Hospital's Management.

1. OPINION
   The Flight From Conversation
2. How Exercise Could Lead to a Better Brain

3. OPINION
   In Therapy Forever? Enough Already

4. THOMAS L. FRIEDMAN
   Down With Everything

5. The Secret Life of a Society Maven

6. Wal-Mart Hushed Up a Vast Mexican Bribery Case

7. How Psychedelic Drugs Can Help Patients Face Death
8. OPINION
   Teach the Books, Touch the Heart

9. Can You Make Yourself Smarter?

10. Are Travel Agents Back?

Go to Complete List »   Show My Recommendations

SIGN IN TO E-MAIL
PRINT
REPRINTS

Get 50% Off The New York Times & Free All Digital Access.

Get Free E-mail Alerts on These Topics

Wyckoff Heights Medical Center
Brooklyn (NYC)

Ads by Google                                what's this?

**Traditional Jewish Casket**
By Star of David Chapel serving the
Long Island / entire New York area.
jewish-funeral-home.com




**Marriage maintenance**
ALSO IN BUSINESS »
  Do small businesses create jobs?
  Gender and the polls

nytimes.com                    BUSINESS

ADVERTISEMENTS

NYTIMES.COM TRAVEL  The 45 Places To Go in 2012

ELECTION 2012 FOR iPHONE® AND ANDROID™  DOWNLOAD NOW ►  The New York Times

Ads by Google                                what's this?

**St.James Medical School**
Affordable, Top Rated Caribbean
Medical School. No MCAT needed
www.sjsm.org

INSIDE NYTIMES.COM

**BOOKS »**



Creator of HBO's 'Girls' Shares Reading Habits

**MUSIC »**



The Met's 'Ring' After Oiling

**OPINION »**



The Stone: The Living Word

**U.S. »**



In Hippie Holdout, a Fight Over Worms and Moats

**OPINION »**

Is Arizona Out of Line?

Room for Debate asks: How can states address their concerns about illegal immigration without potentially clashing with federal law?

**MOVIES »**



Film Festival Blooms With Ripe Perversity

Home | World | U.S. | N.Y. / Region | Business | Technology | Science | Health | Sports | Opinion | Arts | Style | Travel | Jobs | Real Estate | Autos | Site Map

© 2012 The New York Times Company | Privacy | Your Ad Choices | Terms of Service | Terms of Sale | Corrections | RSS | Help | Contact Us | Work for Us | Advertise