**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
**ROSS UNIVERSITY SCHOOL OF**
**MEDICINE, LTD.,**

                        **Plaintiff,**                        **ORDER**

            **-against-**                      **09-CV-1410 (KAM)**

**BROOKLYN-QUEENS HEALTH**
**CARE, LTD.,**

                       **Defendant.**
-------------------------------------------------------------------x

        Plaintiff's request for a premotion conference with respect to reopening discovery (DE #127) is denied without prejudice to the filing of a written application to reopen discovery, made in accordance with Rule 37.3(c) of the Local Civil Rules, after conferring in good faith with defense counsel in an attempt to reach agreement on this request. <u>See</u> Fed. R. Civ. P. 37(a)(1); Local Civ. R. 37.3(a).

        **SO ORDERED.**

**Dated:**    **Brooklyn, New York**
          **May 16, 2012**

                                   **ROANNE L. MANN**
                                   **UNITED STATES MAGISTRATE JUDGE**