UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ROSS UNIVERSITY SCHOOL OF
MEDICINE, LTD.,

                              Plaintiff,              **ORDER**

              -against-                               09-CV-1410 (KAM)

BROOKLYN-QUEENS HEALTH
CARE, LTD.,

                              Defendant.
------------------------------------------------------------------x

       A settlement conference will be held on April 15, 2013 at 9:30 a.m., in Courtroom

13-C South.  Clients with ultimate decisionmaking authority must be physically in attendance.

       **SO ORDERED.**

**Dated:**    **Brooklyn, New York**
            **March 29, 2013**

                 /s/ *Roanne L. Mann*
                 **ROANNE L. MANN**
                 **UNITED STATES MAGISTRATE JUDGE**