ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: April 15, 2013  
START: 9:30 a.m.  
END: 12:05 pm

DOCKET NO: 09-CV-1410 (KAM)

CASE: Ross Univ. Sch. of Medicine, et al. v. Brooklyn-Queens Healthcare, Ltd.

___ INITIAL CONFERENCE  
___ DISCOVERY CONFERENCE  
✔ SETTLEMENT CONFERENCE  
___ OTHER/ORDER TO SHOW CAUSE  
___ FINAL/PRETRIAL CONFERENCE  
___ TELEPHONE CONFERENCE

FOR PLAINTIFF:  
FOR DEFENDANT:  
See attached

_____ DISCOVERY TO BE COMPLETED BY _____

_____ NEXT _____ CONFERENCE SCHEDULED FOR _____

_____ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____

_____ PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The Court conducts off-the-record settlement discussions with the parties, who agree that Wyckoff will make its financial records available for inspection, subject to a confidentiality agreement. The parties and this Court agree that the briefing schedule on plaintiff's motion for reconsideration should be held in abeyance while the parties explore settlement. Thus Court recommends, for good cause shown, that the deadlines be adjourned sine die. The parties shall file a status report by May 20, 2013.

**ROANNE L. MANN**
**UNITED STATES MAGISTRATE JUDGE**

DATE: 4/15/13
START:
END:

DOCKET NO: 09 CV 1410 (KAM)

CASE: Ross Univ. Sch. of Medicine, Inc. v. Brooklyn-Queens Health Care, Ltd.

**APPEARANCE**

**FOR PLAINTIFFS:**

| | |
|---|---|
| George Tzanetopoulos | Baker + Hostetler LLP |
| William Hughson | Pres. Healthcare Group, DeVry, Inc. |
| | Pres. of Ross University |
| | |
| | |
| | |
| | |
| | |
| | |

**FOR DEFENDANTS:**

| | |
|---|---|
| Walter P. Loughlin | K&L Gates LLP |
| Brian Koosed | K&L Gates LLP |
| | |
| Ramon Rodriguez | CEO & President, Wyckoff Heights MC |
| Kevin Smyley | Gen. Couns. Wyckoff Heights MC |
| Frank Vutrano | CFO, Wyckoff Heights MC |
| | |
| | |
| | |
| | |