UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSS UNIVERSITY SCHOOL OF MEDICINE, LTD., <br><br> Plaintiff, <br><br> v. <br><br> BROOKLYN-QUEENS HEALTH CARE, INC. and WYCKOFF HEIGHTS MEDICAL CENTER, <br><br> Defendants. | 09 CV 1410 (KAM) (RLM) <br><br> **NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that Hanna Fox, an associate of the firm of Arnold & Porter LLP, hereby appears as co-counsel of record for the defendants in the above-referenced action and hereby requests notice of all matters in this action.

Dated:    New York, New York
             May 14, 2013

                                ARNOLD & PORTER LLP

                                By:  /s/ Hanna Fox
                                     Hanna Fox
                                     399 Park Avenue
                                     New York, New York 10022
                                     Telephone:  (212) 715-1000
                                     Email: Hanna.Fox@aporter.com
                                     *Co-Counsel for Defendants*