UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
ROSS UNIVERSITY SCHOOL OF
MEDICINE, LTD.,                                          09 Civ. 1410 (KAM) (RLM)

Plaintiff,

– against –

BROOKLYN-QUEENS HEALTH CARE,
INC. and WYCKOFF HEIGHTS MEDICAL
CENTER,

Defendants.
-------------------------------------------------X

## JOINT STATUS REPORT

Pursuant to the Court's Order of June 19, 2013, plaintiff Ross University School of

Medicine, Ltd. reports that it will not be proceeding with its motion for reconsideration and

therefore withdraws its request for a premotion conference.  The financial disclosure process

described in the parties' status report of June 19, 2013 has been concluded, and the parties

continue to explore the possibility of settlement.

The undersigned has been authorized by Walter P. Loughlin, counsel for Brooklyn-

Queens Health Care, Inc. and Wyckoff Heights Medical Center, to represent that this Status

Report is submitted jointly by the parties.

Dated:   July 9, 2013

Respectfully submitted,

**BAKER & HOSTETLER LLP**

/s/ George J. Tzanetopoulos
George J. Tzanetopoulos
191 North Wacker Drive, Suite 3100
Chicago, Illinois, 60606
Tel: (312) 416-6200
gtzanetopoulos@bakerlaw.com

Sammi Malek
45 Rockefeller Plaza, 11th Floor
New York, New York 10111
Tel: (212) 589-4200
smalek@bakerlaw.com

*Counsel for Plaintiff Ross University School of*
*Medicine, Ltd.*

## CERTIFICATE OF SERVICE

I, George J. Tzanetopoulos, an attorney, certify that a true copy of the foregoing **JOINT STATUS REPORT** was served on July 9, 2013, upon the following by the United States District Court's ECF system:

> Walter P. Loughlin
> Brian D. Koosed
> Justin H. Roeber
> K&L Gates LLP
> 599 Lexington Avenue
> New York, New York 10022

/s/ George J. Tzanetopoulos