# Baker Hostetler

Baker&Hostetler LLP

191 North Wacker Drive
Suite 3100
Chicago, IL 60606-1901

T 312.416.6200
F 312.416.6201
www.bakerlaw.com

George J. Tzanetopoulos
direct dial: 312.416.6225
gtzanetopoulos@bakerlaw.com

September 30, 2013

**VIA ECF**

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East, Room N406
Brooklyn, New York 11201

   Re: *Ross University. v. Brooklyn-Queens Health Care Inc.*
     No. 09 Civ. 1410 (KAM) (RLM)

Dear Judge Matsumoto:

  I write pursuant to the Court's order of July 10, 2013.. The parties believe that settlement discussions are at an impasse and respectfully request a status conference to discuss scheduling with the Court. I have spoken with defendants' counsel, Walter P. Loughlin, and Mr. Loughlin has authorized me to state that he concurs in the foregoing.

             Respectfully submitted,

             George J. Tzanetopoulos

cc: Walter P. Loughlin (via ECF)