# Baker Hostetler

Baker&Hostetler LLP

191 North Wacker Drive
Suite 3100
Chicago, IL 60606-1901

T 312.416.6200
F 312.416.6201
www.bakerlaw.com

George J. Tzanetopoulos
direct dial: 312.416.6225
gtzanetopoulos@bakerlaw.com

December 13, 2013

**VIA ECF**

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East, Room N406
Brooklyn, New York 11201

    Re:    *Ross University. v. Brooklyn-Queens Health Care Inc.*
            No. 09 Civ. 1410 (KAM) (RLM)

Dear Judge Matsumoto:

Pursuant to the Court's order of November 25, 2013 the parties report as follows:

Last week, Magistrate Judge Mann granted the request to reopen discovery on the issue of Ross' damages. Meanwhile, the parties have reached a settlement in principle and are working on preparing a written agreement. The parties respectfully suggest that the Court set this matter for a further status report on settlement at a later date convenient to the Court.

Defendants' counsel Stewart D. Aaron has authorized me to state that he concurs in the foregoing.

Respectfully submitted,

George J. Tzanetopoulos

cc:    Stewart D. Aaron (via ECF)
        Walter P. Loughlin (via ECF)

Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa
Denver    Houston    Los Angeles    New York    Orlando    Washington, DC