UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
ROSS UNIVERSITY SCHOOL OF                        :
MEDICINE, LTD.,                                  :
                                                 :
                              Plaintiff,         :
                                                 :   09 Civ. 1410 (KAM) (RLM)
              -against-                           :
                                                 :   **STIPULATION AND ORDER OF**
BROOKLYN-QUEENS HEALTH CARE,                      :   **DISMISSAL WITH PREJUDICE**
INC. and WYCKOFF HEIGHTS MEDICAL                 :
CENTER,                                          :
                                                 :
                              Defendants.        :
                                                 :
---------------------------------------------------------------x

     Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), plaintiff, Ross

University School of Medicine, Ltd., on the one hand, and defendants, Brooklyn-Queens Health

Care, Inc. and Wyckoff Heights Medical Center, on the other hand, through their respective

counsel, hereby stipulate and agree as follows:

     1.    Plaintiff hereby voluntarily dismisses all claims asserted in the above-captioned

action with prejudice.

     2.    The parties shall bear their own costs and attorneys' fees.

     3.    This Court shall retain jurisdiction of this action for purposes of enforcing the

settlement agreement entered into between the parties.

Dated: January 3, 2014

BAKER & HOSTETLER LLP

By: _____
George J. Tzanetopoulos

191 North Wacker Drive, Suite 3100
Chicago, Illinois  60606
(312) 416-6225

*Attorneys for Plaintiff Ross University School of
Medicine, Ltd.*

ARNOLD & PORTER LLP

By: _____
Stewart D. Aaron

399 Park Avenue
New York, N.Y.  10022
(212) 715-1114

*Attorneys for Defendants Brooklyn-Queens
HealthCare, Inc. and Wyckoff Heights Medical Center*

- 2 -